IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EXCO RESOURCES, INC. | § | Case No. 18-30155 |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND COPIES**

Please take notice that the undersigned counsel for THE WILLIAMS COMPANIES, INC., a creditor in the above-styled and numbered cause ("Creditor"), hereby files this Notice of Appearance pursuant to 11 U.S.C. §§342(a) and Federal Rules of Civil Procedure 2002 and 9010, and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the address and telephone number set forth below:

> Steven W. Soule, OBA No. 13781
> Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
> 320 South Boston Avenue, Suite 200
> Tulsa, Oklahoma 74103-3706
> Telephone: (918) 594-0400
> Facsimile: (918) 594-0505
> Email: ssoule@hallestill.com

Creditor additionally requests that the Debtor and the Clerk of the United States Bankruptcy Court place the above name and address on any mailing matrix or list of creditors to be prepared or existing in the above-numbered case.

Please take further notice that Creditor intends that neither this notice nor any later appearance, pleading, claim or suit shall waive (i) any right to trial by jury in any proceeding; (ii) any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in

equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED this 17th day of January, 2018.

Respectfully submitted,

HALL, ESTILL, HARDWICK, GABLE,
  GOLDEN & NELSON, P.C.

By:   s/ Steven W. Soule'
Steven W. Soule', OBA No. 13781
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone:  (918) 594-0400
Facsimile:   (918) 594-0505
Email:  ssoule@hallestill.com

ATTORNEYS FOR THE WILLIAMS COMPANIES, INC.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served electronically via the Court's ECF noticing system on those parties who receive notice from that system on the 17th day of January, 2018.

s/ Steven W. Soule'
Steven W. Soule'

3397277.1:999905:00005

2