# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## DEBTORS' MASTER SERVICE LIST

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | */s/ Christopher T. Greco* |
| Dated: January 19, 2018 | Christopher T. Greco (admitted *pro hac vice*) |
|  | **KIRKLAND & ELLIS LLP** |
|  | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|  | 601 Lexington Avenue |
|  | New York, New York 10022 |
|  | Telephone: (212) 446-4800 |
|  | Facsimile: (212) 446-4900 |
|  | Email: christopher.greco@kirkland.com |
|  | - and - |
|  | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
|  | Alexandra Schwarzman (admitted *pro hac vice*) |
|  | **KIRKLAND & ELLIS LLP** |
|  | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|  | 300 North LaSalle |
|  | Chicago, Illinois 60654 |
|  | Telephone: (312) 862-2000 |
|  | Facsimile: (312) 862-2200 |
|  | Email: patrick.nash@kirkland.com |
|  | alexandra.schwarzman@kirkland.com |
|  | - and - |
|  | Marcus A. Helt (TX 24052187) |
|  | Telephone: (214) 999-4526 |
|  | Facsimile: (214) 999-3526 |
|  | Email: mhelt@gardere.com |
|  | Michael K. Riordan (TX 24070502) |
|  | Telephone: (713) 276-5178 |
|  | Facsimile: (713) 276-6178 |
|  | Email: mriordan@gardere.com |
|  | **GARDERE WYNNE SEWELL LLP** |
|  | 1000 Louisiana St., Suite 2000 |
|  | Houston, Texas 77002 |
|  | *Proposed Counsel for the Debtors and Debtors in Possession* |

| | |
|---|---|
| **DEBTORS/DEBTORS' PROFESSIONALS** | GARDERE WYNNE SEWELL LLP<br>ATTN: MARCUS HELT |
| KIRKLAND & ELLIS INTERNATIONAL LLP<br>ATTN: PATRICK J. NASH, JR., PC & ALEXANDRA SCHWARZMAN<br>(PROPOSED COUNSEL TO DEBTORS)<br>300 NORTH LASALLE<br>CHICAGO, IL 60654<br>FAX: 312-862-2200<br>EMAIL: PATRICK.NASH@KIRKLAND.COM;<br>ALEXANDRA.SCHWARZMAN@KIRKLAND.COM | (PROPOSED COUNSEL TO DEBTORS)<br>2021 MCKINNEY AVENUE, SUITE 1600<br>DALLAS, TX 75201<br>FAX: 214-999-4667<br>EMAIL: MHELT@GARDERE.COM |
| ALVAREZ & MARSAL<br>ATTN: JOHN STUART<br>(DEBTORS' PROPOSED RESTRUCTURING ADVISOR)<br>2100 ROSS AVENUE, 21ST FLOOR<br>DALLAS, TX 75201<br>FAX: 214-438-1001 | PJT PARTNERS<br>ATTN: ADAM SCHLESINGER<br>(DEBTORS' PROPOSED FINANCIAL ADVISOR)<br>280 PARK AVENUE<br>NEW YORK, NY 10017 |
| EXCO RESOURCES, INC.<br>12377 MERIT DRIVE<br>SUITE 1700<br>DALLAS, TX 75251 | EPIQ<br>ATTN: EXCO TEAM<br>(DEBTORS' CLAIM AND NOTICING AGENT)<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br>FAX: 646-282-2401<br>EMAIL: EXCO@EPIQSYSTEMS.COM |
| **US TRUSTEE** | THE OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: STEPHEN DOUGLAS STATHAM<br>515 RUSK STREET, SUITE 3516<br>HOUSTON, TX 77002<br>FAX: (713) 718-4670<br>EMAIL: USTP.REGION07@USDOJ.GOV;<br>STEPHEN.STATHAM@USDOJ.GOV |
| THE OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: HECTOR DURAN<br>515 RUSK, SUITE 3516<br>HOUSTON, TX 77002<br>FAX: (713) 718-4670<br>EMAIL: HECTOR.DURAN.JR@USDOJ.GOV | |
| **TOP 50** | BAKER HUGHES BUSINESS SUPPORT SVS<br>ATTN: MARTIN S. CRAIGHEAD CHAIRMAN & CEO<br>17021 ALDINE WESTFIELD<br>HOUSTON, TX 77073 |
| AZURE ETG LLC<br>ATTN: I. J. BERTHELOT, II, PRESIDENT<br>12377 MERIT DRIVE<br>SUITE 300<br>DALLAS, TX 75251 | |

| | |
|---|---|
| BHP BILLITON PETROLEUM PROPERTIES LP<br>ATTN: ANDREW MACKENZIE, CEO<br>1100 LOUISIANA<br>SUITE 400<br>HOUSTON, TX 77002<br>FAX: 613-9609-3015 | BJ SERVICES COMPANY USA<br>ATTN: JIM COLLINS, VP<br>11211 FM 2920 RD<br>TOMBALL, TX 77375 |
| BP AMERICA PRODUCTION CO<br>ATTN: JOHN MINGE, PRESIDENT<br>501 WESTLAKE PARK BLVD<br>HOUSTON, TX 77079<br>FAX: 281-366-7584 | CHESAPEAKE ENERGY MARKETING LLC<br>ATTN: ROBERT D. LAWLER, PRESIDENT & CEO<br>6100 NORTH WESTERN AVE<br>OKLAHOMA CITY, OK 73118<br>FAX: 405-879-9575 |
| CHESAPEAKE OPERATING INC<br>ATTN: ROBERT D. LAWLER, PRESIDENT & CEO<br>6100 NORTH WESTERN AVE<br>OKLAHOMA CITY, OK 73118<br>FAX: (405) 879-9575 | CNC OILFIELD SERVICES LLC<br>ATTN: COLTON SANDERS, MANAGING OPERATOR<br>2000 CEDAR ST<br>SHREVEPORT, LA 71103<br>EMAIL: COLTON.S@CNCOILFIELD.COM |
| COGENT ENERGY SERVICES LLC<br>ATTN: CHET ERWIN, PRESIDENT & CEO<br>919 MILAM ST, STE 2480<br>HOUSTON, TX 77002 | CURTIS AND SON VACUUM SERVICE INC<br>ATTN: CURTIS HUDNALL, PRESIDENT<br>HWY 146<br>LIBERTY, TX 77575<br>FAX: (936) 334-1188<br>EMAIL: CSVS@CURTISANDSONCO.COM |
| CURTIS OILFIELD SERVICES LLC<br>ATTN: BUFORD E. CURTIS, MANAGER<br>P.O. BOX 1236<br>SILSBEE, TX 77656<br>FAX: (409) 385-2937 | DOWNHOLE TECHNOLOGY LLC<br>ATTN: DUKE VANLUE, CEO<br>7123 BREEN DRIVE<br>HOUSTON, TX 77086<br>FAX: (281) 820-2545 |

ENTERPRISE PRODUCTS OPERATING LLC
ATTN: O.S. ANDRAS, CEO
1100 LOUISIANA ST
10TH FLOOR
HOUSTON, TX 77002
FAX: (405) 606-4534

FLUID DISPOSAL SPECIALTIES INC
ATTN: MIKE HAYS, PRESIDENT
209 SAM BAIRD ROAD
HOMER, LA 71040-2019
FAX: (318) 927-6965

FREEDOM OILFIELD SERVICE LLC
ATTN: MATTEW EVANS, PARTNER
2948 HIGHWAY 80
HAUGHTON, LA 71037
FAX: (307) 382-5900
EMAIL: MATT@FREEDOMOILFIELD.NET

FTS INTERNATIONAL SERVICES LLC
ATTN: MICHAEL J. DOSS, CEO
777 MAIN STREET, STE 3000
FORT WORTH, TX 76102
FAX: 713-428-4099

GE OIL & GAS PRESSURE CONTROL LP
ATTN: LORENZO SIMONELLI, CHAIRMAN, PRES. & CEO
3960 COMMERCE ST SW
CANTON, OH 44706
FAX: (832) 325-4350

GOODRICH PETROLEUM CO LLC
ATTN: ROBERT C. TURNHAM, JR., PRES & CEO
801 LOUISIANA, STE 700
HOUSTON, TX 77002
FAX: 713-780-9254

GULF COAST TMC LLC
ATTN: CHARLES E. WEAVER III, MEMBER
7670 HWY 10
ETHEL, LA 70730
FAX: (225) 683-6652

HECKMANN WATER RESOURCES CVR INC
ATTN: MARK D. JOHNSRUD, CEO
C/O NUVERRA ENVIRONMENTAL SOLUTIONS
14624 N. SCOTTSDALE ROAD, SUITE 300
SCOTTSDALE, AZ 85254
FAX: (602) 903-7802

INDIGO MINERALS LLC
ATTN: FRANK D. TSURU, PRESIDENT & CEO
600 TRAVIS, STE 5500
HOUSTON, TX 77002
FAX: (713) 237-5040

KINDERHAWK FIELD SERVICES LLC
ATTN: STEVEN J. KEAN, PRESIDENT & CEO
1001 LOUISIANA, STE 1000
HOUSTON, TX 77002

LEAM DRILLING SYSTEMS, LLC
ATTN: DANNY CHILDERS, PRESIDENT
3114 WEST OLD SPANISH TRAIL
NEW IBERIA, LA 70560

LIGHT TOWER RENTALS
2330 EAST INTERSTATE 20
SOUTH SERVICE ROAD
ODESSA, TX 79766
FAX: (432) 530-3330

LONG PETROLEUM LLC
ATTN: DENMAN M. LONG, CHAIRMAN
400 TEXAS ST. #800
SHREVEPORT, LA 71101
FAX: (318) 221-6304

LOUISIANA MIDSTREAM GAS SERVICES LLC
ATTN: J. MICHAEL STICE, CEO
6100 NORTH WESTERN AVE
PO BOX 18496
OKLAHOMA CITY, OK 73154-0496

M6 ENERGY SERVICES LLC
ATTN: RICHARD LEE JR, MANAGING MEMBER
3304 E GOFORTH RD
KILGORE, TX 75662
FAX: (903) 218-0423

MAGNOLIA MIDSTREAM GAS SERVICES LLC
ATTN: J. MICHAEL STICE, CEO
900 NORTH WEST 63RD ST
OKLAHOMA CITY, OK 73154-0355

MS DIRECTIONAL LLC
ATTN: ALLEN NEEL, PRESIDENT
3335 POLLOCK DRIVE
CONROE, TX 77303
FAX: (936) 442-2500
EMAIL: INFO@MSENERGYSERVICES.COM

NABORS DRILLING TECHNOLOGIES USA INC
ATTN: ANTHONY G. PETRELLO, PRES. & CEO
515 WEST GREENS RD
STE 1200
HOUSTON, TX 77067
FAX: 281-872-5205

OIL STATES ENERGY SERVICES LLC
ATTN: CINDY B. TAYLOR, PRESIDENT & CEO
THREE ALLEN CENTER
333 CLAY ST, STE 4620
HOUSTON, TX 77002
FAX: (713) 652-0499

OOGC AMERICA LLC (EAGLE FORD)
ATTN: QING JIANG, PRESIDENT
945 BUNKER HILL RD #1000
HOUSTON, TX 77024

PARADIGM MIDSTREAM SERVICES-ST LLC
ATTN: JOHN STEEN, CEO
545 E. JOHN CARPENTER FREEWAY
SUITE 800
IRVING, TX 75062

PATTERSON UTI DRILLING COMPANY LLC
ATTN: WILLIAM A. (ANDY) HENDRICKS
PRES. & CEO, 10713 W. SAM HOUSTON PKWY N
SUITE 800
HOUSTON, TX 77064
FAX: (281) 765-7175

PEAK FISHING SERVICES LLC
ATTN: JEREMY GRACE, VP OF OPERATIONS
7710 WEST HWY 80
MIDLAND, TX 79706
FAX: (432) 684-4161
EMAIL: JEREMY.GRACE@PEAKFISHINGSERVICES.COM

PEROXYCHEM LLC
ATTN: BRUCE LERNER, PRESIDENT & CEO
ONE COMMERCE SQUARE
2005 MARKET STREET, SUITE 3200
PHILADELPHIA, PA 19103
FAX: (267) 422-2400

REGENCY GAS SERVICES LP
ATTN: KELCY L. WARREN, CEO
8111 WESTCHESTER DRIVE
DALLAS, TX 75225
FAX: (214) 981-0703

S3 PUMP SERVICE
ATTN: MALCOLM H. SNEED III, PRESIDENT
1918 BARTON DR
SHREVEPORT, LA 71107
FAX: (318) 221-7096

SELECT ENERGY SERVICES LLC
ATTN: HOLLI LADHANI, PRESIDENT & CEO
515 POST OAK BLVD, STE 200
HOUSTON, TX 77027

SKY-LIN
ATTN: LINDA WILLIAMS, MANAGING MEMBER
6911 VARDAMAN RD
KEITHVILLE, LA 71047
FAX: (318) 925-5248

SOUTHERN SOIL ENVIRONMENTAL INC
ATTN: KENNETH R. JENKINS, PRES. & CEO
430 TIMBERS EAST DR
HAUGHTON, LA 71037-9797
FAX: (318) 949-1533
EMAIL: AMYMIZE@SOUTHERNSOILENV.COM

STALLION OILFIELD SERVICES
ATTN: DAVID C. MANNON, PRESIDENT & CEO
950 CORBINDALE, STE 400
HOUSTON, TX 77024
FAX: (713) 528-1276

| | |
|---|---|
| SUN COAST RESOURCES INC<br>ATTN: KATHY LEHNE, CEO<br>6405 CAVALCADE ST., BLDG 1<br>HOUSTON, TX 77026 | TDJ OILFIELD SERVICES, LLC<br>ATTN: THOMAS STEVEN MOORE<br>CONSULTANT/OWNER, 5857 HIGHWAY 80<br>EAST PRINCETON, LA 71067<br>FAX: (318) 949-9279<br>EMAIL: STEVE@TDJOILFIELDSERVICESLLC.COM |
| TEC WELL SERVICE LLC<br>ATTN: STEPHEN SHORE, PRESIDENT & CEO<br>851 W. HARRISON RD<br>LONGVIEW, TX 75604<br>FAX: (903) 759-7722<br>EMAIL: SSHORE@TECWELL.COM | THOMAS OILFIELD SERVICES LLC<br>ATTN: GREG PEELER, PRESIDENT<br>4250 SE LOOP 281<br>LONGVIEW, TX 75602<br>FAX: (855) 778-5940 |
| WEATHERFORD U.S., L.P.<br>ATTN: KARL BLANCHARD, EVP & COO<br>2000 SAINT JAMES PLACE<br>HOUSTON, TX 77056<br>FAX: (713) 693-4300 | WEST LOUISIANA AGGREGATES LLC<br>ATTN: MATTHEW CARROLL, PRESDIENT<br>10305 JOHN W HOLT JR BLVD<br>SHREVEPORT, LA 71115<br>FAX: (936) 639-2215<br>EMAIL: MCARROLL@WESTLAAGG.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE<br>11TH FLOOR<br>WILMINGTON, DE 19801<br>EMAIL: PHEALY@WSFSBANK.COM | **COUNSEL TO AD HOC NOTEHOLDER COMMITTEE**<br><br>BROWN RUDNICK LLP<br>ATTN: ROBERT STARK<br>(COUNSEL TO AD HOC NOTEHOLDERS COMMITTEE)<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX: 212.209.4801<br>EMAIL: RSTARK@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>ATTN: STEVEN LEVINE<br>(COUNSEL TO AD HOC NOTEHOLDERS COMMITTEE)<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>FAX: 617.289.0418<br>EMAIL: SLEVINE@BROWNRUDNICK.COM | **COUNSEL TO SINGLE NOTEHOLDER**<br><br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ATTN: BENJAMIN FINESTONE<br>(COUNSEL TO A SINGLE NOTEHOLDER)<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010<br>FAX: 212-849-7100<br>EMAIL: BENJAMINFINESTONE@QUINNEMANUEL.COM |

**LENDERS**

BALLARD SPAHR LLP
ATTN: MARK C. DIETZEN
(COUNSEL TO ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)
2000 IDS CENTER
MINNEAPOLIS, MN 55402-2119
FAX: 612.371.3207
EMAIL: DIETZENM@BALLARDSPAHR.COM

JPMORGAN CHASE BANK, N.A.
ATTN: APRIL YEBD
(ADMINISTRATIVE AGENT UNDER REVOLVER BASED CREDIT FACILITY)
10 SOUTH DEARBORN, FLOOR 12
CHICAGO, IL 60603-2300
FAX: 888-292-9533
EMAIL: APRIL.YEBD@JPMORGAN.COM

JPMORGAN CHASE BANK, N.A.
ATTN: MICHELE L JONES, MANAGING DIRECTOR
(ADMINISTRATIVE AGENT UNDER REVOLVER BASED CREDIT FACILITY)
2200 ROSS AVENUE, 3RD FLOOR
DALLAS, TX 75201-2787
FAX: 214-302-8695
EMAIL: MICHELE.JONES@JPMORGAN.COM

SIMPSON THACHER
ATTN: SANDEEP QUSBA
(COUNSEL TO ISSUING BANK)
425 LEXINGTON AVENUE
NEW YORK, NY 10017
FAX: 212-455-2502
EMAIL: SQUSBA@STBLAW.COM

WILMINGTON SAVINGS FUND SOCIETY, FSB
ATTN: PATRICK J. HEALY
(INDENTURE TRUSTEE 2018 AND 2022 SENIOR NOTES)
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON, DE 19801
EMAIL: PHEALY@WSFSBANK.COM

WILMINGTON TRUST, N.A.
ATTN: TOM MORRIS
(ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)
1100 NORTH MARKET STREET
WILMINGTON, DE 19890
FAX: 302-636-4145
EMAIL: TMORRIS@WILMINGTONTRUST.COM

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN: MEGHAN MCCAULEY
(ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402
FAX: 612-217-5651
EMAIL: MMCCAULEY@WILMINGTONTRUST.COM

WINSTON & STRAWN LLP
ATTN: BART PISELLA, ESQ
(COUNSEL TO ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)
200 PARK AVENUE
NEW YORK, NY 10166-4193
FAX: 212-294-4700
EMAIL: BPISELLA@WINSTON.COM

**GOVERNMENTAL AGENCIES**

EPA - REGION 3
ATTN: SHAWN M. GARVIN, ADMINISTRATOR
1650 ARCH ST
PHILADELPHIA, PA 19103-2029
FAX: (215) 814-5103
EMAIL: R3_RA@EPA.GOV

EPA - REGION 6
ATTN: RON CURRY, ADMINISTRATOR
FOUNTAIN PLACE 12TH FLOOR, STE 1200
1445 ROSS AVE
DALLAS, TX 75202-2750
EMAIL: GRAY.DAVID@EPA.GOV

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>77 K ST NE<br>WASHINGTON, DC 20002 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE<br>1100 COMMERCE ST.<br>ROOM 121<br>DALLAS, TX 75242 | SECURITIES AND EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>ATTN: SHAMOIL SHIPCHANDLER, REGIONAL DIR<br>801 CHERRY ST, STE 1900, UNIT 18<br>FORT WORTH, TX 76102<br>EMAIL: DFW@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION<br>SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549<br>EMAIL: CHAIRMANOFFICE@SEC.GOV | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>1885 N THIRD ST<br>BATON ROUGE, LA 70802<br>FAX: 225-326-6793<br>EMAIL: ADMININFO@AG.STATE.LA.US |
| STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804<br>FAX: 225-326-6793<br>EMAIL: ADMININFO@AG.STATE.LA.US | STATE OF PENNSYLVANIA ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG, PA 17120<br>FAX: 717-787-8242 |
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-475-2994 | STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>ATTN: PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1, ROOM E-26<br>CHARLESTON, WV 25305<br>FAX: 304-558-0140 |

| | |
|---|---|
| THE UNITED STATES ATTORNEY'S OFFICE FOR<br>THE SOUTHERN DISTRICT OF TEXAS<br>1000 LOUISIANA, STE. 2300<br>HOUSTON, TX 77002<br>FAX: 713-718-3300<br>EMAIL: USATXS.ATTY@USDOJ.GOV | U.S. ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: GINA MCCARTHY, ADMINISTRATOR<br>ARIEL RIOS BUILDING<br>1200 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20460<br>FAX: (202) 564-1778<br>EMAIL: MCCARTHY.GINA@EPA.GOV |

**NOTICES OF APPEARANCE**

| | |
|---|---|
| ANDERSON LEHRMAN BARRE & MARAIST LLP<br>ATTN: KEVIN M. MARAIST AND MICHELLE K. OSTRYE<br>(COUNSEL TO COGENT ENERGY SERV, ARCHROCK PARTNERS)<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI, TX 78404<br>FAX: 361-884-1286<br>EMAIL: KMARAIST@ALBMLAW.COM;MOSTRYE@ALBMLAW.COM | BAKER BOTTS L.L.P.<br>ATTN: OMAR J. ALANIZ, & IAN E. ROBERTS<br>(COUNSEL TO BG US PRODUCTION COMPANY, LLC)<br>2001 ROSS AVENUE<br>DALLAS, TX 75201<br>FAX: 214-953-6503<br>EMAIL: OMAR.ALANIZ@BAKERBOTTS.COM;<br>IAN.ROBERTS@BAKERBOTTS.COM |
| BONDS ELLIS EPPICH SCHAFER JONES LLP<br>ATTN: CLAY M. TAYLOR<br>(COUNSEL TO OOGC AMERICA LLC)<br>420 THROCKMORTON STREET, SUITE 1000<br>FORT WORTH, TX 76102<br>FAX: 817-405-6902 | BONDS ELLIS EPPICH SCHAFER JONES LLP<br>ATTN: JOSHUA N. EPPICH<br>(COUNSEL TO OOGC AMERICA LLC)<br>420 THROCKMORTON STREET, SUITE 1000<br>FORT WORTH, TX 76102<br>FAX: 817-405-6902 |
| BRUCKNER BURCH PLLC<br>ATTN: MATTHEW S. PARMET<br>(COUNSEL TO RODNEY FISHER AND TODD JESSEN)<br>8 GREENWAY PLAZA, STE. 1500<br>HOUSTON, TX 77046<br>FAX: 713-877-8065<br>EMAIL: MPARMET@BRUCKNERBURCH.COM | DORE LAW GROUP P.C.<br>ATTN: ZACHARY S. MCKAY<br>(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)<br>ATTN: ZACHARY S. MCKAY<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX: 281-200-0751<br>EMAIL: ZMCKAY@DORELAWGROUP.NET |
| DORE LAW GROUP PC<br>ATTN: CARL DORE JR<br>(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX: 281-200-0751<br>EMAIL: CARL@DORELAWGROUP.NET | EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: MARK SHERRILL, DAVID A. BAAY, JAMES L. SILLIMAN<br>(COUNSEL TO SHELL ENERGY NORTH AMERICA US LP)<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON, TX 77002<br>FAX: 713-654-1301<br>EMAIL: MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM;<br>DAVIDBAAY@EVERSHEDS-SUTHERLAND.COM;<br>JIMSILLIMAN@EVERSHEDS-SUTHERLAND.COM |

| | |
|---|---|
| HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC<br>ATTN: DUSTIN L. PERRY<br>(COUNSEL TO THE WILLIAMS COMPANIES INC)<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA, OK 74103-3706<br>FAX: 918-594-0505<br>EMAIL: DPERRY@HALLESTILL.COM | HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC<br>ATTN: STEVEN W. SOULE<br>(COUNSEL TO THE WILLIAMS COMPANIES, INC)<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA, OK 74103-3706<br>FAX: 918-594-0505<br>EMAIL: SSOULE@HALLESTILL.COM |
| JACKSON WALKER L.L.P.<br>ATTN: PATRICIA B. TOMASCO & MATTHEW D. CAVENAUGH<br>(COUNSEL TO CROSS SOUND MANAGEMENT)<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TX 77010<br>FAX: 713-752-4221<br>EMAIL: PTOMASCO@JW.COM; MCAVENAUGH@JW.COM | KASOWITZ BENSON TORRES LLP<br>(COUNSEL TO FAIRFAX FINANCIAL HOLDINGS LIMITED AND HAMBLIN WATSA INVESTMENT COUNSEL LTD)<br>ATTN: ANDREW K GLENN, ADAM L SHIFF, SHAI SCHMIDT, EMILY L KUZNICK<br>1633 BROADWAY<br>NEW YORK, NY 10019<br>FAX: 212-506-1800<br>EMAIL: AGLENN@KASOWITZ.COM; ASHIFF@KASOWITZ;SSCHMIDT@KASOWITZ.COM; EKUZNICK@KASOWITZ.COM |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>ATTN: PATRICIA WILLIAMS PREWITT<br>(COUNSEL TO KINDERHAWK FIELD SERVICES, LLC)<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX 77868<br>FAX: 713-583-2833<br>EMAIL: PWP@PATTIPREWITTLAW.COM | LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: DON STECKER<br>(COUNSEL TO ZAVALA CAD)<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205<br>FAX: 210-225-6410<br>EMAIL: SANANTONIO.BANKRUPTCY@PUBLICANS.COM |
| NORTON ROSE FULBRIGHT US LLP<br>ATTN: KRISTIAN W. GLUCK, RYAN E. MANNS & LOUIS R. STRUBECK, JR.<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>2200 ROSS AVENUE, SUITE 3600<br>DALLAS, TX 75201-7932<br>FAX: 214-855-8200<br>EMAIL: KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM; LOUIS.STRUBECK@NORTONROSEFULBRIGHT.COM; RYAN.MANNS@NORTONROSEFULBRIGHT.COM | OWENS LAW OFFICE PC<br>ATTN: PHILLIP P. OWENS II<br>(COUNSEL TO LEAM DRILLING SERVICES LLC)<br>6907 NW 122 STREET<br>OKLAHOMA CITY, OK 73142-3903<br>FAX: 405-608-0709<br>EMAIL: PO@OWENSLAWOFFICEPC.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JOHN T. BANKS<br>(COUNSEL TO DIMMIT COUNTY & LA PRYOR INDEPENDENT SCHOOL DISTRICT)<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731<br>FAX: 512-302-1802<br>EMAIL: JBANKS@PBFCM.COM | SEWARD & KISSEL LLP<br>ATTN:  JOHN R. ASHMEAD, ROBERT GAYDA & CATHERINE V. LOTEMPIO<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004<br>FAX: 212-480-8421<br>EMAIL: ASHMEAD@SEWKIS.COM;GAYDA@SEWKIS.COM; LOTEMPIO@SEWKIS.COM |

| | |
|---|---|
| WALLER LANDSEN DORTCH & DAVIS LLP<br>ATTN: ERIC J TAUBE, MARK C TAYLOR, CLEVELAND R BURKE<br>(COUNSEL TO FAIRFAX FINANCIAL AND HAMBLIN WATSA)<br>100 CONGRESS AVE, SUITE 1800<br>AUSTIN, TX 78701<br>FAX: 512-685-6417<br>EMAIL: ERIC.TAUBE@WALLERLAW.COM;<br>MARK.TAYLOR@WALLERLAW.COM;<br>CLEVE.BURKE@WALLERLAW.COM | WEIL GOTSHAL & MANGES LLP<br>ATTN: ALFREDO R. PEREZ<br>(COUNSEL TO AZURE MIDSTREAM HOLDINGS LLC ET AL)<br>700 LOUISIANA STREET, SUITE 1700<br>HOUSTON, TX 77002<br>FAX: 713-224-9511<br>EMAIL: ALFREDO.PEREZ@WEIL.COM |
| WHITE & CASE LLP<br>ATTN: THOMAS E LAURIA & MICHAEL C. SHEPHERD<br>(COUNSEL TO GEN IV INVESTMENT OPPORTUNITIES LLC)<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>MIAMI, FL 33131<br>FAX: 305-358-5700 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON, DE 19899 |