IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXCO RESOURCES, *et al.*[1] | ) | Case No. 18-30155 (MI) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that the attorneys set forth below hereby appear as counsel for the Railroad Commission of Texas pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them) be given to and served on the following:

Hal F. Morris
Charlie Shelton
Assistant Attorneys General
Texas Attorney General's Office
Bankruptcy & Collections Division
P. O. Box 12548- MC 008
Austin, Texas 78711-2548
Phone: 512/463-2173
Fax: 512/936-1409

***PLEASE TAKE FURTHER NOTICE*** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider ng, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

        Respectfully submitted,

        KEN PAXTON
        Attorney General of Texas

        JEFFREY C. MATEER
        First Assistant Attorney General

        BRANTLEY STARR
        Deputy First Assistant Attorney General

        JAMES E. DAVIS
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/   Hal F. Morris*
        HAL F. MORRIS
        Texas State Bar No. 14485410
        Southern Dist. Bar No.13068
        CHARLIE SHELTON
        Texas State Bar No. 24079317
        Southern Dist. Bar No. 2110254
        Assistant Attorneys General
        Bankruptcy & Collections Division
        P. O. Box 12548


       Austin, Texas 78711-2548
       P: (512) 463-2173/F: (512) 936-1409
       E-mail: hal.morris@oag.texas.gov
       charlie.shelton@oag.texas.gov
       ATTORNEYS FOR THE RAILROAD COMMISSION OF TEXAS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding and that copies were mailed to the counsel and parties listed below via first class U.S. Mail, postage prepaid, on January 23, 2018.

EXCO Resources, Inc.,
12377 Merit Drive
Suite 1700
Dallas, TX 75251

*Debtor*

Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002

*U.S. Trustee*

Stephen Douglas Statham
Office of US Trustee
515 Rusk
Ste 3516
Houston, TX 77002

*Counsel for the U.S. Trustee*

Kirkland & Ellis International LLP
Attn:  Patrick J. Nash, Jr., P.C. &
Alexandra Schwarzman
300 North LaSalle
Chicago, IL 60654

Gardere Wynne Sewell LLP
Att:  Marcus Helt
2021 McKinney Avenue, Suite 1600
Dallas Texas 75201

*Proposed Counsel to Debtor*

*/s/   Hal F. Morris*
HAL F. MORRIS
Assistant Attorney General