**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas  77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO.** |
| | § | |
| **EXCO RESOURCES, INC.,** *et al.,* | § | **18-30155 (MI)** |
| | § | **(Chapter 11)** |
| | § | **Jointly Administered** |
| **DEBTORS**[1] | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

| **Members** | **Counsel for Member** |
|---|---|
| 1. Wilmington Savings Fund Society, FSB<br>Attn: Patrick J. Healy<br>500 Delaware Avenue, 11th Floor<br>P.O. Box 957<br>Wilmington, DE  19899<br>Tel. 302-888-7420<br>E-Mail:  phealy@wsfsbank.com | Seward & Kissel, LLP<br>John R. Ashmead, Esq.<br>One Battery Plaza<br>New York, NY  10004<br>Tel. 212-574-1366<br>Fax 212-480-8421<br>E-Mail: ashmead@sewkis.com |
| 2. FTS International Services, LLC<br>Attn:  Jared Vitemb<br>777 Main Street, Suite 2900<br>Fort Worth, TX  76109<br>Tel. 817-339-5144<br>Fax 817-339-3697<br>E-Mail: jared.vitemb@ftsi.com | Cozen O'Connor<br>Mark Felger, Esq.<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE  19801<br>Tel. 302-295-2087<br>Fax 877-286-4528<br>E-Mail: mfelger@cozen.com |
| 3. Baker Hughes, a GE Company<br>Attn:  Christopher J. Ryan<br>2001 Rankin Road<br>Houston, TX  77073<br>Tel. 713-879-1063<br>E-Mail:  christopher.ryan3@bhge.com | Snow Spence Green, LLP<br>Kenneth Green, Esq.<br>2929 Allen Parkway, Suite 2800<br>Houston, TX  77019<br>Tel. 713-335-4800<br>Fax 713-335-4848<br>E-Mail: kgreen@snowspencelaw.com |
| 4. REME, LLC<br>d/b/a LEAM Drilling Services<br>Attn:  Kathleen Glasgow<br>3114 W. Old Spanish Trail<br>New Iberia, LA  70560<br>Tel. 800-426-5349<br>E-Mail:  kathleen.glasgow@leam.net | Phillip P. Owens II, Esq.<br>6907 N.W. 122nd Street<br>Oklahoma City, OK  73142-3903<br>Tel. 405-608-0708<br>Fax 405-608-0709<br>E-Mail: po@owenslawofficepc.com |
| 5. DRW Securities, LLC<br>Attn:  Sinan Kermen<br>540 W. Madison<br>Chicago, IL  60661<br>Tel. 312-542-3159<br>E-Mail:  skermen@drw.com | Brown Rudnick LLP<br>Robert J. Stark, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Tel. 212-209-4862<br>Fax 212-209-4801<br>E-Mail: rstark@brownrudnick.com |

Dated: January 24, 2018           Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:    /s/ Hector Duran
        Hector Duran
        Trial Attorney
        Texas Bar No. 00783996
        515 Rusk, Suite 3516
        Houston, TX 77002
        Telephone: (713) 718-4650 x 241
        Fax: (713) 718-4670

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 24th day of January, 2018.

        /s/ Hector Duran
        Hector Duran, Trial Attorney