**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| EXCO RESOURCES, INC., *et al.,* | § | 18-30155 (MI) |
| | § | (Chapter 11) |
| | § | Jointly Administered |
| DEBTORS[1] | § | |

## NOTICE OF RECONSTITUTED COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a) hereby reconstitutes the Committee of Unsecured Creditors in these cases:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

| Members | Counsel for Member |
|---|---|
| 1. Wilmington Savings Fund Society, FSB<br>Attn: Patrick J. Healy<br>500 Delaware Avenue, 11th Floor<br>P.O. Box 957<br>Wilmington, DE  19899<br>Tel. 302-888-7420<br>E-Mail: phealy@wsfsbank.com | Seward & Kissel, LLP<br>John R. Ashmead, Esq.<br>One Battery Plaza<br>New York, NY  10004<br>Tel. 212-574-1366<br>Fax 212-480-8421<br>E-Mail: ashmead@sewkis.com |
| 2. FTS International Services, LLC<br>Attn:  Jared Vitemb<br>777 Main Street, Suite 2900<br>Fort Worth, TX  76109<br>Tel. 817-339-5144<br>Fax 817-339-3697<br>E-Mail: jared.vitemb@ftsi.com | Cozen O'Connor<br>Mark Felger, Esq.<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE  19801<br>Tel. 302-295-2087<br>Fax 877-286-4528<br>E-Mail: mfelger@cozen.com |
| 3. Baker Hughes, a GE Company<br>Attn:  Christopher J. Ryan<br>2001 Rankin Road<br>Houston, TX  77073<br>Tel. 713-879-1063<br>E-Mail:  christopher.ryan3@bhge.com | Snow Spence Green, LLP<br>Kenneth Green, Esq.<br>2929 Allen Parkway, Suite 2800<br>Houston, TX  77019<br>Tel. 713-335-4800<br>Fax 713-335-4848<br>E-Mail: kgreen@snowspencelaw.com |
| 4. REME, LLC<br>d/b/a LEAM Drilling Services<br>Attn:  Kathleen Glasgow<br>3114 W. Old Spanish Trail<br>New Iberia, LA  70560<br>Tel. 800-426-5349<br>E-Mail:  kathleen.glasgow@leam.net | Phillip P. Owens II, Esq.<br>6907 N.W. 122nd Street<br>Oklahoma City, OK  73142-3903<br>Tel. 405-608-0708<br>Fax 405-608-0709<br>E-Mail: po@owenslawofficepc.com |
| 5. DRW Securities, LLC<br>Attn:  Sinan Kermen<br>540 W. Madison<br>Chicago, IL  60661<br>Tel. 312-542-3159<br>E-Mail:  skermen@drw.com | Brown Rudnick LLP<br>Robert J. Stark, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Tel. 212-209-4862<br>Fax 212-209-4801<br>E-Mail: rstark@brownrudnick.com |

| | |
|---|---|
| 6. Cross Sound Management LLC<br>    Attn:  David Dunn<br>    10 Westport Road, Bldg. C, Suite 202<br>    Wilton, CT  06897<br>    Tel. 203-529-1765<br>    Fax 917-842-7137<br>    E-Mail: dunn@cross-sound.com | Quinn Emanuel<br>Benjamin I. Finestone, Esq.<br>51 Madison Ave., 22nd Floor<br>New York, NY 10010<br>Tel. 212-849-7000<br>Fax 212-849-7100<br>E-Mail:<br>benjaminfinestone@quinnemanuel.com<br><br>Jackson Walker LLP<br>Patty Tomasco, Esq.<br>1401 McKinney St., Suite 1900<br>Houston, TX  77010<br>Tel. 512-695-2684<br>E-Mail: ptomasco@jw.com |
| 7. Nabors Drilling Technologies USA, Inc.<br>    Attn:  Lauri J. McDonald<br>    515 W. Greens Road, Suite 1200<br>    Houston, TX  77067-4525<br>    Tel. 281-775-8175<br>    Fax 281-775-4375<br>    E-Mail: lauri.mcdonald@nabors.com | Dore Law Group, P.C.<br>Zachary S. McKay, Esq.<br>17171 Park Row, Suite 160<br>Houston, TX  77084<br>Tel. 281-829-1555<br>Fax 281-200-0751<br>E-Mail: zmckay@dorelawgroup.net |

Dated: January 25, 2018            Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:    /s/ Hector Duran
       Hector Duran
       Trial Attorney
       Texas Bar No. 00783996
       515 Rusk, Suite 3516
       Houston, TX 77002
       Telephone:  (713) 718-4650 x 241
       Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 25th day of January, 2018.

/s/ Hector Duran
Hector Duran, Trial Attorney