## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
|  | § |  |
| Debtors. | § | (Jointly Administered) |
|  | § |  |

## DEBTORS' MASTER SERVICE LIST

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295).  The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

        Respectfully Submitted,

        */s/ Christopher T. Greco*

Dated:  January 26, 2018        Christopher T. Greco (admitted *pro hac vice*)
        **KIRKLAND & ELLIS LLP**
        **KIRKLAND & ELLIS INTERNATIONAL LLP**
        601 Lexington Avenue
        New York, New York 10022
        Telephone:  (212) 446-4800
        Facsimile:  (212) 446-4900
        Email:  christopher.greco@kirkland.com

        - and -

        Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
        Alexandra Schwarzman (admitted *pro hac vice*)
        **KIRKLAND & ELLIS LLP**
        **KIRKLAND & ELLIS INTERNATIONAL LLP**
        300 North LaSalle
        Chicago, Illinois 60654
        Telephone:  (312) 862-2000
        Facsimile:  (312) 862-2200
        Email:  patrick.nash@kirkland.com
              alexandra.schwarzman@kirkland.com

        - and -

        Marcus A. Helt (TX 24052187)
        Telephone:  (214) 999-4526
        Facsimile:  (214) 999-3526
        Email:  mhelt@gardere.com
        Michael K. Riordan (TX 24070502)
        Telephone:  (713) 276-5178
        Facsimile:  (713) 276-6178
        Email:  mriordan@gardere.com
        **GARDERE WYNNE SEWELL LLP**
        1000 Louisiana St., Suite 2000
        Houston, Texas 77002

        *Proposed Counsel for the Debtors and Debtors in Possession*

| | |
|---|---|
| **DEBTORS/DEBTORS PROFESSIONALS** | GARDERE WYNNE SEWELL LLP<br>ATTN: MARCUS HELT |
| KIRKLAND & ELLIS INTERNATIONAL LLP<br>ATTN: PATRICK J. NASH, JR., PC & ALEXANDRA SCHWARZMAN<br>(PROPOSED COUNSEL TO DEBTORS)<br>300 NORTH LASALLE<br>CHICAGO, IL 60654<br>FAX: 312-862-2200<br>EMAIL: PATRICK.NASH@KIRKLAND.COM;<br>ALEXANDRA.SCHWARZMAN@KIRKLAND.COM | (PROPOSED COUNSEL TO DEBTORS)<br>2021 MCKINNEY AVENUE, SUITE 1600<br>DALLAS, TX 75201<br>FAX: 214-999-4667<br>EMAIL: MHELT@GARDERE.COM |
| ALVAREZ & MARSAL<br>ATTN: JOHN STUART<br>(DEBTORS' PROPOSED RESTRUCTURING ADVISOR)<br>2100 ROSS AVENUE, 21ST FLOOR<br>DALLAS, TX 75201<br>FAX: 214-438-1001 | PJT PARTNERS<br>ATTN: ADAM SCHLESINGER<br>(DEBTORS' PROPOSED FINANCIAL ADVISOR)<br>280 PARK AVENUE<br>NEW YORK, NY 10017 |
| EXCO RESOURCES, INC.<br>12377 MERIT DRIVE<br>SUITE 1700<br>DALLAS, TX 75251 | EPIQ<br>ATTN: EXCO TEAM<br>(DEBTORS' CLAIM AND NOTICING AGENT)<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br>FAX: 646-282-2501<br>EMAIL: EXCO@EPIQSYSTEMS.COM |
| **US TRUSTEE** | THE OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: STEPHEN DOUGLAS STATHAM<br>515 RUSK STREET, SUITE 3516<br>HOUSTON, TX 77002<br>FAX: (713) 718-4670<br>EMAIL: USTP.REGION07@USDOJ.GOV;<br>STEPHEN.STATHAM@USDOJ.GOV |
| THE OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: HECTOR DURAN<br>515 RUSK STREET, SUITE 3516<br>HOUSTON, TX 77002<br>EMAIL: HECTOR.DURAN.JR@USDOJ.GOV | |
| **TOP 50** | BAKER HUGHES BUSINESS SUPPORT SVS<br>ATTN: MARTIN S. CRAIGHEAD CHAIRMAN & CEO<br>17021 ALDINE WESTFIELD<br>HOUSTON, TX 77073 |
| AZURE ETG LLC<br>ATTN: I. J. BERTHELOT, II, PRESIDENT<br>12377 MERIT DRIVE<br>SUITE 300<br>DALLAS, TX 75251 | |

| | |
|---|---|
| BHP BILLITON PETROLEUM PROPERTIES LP<br>ATTN: ANDREW MACKENZIE, CEO<br>1100 LOUISIANA<br>SUITE 400<br>HOUSTON, TX 77002<br>FAX: 613-9609-3015 | BJ SERVICES COMPANY USA<br>ATTN: JIM COLLINS, VP<br>11211 FM 2920 RD<br>TOMBALL, TX 77375 |
| BP AMERICA PRODUCTION CO<br>ATTN: JOHN MINGE, PRESIDENT<br>501 WESTLAKE PARK BLVD<br>HOUSTON, TX 77079<br>FAX: 281-366-7584 | CHESAPEAKE ENERGY MARKETING LLC<br>ATTN: ROBERT D. LAWLER, PRESIDENT & CEO<br>6100 NORTH WESTERN AVE<br>OKLAHOMA CITY, OK 73118<br>FAX: 405-879-9575 |
| CHESAPEAKE OPERATING INC<br>ATTN: ROBERT D. LAWLER, PRESIDENT & CEO<br>6100 NORTH WESTERN AVE<br>OKLAHOMA CITY, OK 73118<br>FAX: (405) 879-9575 | CNC OILFIELD SERVICES LLC<br>ATTN: COLTON SANDERS, MANAGING OPERATOR<br>2000 CEDAR ST<br>SHREVEPORT, LA 71103<br>EMAIL: COLTON.S@CNCOILFIELD.COM |
| COGENT ENERGY SERVICES LLC<br>ATTN: CHET ERWIN, PRESIDENT & CEO<br>919 MILAM ST, STE 2480<br>HOUSTON, TX 77002 | CURTIS AND SON VACUUM SERVICE INC<br>ATTN: CURTIS HUDNALL, PRESIDENT<br>HWY 146<br>LIBERTY, TX 77575<br>FAX: (936) 334-1188<br>EMAIL: CSVS@CURTISANDSONCO.COM |
| CURTIS OILFIELD SERVICES LLC<br>ATTN: BUFORD E. CURTIS, MANAGER<br>P.O. BOX 1236<br>SILSBEE, TX 77656<br>FAX: (409) 385-2937 | DOWNHOLE TECHNOLOGY LLC<br>ATTN: DUKE VANLUE, CEO<br>7123 BREEN DRIVE<br>HOUSTON, TX 77086<br>FAX: (281) 820-2545 |

ENTERPRISE PRODUCTS OPERATING LLC
ATTN: O.S. ANDRAS, CEO
1100 LOUISIANA ST
10TH FLOOR
HOUSTON, TX 77002
FAX: (405) 606-4534

FLUID DISPOSAL SPECIALTIES INC
ATTN: MIKE HAYS, PRESIDENT
209 SAM BAIRD ROAD
HOMER, LA 71040-2019
FAX: (318) 927-6965

FREEDOM OILFIELD SERVICE LLC
ATTN: MATTEW EVANS, PARTNER
2948 HIGHWAY 80
HAUGHTON, LA 71037
FAX: (307) 382-5900
EMAIL: MATT@FREEDOMOILFIELD.NET

FTS INTERNATIONAL SERVICES LLC
ATTN: MICHAEL J. DOSS, CEO
777 MAIN STREET, STE 3000
FORT WORTH, TX 76102
FAX: 713-428-4099

GE OIL & GAS PRESSURE CONTROL LP
ATTN: LORENZO SIMONELLI, CHAIRMAN,
PRES. & CEO
3960 COMMERCE ST SW
CANTON, OH 44706
FAX: (832) 325-4350

GOODRICH PETROLEUM CO LLC
ATTN: ROBERT C. TURNHAM, JR., PRES & CEO
801 LOUISIANA, STE 700
HOUSTON, TX 77002
FAX: 713-780-9254

GULF COAST TMC LLC
ATTN: CHARLES E. WEAVER III, MEMBER
7670 HWY 10
ETHEL, LA 70730
FAX: (225) 683-6652

HECKMANN WATER RESOURCES CVR INC
ATTN: MARK D. JOHNSRUD, CEO
C/O NUVERRA ENVIRONMENTAL SOLUTIONS
14624 N. SCOTTSDALE ROAD, SUITE 300
SCOTTSDALE, AZ 85254
FAX: (602) 903-7802

INDIGO MINERALS LLC
ATTN: FRANK D. TSURU, PRESIDENT & CEO
600 TRAVIS, STE 5500
HOUSTON, TX 77002
FAX: (713) 237-5040

KINDERHAWK FIELD SERVICES LLC
ATTN: STEVEN J. KEAN, PRESIDENT & CEO
1001 LOUISIANA, STE 1000
HOUSTON, TX 77002

| | |
|---|---|
| LEAM DRILLING SYSTEMS, LLC<br>ATTN: DANNY CHILDERS, PRESIDENT<br>3114 WEST OLD SPANISH TRAIL<br>NEW IBERIA, LA 70560 | LIGHT TOWER RENTALS<br>2330 EAST INTERSTATE 20<br>SOUTH SERVICE ROAD<br>ODESSA, TX 79766<br>FAX: (432) 530-3330 |
| LONG PETROLEUM LLC<br>ATTN: DENMAN M. LONG, CHAIRMAN<br>400 TEXAS ST. #800<br>SHREVEPORT, LA 71101<br>FAX: (318) 221-6304 | LOUISIANA MIDSTREAM GAS SERVICES LLC<br>ATTN: J. MICHAEL STICE, CEO<br>6100 NORTH WESTERN AVE<br>PO BOX 18496<br>OKLAHOMA CITY, OK 73154-0496 |
| M6 ENERGY SERVICES LLC<br>ATTN: RICHARD LEE JR, MANAGING MEMBER<br>3304 E GOFORTH RD<br>KILGORE, TX 75662<br>FAX: (903) 218-0423 | MAGNOLIA MIDSTREAM GAS SERVICES LLC<br>ATTN: J. MICHAEL STICE, CEO<br>900 NORTH WEST 63RD ST<br>OKLAHOMA CITY, OK 73154-0355 |
| MS DIRECTIONAL LLC<br>ATTN: ALLEN NEEL, PRESIDENT<br>3335 POLLOCK DRIVE<br>CONROE, TX 77303<br>FAX: (936) 442-2500<br>EMAIL: INFO@MSENERGYSERVICES.COM | NABORS DRILLING TECHNOLOGIES USA INC<br>ATTN: ANTHONY G. PETRELLO, PRES. & CEO<br>515 WEST GREENS RD<br>STE 1200<br>HOUSTON, TX 77067<br>FAX: 281-872-5205 |
| OIL STATES ENERGY SERVICES LLC<br>ATTN: CINDY B. TAYLOR, PRESIDENT & CEO<br>THREE ALLEN CENTER<br>333 CLAY ST, STE 4620<br>HOUSTON, TX 77002<br>FAX: (713) 652-0499 | OOGC AMERICA LLC (EAGLE FORD)<br>ATTN: QING JIANG, PRESIDENT<br>945 BUNKER HILL RD #1000<br>HOUSTON, TX 77024 |

PARADIGM MIDSTREAM SERVICES-ST LLC
ATTN: JOHN STEEN, CEO
545 E. JOHN CARPENTER FREEWAY
SUITE 800
IRVING, TX 75062

PATTERSON UTI DRILLING COMPANY LLC
ATTN: WILLIAM A. (ANDY) HENDRICKS
PRES. & CEO, 10713 W. SAM HOUSTON PKWY N
SUITE 800
HOUSTON, TX 77064
FAX: (281) 765-7175

PEAK FISHING SERVICES LLC
ATTN: JEREMY GRACE, VP OF OPERATIONS
7710 WEST HWY 80
MIDLAND, TX 79706
FAX: (432) 684-4161
EMAIL: JEREMY.GRACE@PEAKFISHINGSERVICES.COM

PEROXYCHEM LLC
ATTN: BRUCE LERNER, PRESIDENT & CEO
ONE COMMERCE SQUARE
2005 MARKET STREET, SUITE 3200
PHILADELPHIA, PA 19103
FAX: (267) 422-2400

REGENCY GAS SERVICES LP
ATTN: KELCY L. WARREN, CEO
8111 WESTCHESTER DRIVE
DALLAS, TX 75225
FAX: (214) 981-0703

S3 PUMP SERVICE
ATTN: MALCOLM H. SNEED III, PRESIDENT
1918 BARTON DR
SHREVEPORT, LA 71107
FAX: (318) 221-7096

SELECT ENERGY SERVICES LLC
ATTN: HOLLI LADHANI, PRESIDENT & CEO
515 POST OAK BLVD, STE 200
HOUSTON, TX 77027

SKY-LIN
ATTN: LINDA WILLIAMS, MANAGING MEMBER
6911 VARDAMAN RD
KEITHVILLE, LA 71047
FAX: (318) 925-5248

SOUTHERN SOIL ENVIRONMENTAL INC
ATTN: KENNETH R. JENKINS, PRES. & CEO
430 TIMBERS EAST DR
HAUGHTON, LA 71037-9797
FAX: (318) 949-1533
EMAIL: AMYMIZE@SOUTHERNSOILENV.COM

STALLION OILFIELD SERVICES
ATTN: DAVID C. MANNON, PRESIDENT & CEO
950 CORBINDALE, STE 400
HOUSTON, TX 77024
FAX: (713) 528-1276

| | |
|---|---|
| SUN COAST RESOURCES INC<br>ATTN: KATHY LEHNE, CEO<br>6405 CAVALCADE ST., BLDG 1<br>HOUSTON, TX 77026 | TDJ OILFIELD SERVICES, LLC<br>ATTN: THOMAS STEVEN MOORE<br>CONSULTANT/OWNER, 5857 HIGHWAY 80<br>EAST PRINCETON, LA 71067<br>FAX: (318) 949-9279<br>EMAIL: STEVE@TDJOILFIELDSERVICESLLC.COM |
| TEC WELL SERVICE LLC<br>ATTN: STEPHEN SHORE, PRESIDENT & CEO<br>851 W. HARRISON RD<br>LONGVIEW, TX 75604<br>FAX: (903) 759-7722<br>EMAIL: SSHORE@TECWELL.COM | THOMAS OILFIELD SERVICES LLC<br>ATTN: GREG PEELER, PRESIDENT<br>4250 SE LOOP 281<br>LONGVIEW, TX 75602<br>FAX: (855) 778-5940 |
| WEATHERFORD U.S., L.P.<br>ATTN: KARL BLANCHARD, EVP & COO<br>2000 SAINT JAMES PLACE<br>HOUSTON, TX 77056<br>FAX: (713) 693-4300 | WEST LOUISIANA AGGREGATES LLC<br>ATTN: MATTHEW CARROLL, PRESDIENT<br>10305 JOHN W HOLT JR BLVD<br>SHREVEPORT, LA 71115<br>FAX: (936) 639-2215<br>EMAIL: MCARROLL@WESTLAAGG.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE<br>11TH FLOOR<br>WILMINGTON, DE 19801<br>EMAIL: PHEALY@WSFSBANK.COM | **COUNSEL TO AD HOC NOTEHOLDER COMMITTEE**<br><br>BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK<br>(COUNSEL TO AD HOC NOTEHOLDER COMMITTEE)<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX: 212.209.4801<br>EMAIL: RSTARK@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>ATTN: STEVEN LEVINE<br>(COUNSEL TO AD HOC NOTEHOLDER COMMITTEE)<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>FAX: 617.289.0418<br>EMAIL: SLEVINE@BROWNRUDNICK.COM | **COUNSEL TO SINGLE NOTEHOLDER**<br><br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ATTN: BENJAMIN FINESTONE<br>(COUNSEL TO A SINGLE NOTEHOLDER)<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010<br>FAX: 212-849-7100<br>EMAIL: BENJAMINFINESTONE@QUINNEMANUEL.COM |

| | |
|---|---|
| **OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND COUNSEL** | |
| BAKER HUGHES, A GE COMPANY<br>ATTN: CHRISTOPHER J. RYAN<br>2001 RANKIN ROAD<br>HOUSTON, TX 77073<br>E-MAIL: CHRISTOPHER.RYAN3@BHGE.COM | SNOW SPENCE GREEN, LLP<br>ATTN: KENNETH GREEN, ESQ.<br>(COUNSEL TO BAKER HUGHES, A GE COMPANY)<br>2929 ALLEN PARKWAY, SUITE 2800<br>HOUSTON, TX 77019<br>FAX 713-335-4848<br>E-MAIL: KGREEN@SNOWSPENCELAW.COM |
| CROSS SOUND MANAGEMENT LLC<br>ATTN: DAVID DUNN<br>10 WESTPORT ROAD, BLDG. C, SUITE 202<br>WILTON, CT 06897<br>FAX 917-842-7137<br>E-MAIL: DUNN@CROSS-SOUND.COM | QUINN EMANUEL<br>ATTN: BENJAMIN I. FINESTONE, ESQ.<br>(COUNSEL TO CROSS SOUND MANAGEMENT LLC)<br>51 MADISON AVE., 22ND FLOOR<br>NEW YORK, NY 10010<br>FAX 212-849-7100<br>E-MAIL: BENJAMINFINESTONE@QUINNEMANUEL.COM |
| DRW SECURITIES, LLC<br>ATTN: SINAN KERMEN<br>540 W. MADISON<br>CHICAGO, IL 60661<br>E-MAIL: SKERMEN@DRW.COM | BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK, ESQ.<br>(COUNSEL TO DRW SECURITIES, LLC)<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX 212-209-4801<br>E-MAIL: RSTARK@BROWNRUDNICK.COM |
| FTS INTERNATIONAL SERVICES, LLC<br>ATTN: JARED VITEMB<br>777 MAIN STREET, SUITE 2900<br>FORT WORTH, TX 76109<br>FAX 817-339-3697<br>E-MAIL: JARED.VITEMB@FTSI.COM | COZEN O'CONNOR<br>ATTN: MARK FELGER, ESQ.<br>(COUNSEL TO FTS INTERNATIONAL SERVICES, LLC)<br>1201 N. MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801<br>FAX 877-286-4528<br>E-MAIL: MFELGER@COZEN.COM |
| NABORS DRILLING TECHNOLOGIES USA, INC.<br>ATTN: LAURI J. MCDONALD<br>515 W. GREENS ROAD, SUITE 1200<br>HOUSTON, TX 77067-4525<br>FAX 281-775-4375<br>E-MAIL: LAURI.MCDONALD@NABORS.COM | DORE LAW GROUP, P.C.<br>ATTN: ZACHARY S. MCKAY, ESQ.<br>(COUNSEL TO NABORS DRILLING TECHNOLOGIES USA, INC.)<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX 281-200-0751<br>E-MAIL: ZMCKAY@DORELAWGROUP.NET |

| | |
|---|---|
| REME, LLC<br>D/B/A LEAM DRILLING SERVICES<br>ATTN: KATHLEEN GLASGOW<br>3114 W. OLD SPANISH TRAIL<br>NEW IBERIA, LA 70560<br>E-MAIL: KATHLEEN.GLASGOW@LEAM.NET | PHILLIP P. OWENS II, ESQ.<br>(COUNSEL TO REME, LLC)<br>6907 N.W. 122ND STREET<br>OKLAHOMA CITY, OK 73142-3903<br>E-MAIL: PO@OWENSLAWOFFICEPC.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON, DE 19899<br>E-MAIL: PHEALY@WSFSBANK.COM | SEWARD & KISSEL, LLP<br>ATTN: JOHN R. ASHMEAD, ESQ.<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)<br>ONE BATTERY PLAZA<br>NEW YORK, NY 10004<br>FAX 212-480-8421<br>E-MAIL: ASHMEAD@SEWKIS.COM |

**LENDERS**

| | |
|---|---|
| BALLARD SPAHR LLP<br>ATTN: MARK C. DIETZEN<br>(COUNSEL TO ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>2000 IDS CENTER<br>MINNEAPOLIS, MN 55402-2119<br>FAX: 612-371-3207<br>EMAIL: DIETZENM@BALLARDSPAHR.COM | JPMORGAN CHASE BANK, N.A.<br>ATTN: APRIL YEBD<br>(ADMINISTRATIVE AGENT UNDER RESOLVER BASED CREDIT FACILITY)<br>10 SOUTH DEARBORD, FLOOR 12<br>CHICAGO, IL 60603-2300<br>FAX: 888-292-9533<br>EMAIL: APRIL.YEBD@JPMORGAN.COM |
| JPMORGAN CHASE BANK, N.A.<br>ATTN: MICHELE L JONES, MANAGING DIRECTOR<br>(ADMINISTRATIVE AGENT UNDER REVOLVER BASED CREDIT FACILITY)<br>2200 ROSS AVENUE, 3RD FLOOR<br>DALLAS, TX 75201-2787<br>FAX: 214-302-8695<br>EMAIL: MICHELE.JONES@JPMORGAN.COM | SIMPSON THACHER<br>ATTN: SANDEEP QUSBA<br>(COUNSEL TO ISSUING BANK)<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>FAX: 212-455-2502<br>EMAIL: SQUSBA@STBLAW.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>(INDENTURE TRUSTEE 2018 AND 2022 SENIOR NOTES)<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON, DE 19801<br>EMAIL: PHEALY@WSFSBANK.COM | WILMINGTON TRUST, N.A.<br>ATTN: TOM MORRIS<br>(ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890<br>FAX: 302-636-4145<br>EMAIL: TMORRIS@WILMINGTONTRUST.COM |

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION<br>ATTN: MEGHAN MCCAULEY<br>(ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>50 SOUTH SIXTH STREET, SUITE 1290<br>MINNEAPOLIS, MN 55402<br>FAX: 612-217-5651<br>EMAIL: MMCCAULEY@WILMINGTONTRUST.COM | WINSTON & STRAWN LLP<br>ATTN: BART PISELLA, ESQ<br>(COUNSEL TO ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>200 PARK AVENUE<br>NEW YORK, NY 10166-4193<br>FAX: 212-294-4700<br>EMAIL: BPISELLA@WINSTON.COM |

**GOVERNMENTAL AGENCIES**

| | |
|---|---|
| EPA - REGION 3<br>ATTN: SHAWN M. GARVIN, ADMINISTRATOR<br>1650 ARCH ST<br>PHILADELPHIA, PA 19103-2029<br>FAX: (215) 814-5103<br>EMAIL: R3_RA@EPA.GOV | EPA - REGION 6<br>ATTN: RON CURRY, ADMINISTRATOR<br>FOUNTAIN PLACE 12TH FLOOR, STE 1200<br>1445 ROSS AVE<br>DALLAS, TX 75202-2750<br>EMAIL: GRAY.DAVID@EPA.GOV |
| INTERNAL REVENUE SERVICE<br>77 K ST NE<br>WASHINGTON, DC 20002 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE<br>1100 COMMERCE ST.<br>ROOM 121<br>DALLAS, TX 75242 | SECURITIES AND EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>ATTN: SHAMOIL SHIPCHANDLER, REGIONAL DIR<br>801 CHERRY ST, STE 1900, UNIT 18<br>FORT WORTH, TX 76102<br>EMAIL: DFW@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION<br>SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549<br>EMAIL: CHAIRMANOFFICE@SEC.GOV | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>1885 N THIRD ST<br>BATON ROUGE, LA 70802<br>FAX: 225-326-6793<br>EMAIL: ADMININFO@AG.STATE.LA.US |

| | |
|---|---|
| STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804<br>FAX: 225-326-6793<br>EMAIL: ADMININFO@AG.STATE.LA.US | STATE OF PENNSYLVANIA ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG, PA 17120<br>FAX: 717-787-8242 |
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-475-2994 | STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>ATTN: PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1, ROOM E-26<br>CHARLESTON, WV 25305<br>FAX: 304-558-0140 |
| THE UNITED STATES ATTORNEY'S OFFICE FOR<br>THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: RICHARD A. KINCHELOE<br>1000 LOUISIANA, STE. 2300<br>HOUSTON, TX 77002<br>FAX: 713-718-3300; 713-718-3033<br>EMAIL: USATXS.ATTY@USDOJ.GOV;<br>RICHARD.KINCHELOE@USDOJ.GOV | U.S. ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: GINA MCCARTHY, ADMINISTRATOR<br>ARIEL RIOS BUILDING<br>1200 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20460<br>FAX: (202) 564-1778<br>EMAIL: MCCARTHY.GINA@EPA.GOV |

**NOTICES OF APPEARANCE**

| | |
|---|---|
| ANDERSON LEHRMAN BARRE & MARAIST LLP<br>ATTN: KEVIN M. MARAIST AND MICHELLE K. OSTRYE<br>(COUNSEL TO COGENT ENERGY SERV, ARCHROCK PARTNERS)<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI, TX 78404<br>FAX: 361-884-1286<br>EMAIL: KMARAIST@ALBMLAW.COM;MOSTRYE@ALBMLAW.COM | BAKER & HOSTETLER LLP<br>ATTN: LARS H. FULLER<br>(COUNSEL TO PATTERSON-UTI)<br>1801 CALIFORNIA STREET, SUITE 4400<br>DENVER, CO 80202<br>FAX: 303-861-7805<br>EMAIL: LFULLER@BAKERLAW.COM |
| BAKER BOTTS L.L.P.<br>ATTN: OMAR J. ALANIZ, & IAN E. ROBERTS<br>(COUNSEL TO BG US PRODUCTION COMPANY, LLC)<br>2001 ROSS AVENUE<br>DALLAS, TX 75201<br>FAX: 214-953-6503<br>EMAIL: OMAR.ALANIZ@BAKERBOTTS.COM;<br>IAN.ROBERTS@BAKERBOTTS.COM | BONDS ELLIS EPPICH SCHAFER JONES LLP<br>ATTN: CLAY M. TAYLOR<br>(COUNSEL TO OOGC AMERICA LLC)<br>420 THROCKMORTON STREET, SUITE 1000<br>FORT WORTH, TX 76102<br>FAX: 817-405-6902 |

| | |
|---|---|
| BONDS ELLIS EPPICH SCHAFER JONES LLP<br>ATTN: JOSHUA N. EPPICH<br>(COUNSEL TO OOGC AMERICA LLC)<br>420 THROCKMORTON STREET, SUITE 1000<br>FORT WORTH, TX 76102<br>FAX: 817-405-6902 | BRUCKNER BURCH PLLC<br>ATTN: MATTHEW S. PARMET<br>(COUNSEL TO RODNEY FISHER AND TODD JESSEN)<br>8 GREENWAY PLAZA, STE. 1500<br>HOUSTON, TX 77046<br>FAX: 713-877-8065<br>EMAIL: MPARMET@BRUCKNERBURCH.COM |
| COMPTROLLER OF PUBLIC ACCOUNTS OF STATE OF TEXAS<br>ASSISTANT ATTORNEY GENERAL-RACHEL R. OBALDO<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: RACHEL.OBALDO@OAG.TEXAS.GOV | DIAMOND MCCARTHY LLP<br>ATTN: CHARLES M. RUBIO<br>(COUNSEL TO OIL STATES ENERGY SERVICES LLC)<br>909 FANNIN, SUITE 3700<br>HOUSTON, TX 77010<br>FAX: 713-333-5199<br>EMAIL: CRUBIO@DIAMONDMCCARTHY.COM |
| DORE LAW GROUP P.C.<br>ATTN: ZACHARY S. MCKAY<br>(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)<br>ATTN: ZACHARY S. MCKAY<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX: 281-200-0751<br>EMAIL: ZMCKAY@DORELAWGROUP.NET | DORE LAW GROUP PC<br>ATTN: CARL DORE JR<br>(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX: 281-200-0751<br>EMAIL: CARL@DORELAWGROUP.NET |
| EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: MARK SHERRILL, DAVID A. BAAY, JAMES L. SILLIMAN<br>(COUNSEL TO SHELL ENERGY NORTH AMERICA US LP)<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON, TX 77002<br>FAX: 713-654-1301<br>EMAIL: MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM;<br>DAVIDBAAY@EVERSHEDS-SUTHERLAND.COM;<br>JIMSILLIMAN@EVERSHEDS-SUTHERLAND.COM | FORSHEY & PROSTOK, LLP<br>ATTN: J. ROBERT FORSHEY<br>(COUNSEL TO XTO ENERGY INC)<br>777 MAIN STREET, SUITE 1290<br>FORT WORTH, TX 76102<br>FAX: 817-877-4151<br>EMAIL: BFORSHEY@FORSHEYPROSTOK.COM |
| FORSHEY & PROSTOK, LLP<br>ATTN: J. ROBERT FORSHEY<br>(COUNSEL TO XTO ENERGY INC.)<br>777 MAIN STREET, SUITE 1290<br>FORT WORTH, TX 76102<br>FAX: 817-877-4151<br>EMAIL: BFORSHEY@FORSHEYPROSTOK.COM | GARDERE WYNNE SEWELL LLP<br>ATTN: MICHAEL K. RIORDAN<br>(COUNSEL TO PROPOSED TEXAS, CONFLICTS AND LITIGATION COUNSEL FOR THE DEBTORS)<br>1000 LOUISIANA, SUITE 2000<br>HOUSTON, TX 77002<br>FAX: 713-276-6178<br>EMAIL: MRIORDAN@GARDERE.COM |

HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC
ATTN: DUSTIN L. PERRY
(COUNSEL TO THE WILLIAMS COMPANIES INC)
320 SOUTH BOSTON AVENUE, SUITE 200
TULSA, OK 74103-3706
FAX: 918-594-0505
EMAIL: DPERRY@HALLESTILL.COM

HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC
ATTN: STEVEN W. SOULE
(COUNSEL TO THE WILLIAMS COMPANIES, INC)
320 SOUTH BOSTON AVENUE, SUITE 200
TULSA, OK 74103-3706
FAX: 918-594-0505
EMAIL: SSOULE@HALLESTILL.COM

JACKSON WALKER L.L.P.
ATTN: PATRICIA B. TOMASCO & MATTHEW D. CAVENAUGH
(COUNSEL TO CROSS SOUND MANAGEMENT)
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010
FAX: 713-752-4221
EMAIL: PTOMASCO@JW.COM; MCAVENAUGH@JW.COM

KASOWITZ BENSON TORRES LLP
(COUNSEL TO FAIRFAX FINANCIAL HOLDINGS LIMITED AND HAMBLIN WATSA INVESTMENT COUNSEL LTD)
ATTN: ANDREW K GLENN, ADAM L SHIFF, SHAI SCHMIDT, EMILY L KUZNICK
1633 BROADWAY
NEW YORK, NY 10019
FAX: 212-506-1800
EMAIL: AGLENN@KASOWITZ.COM; ASHIFF@KASOWITZ; SSCHMIDT@KASOWITZ.COM; EKUZNICK@KASOWITZ.COM

LANE & COUNTRYMAN
ATTN: JOHN R. LANE & MATTHEW J. COUNTRYMAN
(COUNSEL TO LIGHT TOWER RENTALS, INC.)
8526 N. NEW BRAUNFELS
SAN ANTONIO, TX 78217
FAX: 201-804-2339
EMAIL: MCOUNTRYMAN@JRL-LAW.COM

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN: PATRICIA WILLIAMS PREWITT
(COUNSEL TO KINDERHAWK FIELD SERVICES, LLC)
10953 VISTA LAKE COURT
NAVASOTA, TX 77868
FAX: 713-583-2833
EMAIL: PWP@PATTIPREWITTLAW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO RUSK, DALLAS, CLAY, SMITH COUNTIES)
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207
FAX: 469-221-5003
EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO DALLAS, RUSK, CLAY &  SMITH COUNTIES)
2777 N. STEMMONS FREEWWAY, SUITE 1000
DALLAS, TX 75207
FAX: 469-221-5003
EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: TARA L. GRUNDEMEIER
(COUNSEL TO SAN AUGUSTINE, HOUSTON, POLK, HARRIS AND SHELBY COUNTIES)
PO BOX 3064
HOUSTON, TX 77253-3064
FAX: 713-844-3503
EMAIL: HOUSTON_BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: DON STECKER
(COUNSEL TO ZAVALA CAD)
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205
FAX: 210-225-6410
EMAIL: SANANTONIO.BANKRUPTCY@PUBLICANS.COM

| | |
|---|---|
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680<br>FAX: 512-323-3205 | MILLER MENTZER WALKER, P.C.<br>ATTN: JULIE A. WALKER, ESQ.<br>(COUNSEL TO J-W POWER COMPANY)<br>P.O. BOX 130<br>100 N. MAIN ST.<br>PALMER, TX 75152<br>FAX: 214-764-6676<br>EMAIL: JWALKER@MILMEN.COM |
| NORTON ROSE FULBRIGHT US LLP<br>ATTN: KRISTIAN W. GLUCK, RYAN E. MANNS &<br>LOUIS R. STRUBECK, JR.<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>2200 ROSS AVENUE, SUITE 3600<br>DALLAS, TX 75201-7932<br>FAX: 214-855-8200<br>EMAIL: KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM;<br>LOUIS.STRUBECK@NORTONROSEFULBRIGHT.COM;<br>RYAN.MANNS@NORTONROSEFULBRIGHT.COM | OWENS LAW OFFICE PC<br>ATTN: PHILLIP P. OWENS II<br>(COUNSEL TO LEAM DRILLING SERVICES LLC)<br>6907 NW 122 STREET<br>OKLAHOMA CITY, OK 73142-3903<br>FAX: 405-608-0709<br>EMAIL: PO@OWENSLAWOFFICEPC.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JOHN T. BANKS<br>(COUNSEL TO DIMMIT COUNTY & LA PRYOR INDEPENDENT SCHOOL DISTRICT)<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731<br>FAX: 512-302-1802<br>EMAIL: JBANKS@PBFCM.COM | SEWARD & KISSEL LLP<br>ATTN: JOHN R. ASHMEAD, ROBERT GAYDA & CATHERINE V. LOTEMPIO<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004<br>FAX: 212-480-8421<br>EMAIL: ASHMEAD@SEWKIS.COM;<br>GAYDA@SEWKIS.COM;<br>LOTEMPIO@SEWKIS.COM |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: HAL F. MORRIS & CHARLIE SHELTON<br>(COUNSEL TO RAILROAD COMMISSION OF TEXAS)<br>P.O. BOX 12548 - MC 008<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: HAL.MORRIS@OAG.TEXAS.GOV;<br>CHARLIE.SHELTON@OAG.TEXAS.GOV | TEXAS ATTORNEYS GENERAL OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: HAL F. MORRIS & CHARLIE SHELTON<br>(COUNSEL TO RAILROAD COMMISSION OF TEXAS)<br>ASSISTANT ATTORNEYS GENERAL<br>P.O. BOX 12548-MC 008<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: HAL.MORRIS@OAG.TEXAS.GOV;<br>CHARLIE.SHELTON@OAG.TEXAS.GOV |
| TEXAS ATTORNEYS GENERAL OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>ATTN: RACHEL OBALDO, ASSISTANT ATTORNEY GENERAL<br>(COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS)<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: RACHEL.OBALDO@OAG.TEXAS.GOV | WALLER LANDSEN DORTCH & DAVIS LLP<br>ATTN: ERIC J TAUBE, MARK C TAYLOR, CLEVELAND R BURKE<br>(COUNSEL TO FAIRFAX FINANCIAL AND HAMBLIN WATSA)<br>100 CONGRESS AVE, SUITE 1800<br>AUSTIN, TX 78701<br>FAX: 512-685-6417<br>EMAIL: ERIC.TAUBE@WALLERLAW.COM;<br>MARK.TAYLOR@WALLERLAW.COM;<br>CLEVE.BURKE@WALLERLAW.COM |

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP<br>ATTN: ALFREDO R. PEREZ<br>(COUNSEL TO AZURE MIDSTREAM HOLDINGS LLC ET AL)<br>700 LOUISIANA STREET, SUITE 1700<br>HOUSTON, TX 77002<br>FAX: 713-224-9511<br>EMAIL: ALFREDO.PEREZ@WEIL.COM | WHITE & CASE LLP<br>ATTN: THOMAS E LAURIA & MICHAEL C. SHEPHERD<br>(COUNSEL TO GEN IV INVESTMENT OPPORTUNITIES LLC)<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>MIAMI, FL 33131<br>FAX: 305-358-5700 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON, DE 19899 | |