| | |
|---|---|
| ALVAREZ & MARSAL<br>ATTN: JOHN STUART<br>(DEBTORS' PROPOSED RESTRUCTURING ADVISOR)<br>2100 ROSS AVENUE, 21ST FLOOR<br>DALLAS, TX 75201 | ANDERSON LEHRMAN BARRE & MARAIST LLP<br>ATTN: KEVIN M. MARAIST AND MICHELLE K. OSTRYE<br>(COUNSEL TO COGENT ENERGY SERV, ARCHROCK PARTNERS)<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI, TX 78404 |
| AZURE ETG LLC<br>ATTN: I. J. BERTHELOT, II, PRESIDENT<br>12377 MERIT DRIVE<br>SUITE 300<br>DALLAS, TX 75251 | BAKER & HOSTETLER LLP<br>ATTN: LARS H. FULLER<br>(COUNSEL TO PATTERSON-UTI)<br>1801 CALIFORNIA STREET, SUITE 4400<br>DENVER, CO 80202 |
| BAKER BOTTS L.L.P.<br>ATTN: OMAR J. ALANIZ, & IAN E. ROBERTS<br>(COUNSEL TO BG US PRODUCTION COMPANY, LLC)<br>2001 ROSS AVENUE<br>DALLAS, TX 75201 | BAKER HUGHES BUSINESS SUPPORT SVS<br>ATTN: MARTIN S. CRAIGHEAD CHAIRMAN & CEO<br>17021 ALDINE WESTFIELD<br>HOUSTON, TX 77073 |
| BAKER HUGHES, A GE COMPANY<br>ATTN: CHRISTOPER J. RYAN<br>2001 RANKIN ROAD<br>HOUSTON, TX 77073 | BALLARD SPAHR LLP<br>ATTN: MARK C. DIETZEN<br>(COUNSEL TO ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>2000 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402-2119 |
| BHP BILLITON PETROLEUM PROPERTIES LP<br>ATTN: ANDREW MACKENZIE, CEO<br>1100 LOUISIANA<br>SUITE 400<br>HOUSTON, TX 77002 | BJ SERVICES COMPANY USA<br>ATTN: JIM COLLINS, VP<br>11211 FM 2920 RD<br>TOMBALL, TX 77375 |

| | |
|---|---|
| BONDS ELLIS EPPICH SCHAFER JONES LLP<br>ATTN: CLAY M. TAYLOR<br>(COUNSEL TO OOGC AMERICA LLC)<br>420 THROCKMORTON STREET, SUITE 1000<br>FORT WORTH, TX 76102 | BONDS ELLIS EPPICH SCHAFER JONES LLP<br>ATTN: JOSHUA N. EPPICH<br>(COUNSEL TO OOGC AMERICA LLC)<br>420 THROCKMORTON STREET, SUITE 1000<br>FORT WORTH, TX 76102 |
| BP AMERICA PRODUCTION CO<br>ATTN: JOHN MINGE, PRESIDENT<br>501 WESTLAKE PARK BLVD<br>HOUSTON, TX 77079 | BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| BROWN RUDNICK LLP<br>ATTN: STEVEN LEVINE<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | BRUCKNER BURCH PLLC<br>ATTN: MATTHEW S. PARMET<br>(COUNSEL TO RODNEY FISHER AND TODD JESSEN)<br>8 GREENWAY PLAZA, STE. 1500<br>HOUSTON, TX 77046 |
| CHESAPEAKE ENERGY MARKETING LLC<br>ATTN: ROBERT D. LAWLER, PRESIDENT & CEO<br>6100 NORTH WESTERN AVE<br>OKLAHOMA CITY, OK 73118 | CHESAPEAKE OPERATING INC<br>ATTN: ROBERT D. LAWLER, PRESIDENT & CEO<br>6100 NORTH WESTERN AVE<br>OKLAHOMA CITY, OK 73118 |
| CNC OILFIELD SERVICES LLC<br>ATTN: COLTON SANDERS, MANAGING OPERATOR<br>2000 CEDAR ST<br>SHREVEPORT, LA 71103 | COGENT ENERGY SERVICES LLC<br>ATTN: CHET ERWIN, PRESIDENT & CEO<br>919 MILAM ST, STE 2480<br>HOUSTON, TX 77002 |

COMPTROLLER OF PUBLIC ACCOUNTS OF STATE OF TEXAS
ASSISTANT ATTORNEY GENERAL-RACHEL R. OBALDO
BANKRUPTCY & COLLECTIONS DIVISION MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548

COZEN O'CONNOR
ATTN: MARK FELGER, ESQ.
1201 N. MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

CROSS SOUND MANAGEMENT LLC
ATTN: DAVID DUNN
10 WESTPORT ROAD, BLDG. C, SUITE 202
WILTON, CT 06897

CURTIS AND SON VACUUM SERVICE INC
ATTN: CURTIS HUDNALL, PRESIDENT
HWY 146
LIBERTY, TX 77575

CURTIS OILFIELD SERVICES LLC
ATTN: BUFORD E. CURTIS, MANAGER
P.O. BOX 1236
SILSBEE, TX 77656

DIAMOND MCCARTHY LLP
ATTN: CHARLES M. RUBIO
(COUNSEL TO OIL STATES ENERGY SERVICES LLC)
909 FANNIN, SUITE 3700
HOUSTON, TX 77010

DORE LAW GROUP P.C.
ATTN: ZACHARY S. MCKAY
(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)
ATTN: ZACHARY S. MCKAY
17171 PARK ROW, SUITE 160
HOUSTON, TX 77084

DORE LAW GROUP PC
ATTN: CARL DORE JR
(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)
17171 PARK ROW, SUITE 160
HOUSTON, TX 77084

DOWNHOLE TECHNOLOGY LLC
ATTN: DUKE VANLUE, CEO
7123 BREEN DRIVE
HOUSTON, TX 77086

DRW SECURITIES, LLC
ATTN: SINAN KERMEN
540 W. MADISON
CHICAGO, IL 60661

| | |
|---|---|
| ENTERPRISE PRODUCTS OPERATING LLC<br>ATTN: O.S. ANDRAS, CEO<br>1100 LOUISIANA ST<br>10TH FLOOR<br>HOUSTON, TX 77002 | EPA - REGION 3<br>ATTN: SHAWN M. GARVIN, ADMINISTRATOR<br>1650 ARCH ST<br>PHILADELPHIA, PA 19103-2029 |
| EPA - REGION 6<br>ATTN: RON CURRY, ADMINISTRATOR<br>FOUNTAIN PLACE 12TH FLOOR, STE 1200<br>1445 ROSS AVE<br>DALLAS, TX 75202-2750 | EPIQ<br>ATTN: EXCO TEAM<br>(DEBTORS' CLAIM AND NOTICING AGENT)<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 |
| EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: MARK SHERRILL, DAVID A. BAAY, JAMES L. SILLIMAN<br>(COUNSEL TO SHELL ENERGY NORTH AMERICA US LP)<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON, TX 77002 | EXCO RESOURCES, INC.<br>12377 MERIT DRIVE<br>SUITE 1700<br>DALLAS, TX 75251 |
| FLUID DISPOSAL SPECIALTIES INC<br>ATTN: MIKE HAYS, PRESIDENT<br>209 SAM BAIRD ROAD<br>HOMER, LA 71040-2019 | FORSHEY & PROSTOK, LLP<br>ATTN: J. ROBERT FORSHEY<br>(COUNSEL TO XTO ENERGY INC)<br>777 MAIN STREET, SUITE 1290<br>FORT WORTH, TX 76102 |
| FORSHEY & PROSTOK, LLP<br>ATTN: J. ROBERT FORSHEY<br>(COUNSEL TO XTO ENERGY INC.)<br>777 MAIN STREET, SUITE 1290<br>FORT WORTH, TX 76102 | FREEDOM OILFIELD SERVICE LLC<br>ATTN: MATTHEW EVANS, PARTNER<br>2948 HIGHWAY 80<br>HAUGHTON, LA 71037 |

| | |
|---|---|
| FTS INTERNATIONAL SERVICES LLC<br>ATTN: MICHAEL J. DOSS, CEO<br>777 MAIN STREET, STE 3000<br>FORT WORTH, TX 76102 | FTS INTERNATIONAL SERVICES, LLC<br>ATTN: JARED VITEMB<br>777 MAIN STREET, SUITE 2900<br>FORT WORTH, TX 76109 |
| GARDERE WYNNE SEWELL LLP<br>ATTN: MARCUS HELT<br>(PROPOSED COUNSEL TO DEBTORS)<br>2021 MCKINNEY AVENUE, SUITE 1600<br>DALLAS, TX 75201 | GARDERE WYNNE SEWELL LLP<br>ATTN: MICHAEL K. RIORDAN<br>(COUNSEL TO PROPOSED TEXAS, CONFLICTS AND LITIGATION COUNSEL FOR THE DEBTORS)<br>1000 LOUISIANA, SUITE 2000<br>HOUSTON, TX 77002 |
| GE OIL & GAS PRESSURE CONTROL LP<br>ATTN: LORENZO SIMONELLI, CHAIRMAN, PRES. & CEO<br>3960 COMMERCE ST SW<br>CANTON, OH 44706 | GLAS TRUST COMPANY LLC<br>ATTN: ADAM BERMAN, VICE PRESIDENT<br>230 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY 10169 |
| GOODRICH PETROLEUM CO LLC<br>ATTN: ROBERT C. TURNHAM, JR., PRES & CEO<br>801 LOUISIANA, STE 700<br>HOUSTON, TX 77002 | GULF COAST TMC LLC<br>ATTN: CHARLES E. WEAVER III, MEMBER<br>7670 HWY 10<br>ETHEL, LA 70730 |
| HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC<br>ATTN: STEVEN W. SOULE<br>(COUNSEL TO THE WILLIAMS COMPANIES, INC)<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA, OK 74103-3706 | HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC<br>ATTN: DUSTIN L. PERRY<br>(COUNSEL TO THE WILLIAMS COMPANIES INC)<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA, OK 74103-3706 |

| | |
|---|---|
| HECKMANN WATER RESOURCES CVR INC<br>ATTN: MARK D. JOHNSRUD, CEO<br>C/O NUVERRA ENVIRONMENTAL SOLUTIONS<br>14624 N. SCOTTSDALE ROAD, SUITE 300<br>SCOTTSDALE, AZ 85254 | HUGHES WATTERS ASKANASE LLP<br>ATTN: TIMOTHY A MILLION<br>(COUNSEL TO WEATHERFORD INTERNATIONAL LLC)<br>TOTAL PLAZA<br>1201 LOUISIANA STREET, 28TH FLOOR<br>HOUSTON, TX 77002 |
| INDIGO MINERALS LLC<br>ATTN: FRANK D. TSURU, PRESIDENT & CEO<br>600 TRAVIS, STE 5500<br>HOUSTON, TX 77002 | INTERNAL REVENUE SERVICE<br>77 K ST NE<br>WASHINGTON, DC 20002 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE LOCAL OFFICE<br>1100 COMMERCE ST.<br>ROOM 121<br>DALLAS, TX 75242 |
| JACKSON WALKER L.L.P.<br>ATTN: PATRICIA B. TOMASCO & MATTHEW D. CAVENAUGH<br>(COUNSEL TO CROSS SOUND MANAGEMENT)<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TX 77010 | JPMORGAN CHASE BANK, N.A.<br>ATTN: APRIL YEBD<br>(ADMINISTRATIVE AGENT UNDER RESOLVER BASED CREDIT FACILITY)<br>10 SOUTH DEARBORD, FLOOR 12<br>CHICAGO, IL 60603-2300 |
| JPMORGAN CHASE BANK, N.A.<br>ATTN: MICHELE L JONES, MANAGING DIRECTOR<br>(ADMINISTRATIVE AGENT UNDER REVOLVER BASED CREDIT FACILITY)<br>2200 ROSS AVENUE, 3RD FLOOR<br>DALLAS, TX 75201-2787 | KASOWITZ BENSON TORRES LLP<br>(COUNSEL TO FAIRFAX FINANCIAL HOLDINGS LIMITED AND HAMBLIN WATSA INVESTMENT COUNSEL LTD)<br>ATTN: ANDREW K GLENN, ADAM L SHIFF, SHAI SCHMIDT, EMILY L KUZNICK<br>1633 BROADWAY<br>NEW YORK, NY 10019 |

| | |
|---|---|
| KINDERHAWK FIELD SERVICES LLC<br>ATTN: STEVEN J. KEAN, PRESIDENT & CEO<br>1001 LOUISIANA, STE 1000<br>HOUSTON, TX 77002 | KIRKLAND & ELLIS INTERNATIONAL LLP<br>ATTN: PATRICK J. NASH, JR., PC & ALEXANDRA SCHWARZMAN<br>(PROPOSED COUNSEL TO DEBTORS)<br>300 NORTH LASALLE<br>CHICAGO, IL 60654 |
| LANE & COUNTRYMAN<br>ATTN: JOHN R. LANE & MATTHEW J. COUNTRYMAN<br>(COUNSEL TO LIGHT TOWER RENTALS, INC.)<br>8526 N. NEW BRAUNFELS<br>SAN ANTONIO, TX 78217 | LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>ATTN: PATRICIA WILLIAMS PREWITT<br>(COUNSEL TO KINDERHAWK FIELD SERVICES, LLC)<br>10953 VISTA LAKE COURT<br>NAVASOTA, TX 77868 |
| LEAM DRILLING SYSTEMS, LLC<br>ATTN: DANNY CHILDERS, PRESIDENT<br>3114 WEST OLD SPANISH TRAIL<br>NEW IBERIA, LA 70560 | LIGHT TOWER RENTALS<br>2330 EAST INTERSTATE 20<br>SOUTH SERVICE ROAD<br>ODESSA, TX 79766 |
| LINDQUIST & VENNUM LLP<br>ATTN: MARK DIETZEN<br>2000 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>(COUNSEL TO RUSK, DALLAS, CLAY, SMITH COUNTIES)<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>(COUNSEL TO DALLAS, RUSK, CLAY & SMITH COUNTIES)<br>2777 N. STEMMONS FREEWWAY, SUITE 1000<br>DALLAS, TX 75207 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: TARA L. GRUNDEMEIER<br>(COUNSEL TO SAN AUGUSTINE, HOUSTON, POLK, HARRIS AND SHELBY COUNTIES)<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |

| | |
|---|---|
| LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: DON STECKER<br>(COUNSEL TO ZAVALA CAD)<br>711 NAVARRO STREET, STE 300<br>SAN ANTONIO, TX 78205 | LONG PETROLEUM LLC<br>ATTN: DENMAN M. LONG, CHAIRMAN<br>400 TEXAS ST. #800<br>SHREVEPORT, LA 71101 |
| LOUISIANA DEPARTMENT OF JUSTICE<br>ATTN: CHRISTOPHER J. LENTO, ASST ATTY GENERAL<br>PO BOX 94005<br>BATON ROUGE, LA 70804 -905 | LOUISIANA MIDSTREAM GAS SERVICES LLC<br>ATTN: J. MICHAEL STICE, CEO<br>6100 NORTH WESTERN AVE<br>PO BOX 18496<br>OKLAHOMA CITY, OK 73154-0496 |
| M6 ENERGY SERVICES LLC<br>ATTN: RICHARD LEE JR, MANAGING MEMBER<br>3304 E GOFORTH RD<br>KILGORE, TX 75662 | MAGNOLIA MIDSTREAM GAS SERVICES LLC<br>ATTN: J. MICHAEL STICE, CEO<br>900 NORTH WEST 63RD ST<br>OKLAHOMA CITY, OK 73154-0355 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 | MILLER MENTZER WALKER, P.C.<br>ATTN: JULIE A. WALKER, ESQ.<br>(COUNSEL TO J-W POWER COMPANY)<br>P.O. BOX 130<br>100 N. MAIN ST.<br>PALMER, TX 75152 |
| MS DIRECTIONAL LLC<br>ATTN: ALLEN NEEL, PRESIDENT<br>3335 POLLOCK DRIVE<br>CONROE, TX 77303 | NABORS DRILLING TECHNOLOGIES USA INC<br>ATTN: ANTHONY G. PETRELLO, PRES. & CEO<br>515 WEST GREENS RD<br>STE 1200<br>HOUSTON, TX 77067 |

NABORS DRILLING TECHNOLOGIES USA, INC.
ATTN: LAURI J. MCDONALD
515 W. GREENS ROAD, SUITE 1200
HOUSTON, TX 77067-4525

NORTON ROSE FULBRIGHT US LLP
ATTN: KRISTIAN W. GLUCK, RYAN E. MANNS &
LOUIS R. STRUBECK, JR.
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
2200 ROSS AVENUE, SUITE 3600
DALLAS, TX 75201-7932

OIL STATES ENERGY SERVICES LLC
ATTN: CINDY B. TAYLOR, PRESIDENT & CEO
THREE ALLEN CENTER
333 CLAY ST, STE 4620
HOUSTON, TX 77002

OOGC AMERICA LLC (EAGLE FORD)
ATTN: QING JIANG, PRESIDENT
945 BUNKER HILL RD #1000
HOUSTON, TX 77024

OWENS LAW OFFICE PC
ATTN: PHILLIP P. OWENS II
(COUNSEL TO LEAM DRILLING SERVICES LLC)
6907 NW 122 STREET
OKLAHOMA CITY, OK 73142-3903

PARADIGM MIDSTREAM SERVICES-ST LLC
ATTN: JOHN STEEN, CEO
545 E. JOHN CARPENTER FREEWAY
SUITE 800
IRVING, TX 75062

PATTERSON UTI DRILLING COMPANY LLC
ATTN: WILLIAM A. (ANDY) HENDRICKS
PRES. & CEO, 10713 W. SAM HOUSTON PKWY N
SUITE 800
HOUSTON, TX 77064

PEAK FISHING SERVICES LLC
ATTN: JEREMY GRACE, VP OF OPERATIONS
7710 WEST HWY 80
MIDLAND, TX 79706

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: JOHN T. BANKS
(COUNSEL TO DIMMIT COUNTY & LA PRYOR INDEPENDENT
SCHOOL DISTRICT)
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX 78731

PERKINS COIE LLP
ATTN: TINA N. MOSS
(COUNSEL TO GLAS TRUST COMPANY LLC)
30 ROCKEFELLER PLAZA, 22ND FLOOR
NEW YORK, NY 10112

| | |
|---|---|
| PERKINS COIE LLP<br>ATTN: JOHN D. PENN<br>(COUNSEL TO GLAS TRUST COMPANY LLC)<br>500 N. AKARD STREET, SUITE 3300<br>DALLAS, TX 75201 | PEROXYCHEM LLC<br>ATTN: BRUCE LERNER, PRESIDENT & CEO<br>ONE COMMERCE SQUARE<br>2005 MARKET STREET, SUITE 3200<br>PHILADELPHIA, PA 19103 |
| PHILLIP P. OWENS II, ESQ.<br>6907 N.W. 122ND STREET<br>OKLAHOMA CITY, OK 73142-3903 | PJT PARTNERS<br>ATTN: ADAM SCHLESINGER<br>(DEBTORS' PROPOSED FINANCIAL ADVISOR)<br>280 PARK AVENUE<br>NEW YORK, NY 10017 |
| QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ATTN: BENJAMIN FINESTONE<br>(COUNSEL TO A SINGLE NOTEHOLDER)<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010 | REGENCY GAS SERVICES LP<br>ATTN: KELCY L. WARREN, CEO<br>8111 WESTCHESTER DRIVE<br>DALLAS, TX 75225 |
| REME, LLC<br>D/B/A LEAM DRILLING SERVICES<br>ATTN: KATHLEEN GLASGLOW<br>3114 W. OLD SPANISH TRAIL<br>NEW IBERIA, IL 70560 | S3 PUMP SERVICE<br>ATTN: MALCOLM H. SNEED III, PRESIDENT<br>1918 BARTON DR<br>SHREVEPORT, LA 71107 |
| SECURITIES AND EXCHANGE COMMISSION<br>SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549 | SECURITIES AND EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>ATTN: SHAMOIL SHIPCHANDLER, REGIONAL DIR<br>801 CHERRY ST, STE 1900, UNIT 18<br>FORT WORTH, TX 76102 |

| | |
|---|---|
| SELECT ENERGY SERVICES LLC<br>ATTN: HOLLI LADHANI, PRESIDENT & CEO<br>515 POST OAK BLVD, STE 200<br>HOUSTON, TX 77027 | SEWARD & KISSEL LLP<br>ATTN: JOHN R. ASHMEAD, ROBERT GAYDA & CATHERINE V. LOTEMPIO<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 |
| SIMPSON THACHER<br>ATTN: SANDEEP QUSBA<br>(COUNSEL TO ISSUING BANK)<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | SKY-LIN<br>ATTN: LINDA WILLIAMS, MANAGING MEMBER<br>6911 VARDAMAN RD<br>KEITHVILLE, LA 71047 |
| SNOW SPENCE GREEN, LLP<br>ATTN: KENNETH GREEN, ESQ.<br>2929 ALLEN PARKWAY, SUITE 2800<br>HOUSTON, TX 77019 | SOUTHERN SOIL ENVIRONMENTAL INC<br>ATTN: KENNETH R. JENKINS, PRES. & CEO<br>430 TIMBERS EAST DR<br>HAUGHTON, LA 71037-9797 |
| STALLION OILFIELD SERVICES<br>ATTN: DAVID C. MANNON, PRESIDENT & CEO<br>950 CORBINDALE, STE 400<br>HOUSTON, TX 77024 | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804 |
| STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>1885 N THIRD ST<br>BATON ROUGE, LA 70802 | STATE OF PENNSYLVANIA ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG, PA 17120 |

| | |
|---|---|
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>ATTN: PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1, ROOM E-26<br>CHARLESTON, WV 25305 |
| SUN COAST RESOURCES INC<br>ATTN: KATHY LEHNE, CEO<br>6405 CAVALCADE ST., BLDG 1<br>HOUSTON, TX 77026 | TDJ OILFIELD SERVICES, LLC<br>ATTN: THOMAS STEVEN MOORE<br>CONSULTANT/OWNER, 5857 HIGHWAY 80<br>EAST PRINCETON, LA 71067 |
| TEC WELL SERVICE LLC<br>ATTN: STEPHEN SHORE, PRESIDENT & CEO<br>851 W. HARRISON RD<br>LONGVIEW, TX 75604 | TEXAS ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: HAL F. MORRIS & CHARLIE SHELTON<br>(COUNSEL TO RAILROAD COMMISSION OF TEXAS)<br>P.O. BOX 12548 - MC 008<br>AUSTIN, TX 78711-2548 |
| TEXAS ATTORNEYS GENERAL OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>ATTN: RACHEL OBALDO, ASSISTANT ATTORNEY GENERAL<br>(COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS)<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | TEXAS ATTORNEYS GENERAL OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: HAL F. MORRIS & CHARLIE SHELTON<br>(COUNSEL TO RAILROAD COMMISSION OF TEXAS)<br>ASSISTANT ATTORNEYS GENERAL<br>P.O. BOX 12548-MC 008<br>AUSTIN, TX 78711-2548 |
| THE OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: STEPHEN DOUGLAS STATHAM<br>515 RUSK STREET, SUITE 3516<br>HOUSTON, TX 77002 | THE UNITED STATES ATTORNEY'S OFFICE FOR<br>THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: RICHARD A. KINCHELOE<br>1000 LOUISIANA, STE. 2300<br>HOUSTON, TX 77002 |

| | |
|---|---|
| THOMAS OILFIELD SERVICES LLC<br>ATTN: GREG PEELER, PRESIDENT<br>4250 SE LOOP 281<br>LONGVIEW, TX 75602 | THOMPSON & KNIGHT LLP<br>ATTN: DAVID M BENNETT, GREG W CURRY, STEVEN J LEVITT<br>(COUNSEL TO CHESAPEAKE EXPLORATION & CHESAPEAKE ENERGY MARKETING LLC)<br>1722 ROUTH STREET, SUITE 1500<br>DALLAS, TX 75201 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: GINA MCCARTHY, ADMINISTRATOR<br>ARIEL RIOS BUILDING<br>1200 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20460 | US TRUSTEE<br>ATTN: HECTOR DURAN<br>515 RUSK, SUITE 3516<br>HOUSTON, TX 77002 |
| WALLER LANDSEN DORTCH & DAVIS LLP<br>ATTN: ERIC J TAUBE, MARK C TAYLOR, CLEVELAND R BURKE<br>(COUNSEL TO FAIRFAX FINANCIAL AND HAMBLIN WATSA)<br>100 CONGRESS AVE, SUITE 1800<br>AUSTIN, TX 78701 | WEATHERFORD U.S., L.P.<br>ATTN: KARL BLANCHARD, EVP & COO<br>2000 SAINT JAMES PLACE<br>HOUSTON, TX 77056 |
| WEIL GOTSHAL & MANGES LLP<br>ATTN: ALFREDO R. PEREZ<br>(COUNSEL TO AZURE MIDSTREAM HOLDINGS LLC ET AL)<br>700 LOUISIANA STREET, SUITE 1700<br>HOUSTON, TX 77002 | WEST LOUISIANA AGGREGATES LLC<br>ATTN: MATTHEW CARROLL, PRESDIENT<br>10305 JOHN W HOLT JR BLVD<br>SHREVEPORT, LA 71115 |
| WHITE & CASE LLP<br>ATTN: THOMAS E LAURIA & MICHAEL C. SHEPHERD<br>(COUNSEL TO GEN IV INVESTMENT OPPORTUNITIES LLC)<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>MIAMI, FL 33131 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>(INDENTURE TRUSTEE 2018 AND 2022 SENIOR NOTES)<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON, DE 19801 |

WILMINGTON SAVINGS FUND SOCIETY, FSB
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON, DE 19801

WILMINGTON SAVINGS FUND SOCIETY, FSB
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON, DE 19801

WILMINGTON SAVINGS FUND SOCIETY, FSB
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE
11TH FLOOR
WILMINGTON, DE 19801

WILMINGTON SAVINGS FUND SOCIETY, FSB
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE, 11TH FLOOR
P.O. BOX 957
WILMINGTON, DE 19899

WILMINGTON TRUST, N.A.
ATTN: TOM MORRIS
(ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN: MEGHAN MCCAULEY
(ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

WILMINGTON TRUST, NATIONAL ASSOCIATION
ATTN: MEGHAN MCCAULEY
50 SOUTH SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

WINSTON & STRAWN LLP
ATTN: BART PISELLA, ESQ
(COUNSEL TO ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)
200 PARK AVENUE
NEW YORK, NY 10166-4193