**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXCO RESOURCES, INC., *et al.,*[1] | Case No. 18-30155 |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket No. 187, 188, 191-198, and 205** |

## NOTICE OF FILING OF AFFIDAVITS OF SERVICE

     **PLEASE TAKE NOTICE** that during the period January 26, 2018 to January 31, 2018 Epiq Bankruptcy Solutions, LLC in its role as noticing agent for the above-captioned debtors and debtors in possession caused to be served certain documents.   Epiq Bankruptcy Solutions, LLC hereby files the affidavits of service associated with each service annexed hereto and as summarized below.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

T:\Clients\EXCO\Affidavits\Notice of Filing Affidavits\ERI_NOTICE_OF_AFFIDAVIT_DI  187, 188, 191-198, 205.docx

| Affidavit of Service | Related Docket Numbers or Description | Service Date(s) | Annexed Exhibit |
|---|---|---|---|
| Affidavit of Konstantina Haidopoulos | 187, 188 and 191-198 | January 26, 2018 | 1 |
| Affidavit of Forrest Kuffer | 205 | January 30, 2018 | 2 |

Dated: February 1, 2018

**EPIQ BANKRUPTCY SOLUTIONS, LLC**
777 Third Avenue, 12th Floor
New York, New York 10017
Telephone: 646-282-2400
Facsimile: 646-282-2501

# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXCO RESOURCES, INC., *et al.*,[1] | ) Case No. 18-30155 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket Nos. 187, 188 and 191-198** |
| | ) |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 26, 2018, I caused to be served the:

    a.  "Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Key Employee Retention Plan for Non-Insider Employees and (II) Granting Related Relief," dated January 26, 2018 [Docket No. 187], (the "KERP Motion"),

    b.  "Debtors' Motion for Entry of an Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business," dated January 26, 2018 [Docket No. 188], (the "OCP Motion"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

c.  "Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement by and Among Debtors EXCO Holding (PA), Inc., EXCO Production Company (PA), LLC, and EXCO Production Company (WV), LLC, and Non-Debtor Affiliates EXCO Resources (PA), LLC and EXCO Appalachia Midstream, LLC, and BG Production Company (PA), LLC, BG Production Company (WV), LLC, and SWEPI LP, and (II) Granting Related Relief," dated January 26, 2018 [Docket No. 191], (the "Shell Motion"),

d.  "Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals," dated January 26, 2018 [Docket No. 192], (the "Interim Compensation Motion"),

e.  "Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective *Nunc Pro Tunc* to the Petition Date," dated January 26, 2018 [Docket No. 193], (the "K&E Application"),

f.  "Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Restructuring Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code," dated January 26, 2018 [Docket No. 194], (the "A&M Application"),

g.  "Debtors' Application for Entry of an Order Authorizing the Retention and Employment of KPMG LLP to Provide Audit and Tax Consulting Services *Nunc Pro Tunc* to the Petition Date," dated January 26, 2018 [Docket No. 195], (the "KPMG Application"),

h.  "Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Latham & Watkins LLP as Special Counsel Effective *Nunc Pro Tunc* to the Petition Date," dated January 26, 2018 [Docket No. 196], (the "Latham Application"),

i.  "Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of PJT Partners LP as Investment Banker for the Debtors and Debtors in Possession, Effective *Nunc Pro Tunc* to the Petition Date and (II) Granting Related Relief," dated January 26, 2018 [Docket No. 197], (the "PJT Application"), and

j.  "Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Morgan, Lewis & Bockius LLP as Special Litigation Counsel for the Debtors and Debtors in Possession *Nunc Pro Tunc* to January 15, 2018," dated January 26, 2018 [Docket No. 198], (the "Morgan Application"),

by causing true and correct copies of the:

i.    KERP Motion, OCP Motion, Shell Motion, Interim Compensation Motion, K&E Application, PJT Application, A&M Application, Latham Application, KPMG Application and Morgan Application, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.    KERP Motion, OCP Motion, Shell Motion, Interim Compensation Motion, K&E Application, PJT Application, A&M Application, Latham Application, KPMG Application and Morgan Application, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

iii.    OCP Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

iv.    Shell Motion, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *Omar J. Alaniz, Ian E. Roberts, Baker Botts L.L.P., 2001 Ross Avenue, Dallas, TX 75201*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
30th day of January, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| AZURE ETG LLC | ATTN: I. J. BERTHELOT, II, PRESIDENT 12377 MERIT DRIVE SUITE 300 DALLAS TX 75251 |
| BAKER HUGHES BUSINESS SUPPORT SVS | ATTN: MARTIN S. CRAIGHEAD CHAIRMAN & CEO 17021 ALDINE WESTFIELD HOUSTON TX 77073 |
| BHP BILLITON PETROLEUM PROPERTIES LP | ATTN: ANDREW MACKENZIE, CEO 1100 LOUISIANA SUITE 400 HOUSTON TX 77002 |
| BJ SERVICES COMPANY USA | ATTN: JIM COLLINS, VP 11211 FM 2920 RD TOMBALL TX 77375 |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: CLAY M. TAYLOR (COUNSEL TO OOGC AMERICA LLC) 420 THROCKMORTON STREET, SUITE 1000 FORT WORTH TX 76102 |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: JOSHUA N. EPPICH (COUNSEL TO OOGC AMERICA LLC) 420 THROCKMORTON STREET, SUITE 1000 FORT WORTH TX 76102 |
| BP AMERICA PRODUCTION CO | ATTN: JOHN MINGE, PRESIDENT 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |
| CHESAPEAKE ENERGY MARKETING LLC | ATTN: ROBERT D. LAWLER, PRESIDENT & CEO 6100 NORTH WESTERN AVE OKLAHOMA CITY OK 73118 |
| CHESAPEAKE OPERATING INC | ATTN: ROBERT D. LAWLER, PRESIDENT & CEO 6100 NORTH WESTERN AVE OKLAHOMA CITY OK 73118 |
| COGENT ENERGY SERVICES LLC | ATTN: CHET ERWIN, PRESIDENT & CEO 919 MILAM ST, STE 2480 HOUSTON TX 77002 |
| CURTIS OILFIELD SERVICES LLC | ATTN: BUFORD E. CURTIS, MANAGER P.O. BOX 1236 SILSBEE TX 77656 |
| DOWNHOLE TECHNOLOGY LLC | ATTN: DUKE VANLUE, CEO 7123 BREEN DRIVE HOUSTON TX 77086 |
| ENTERPRISE PRODUCTS OPERATING LLC | ATTN: O.S. ANDRAS, CEO 1100 LOUISIANA ST 10TH FLOOR HOUSTON TX 77002 |
| FLUID DISPOSAL SPECIALTIES INC | ATTN: MIKE HAYS, PRESIDENT 209 SAM BAIRD ROAD HOMER LA 71040-2019 |
| FTS INTERNATIONAL SERVICES LLC | ATTN: MICHAEL J. DOSS, CEO 777 MAIN STREET, STE 3000 FORT WORTH TX 76102 |
| GE OIL & GAS PRESSURE CONTROL LP | ATTN: LORENZO SIMONELLI, CHAIRMAN, PRES. & CEO 3960 COMMERCE ST SW CANTON OH 44706 |
| GOODRICH PETROLEUM CO LLC | ATTN: ROBERT C. TURNHAM, JR., PRES & CEO 801 LOUISIANA, STE 700 HOUSTON TX 77002 |
| GULF COAST TMC LLC | ATTN: CHARLES E. WEAVER III, MEMBER 7670 HWY 10 ETHEL LA 70730 |
| HECKMANN WATER RESOURCES CVR INC | ATTN: MARK D. JOHNSRUD, CEO C/O NUVERRA ENVIRONMENTAL SOLUTIONS 14624 N. SCOTTSDALE ROAD, SUITE 300 SCOTTSDALE AZ 85254 |
| INDIGO MINERALS LLC | ATTN: FRANK D. TSURU, PRESIDENT & CEO 600 TRAVIS, STE 5500 HOUSTON TX 77002 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 77 K ST NE WASHINGTON DC 20002 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 1100 COMMERCE ST. ROOM 121 DALLAS TX 75242 |
| KINDERHAWK FIELD SERVICES LLC | ATTN: STEVEN J. KEAN, PRESIDENT & CEO 1001 LOUISIANA, STE 1000 HOUSTON TX 77002 |
| LEAM DRILLING SYSTEMS, LLC | ATTN: DANNY CHILDERS, PRESIDENT 3114 WEST OLD SPANISH TRAIL NEW IBERIA LA 70560 |
| LIGHT TOWER RENTALS | 2330 EAST INTERSTATE 20 SOUTH SERVICE ROAD ODESSA TX 79766 |
| LONG PETROLEUM LLC | ATTN: DENMAN M. LONG, CHAIRMAN 400 TEXAS ST. #800 SHREVEPORT LA 71101 |
| LOUISIANA MIDSTREAM GAS SERVICES LLC | ATTN: J. MICHAEL STICE, CEO 6100 NORTH WESTERN AVE PO BOX 18496 OKLAHOMA CITY OK 73154-0496 |
| M6 ENERGY SERVICES LLC | ATTN: RICHARD LEE JR, MANAGING MEMBER 3304 E GOFORTH RD KILGORE TX 75662 |
| MAGNOLIA MIDSTREAM GAS SERVICES LLC | ATTN: J. MICHAEL STICE, CEO 900 NORTH WEST 63RD ST OKLAHOMA CITY OK 73154-0355 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK TX 78680 |
| NABORS DRILLING TECHNOLOGIES USA INC | ATTN: ANTHONY G. PETRELLO, PRES. & CEO 515 WEST GREENS RD STE 1200 HOUSTON TX 77067 |
| OIL STATES ENERGY SERVICES LLC | ATTN: CINDY B. TAYLOR, PRESIDENT & CEO THREE ALLEN CENTER 333 CLAY ST, STE 4620 HOUSTON TX 77002 |
| OOGC AMERICA LLC (EAGLE FORD) | ATTN: QING JIANG, PRESIDENT 945 BUNKER HILL RD #1000 HOUSTON TX 77024 |
| PARADIGM MIDSTREAM SERVICES-ST LLC | ATTN: JOHN STEEN, CEO 545 E. JOHN CARPENTER FREEWAY SUITE 800 IRVING TX 75062 |
| PATTERSON UTI DRILLING COMPANY LLC | ATTN: WILLIAM A. (ANDY) HENDRICKS PRES. & CEO, 10713 W. SAM HOUSTON PKWY N SUITE 800 HOUSTON TX 77064 |

| Claim Name | Address Information |
|---|---|
| PEROXYCHEM LLC | ATTN: BRUCE LERNER, PRESIDENT & CEO ONE COMMERCE SQUARE 2005 MARKET STREET, SUITE 3200 PHILADELPHIA PA 19103 |
| REGENCY GAS SERVICES LP | ATTN: KELCY L. WARREN, CEO 8111 WESTCHESTER DRIVE DALLAS TX 75225 |
| S3 PUMP SERVICE | ATTN: MALCOLM H. SNEED III, PRESIDENT 1918 BARTON DR SHREVEPORT LA 71107 |
| SELECT ENERGY SERVICES LLC | ATTN: HOLLI LADHANI, PRESIDENT & CEO 515 POST OAK BLVD, STE 200 HOUSTON TX 77027 |
| SKY-LIN | ATTN: LINDA WILLIAMS, MANAGING MEMBER 6911 VARDAMAN RD KEITHVILLE LA 71047 |
| STALLION OILFIELD SERVICES | ATTN: DAVID C. MANNON, PRESIDENT & CEO 950 CORBINDALE, STE 400 HOUSTON TX 77024 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON P.O. BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX BLDG 1, ROOM E-26 CHARLESTON WV 25305 |
| SUN COAST RESOURCES INC | ATTN: KATHY LEHNE, CEO 6405 CAVALCADE ST., BLDG 1 HOUSTON TX 77026 |
| THOMAS OILFIELD SERVICES LLC | ATTN: GREG PEELER, PRESIDENT 4250 SE LOOP 281 LONGVIEW TX 75602 |
| WEATHERFORD U.S., L.P. | ATTN: KARL BLANCHARD, EVP & COO 2000 SAINT JAMES PLACE HOUSTON TX 77056 |
| WHITE & CASE LLP | ATTN: THOMAS E LAURIA & MICHAEL C. SHEPHERD (COUNSEL TO GEN IV INVESTMENT OPPORTUNITIES LLC) SOUTHEAST FINANCIAL CENTER 200 SOUTH BISCAYNE BLVD., SUITE 4900 MIAMI FL 33131 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: PATRICK J. HEALY 500 DELAWARE AVENUE, 11TH FLOOR P.O. BOX 957 WILMINGTON DE 19899 |

**Total Creditor count  50**

**EXHIBIT B**

**EXCO RESOURCES, INC.,** *et al.* **– Case No. 18-30155**
**Electronic Mail Master Service List**

admininfo@ag.state.la.us
aglenn@kasowitz.com
alfredo.perez@weil.com
amymize@southernsoilenv.com
april.yebd@jpmorgan.com
ashiff@kasowitz.com
ashmead@sewkis.com
benjaminfinestone@quinnemanuel.com
bforshey@forsheyprostok.com
bpisella@winston.com
carl@dorelawgroup.net
chairmanoffice@sec.gov
charlie.shelton@oag.texas.gov
christopher.ryan3@bhge.com
cleve.burke@wallerlaw.com
colton.s@cncoilfield.com
crubio@diamondmccarthy.com
csvs@curtisandsonco.com
dallas.bankruptcy@publicans.com
david.bennett@tklaw.com
davidbaay@eversheds-sutherland.com
dfw@sec.gov
dietzenm@ballardspahr.com
dperry@hallestill.com
dunn@cross-sound.com
ekuznick@kasowitz.com
eric.taube@wallerlaw.com
gayda@sewkis.com
gray.david@epa.gov
greg.curry@tklaw.com
hal.morris@oag.texas.gov
hector.duran.jr@usdoj.gov
houston_bankruptcy@publicans.com
ian.roberts@bakerbotts.com
info@msenergyservices.com
jared.vitemb@ftsi.com
jbanks@pbfcm.com
jbrookner@grayreed.com
jeremy.grace@peakfishingservices.com
jimsilliman@eversheds-sutherland.com
johnshaffer@quinnemanuel.com
jwalker@milmen.com
kathleen.glasglow@leam.net
kgreen@snowspencelaw.com
kmaraist@albmlaw.com
kristian.gluck@nortonrosefulbright.com

lauri.mcdonald@nabors.com
lfuller@bakerlaw.com
lotempio@sewkis.com
louis.strubeck@nortonrosefulbright.com
mark.taylor@wallerlaw.com
marksherrill@eversheds-sutherland.com
matt@freedomoilfield.net
mcarroll@westlaagg.com
mcavenaugh@jw.com
mccarthy.gina@epa.gov
mcountryman@jrl-law.com
mdietzen@lindquist.com
mfelger@cozen.com
michele.jones@jpmorgan.com
mmccauley@wilmingtontrust.com
mostrye@albmlaw.com
mparmet@brucknerburch.com
mriordan@gardere.com
mshepherd@whitecase.com
omar.alaniz@bakerbotts.com
phealy@wsfsbank.com
po@owenslawofficepc.com
ptomasco@jw.com
pwp@pattiprewittlaw.com
r3_ra@epa.gov
rachel.obaldo@oag.texas.gov
richard.kincheloe@usdoj.gov
rstark@brownrudnick.com
ryan.manns@nortonrosefulbright.com
sanantonio.bankruptcy@publicans.com
skermen@drw.com
slevine@brownrudnick.com
squsba@stblaw.com
sschmidt@kasowitz.com
sshore@tecwell.com
ssoule@hallestill.com
stephen.statham@usdoj.gov
steve.levitt@tklaw.com
steve@tdjoilfieldservicesllc.com
tlauria@whitecase.com
tmorris@wilmingtontrust.com
usatxs.atty@usdoj.gov
ustp.region07@usdoj.gov
zmckay@dorelawgroup.net

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BRADLEY MURCHISON KELLY & SHEA LLC | 401 EDWARDS STREET 10TH FLOOR LOUISIANA TOWER SHREVEPORT LA 71101-5529 |
| COZEN O'CONNOR | 1717 MAIN STREET SUITE 3400 DALLAS TX 75201 |
| CTMI LLC | 12720 HILLCREST ROAD SUITE 1010 DALLAS TX 75230 |
| DOWNER HUGUET & WILHITE LLC | AMERICAN TOWER 401 MARKET ST STE 1250 SHREVEPORT LA 71101-3261 |
| FREEMAN MILLS PC | 115 WEST 7TH STREET SUITE 1225 FORT WORTH TX 76102 |
| GRANT THORNTON LLP | 1901 W MEYERS RD STE 455 OAKBROOK TERRACE IL 60181-5208 |
| GRANT THORNTON LLP | 33911 TREASURY CENTER CHICAGO IL 60694-3900 |
| GRANT THORNTON LLP | 1717 MAIN STREET SUITE 1800 DALLAS TX 75201-4657 |
| HAHN LOESER AND PARKS LLC | P.O. BOX 643434 CINCINNATI OH 45264-3434 |
| JONES WALKER LLP | 201 ST. CHARLES AVENUE 50TH FLOOR NEW ORLEANS LA 70170 |
| JONES WALKER LLP | ATTN: ACCTG DEPT 201 ST CHARLES AVE, 48TH FL NEW ORLEANS LA 70170-5100 |
| JONES WALKER LLP | 201 ST. CHARLES AVENUE STE 5100 NEW ORLEANS LA 70170-5100 |
| K&L GATES LLP | 210 SIXTH AVENUE PITTSBURGH PA 15222-2613 |
| K.E. ANDREWS & COMPANY | 1900 DALROCK ROAD ROWLETT TX 75088 |
| KEAN MILLER LLP | P.O. BOX 3513 BATON ROUGE LA 70821-3513 |
| KEANE UNCLAIMED PROPERTY | 450 7TH AVENUE, SUITE 905 NEW YORK NY 10123 |
| KEANE UNCLAIMED PROPERTY | 640 FREEDOM BUSINESS CENTER DRIVE SUITE 600 KING OF PRUSSIA PA 19406 |
| LISKOW & LEWIS | 701 PAYDRAS ST, STE 5000 NEW ORLEANS LA 70139 |
| LISKOW & LEWIS | 822 HARDING STREET LAFAYETTE LA 70505 |
| LITTLER MENDELSON | 2001 ROSS AVENUE SUITE 1500 DALLAS TX 75201 |
| LITTLER MENDELSON | P.O. BOX 45547 SAN FRANCISCO CA 94145 |
| PARSONS MCENTIRE MCCLEARY & CLARK PLLC | 1700 PACIFIC AVE. SUITE 4000 DALLAS TX 75201 |
| PARSONS MCENTIRE MCCLEARY & CLARK PLLC | ONE RIVERWAY SUITE 1800 HOUSTON TX 77056 |
| PIERCE AND O'NEILL LLP | 4203 MONTROSE BOULEVARD HOUSTON TX 77006 |
| POWERS TAYLOR LLP | ATTORNEYS AT LAW 8150 N CENTRAL EXPRESSWAY, STE 1575 DALLAS TX 75206 |
| REED SMITH LLP | P.O. BOX 360074M PITTSBURGH PA 15251-6074 |
| SCOTT DOUGLASS & MCCONNICO LLP | ONE AMERICAN CENTER 600 CONGRESS AVENUE 15TH FLOOR AUSTIN TX 78701-2589 |
| TOWERS WATSON DELAWARE INC | 901 GLEBE ROAD ARLINGTON VA 22203 |
| TOWERS WATSON DELAWARE INC | LOCKBOX 28025 28025 NETWORK PLACE CHICAGO IL 60673-1280 |
| TRINITY MANAGEMENT CONSULTING, INC. | 1660 LINCOLN STREET, SUITE 2100 DENVER CO 80264-2101 |
| WEAVER AND TIDWELL LLP | 2821 WEST 7TH STREET SUITE 700 FORT WORTH TX 76107 |
| WILSON, ROBERTSON & CORNELIUS, P.C. | P.O. BOX 7339 TYLER TX 75711-7339 |

**Total Creditor count  32**

# EXHIBIT 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EXCO RESOURCES, INC., *et al.,*[1] | ) Case No. 18-30155 |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 205** |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 30, 2018, I caused to be served the "Debtors' Application for Order Authorizing Employment of Gardere Wynne Sewell LLP as Texas, Litigation, and Conflicts Counsel," dated January 30, 2018 [Docket No. 205], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
31st day of January, 2018
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

| Claim Name | Address Information |
| --- | --- |
| AZURE ETG LLC | ATTN: I. J. BERTHELOT, II, PRESIDENT 12377 MERIT DRIVE SUITE 300 DALLAS TX 75251 |
| BAKER HUGHES BUSINESS SUPPORT SVS | ATTN: MARTIN S. CRAIGHEAD CHAIRMAN & CEO 17021 ALDINE WESTFIELD HOUSTON TX 77073 |
| BHP BILLITON PETROLEUM PROPERTIES LP | ATTN: ANDREW MACKENZIE, CEO 1100 LOUISIANA SUITE 400 HOUSTON TX 77002 |
| BJ SERVICES COMPANY USA | ATTN: JIM COLLINS, VP 11211 FM 2920 RD TOMBALL TX 77375 |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: CLAY M. TAYLOR (COUNSEL TO OOGC AMERICA LLC) 420 THROCKMORTON STREET, SUITE 1000 FORT WORTH TX 76102 |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | ATTN: JOSHUA N. EPPICH (COUNSEL TO OOGC AMERICA LLC) 420 THROCKMORTON STREET, SUITE 1000 FORT WORTH TX 76102 |
| BP AMERICA PRODUCTION CO | ATTN: JOHN MINGE, PRESIDENT 501 WESTLAKE PARK BLVD HOUSTON TX 77079 |
| CHESAPEAKE ENERGY MARKETING LLC | ATTN: ROBERT D. LAWLER, PRESIDENT & CEO 6100 NORTH WESTERN AVE OKLAHOMA CITY OK 73118 |
| CHESAPEAKE OPERATING INC | ATTN: ROBERT D. LAWLER, PRESIDENT & CEO 6100 NORTH WESTERN AVE OKLAHOMA CITY OK 73118 |
| COGENT ENERGY SERVICES LLC | ATTN: CHET ERWIN, PRESIDENT & CEO 919 MILAM ST, STE 2480 HOUSTON TX 77002 |
| CURTIS OILFIELD SERVICES LLC | ATTN: BUFORD E. CURTIS, MANAGER P.O. BOX 1236 SILSBEE TX 77656 |
| DOWNHOLE TECHNOLOGY LLC | ATTN: DUKE VANLUE, CEO 7123 BREEN DRIVE HOUSTON TX 77086 |
| ENTERPRISE PRODUCTS OPERATING LLC | ATTN: O.S. ANDRAS, CEO 1100 LOUISIANA ST 10TH FLOOR HOUSTON TX 77002 |
| FLUID DISPOSAL SPECIALTIES INC | ATTN: MIKE HAYS, PRESIDENT 209 SAM BAIRD ROAD HOMER LA 71040-2019 |
| FTS INTERNATIONAL SERVICES LLC | ATTN: MICHAEL J. DOSS, CEO 777 MAIN STREET, STE 3000 FORT WORTH TX 76102 |
| GE OIL & GAS PRESSURE CONTROL LP | ATTN: LORENZO SIMONELLI, CHAIRMAN, PRES. & CEO 3960 COMMERCE ST SW CANTON OH 44706 |
| GOODRICH PETROLEUM CO LLC | ATTN: ROBERT C. TURNHAM, JR., PRES & CEO 801 LOUISIANA, STE 700 HOUSTON TX 77002 |
| GULF COAST TMC LLC | ATTN: CHARLES E. WEAVER III, MEMBER 7670 HWY 10 ETHEL LA 70730 |
| HECKMANN WATER RESOURCES CVR INC | ATTN: MARK D. JOHNSRUD, CEO C/O NUVERRA ENVIRONMENTAL SOLUTIONS 14624 N. SCOTTSDALE ROAD, SUITE 300 SCOTTSDALE AZ 85254 |
| INDIGO MINERALS LLC | ATTN: FRANK D. TSURU, PRESIDENT & CEO 600 TRAVIS, STE 5500 HOUSTON TX 77002 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | 77 K ST NE WASHINGTON DC 20002 |
| INTERNAL REVENUE SERVICE LOCAL OFFICE | 1100 COMMERCE ST. ROOM 121 DALLAS TX 75242 |
| KINDERHAWK FIELD SERVICES LLC | ATTN: STEVEN J. KEAN, PRESIDENT & CEO 1001 LOUISIANA, STE 1000 HOUSTON TX 77002 |
| LEAM DRILLING SYSTEMS, LLC | ATTN: DANNY CHILDERS, PRESIDENT 3114 WEST OLD SPANISH TRAIL NEW IBERIA LA 70560 |
| LIGHT TOWER RENTALS | 2330 EAST INTERSTATE 20 SOUTH SERVICE ROAD ODESSA TX 79766 |
| LONG PETROLEUM LLC | ATTN: DENMAN M. LONG, CHAIRMAN 400 TEXAS ST. #800 SHREVEPORT LA 71101 |
| LOUISIANA DEPARTMENT OF JUSTICE | ATTN: CHRISTOPHER J. LENTO, ASST ATTY GENERAL PO BOX 94005 BATON ROUGE LA 70804 -905 |
| LOUISIANA MIDSTREAM GAS SERVICES LLC | ATTN: J. MICHAEL STICE, CEO 6100 NORTH WESTERN AVE PO BOX 18496 OKLAHOMA CITY OK 73154-0496 |
| M6 ENERGY SERVICES LLC | ATTN: RICHARD LEE JR, MANAGING MEMBER 3304 E GOFORTH RD KILGORE TX 75662 |
| MAGNOLIA MIDSTREAM GAS SERVICES LLC | ATTN: J. MICHAEL STICE, CEO 900 NORTH WEST 63RD ST OKLAHOMA CITY OK 73154-0355 |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | ATTN: LEE GORDON P.O. BOX 1269 ROUND ROCK TX 78680 |
| NABORS DRILLING TECHNOLOGIES USA INC | ATTN: ANTHONY G. PETRELLO, PRES. & CEO 515 WEST GREENS RD STE 1200 HOUSTON TX 77067 |
| OIL STATES ENERGY SERVICES LLC | ATTN: CINDY B. TAYLOR, PRESIDENT & CEO THREE ALLEN CENTER 333 CLAY ST, STE 4620 HOUSTON TX 77002 |
| OOGC AMERICA LLC (EAGLE FORD) | ATTN: QING JIANG, PRESIDENT 945 BUNKER HILL RD #1000 HOUSTON TX 77024 |
| PARADIGM MIDSTREAM SERVICES-ST LLC | ATTN: JOHN STEEN, CEO 545 E. JOHN CARPENTER FREEWAY SUITE 800 IRVING TX 75062 |

| Claim Name | Address Information |
|---|---|
| PATTERSON UTI DRILLING COMPANY LLC | ATTN: WILLIAM A. (ANDY) HENDRICKS PRES. & CEO, 10713 W. SAM HOUSTON PKWY N SUITE 800 HOUSTON TX 77064 |
| PEROXYCHEM LLC | ATTN: BRUCE LERNER, PRESIDENT & CEO ONE COMMERCE SQUARE 2005 MARKET STREET, SUITE 3200 PHILADELPHIA PA 19103 |
| REGENCY GAS SERVICES LP | ATTN: KELCY L. WARREN, CEO 8111 WESTCHESTER DRIVE DALLAS TX 75225 |
| S3 PUMP SERVICE | ATTN: MALCOLM H. SNEED III, PRESIDENT 1918 BARTON DR SHREVEPORT LA 71107 |
| SELECT ENERGY SERVICES LLC | ATTN: HOLLI LADHANI, PRESIDENT & CEO 515 POST OAK BLVD, STE 200 HOUSTON TX 77027 |
| SKY-LIN | ATTN: LINDA WILLIAMS, MANAGING MEMBER 6911 VARDAMAN RD KEITHVILLE LA 71047 |
| STALLION OILFIELD SERVICES | ATTN: DAVID C. MANNON, PRESIDENT & CEO 950 CORBINDALE, STE 400 HOUSTON TX 77024 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: JOSH SHAPIRO 16TH FL, STRAWBERRY SQ HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON P.O. BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY STATE CAPITOL COMPLEX BLDG 1, ROOM E-26 CHARLESTON WV 25305 |
| SUN COAST RESOURCES INC | ATTN: KATHY LEHNE, CEO 6405 CAVALCADE ST., BLDG 1 HOUSTON TX 77026 |
| THOMAS OILFIELD SERVICES LLC | ATTN: GREG PEELER, PRESIDENT 4250 SE LOOP 281 LONGVIEW TX 75602 |
| WEATHERFORD U.S., L.P. | ATTN: KARL BLANCHARD, EVP & COO 2000 SAINT JAMES PLACE HOUSTON TX 77056 |
| WHITE & CASE LLP | ATTN: THOMAS E LAURIA & MICHAEL C. SHEPHERD (COUNSEL TO GEN IV INVESTMENT OPPORTUNITIES LLC) SOUTHEAST FINANCIAL CENTER 200 SOUTH BISCAYNE BLVD., SUITE 4900 MIAMI FL 33131 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: PATRICK J. HEALY 500 DELAWARE AVENUE, 11TH FLOOR P.O. BOX 957 WILMINGTON DE 19899 |

**Total Creditor count  51**

**EXCO RESOURCES, INC.**
**1ˢᵗ Class Mail – Additional Parties**

ERI DI 205 1-30-2018

ERI DI 205 1-30-2018

U.S. ENVIRONMENTAL PROTECTION
AGENCY
ATTN: GINA MCCARTHY,
ADMINISTRATOR
ARIEL RIOS BUILDING
1200 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20460

REME, LLC
D/B/A LEAM DRILLING SERVICES
ATTN: KATHLEEN GLASGLOW
3114 W. OLD SPANISH TRAIL
NEW IBERIA, IL 70560

**EXHIBIT B**

## EXCO RESOURCES, INC.
### Electronic Mail – Master Service List

adam.berman@glas.agency

admininfo@ag.state.la.us

aglenn@kasowitz.com

alfredo.perez@weil.com

amymize@southernsoilenv.com

april.yebd@jpmorgan.com

ashiff@kasowitz.com

ashmead@sewkis.com

benjaminfinestone@quinnemanuel.com

bforshey@forsheyprostok.com

bpisella@winston.com

carl@dorelawgroup.net

chairmanoffice@sec.gov

charlie.shelton@oag.texas.gov

christopher.ryan3@bhge.com

cleve.burke@wallerlaw.com

colton.s@cncoilfield.com

crubio@diamondmccarthy.com

csvs@curtisandsonco.com

dallas.bankruptcy@publicans.com

david.bennett@tklaw.com

davidbaay@eversheds-sutherland.com

dfw@sec.gov

dietzenm@ballardspahr.com

dperry@hallestill.com

dunn@cross-sound.com

ekuznick@kasowitz.com

eric.taube@wallerlaw.com

gayda@sewkis.com

gray.david@epa.gov

greg.curry@tklaw.com

hal.morris@oag.texas.gov

hector.duran.jr@usdoj.gov

houston_bankruptcy@publicans.com

ian.roberts@bakerbotts.com

info@msenergyservices.com

jared.vitemb@ftsi.com

jbanks@pbfcm.com

jbrookner@grayreed.com

jeremy.grace@peakfishingservices.com

jimsilliman@eversheds-sutherland.com

johnshaffer@quinnemanuel.com

jpenn@perkinscoie.com

jwalker@milmen.com

kathleen.glasglow@leam.net

kgreen@snowspencelaw.com

kmaraist@albmlaw.com

kristian.gluck@nortonrosefulbright.com

lauri.mcdonald@nabors.com

lfuller@bakerlaw.com

lotempio@sewkis.com

louis.strubeck@nortonrosefulbright.com

mark.taylor@wallerlaw.com

marksherrill@eversheds-sutherland.com

matt@freedomoilfield.net

mcarroll@westlaagg.com

mcavenaugh@jw.com

mccarthy.gina@epa.gov

mcountryman@jrl-law.com

mdietzen@lindquist.com

mfelger@cozen.com

michele.jones@jpmorgan.com

mmccauley@wilmingtontrust.com

mostrye@albmlaw.com

mparmet@brucknerburch.com

mriordan@gardere.com

mshepherd@whitecase.com

omar.alaniz@bakerbotts.com

phealy@wsfsbank.com

po@owenslawofficepc.com

ptomasco@jw.com

pwp@pattiprewittlaw.com

r3_ra@epa.gov

rachel.obaldo@oag.texas.gov

richard.kincheloe@usdoj.gov

rstark@brownrudnick.com

ryan.manns@nortonrosefulbright.com

sanantonio.bankruptcy@publicans.com

skermen@drw.com

slevine@brownrudnick.com

**EXCO RESOURCES, INC.**
**Electronic Mail – Master Service List**

squsba@stblaw.com

sschmidt@kasowitz.com

sshore@tecwell.com

ssoule@hallestill.com

stephen.statham@usdoj.gov

steve.levitt@tklaw.com

steve@tdjoilfieldservicesllc.com

tlauria@whitecase.com

tmillion@hwa.com

tmorris@wilmingtontrust.com

tmoss@perkinscoie.com

usatxs.atty@usdoj.gov

ustp.region07@usdoj.gov

zmckay@dorelawgroup.net