IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § § | Chapter 11 |
| EXCO RESOURCES, INC., *et al.*,[1] | § § § | Case No. 18-30155 (MI) |
| Debtors. | § § § § § | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS ON BEHALF OF THE <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

**PLEASE TAKE NOTICE** that Brown Rudnick LLP and Jackson Walker LLP hereby appear as proposed co-counsel for the Official Committee of Unsecured Creditors (the "<u>Committee</u>") pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "<u>Bankruptcy Code</u>"), Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "<u>Bankruptcy Rules</u>"), and Rule 2002-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases (the "<u>Bankruptcy Cases</u>"), along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

Robert J. Stark
Kenneth J. Aulet
Gerard T. Cicero
Aja-Fullo L. Sanneh
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: asanneh@brownrudnick.com

– and –

Steven B. Levine
One Financial Center
Boston, MA 02111
**BROWN RUDNICK LLP**
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: slevine@brownrudnick.com

-- and –

Patricia B. Tomasco
Matthew D. Cavenaugh
Kristhy M. Peguero
Jennifer F. Wertz
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: 713-752-4200
Facsimile: 713-752-4221
Email: ptomasco@jw.com
Email: mcavenaugh@jw.com
Email: kpeguero@jw.com
Email: jwertz@jw.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases or the rights of the Committee.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Committee: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in any non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; or (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal.  This Notice of Appearance is also not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

Dated: February 2, 2018

Respectfully submitted,

JACKSON WALKER L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010
(713) 752-4200 – Main Telephone
(713) 752-4221 – Main Facsimile

By: /s/ *Patricia B. Tomasco*
    Patricia B. Tomasco
    State Bar No. 01797600
    (713) 752-4276 – Direct Dial
    (512) 691-4438 – Direct Fax
    Email: ptomasco@jw.com

    Matthew D. Cavenaugh
    State Bar No. 24062656
    (713) 752-4284 – Direct Dial
    (713) 308-4184 – Direct Fax
    Email: mcavenaugh@jw.com

    Kristhy M. Peguero (*admission pending*)
    State Bar No. 240102776
    (713) 752-4440 – Direct Dial
    (713) 754-6740 – Direct Fax
    Email: kpeguero@jw.com

    Jennifer F. Wertz
    State Bar No. 24072822
    (512) 236-2247 – Direct Dial
    (512) 391-2147 – Direct Fax
    Email: jwertz@jw.com

BROWN RUDNICK LLP
Robert J. Stark (*pro hac vice* pending)
Kenneth J. Aulet (*pro hac vice* pending)
Gerard T. Cicero (*pro hac vice* pending)
Aja-Fullo L. Sanneh (*pro hac vice* pending)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: gcicero@brownrudnick.com

– and –

BROWN RUDNICK LLP
Steven B. Levine (*pro hac vice* pending)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: slevine@brownrudnick.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*

5

**CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers was served upon the counsel and parties of record, electronically via the Clerk of the Court through the ECF system to the parties who have registered to receive such service, on the 2nd day of February, 2018.

              /s/  *Patricia B. Tomasco*
              Patricia B. Tomasco