# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## DEBTORS' MASTER SERVICE LIST

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295).  The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

Respectfully Submitted,

*/s/ Christopher T. Greco*

Dated:  February 2, 2018

Christopher T. Greco (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.greco@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
       alexandra.schwarzman@kirkland.com

- and -

Marcus A. Helt (TX 24052187)
Telephone: (214) 999-4526
Facsimile: (214) 999-3526
Email: mhelt@gardere.com
Michael K. Riordan (TX 24070502)
Telephone: (713) 276-5178
Facsimile: (713) 276-6178
Email: mriordan@gardere.com
**GARDERE WYNNE SEWELL LLP**
1000 Louisiana St., Suite 2000
Houston, Texas 77002

*Proposed Counsel for the Debtors and Debtors in Possession*

**DEBTORS/DEBTORS' PROFESSIONALS**

KIRKLAND & ELLIS INTERNATIONAL LLP
ATTN: PATRICK J. NASH, JR., PC & ALEXANDRA SCHWARZMAN
(PROPOSED COUNSEL TO DEBTORS)
300 NORTH LASALLE
CHICAGO, IL 60654
FAX: 312-862-2200
EMAIL: PATRICK.NASH@KIRKLAND.COM;
ALEXANDRA.SCHWARZMAN@KIRKLAND.COM

GARDERE WYNNE SEWELL LLP
ATTN: MARCUS HELT
(PROPOSED COUNSEL TO DEBTORS)
2021 MCKINNEY AVENUE, SUITE 1600
DALLAS, TX 75201
FAX: 214-999-4667
EMAIL: MHELT@GARDERE.COM

ALVAREZ & MARSAL
ATTN: JOHN STUART
(DEBTORS' PROPOSED RESTRUCTURING ADVISOR)
2100 ROSS AVENUE, 21ST FLOOR
DALLAS, TX 75201
FAX: 214-438-1001

PJT PARTNERS
ATTN: ADAM SCHLESINGER
(DEBTORS' PROPOSED FINANCIAL ADVISOR)
280 PARK AVENUE
NEW YORK, NY 10017

EXCO RESOURCES, INC.
12377 MERIT DRIVE
SUITE 1700
DALLAS, TX 75251

EPIQ
ATTN: EXCO TEAM
(DEBTORS' CLAIM AND NOTICING AGENT)
777 THIRD AVENUE, 12TH FLOOR
NEW YORK, NY 10017
FAX: 646-282-2501
EMAIL: EXCO@EPIQSYSTEMS.COM

**US TRUSTEE**

THE OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF TEXAS
ATTN: STEPHEN DOUGLAS STATHAM
515 RUSK STREET, SUITE 3516
HOUSTON, TX 77002
FAX: (713) 718-4670
EMAIL: USTP.REGION07@USDOJ.GOV; STEPHEN.STATHAM@USDOJ.GOV

THE OFFICE OF THE UNITED STATES TRUSTEE
FOR THE SOUTHERN DISTRICT OF TEXAS
ATTN: HECTOR DURAN
516 RUSK STREET, SUITE 3516
HOUSTON, TX 77002
EMAIL: HECTOR.DURAN.JR@USDOJ.GOV

**TOP 50**

AZURE ETG LLC
ATTN: I. J. BERTHELOT, II, PRESIDENT
12377 MERIT DRIVE
SUITE 300
DALLAS, TX 75251

BAKER HUGHES BUSINESS SUPPORT SVS
ATTN: MARTIN S. CRAIGHEAD CHAIRMAN & CEO
17021 ALDINE WESTFIELD
HOUSTON, TX 77073

BHP BILLITON PETROLEUM PROPERTIES LP
ATTN: ANDREW MACKENZIE, CEO
1100 LOUISIANA
SUITE 400
HOUSTON, TX 77002
FAX: 613-9609-3015

BJ SERVICES COMPANY USA
ATTN: JIM COLLINS, VP
11211 FM 2920 RD
TOMBALL, TX 77375

BP AMERICA PRODUCTION CO
ATTN: JOHN MINGE, PRESIDENT
501 WESTLAKE PARK BLVD
HOUSTON, TX 77079
FAX: 281-366-7584

CHESAPEAKE ENERGY MARKETING LLC
ATTN: ROBERT D. LAWLER, PRESIDENT & CEO
6100 NORTH WESTERN AVE
OKLAHOMA CITY, OK 73118
FAX: 405-879-9575

CHESAPEAKE OPERATING INC
ATTN: ROBERT D. LAWLER, PRESIDENT & CEO
6100 NORTH WESTERN AVE
OKLAHOMA CITY, OK 73118
FAX: (405) 879-9575

CNC OILFIELD SERVICES LLC
ATTN: COLTON SANDERS, MANAGING OPERATOR
2000 CEDAR ST
SHREVEPORT, LA 71103
EMAIL: COLTON.S@CNCOILFIELD.COM

COGENT ENERGY SERVICES LLC
ATTN: CHET ERWIN, PRESIDENT & CEO
919 MILAM ST, STE 2480
HOUSTON, TX 77002

CURTIS AND SON VACUUM SERVICE INC
ATTN: CURTIS HUDNALL, PRESIDENT
HWY 146
LIBERTY, TX 77575
FAX: (936) 334-1188
EMAIL: CSVS@CURTISANDSONCO.COM

CURTIS OILFIELD SERVICES LLC
ATTN: BUFORD E. CURTIS, MANAGER
P.O. BOX 1236
SILSBEE, TX 77656
FAX: (409) 385-2937

DOWNHOLE TECHNOLOGY LLC
ATTN: DUKE VANLUE, CEO
7123 BREEN DRIVE
HOUSTON, TX 77086
FAX: (281) 820-2545

| | |
|---|---|
| ENTERPRISE PRODUCTS OPERATING LLC<br>ATTN: O.S. ANDRAS, CEO<br>1100 LOUISIANA ST<br>10TH FLOOR<br>HOUSTON, TX 77002<br>FAX: (405) 606-4534 | FLUID DISPOSAL SPECIALTIES INC<br>ATTN: MIKE HAYS, PRESIDENT<br>209 SAM BAIRD ROAD<br>HOMER, LA 71040-2019<br>FAX: (318) 927-6965 |
| FREEDOM OILFIELD SERVICE LLC<br>ATTN: MATTEW EVANS, PARTNER<br>2948 HIGHWAY 80<br>HAUGHTON, LA 71037<br>FAX: (307) 382-5900<br>EMAIL: MATT@FREEDOMOILFIELD.NET | FTS INTERNATIONAL SERVICES LLC<br>ATTN: MICHAEL J. DOSS, CEO<br>777 MAIN STREET, STE 3000<br>FORT WORTH, TX 76102<br>FAX: 713-428-4099 |
| GE OIL & GAS PRESSURE CONTROL LP<br>ATTN: LORENZO SIMONELLI, CHAIRMAN, PRES. & CEO<br>3960 COMMERCE ST SW<br>CANTON, OH 44706<br>FAX: (832) 325-4350 | GOODRICH PETROLEUM CO LLC<br>ATTN: ROBERT C. TURNHAM, JR., PRES & CEO<br>801 LOUISIANA, STE 700<br>HOUSTON, TX 77002<br>FAX: 713-780-9254 |
| GULF COAST TMC LLC<br>ATTN: CHARLES E. WEAVER III, MEMBER<br>7670 HWY 10<br>ETHEL, LA 70730<br>FAX: (225) 683-6652 | HECKMANN WATER RESOURCES CVR INC<br>ATTN: MARK D. JOHNSRUD, CEO<br>C/O NUVERRA ENVIRONMENTAL SOLUTIONS<br>14624 N. SCOTTSDALE ROAD, SUITE 300<br>SCOTTSDALE, AZ 85254<br>FAX: (602) 903-7802 |
| INDIGO MINERALS LLC<br>ATTN: FRANK D. TSURU, PRESIDENT & CEO<br>600 TRAVIS, STE 5500<br>HOUSTON, TX 77002<br>FAX: (713) 237-5040 | KINDERHAWK FIELD SERVICES LLC<br>ATTN: STEVEN J. KEAN, PRESIDENT & CEO<br>1001 LOUISIANA, STE 1000<br>HOUSTON, TX 77002 |

LEAM DRILLING SYSTEMS, LLC
ATTN: DANNY CHILDERS, PRESIDENT
3114 WEST OLD SPANISH TRAIL
NEW IBERIA, LA 70560

LIGHT TOWER RENTALS
2330 EAST INTERSTATE 20
SOUTH SERVICE ROAD
ODESSA, TX 79766
FAX: (432) 530-3330

LONG PETROLEUM LLC
ATTN: DENMAN M. LONG, CHAIRMAN
400 TEXAS ST. #800
SHREVEPORT, LA 71101
FAX: (318) 221-6304

LOUISIANA MIDSTREAM GAS SERVICES LLC
ATTN: J. MICHAEL STICE, CEO
6100 NORTH WESTERN AVE
PO BOX 18496
OKLAHOMA CITY, OK 73154-0496

M6 ENERGY SERVICES LLC
ATTN: RICHARD LEE JR, MANAGING MEMBER
3304 E GOFORTH RD
KILGORE, TX 75662
FAX: (903) 218-0423

MAGNOLIA MIDSTREAM GAS SERVICES LLC
ATTN: J. MICHAEL STICE, CEO
900 NORTH WEST 63RD ST
OKLAHOMA CITY, OK 73154-0355

MS DIRECTIONAL LLC
ATTN: ALLEN NEEL, PRESIDENT
3335 POLLOCK DRIVE
CONROE, TX 77303
FAX: (936) 442-2500
EMAIL: INFO@MSENERGYSERVICES.COM

NABORS DRILLING TECHNOLOGIES USA INC
ATTN: ANTHONY G. PETRELLO, PRES. & CEO
515 WEST GREENS RD
STE 1200
HOUSTON, TX 77067
FAX: 281-872-5205

OIL STATES ENERGY SERVICES LLC
ATTN: CINDY B. TAYLOR, PRESIDENT & CEO
THREE ALLEN CENTER
333 CLAY ST, STE 4620
HOUSTON, TX 77002
FAX: (713) 652-0499

OOGC AMERICA LLC (EAGLE FORD)
ATTN: QING JIANG, PRESIDENT
945 BUNKER HILL RD #1000
HOUSTON, TX 77024

Case 18-30155   Document 222   Filed in TXSB on 02/02/18   Page 6 of 17

PARADIGM MIDSTREAM SERVICES-ST LLC
ATTN: JOHN STEEN, CEO
545 E. JOHN CARPENTER FREEWAY
SUITE 800
IRVING, TX 75062

PATTERSON UTI DRILLING COMPANY LLC
ATTN: WILLIAM A. (ANDY) HENDRICKS
PRES. & CEO, 10713 W. SAM HOUSTON PKWY N
SUITE 800
HOUSTON, TX 77064
FAX: (281) 765-7175

PEAK FISHING SERVICES LLC
ATTN: JEREMY GRACE, VP OF OPERATIONS
7710 WEST HWY 80
MIDLAND, TX 79706
FAX: (432) 684-4161
EMAIL: JEREMY.GRACE@PEAKFISHINGSERVICES.COM

PEROXYCHEM LLC
ATTN: BRUCE LERNER, PRESIDENT & CEO
ONE COMMERCE SQUARE
2005 MARKET STREET, SUITE 3200
PHILADELPHIA, PA 19103
FAX: (267) 422-2400

REGENCY GAS SERVICES LP
ATTN: KELCY L. WARREN, CEO
8111 WESTCHESTER DRIVE
DALLAS, TX 75225
FAX: (214) 981-0703

S3 PUMP SERVICE
ATTN: MALCOLM H. SNEED III, PRESIDENT
1918 BARTON DR
SHREVEPORT, LA 71107
FAX: (318) 221-7096

SELECT ENERGY SERVICES LLC
ATTN: HOLLI LADHANI, PRESIDENT & CEO
515 POST OAK BLVD, STE 200
HOUSTON, TX 77027

SKY-LIN
ATTN: LINDA WILLIAMS, MANAGING MEMBER
6911 VARDAMAN RD
KEITHVILLE, LA 71047
FAX: (318) 925-5248

SOUTHERN SOIL ENVIRONMENTAL INC
ATTN: KENNETH R. JENKINS, PRES. & CEO
430 TIMBERS EAST DR
HAUGHTON, LA 71037-9797
FAX: (318) 949-1533
EMAIL: AMYMIZE@SOUTHERNSOILENV.COM

STALLION OILFIELD SERVICES
ATTN: DAVID C. MANNON, PRESIDENT & CEO
950 CORBINDALE, STE 400
HOUSTON, TX 77024
FAX: (713) 528-1276

| | |
|---|---|
| SUN COAST RESOURCES INC<br>ATTN: KATHY LEHNE, CEO<br>6405 CAVALCADE ST., BLDG 1<br>HOUSTON, TX 77026 | TDJ OILFIELD SERVICES, LLC<br>ATTN: THOMAS STEVEN MOORE<br>CONSULTANT/OWNER, 5857 HIGHWAY 80<br>EAST PRINCETON, LA 71067<br>FAX: (318) 949-9279<br>EMAIL: STEVE@TDJOILFIELDSERVICESLLC.COM |
| TEC WELL SERVICE LLC<br>ATTN: STEPHEN SHORE, PRESIDENT & CEO<br>851 W. HARRISON RD<br>LONGVIEW, TX 75604<br>FAX: (903) 759-7722<br>EMAIL: SSHORE@TECWELL.COM | THOMAS OILFIELD SERVICES LLC<br>ATTN: GREG PEELER, PRESIDENT<br>4250 SE LOOP 281<br>LONGVIEW, TX 75602<br>FAX: (855) 778-5940 |
| WEATHERFORD U.S., L.P.<br>ATTN: KARL BLANCHARD, EVP & COO<br>2000 SAINT JAMES PLACE<br>HOUSTON, TX 77056<br>FAX: (713) 693-4300 | WEST LOUISIANA AGGREGATES LLC<br>ATTN: MATTHEW CARROLL, PRESDIENT<br>10305 JOHN W HOLT JR BLVD<br>SHREVEPORT, LA 71115<br>FAX: (936) 639-2215<br>EMAIL: MCARROLL@WESTLAAGG.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE<br>11TH FLOOR<br>WILMINGTON, DE 19801<br>EMAIL: PHEALY@WSFSBANK.COM | **COUNSEL TO AD HOC NOTEHOLDER COMMITTEE**<br><br>BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK<br>(COUNSEL TO AD HOC NOTEHOLDER COMMITTEE)<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX: 212.209.4801<br>EMAIL: RSTARK@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>ATTN: STEVEN LEVINE<br>(COUNSEL TO AD HOC NOTEHOLDER COMMITTEE)<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>FAX: 617.289.0418<br>EMAIL: SLEVINE@BROWNRUDNICK.COM | **COUNSEL TO SINGLE NOTEHOLDER**<br><br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ATTN: BENJAMIN FINESTONE<br>(COUNSEL TO A SINGLE NOTEHOLDER)<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010<br>FAX: 212-849-7100<br>EMAIL: BENJAMINFINESTONE@QUINNEMANUEL.COM |

| | |
|---|---|
| **PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK, KENNETH J. AULET<br>GERARD T. CICERO, AJA-FULLO L. SANNEH<br>(PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX: 212-209-4801<br>EMAIL: RSTARK@BROWNRUDNICK.COM; KAULET@BROWNRUDNICK.COM; GCICERO@BROWNRUDNICK.COM; ASANNEH@BROWNRUDNICK.COM<br><br>JACKSON WALKER L.L.P.<br>ATTN: PATRICIA B. TOMASCO, MATTHEW D. CAVENAUGH<br>KRISTHY M. PEGUERO, JENNIFER F. WERTZ<br>(PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TEXAS 77010<br>FAX: 713-752-4221<br>EMAIL: PTOMASCO@JW.COM; MCAVENAUGH@JW.COM; KPEGUERO@JW.COM; JWERTZ@JW.COM | BROWN RUDNICK LLP<br>ATTN: STEVEN B. LEVINE<br>(PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>FAX: 617-856-8201<br>EMAIL: SLEVINE@BROWNRUDNICK.COM<br><br><br><br>**OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND COUNSEL**<br><br>BAKER HUGHES, A GE COMPANY<br>ATTN: CHRISTOPHER J. RYAN<br>2001 RANKIN ROAD<br>HOUSTON, TX 77073<br>EMAIL: CHRISTOPHER.RYAN3@BHGE.COM |
| SNOW SPENCE GREEN, LLP<br>ATTN: KENNETH GREEN, ESQ.<br>(COUNSEL TO BAKER HUGHES, A GE COMPANY)<br>2929 ALLEN PARKWAY, SUITE 2800<br>HOUSTON, TX 77019<br>FAX: 713-335-4848<br>EMAIL: KGREEN@SNOWSPENCELAW.COM | CROSS SOUND MANAGEMENT LLC<br>ATTN: DAVID DUNN<br>10 WESTPORT ROAD, BLDG. C, SUITE 202<br>WILTON, CT 06897<br>FAX: 917-842-7137<br>EMAIL: DUNN@CROSS-SOUND.COM |
| QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ATTN: BENJAMIN FINESTONE, ESQ.<br>(COUNSEL CROSS SOUND MANAGEMENT LLC)<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010<br>FAX: 212-849-7100<br>EMAIL: BENJAMINFINESTONE@QUINNEMANUEL.COM | DRW SECURITIES, LLC<br>ATTN: SINAN KERMEN<br>540 W. MADISON<br>CHICAGO, IL 60661<br>EMAIL: SKERMEN@DRW.COM |
| BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK, ESQ.<br>(COUNSEL TO DRW SECURITIES, LLC)<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX: 212.209.4801<br>EMAIL: RSTARK@BROWNRUDNICK.COM | FTS INTERNATIONAL SERVICES, LLC<br>ATTN: JARED VITEMB<br>777 MAIN STREET, SUITE 2900<br>FORT WORTH, TX 76109<br>FAX: 817-339-3697<br>EMAIL: JARED.VITEMB@FTSI.COM |

| | |
|---|---|
| COZEN O'CONNOR<br>ATTN: MARK FELGER, ESQ.<br>(COUNSEL TO FTS INTERNATIONAL SERVICES, LLC)<br>1201 N. MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801<br>FAX: 877-286-4528<br>EMAIL: MFELGER@COZEN.COM | NABORS DRILLING TECHNOLOGIES USA, INC.<br>ATTN: LAURI J. MCDONALD<br>515 W. GREENS ROAD, SUITE 1200<br>HOUSTON, TX 77067-4525<br>FAX: 281-775-4375<br>EMAIL: LAURI.MCDONALD@NABORS.COM |
| DORE LAW GROUP, P.C.<br>ATTN: ZACHARY S. MCKAY, ESQ.<br>(COUNSEL TO NABORS DRILLING TECHNOLOGIES USA, INC)<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX: 281-200-0751<br>EMAIL: ZMCKAY@DORELAWGROUP.NET | REME, LLC<br>D/B/A LEAM DRILLING SERVICES<br>ATTN: KATHLEEN GLASGLOW<br>3114 W. OLD SPANISH TRAIL<br>NEW IBERIA, IL 70560<br>EMAIL: KATHLEEN.GLASGLOW@LEAM.NET |
| PHILLIP P. OWENS II, ESQ.<br>(COUNSEL TO REME, LLC)<br>6907 N.W. 122ND STREET<br>OKLAHOMA CITY, OK 73142-3903<br>FAX: 405-608-0709<br>EMAIL: PO@OWENSLAWOFFICEPC.COM | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON, DE 19801<br>EMAIL: PHEALY@WSFSBANK.COM |
| SEWARD & KISSEL LLP<br>ATTN: JOHN R. ASHMEAD, ESQ.<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)<br>ONE BATTERY PLAZA<br>NEW YORK, NY 10004<br>FAX: 212-480-8421<br>EMAIL: ASHMEAD@SEWKIS.COM | **LENDERS**<br><br>BALLARD SPAHR LLP<br>ATTN: MARK C. DIETZEN<br>(COUNSEL TO ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>2000 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402-2119<br>FAX: 612.371.3207<br>EMAIL: DIETZENM@BALLARDSPAHR.COM |
| JPMORGAN CHASE BANK, N.A.<br>ATTN: APRIL YEBD<br>(ADMINISTRATIVE AGENT UNDER RESOLVER BASED CREDIT FACILITY)<br>10 SOUTH DEARBORD, FLOOR 12<br>CHICAGO, IL 60603-2300<br>FAX: 888-292-9533<br>EMAIL: APRIL.YEBD@JPMORGAN.COM | JPMORGAN CHASE BANK, N.A.<br>ATTN: MICHELE L JONES, MANAGING DIRECTOR<br>(ADMINISTRATIVE AGENT UNDER REVOLVER BASED CREDIT FACILITY)<br>2200 ROSS AVENUE, 3RD FLOOR<br>DALLAS, TX 75201-2787<br>FAX: 214-302-8695<br>EMAIL: MICHELE.JONES@JPMORGAN.COM |

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>ATTN: SANDEEP QUSBA & NICHOLAS BAKER<br>(COUNSEL TO JP MORGAN CHASE BANK)<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>FAX: 212-455-2502<br>EMAIL: SQUSBA@STBLAW.COM; NBAKER@STBLAW.COM | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>(INDENTURE TRUSTEE 2018 AND 2022 SENIOR NOTES)<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON, DE 19801<br>EMAIL: PHEALY@WSFSBANK.COM |
| WILMINGTON TRUST, N.A.<br>ATTN: TOM MORRIS<br>(ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890<br>FAX: 302-636-4145<br>EMAIL: TMORRIS@WILMINGTONTRUST.COM | WILMINGTON TRUST, NATIONAL ASSOCIATION<br>ATTN: MEGHAN MCCAULEY<br>(ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>50 SOUTH SIXTH STREET, SUITE 1290<br>MINNEAPOLIS, MN 55402<br>FAX: 612-217-5651<br>EMAIL: MMCCAULEY@WILMINGTONTRUST.COM |
| WINSTON & STRAWN LLP<br>ATTN: BART PISELLA, ESQ<br>(COUNSEL TO ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>200 PARK AVENUE<br>NEW YORK, NY 10166-4193<br>FAX: 212-294-4700<br>EMAIL: BPISELLA@WINSTON.COM | **GOVERNMENTAL AGENCIES**<br><br>EPA - REGION 3<br>ATTN: SHAWN M. GARVIN, ADMINISTRATOR<br>1650 ARCH ST<br>PHILADELPHIA, PA 19103-2029<br>FAX: (215) 814-5103<br>EMAIL: R3_RA@EPA.GOV |
| EPA - REGION 6<br>ATTN: RON CURRY, ADMINISTRATOR<br>FOUNTAIN PLACE 12TH FLOOR, STE 1200<br>1445 ROSS AVE<br>DALLAS, TX 75202-2750<br>EMAIL: GRAY.DAVID@EPA.GOV | INTERNAL REVENUE SERVICE<br>77 K ST NE<br>WASHINGTON, DC 20002 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE LOCAL OFFICE<br>1100 COMMERCE ST.<br>ROOM 121<br>DALLAS, TX 75242 |

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>ATTN: SHAMOIL SHIPCHANDLER, REGIONAL DIR<br>801 CHERRY ST, STE 1900, UNIT 18<br>FORT WORTH, TX 76102<br>EMAIL: DFW@SEC.GOV | SECURITIES AND EXCHANGE COMMISSION<br>SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549<br>EMAIL: CHAIRMANOFFICE@SEC.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>1885 N THIRD ST<br>BATON ROUGE, LA 70802<br>FAX: 225-326-6793<br>EMAIL: ADMININFO@AG.STATE.LA.US | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804<br>FAX: 225-326-6793<br>EMAIL: ADMININFO@AG.STATE.LA.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG, PA 17120<br>FAX: 717-787-8242 | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-475-2994 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>ATTN: PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1, ROOM E-26<br>CHARLESTON, WV 25305<br>FAX: 304-558-0140 | THE UNITED STATES ATTORNEY'S OFFICE FOR<br>THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: RICHARD A. KINCHELOE<br>1000 LOUISIANA, STE. 2300<br>HOUSTON, TX 77002<br>FAX: 713-718-3300; 713-718-3033<br>EMAIL: USATXS.ATTY@USDOJ.GOV; RICHARD.KINCHELOE@USDOJ.GOV |
| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: GINA MCCARTHY, ADMINISTRATOR<br>ARIEL RIOS BUILDING<br>1200 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20460<br>FAX: (202) 564-1778<br>EMAIL: MCCARTHY.GINA@EPA.GOV | **NOTICES OF APPEARANCE**<br><br>ANDERSON LEHRMAN BARRE & MARAIST LLP<br>ATTN: KEVIN M. MARAIST AND MICHELLE K. OSTRYE<br>(COUNSEL TO COGENT ENERGY SERV, ARCHROCK PARTNERS)<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI, TX 78404<br>FAX: 361-884-1286<br>EMAIL: KMARAIST@ALBMLAW.COM;<br>MOSTRYE@ALBMLAW.COM |

| | |
|---|---|
| ANDREWS KURTH KENYON LLP<br>ATTN: ROBIN RUSSELL & ASHLEY L HARPER<br>(COUNSEL TO ENTERPRISE PRODUCTS OPERATING LLC)<br>600 TRAVIS STREET, SUITE 4200<br>HOUSTON, TX 77002<br>FAX: 713-220-4285<br>EMAIL: RRUSSELL@ANDREWSKURTH.COM;<br>ASHLEYHARPER@ANDREWSKURTH.COM | BAKER & HOSTETLER LLP<br>ATTN: LARS H. FULLER<br>(COUNSEL TO PATTERSON-UTI)<br>1801 CALIFORNIA STREET, SUITE 4400<br>DENVER, CO 80202<br>FAX: 303-861-7805<br>EMAIL: LFULLER@BAKERLAW.COM |
| BAKER BOTTS L.L.P.<br>ATTN: OMAR J. ALANIZ, & IAN E. ROBERTS<br>(COUNSEL TO BG US PRODUCTION COMPANY, LLC)<br>2001 ROSS AVENUE<br>DALLAS, TX 75201<br>FAX: 214-953-6503<br>EMAIL: OMAR.ALANIZ@BAKERBOTTS.COM;<br>IAN.ROBERTS@BAKERBOTTS.COM | BONDS ELLIS EPPICH SCHAFER JONES LLP<br>ATTN: CLAY M. TAYLOR<br>(COUNSEL TO OOGC AMERICA LLC)<br>420 THROCKMORTON STREET, SUITE 1000<br>FORT WORTH, TX 76102<br>FAX: 817-405-6902 |
| BONDS ELLIS EPPICH SCHAFER JONES LLP<br>ATTN: JOSHUA N. EPPICH<br>(COUNSEL TO OOGC AMERICA LLC)<br>420 THROCKMORTON STREET, SUITE 1000<br>FORT WORTH, TX 76102<br>FAX: 817-405-6902 | BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK, KENNETH J. AULET<br>GERARD T. CICERO, AJA-FULLO L. SANNEH<br>(PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX: 212-209-4801<br>EMAIL: RSTARK@BROWNRUDNICK.COM;<br>KAULET@BROWNRUDNICK.COM; GCICERO@BROWNRUDNICK.COM;<br>ASANNEH@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>ATTN: STEVEN B. LEVINE<br>(PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>FAX: 617-856-8201<br>EMAIL: SLEVINE@BROWNRUDNICK.COM | BRUCKNER BURCH PLLC<br>ATTN: MATTHEW S. PARMET<br>(COUNSEL TO RODNEY FISHER AND TODD JESSEN)<br>8 GREENWAY PLAZA, STE. 1500<br>HOUSTON, TX 77046<br>FAX: 713-877-8065<br>EMAIL: MPARMET@BRUCKNERBURCH.COM |
| COMPTROLLER OF PUBLIC ACCOUNTS OF STATE OF TEXAS<br>ASSISTANT ATTORNEY GENERAL-RACHEL R. OBALDO<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: RACHEL.OBALDO@OAG.TEXAS.GOV | DAVID S. RUBIN<br>(COUNSEL TO JAMES S. DOWLING)<br>P.O. BOX 2997<br>445 NORTH BLVD, SUITE 300<br>BATON ROUGE, LA 70821-2997<br>FAX: 225-343-0630<br>EMAIL: DAVID@KSWB.COM |

| | |
|---|---|
| DIAMOND MCCARTHY LLP<br>ATTN: CHARLES M. RUBIO<br>(COUNSEL TO OIL STATES ENERGY SERVICES LLC)<br>909 FANNIN, SUITE 3700<br>HOUSTON, TX 77010<br>FAX: 713-333-5199<br>EMAIL: CRUBIO@DIAMONDMCCARTHY.COM | DORE LAW GROUP P.C.<br>ATTN: ZACHARY S. MCKAY<br>(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)<br>ATTN: ZACHARY S. MCKAY<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX: 281-200-0751<br>EMAIL: ZMCKAY@DORELAWGROUP.NET |
| DORE LAW GROUP PC<br>ATTN: CARL DORE JR<br>(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX: 281-200-0751<br>EMAIL: CARL@DORELAWGROUP.NET | EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: MARK SHERRILL, DAVID A. BAAY, JAMES L. SILLIMAN<br>(COUNSEL TO SHELL ENERGY NORTH AMERICA US LP)<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON, TX 77002<br>FAX: 713-654-1301<br>EMAIL: MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM;<br>DAVIDBAAY@EVERSHEDS-SUTHERLAND.COM;<br>JIMSILLIMAN@EVERSHEDS-SUTHERLAND.COM |
| FORSHEY & PROSTOK, LLP<br>ATTN: J. ROBERT FORSHEY<br>(COUNSEL TO XTO ENERGY INC)<br>777 MAIN STREET, SUITE 1290<br>FORT WORTH, TX 76102<br>FAX: 817-877-4151<br>EMAIL: BFORSHEY@FORSHEYPROSTOK.COM | GARDERE WYNNE SEWELL LLP<br>ATTN: MICHAEL K. RIORDAN<br>(COUNSEL TO PROPOSED TEXAS, CONFLICTS AND LITIGATION COUNSEL FOR THE DEBTORS)<br>1000 LOUISIANA, SUITE 2000<br>HOUSTON, TX 77002<br>FAX: 713-276-6178<br>EMAIL: MRIORDAN@GARDERE.COM |
| GLAS TRUST COMPANY LLC<br>ATTN: ADAM BERMAN, VICE PRESIDENT<br>230 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY 10169<br>FAX: 212-202-6246<br>EMAIL: ADAM.BERMAN@GLAS.AGENCY | HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC<br>ATTN: DUSTIN L. PERRY<br>(COUNSEL TO THE WILLIAMS COMPANIES INC)<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA, OK 74103-3706<br>FAX: 918-594-0505<br>EMAIL: DPERRY@HALLESTILL.COM |
| HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC<br>ATTN: STEVEN W. SOULE<br>(COUNSEL TO THE WILLIAMS COMPANIES, INC)<br>320 SOUTH BOSTON AVENUE, SUITE 200<br>TULSA, OK 74103-3706<br>FAX: 918-594-0505<br>EMAIL: SSOULE@HALLESTILL.COM | HUGHES WATTERS ASKANASE LLP<br>ATTN: TIMOTHY A MILLION<br>(COUNSEL TO WEATHERFORD INTERNATIONAL LLC)<br>TOTAL PLAZA<br>1201 LOUISIANA STREET, 28TH FLOOR<br>HOUSTON, TX 77002<br>EMAIL: TMILLION@HWA.COM |

JACKSON WALKER L.L.P.
ATTN: PATRICIA B. TOMASCO & MATTHEW D. CAVENAUGH
(COUNSEL TO CROSS SOUND MANAGEMENT)
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010
FAX: 713-752-4221
EMAIL: PTOMASCO@JW.COM; MCAVENAUGH@JW.COM

JACKSON WALKER L.L.P.
ATTN: PATRICIA B. TOMASCO, MATTHEW D. CAVENAUGH
KRISTHY M. PEGUERO, JENNIFER F. WERTZ
(PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TEXAS 77010
FAX: 713-752-4221
EMAIL: PTOMASCO@JW.COM; MCAVENAUGH@JW.COM; KPEGUERO@JW.COM; JWERTZ@JW.COM

KASOWITZ BENSON TORRES LLP
(COUNSEL TO FAIRFAX FINANCIAL HOLDINGS LIMITED AND HAMBLIN WATSA INVESTMENT COUNSEL LTD)
ATTN: ANDREW K GLENN, ADAM L SHIFF, SHAI SCHMIDT, EMILY L KUZNICK
1633 BROADWAY
NEW YORK, NY 10019
FAX: 212-506-1800
EMAIL: AGLENN@KASOWITZ.COM;ASHIFF@KASOWITZ; SSCHMIDT@KASOWITZ.COM;EKUZNICK@KASOWITZ.COM

LANE & COUNTRYMAN
ATTN: JOHN R. LANE & MATTHEW J. COUNTRYMAN
(COUNSEL TO LIGHT TOWER RENTALS, INC.)
8526 N. NEW BRAUNFELS
SAN ANTONIO, TX 78217
FAX: 201-804-2339
EMAIL: MCOUNTRYMAN@JRL-LAW.COM

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN: PATRICIA WILLIAMS PREWITT
(COUNSEL TO KINDERHAWK FIELD SERVICES, LLC)
10953 VISTA LAKE COURT
NAVASOTA, TX 77868
FAX: 713-583-2833
EMAIL: PWP@PATTIPREWITTLAW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO RUSK, DALLAS, CLAY, SMITH COUNTIES)
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207
FAX: 469-221-5003
EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO DALLAS, RUSK, CLAY &  SMITH COUNTIES)
2777 N. STEMMONS FREEWWAY, SUITE 1000
DALLAS, TX 75207
FAX: 469-221-5003
EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: TARA L. GRUNDEMEIER
(COUNSEL TO SAN AUGUSTINE, HOUSTON, POLK, HARRIS AND SHELBY COUNTIES)
PO BOX 3064
HOUSTON, TX 77253-3064
FAX: 713-844-3503
EMAIL: HOUSTON_BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: DON STECKER
(COUNSEL TO ZAVALA CAD)
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205
FAX: 210-225-6410
EMAIL: SANANTONIO.BANKRUPTCY@PUBLICANS.COM

LOUISIANA DEPARTMENT OF JUSTICE
ATTN: CHRISTOPHER J. LENTO, ASST ATTY GENERAL
PO BOX 94005
BATON ROUGE, LA 70804 -905
FAX: 225-326-6099

| | |
|---|---|
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>ATTN: LEE GORDON<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680<br>FAX: 512-323-3205 | MILLER MENTZER WALKER, P.C.<br>ATTN: JULIE A. WALKER, ESQ.<br>(COUNSEL TO J-W POWER COMPANY)<br>P.O. BOX 130<br>100 N. MAIN ST.<br>PALMER, TX 75152<br>FAX: 214-764-6676<br>EMAIL: JWALKER@MILMEN.COM |
| NORTON ROSE FULBRIGHT US LLP<br>ATTN: KRISTIAN W. GLUCK, RYAN E. MANNS &<br>LOUIS R. STRUBECK, JR.<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>2200 ROSS AVENUE, SUITE 3600<br>DALLAS, TX 75201-7932<br>FAX: 214-855-8200<br>EMAIL: KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM;<br>LOUIS.STRUBECK@NORTONROSEFULBRIGHT.COM;<br>RYAN.MANNS@NORTONROSEFULBRIGHT.COM | OWENS LAW OFFICE PC<br>ATTN: PHILLIP P. OWENS II<br>(COUNSEL TO LEAM DRILLING SERVICES LLC)<br>6907 NW 122 STREET<br>OKLAHOMA CITY, OK 73142-3903<br>FAX: 405-608-0709<br>EMAIL: PO@OWENSLAWOFFICEPC.COM |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JOHN T. BANKS<br>(COUNSEL TO DIMMIT COUNTY & LA PRYOR INDEPENDENT SCHOOL DISTRICT)<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731<br>FAX: 512-302-1802<br>EMAIL: JBANKS@PBFCM.COM | PERKINS COIE LLP<br>ATTN: JOHN D. PENN<br>(COUNSEL TO GLAS TRUST COMPANY LLC)<br>500 N. AKARD STREET, SUITE 3300<br>DALLAS, TX 75201<br>FAX: 214-965-7784<br>EMAIL: JPENN@PERKINSCOIE.COM |
| PERKINS COIE LLP<br>ATTN: TINA N. MOSS<br>(COUNSEL TO GLAS TRUST COMPANY LLC)<br>30 ROCKEFELLER PLAZA, 22ND FLOOR<br>NEW YORK, NY 10112<br>FAX: 212-977-1636<br>EMAIL: TMOSS@PERKINSCOIE.COM | SEWARD & KISSEL LLP<br>ATTN:  JOHN R. ASHMEAD, ROBERT GAYDA & CATHERINE V. LOTEMPIO<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004<br>FAX: 212-480-8421<br>EMAIL: ASHMEAD@SEWKIS.COM;GAYDA@SEWKIS.COM; LOTEMPIO@SEWKIS.COM |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN: SANDEEP QUSBA & NICHOLAS BAKER<br>(COUNSEL TO JP MORGAN CHASE BANK)<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>FAX: 212-455-2502<br>EMAIL: SQUSBA@STBLAW.COM; NBAKER@STBLAW.COM | SINGER & LEVICK, P.C.<br>ATTN: MICHELLE E. SHRIRO &  LARRY A. LEVICK<br>(COUNSEL TO  CURTIS & SON VACUUM SERVICE, INC.)<br>16200 ADDISON ROAD, SUITE 140<br>ADDISON, TX 75001<br>FAX: 972-380-5748<br>EMAIL: MSHRIRO@SINGERLEVICK.COM; LEVICK@SINGERLEVICK.COM |

| | |
|---|---|
| TEXAS ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: HAL F. MORRIS & CHARLIE SHELTON<br>(COUNSEL TO RAILROAD COMMISSION OF TEXAS)<br>P.O. BOX 12548 - MC 008<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: HAL.MORRIS@OAG.TEXAS.GOV;<br>CHARLIE.SHELTON@OAG.TEXAS.GOV | TEXAS ATTORNEYS GENERAL OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: HAL F. MORRIS & CHARLIE SHELTON<br>(COUNSEL TO RAILROAD COMMISSION OF TEXAS)<br>ASSISTANT ATTORNEYS GENERAL<br>P.O. BOX 12548-MC 008<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: HAL.MORRIS@OAG.TEXAS.GOV;<br>CHARLIE.SHELTON@OAG.TEXAS.GOV |
| TEXAS ATTORNEYS GENERAL OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>ATTN: RACHEL OBALDO, ASSISTANT ATTORNEY GENERAL<br>(COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS)<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: RACHEL.OBALDO@OAG.TEXAS.GOV | THOMPSON & KNIGHT LLP<br>ATTN: DAVID M BENNETT, GREG W CURRY, STEVEN J LEVITT<br>(COUNSEL TO CHESAPEAKE EXPLORATION & CHESAPEAKE ENERGY MARKETING LLC)<br>1722 ROUTH STREET, SUITE 1500<br>DALLAS, TX 75201<br>FAX: 214-969-1751<br>EMAIL: DAVID.BENNETT@TKLAW.COM;GREG.CURRY@TKLAW.COM;<br>STEVEN.LEVITT@TKLAW.COM |
| WALLER LANDSEN DORTCH & DAVIS LLP<br>ATTN: ERIC J TAUBE, MARK C TAYLOR, CLEVELAND R BURKE<br>(COUNSEL TO FAIRFAX FINANCIAL AND HAMBLIN WATSA)<br>100 CONGRESS AVE, SUITE 1800<br>AUSTIN, TX 78701<br>FAX: 512-685-6417<br>EMAIL: ERIC.TAUBE@WALLERLAW.COM;<br>MARK.TAYLOR@WALLERLAW.COM;<br>CLEVE.BURKE@WALLERLAW.COM | WEIL GOTSHAL & MANGES LLP<br>ATTN: ALFREDO R. PEREZ<br>(COUNSEL TO AZURE MIDSTREAM HOLDINGS LLC ET AL)<br>700 LOUISIANA STREET, SUITE 1700<br>HOUSTON, TX 77002<br>FAX: 713-224-9511<br>EMAIL: ALFREDO.PEREZ@WEIL.COM |
| WHITE & CASE LLP<br>ATTN: THOMAS E LAURIA & MICHAEL C. SHEPHERD<br>(COUNSEL TO GEN IV INVESTMENT OPPORTUNITIES LLC)<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD., SUITE 4900<br>MIAMI, FL 33131<br>FAX: 305-358-5700 | WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON, DE 19899 |