IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| EXCO RESOURCES, INC., *et al.*,[1] | Case No. 18-30155 (MI) |
| Debtors. | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING
SCHEDULED FOR FEBRUARY 13, 2018**

| Main Case No: 18-30155 (MI) | Name of Debtor:<br>EXCO Resources, Inc., *et al.*<br>(collectively, the "Debtors") |
|---|---|
|  |  |
| Adversary No: n/a | Style of Adversary: n/a |
|  |  |
| Witnesses: |  |
| Tyler S. Farquharson, Chief Financial Officer and Treasurer of EXCO Resources, Inc. |  |
| Any witness listed, offered, or called by any other party |  |
| Any witness required for rebuttal or impeachment | Judge: Honorable Marvin Isgur |
|  | Courtroom Deputy: Anita Dolezel |
|  | Hearing Date: February 13, 2018 (the "Hearing") |
|  | Hearing Time: 9:30 a.m. |
|  | Party's Name: Debtors<br>EXCO Resources, Inc., *et al.* |
|  | Attorney's Name: Christopher T. Greco |
|  | Attorney's Phone: (212) 446-4800 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

|  | Nature of Proceeding:<br>• Debtors' *Emergency* Motion for Entry of Interim and Final Orders (I) Authorizing Payment of (A) Obligations Owed to the Holders of Mineral and Other Interests and Non-Op Working Interests and (B) Joint Interest Billings, and (II) Granting Related Relief [Docket No. 10];<br>• Debtors' *Emergency* Motion for Entry of Interim and Final Orders (I) Authorizing the Payment of (A) Operating Expenses, (B) Marketing Expenses, (C) Shipping and Warehousing Claims, and (D) 503(b)(9) Claims, and (II) Granting Related Relief [Docket No. 11];<br>• Debtors' *Emergency* Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and Granting Related Relief [Docket No. 14]; and<br>• Debtors' *Emergency* Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superiority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 28]. |
|---|---|

**DEBTORS' EXHIBITS**

| Debtors' Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Declaration of Tyler S. Farquharson, Chief Financial Officer and Treasurer of EXCO Resources, Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 29] | | | | |
| | Any pleading, exhibit, or item previously presented to the Court | | | | |
| | Any exhibit or demonstrative designated or used by any other party | | | | |
| | Any exhibits necessary to rebut the testimony of witnesses called or designated by any other party or the evidence or arguments presented by any other party | | | | |

The Debtors reserve the right to supplement or amend this Witness and Exhibit List at any time before the Hearing.

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | */s/ Christopher T. Greco* |
| Dated: February 9, 2018 | Christopher T. Greco (admitted *pro hac vice*) |

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          christopher.greco@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          patrick.nash@kirkland.com
                   alexandra.schwarzman@kirkland.com

- and -

Marcus A. Helt (TX 24052187)
Telephone:   (214) 999-4526
Facsimile:    (214) 999-3526
Email:          mhelt@gardere.com
Michael K. Riordan (TX: 24070502)
Telephone:   (713) 276-5178
Facsimile:    (713) 276-6178
Email:          mriordan@gardere.com
**GARDERE WYNNE SEWELL LLP**
1000 Louisiana St., Suite 2000
Houston, Texas 77002

*Proposed Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on February 9, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Christopher T. Greco*
Christopher T. Greco