## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively with attachments, the "Schedules") and the Statements of Financial Affairs (collectively with attachments, the "Statements," and together with the Schedules, the "Schedules and Statements") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), were prepared pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited.

These Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and Statements. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

The Schedules and Statements have been signed by Tyler S. Farquharson, Chief Financial Officer and Treasurer of the Debtor EXCO Resources, Inc. Accordingly, in reviewing and signing the Schedules and Statements, Mr. Farquharson necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors. Mr. Farquharson has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

The Global Notes supplement and are in addition to any specific notes contained in each Debtor's respective Schedules or Statements. Furthermore, the fact that the Debtors have prepared Global Notes or specific notes with respect to each of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Notes or specific notes to any of the Debtors' other Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

1.   ***Description of Cases***.   On January 15, 2018 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). The Debtors' chapter 11 cases are jointly administered for procedural purposes only under the lead case caption *In re EXCO Resources, Inc., et al.*, Case No. 18-30155 (MI) (Bankr. S.D. Tex.). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On January 24, 2018, the United States Trustee for the Southern District of Texas appointed a statutory committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code [Docket No. 175].

2.   ***"As Of" Information Date***.   To the best of the Debtors' knowledge, the information provided herein represents the asset data of the Debtors as of December 31, 2017 except available cash which is provided as of the Petition Date. All other information including trade liabilities and principal and accrued interest on funded debt are provided as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

3.   ***General Reservation of Rights***.   Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is

asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of (a) liability, or (b) amounts due or owed, if any, by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant nonbankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4.   ***Basis of Presentation***.   For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements on a consolidated basis, which were audited annually. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that could be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to reconcile fully with any consolidated financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

5.   ***Confidential or Sensitive Information***.   There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to, among other things, concerns for the privacy of an individual. In addition, the very existence of certain agreements is (by the terms of such agreements) confidential. These agreements have been noted, however, as "Confidential" in the Schedules and Statements, where applicable. The alterations or redactions are limited only to what the Debtors believe is necessary to protect the Debtor or the applicable third-party.

6.   ***Causes of Action***.   Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements. The Debtors reserve all of

their rights with respect to any Claims or causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "<u>Causes of Action</u>") they may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

In the ordinary course of their business, from time to time, the Debtors become involved in litigation and informal disputes among third parties because the Debtors may hold funds on account of mineral or other interests that are the subject of the dispute.  When such litigation or informal disputes arise, the Debtors hold the relevant funds in suspense.  Upon the conclusion or settlement of the litigation matter or informal dispute, as evidenced by entry of a court order or execution of a settlement agreement or similar evidence of properly cured title, the Debtors release the funds in question to the appropriate third party.  Because these funds may not be property of their estates, the Debtors do not believe they have any liability on account of such litigation, and such informal disputes are not included in the Schedules and Statements.

7. ***Recharacterization***.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and Statements.  Nevertheless, the Debtors may not have accurately characterized, classified, categorized, or designated certain items.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate.

8. ***Court Orders***.  Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (the "<u>First Day Orders</u>"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition Claims of employees, royalty holders, potential lien holders and taxing authorities.  Accordingly, these liabilities may have been or may be satisfied in accordance with such orders and, therefore, generally are not listed in the Schedules and Statements.  Regardless of whether such Claims are listed in the Schedules and Statements, to the extent such Claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate.

9. ***Liabilities***.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of

liabilities between prepetition and postpetition periods may change.  The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

10.    *Excluded Assets and Liabilities*.  The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements and certain accrued expenses.  The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage Claims exist.  In addition, certain immaterial or *de minimis* assets and liabilities may have been excluded.  Finally, certain liabilities authorized to be paid pursuant to the First Day Orders are excluded from the Schedules and Statements.

11.    *Property and Equipment*.  Unless otherwise indicated, owned property (including real property) and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect thereto.

12.    *Intercompany Payables and Receivables*.    Certain intercompany payables and receivables between the Debtors are set forth on Schedule A/B Part 11, Q. 77.  The listing by the Debtors of any account between a Debtor and another Debtor is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account.  The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all.  The Debtors and all parties in interest reserve all rights with respect to such accounts.

13.    *Estimates*.  To prepare and file the Schedules and Statements in accordance with the deadline established in these chapter 11 cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

14.    *Fiscal Year*.  Each Debtor's fiscal year ends on December 31.

15.    *Currency*.  All amounts are reflected in U.S. dollars.

16.    *Executory Contracts*.  Although the Debtors have made diligent attempts to properly identify the Debtor counterparty(ies) to each executory contract on Schedule G, it is possible that more Debtor entities are a counterparty to certain executory contracts on Schedule G than listed herein.  The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or

non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

17.     *Leases.*  The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements.   To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, minerals, or other property interests and equipment from third-party lessors for use in the daily operation of their business.   Any known pre-petition obligations of the Debtors' pursuant to the same have been listed on Schedule F, the underlying lease agreements are listed on Schedule G, or, if the leases are in the nature of real property interests under applicable state laws, on Schedule A. Nothing in the Schedules or Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement or a real property interest), and the Debtors reserve all rights with respect to such issues.

18.     *Insiders*.   The Debtors have attempted to include all payments made on or within 12 months before the Petition Date to any individual or entity deemed an "insider."  As to each Debtor, an individual or entity is designated as an "insider" if such individual or entity, based on the totality of the circumstances, has at least a controlling interest in, or exercises sufficient authority over, the Debtor so as to unqualifiably dictate corporate policy and the disposition of corporate assets.

The following individuals and entities are or were insiders who received consideration from the Debtors within one year before the Petition Date: Harold L. Hickey, Harold H. Jameson, Tyler Farquharson, Heather Summerfield, Brian Gaebe, C. John Wilder Jr., James B. Ford, Anthony R. Horton, Randall E. King, Samuel A. Mitchell, Wilbur Ross, Robert L. Stillwell, Stephen J. Toy, Energy Strategic Advisory Services, L.L.C., Hamblin Watsa Investment Counsel Ltd., and Oaktree Capital Management, L.P.

The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.   Furthermore, certain of the individuals identified above were not insiders for the entirety of the 12-month period, but the Debtors have included them herein out of an abundance of caution.   The Debtors reserve all rights with respect thereto.

19.     *Totals*.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and Statements.   To the extent there are

unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be different than the listed total.

20. ***Unliquidated Claim Amounts.*** Claim amounts that could not be quantified by the Debtors are scheduled as "unliquidated."

21. ***Undetermined Amounts***. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.

22. ***Setoffs***. The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their customers or vendors and setoffs or netting permitted under common obligations of a single joint operating agreement. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although the impact of such offsets and other similar rights may have been accounted for when certain net amounts were included in the Schedules, offsets are not independently accounted for, and as such, are not included separately in the Debtors' Schedules and Statements.

23. ***Credits and Adjustments***. The claims of individual creditors for, among other things, goods, products or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits, allowances and other adjustments.

24. ***Payments.*** Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System") (as more fully described in the *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts and (B) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* (the "Cash Management Motion") [Docket No. 8]). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute any payments to a different legal entity, if appropriate.

25. ***Guaranties and Other Secondary Liability Claims***. The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing. Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantor with respect to their financings

and debt instruments on Schedule G. The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review. Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified.

26. ***Consolidated Identification of Interests***. As set forth above, the Schedules and Statements, in various instances, call for information that, if provided, would disclose the identities and personal contact information of certain individuals. The Debtors elected to present such sensitive information as consolidated line items of similar interests. The Debtors believe that producing information in this manner is necessary to both maintain valuable customer and vendor relationships and to protect the Debtors' propriety information.

27. ***Mechanics Liens***. The property and equipment listed in the Schedules are presented without consideration of any mechanics,' materialman's or other similar statutory liens. Such liens may apply, and the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

28. ***Global Notes Control***. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

## Specific Disclosures with Respect to the Debtors' Schedules

29. ***Schedule A/B:*** Real property is reported at book value, net of accumulated depreciation on buildings and improvements. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. The Debtors reserve all of their rights to categorize or recharacterize such asset holdings to the extent the Debtors determine that such holdings were listed incorrectly.

Under applicable state law, royalty interests, overriding royalty interests, non-executive mineral interests, non-participating royalty interests, rights of way, and easements are real property interests in law. The Debtors have included information about the instruments governing such interests on Schedule A, but have not duplicated such leases on Schedule G regardless of whether such instruments may be considered executory contracts within the meaning of section 365 of the Bankruptcy Code.

Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to

dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' claim.

The Debtors' failure to list any rights in real property on Schedule A/B should not be construed as a waiver of any such rights that may exist, whether known or unknown at this time.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

30.     *Schedule A/B 3:*  Amounts listed reflect the bank balance not the net book value.

31.     *Schedule A/B 11:*  In the ordinary course of the Debtors' businesses, cash settlements must occur after the completion of an accounting settlement cycle, which typically takes 60 days following the end of a production month for revenue and 90-120 days following the end of a production month for joint interest billing. The timeframe to calculate a net proceed for a given production month requires the following steps:  (1) invoicing of joint interest partners and purchasers, (2) payment of capital and operating expenses, (3) receipt of gross sales revenues, (4) receipt of gross gathering, processing, and transportation expense payments, (5) receipt of joint interest billing payments, and (6) disbursement of payments to mineral and other interest owners.  Accordingly, there is a significant amount of accounts receivable owed to the Debtors as of the Petition Date which will be recouped or reimbursed in the ordinary course of business.

32.     *Schedule A/B 72:*  The Debtors file federal taxes on a consolidated basis but net operating losses ("NOLs") are available to all entities and are reflected on each Debtor's Schedules.  State NOLs are reported on filings of Debtors EXCO Resources, Inc. and EXCO Holdings (PA), Inc., and are listed on the Schedules for such Debtors.  State NOLs may or may not be available to the other Debtors or Non-Debtor affiliates and are not listed on such Debtors' Schedules.

33.     *Schedule A/B 77:*  Certain of the Debtors, list an aggregate value of oil and natural gas properties held by the applicable Debtor.  Oil and gas properties are comprised of both proved and unproved properties.  Due to the voluminous nature of the numerous assets associated with these properties, including, but not limited to, leases, materials, and equipment, the Debtors have not provided an enumerated list of the individual assets, other than leases, which are set forth in Schedule A/B 55.

34.     *Schedule D:*  Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific

asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not nor shall it be deemed an admission as to the validity of any such lien. Conversely, the Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility and other funded secured indebtedness, only the administrative agents or indenture trustees have been listed for purposes of Schedule D.

The amounts reflected outstanding under the Debtors' prepetition funded indebtedness reflect approximate principal and accrued interest as of the Petition Date. Pursuant to the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expenses Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 97] the Debtors discharged all outstanding liabilities under the Reserve-Based Credit Facility ("RBL Facility") listed on Schedule D Part 1, which discharge became final upon entry of the *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief* [Docket No. 348]. For the avoidance of doubt, the RBL Facility was included on Schedule D because such obligation was outstanding as of the Petition Date, however inclusion of the RBL Facility on Schedule D is not an admission as to any additional amounts owed thereunder as the Debtors believe all amounts owed thereunder have been fully and indefeasibly paid.

Schedule D does not include parties who have filed notices of perfection of liens pursuant to section 546(b) of the Bankruptcy Code.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of another Debtor, and no claim set forth on Scheduled D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority

of any liens.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

35.     ***Schedule E/F, Part 1:  Creditors Holding Priority Unsecured Claims***.  The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.  All claims listed on the Debtors' Schedule E/F are claims arising from tax, wage or wage-related obligations to which the Debtors may potentially be liable.  Certain of such claims, however, may be subject to ongoing audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E/F.  Accordingly, the Debtors have listed all such claims as unknown in amount, pending final resolution of ongoing audits or other outstanding issues.  Additionally, as more fully set forth in the *Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 9], claims against the Debtors on account of wage or wage-related obligations to independent contractors may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.  Further, to the extent such claims have been paid or may be paid pursuant to a court order, they may not be included on Schedule E.

36.     ***Schedule E/F, Part 2:  Creditors Holding Non-Priority Unsecured Claims.***

The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

The Debtors have attempted to relate all liabilities to each particular Debtor.  Certain creditors listed on Schedule E/F may owe amounts to the Debtors and, as such, the Debtors may have valid setoff or recoupment rights with respect to such amounts.  The amounts listed on Schedule E/F do not reflect any such right of setoff or recoupment and the Debtors reserve all rights to assert any such setoff or recoupment rights.  Additionally, certain claims may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F.  The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves

were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact.  Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding pending litigation involving the Debtors.  In certain instances, the Debtor that is the subject of the litigation may be unclear or undetermined.  To the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor.  The amounts for these potential claims are listed as unknown and marked as contingent, unliquidated, and disputed in the Schedules.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in whole or in part in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease.  In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

The Debtors have made reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party.  Where Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation.  The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation.  Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G.  It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted.  The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable.  In addition, the Debtors reserve the right to amend the Schedules and SOFAs and to re-characterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing.  Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

In addition, certain claims listed on Schedule E/F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Additionally, as discussed in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Payment of (A) Obligations Owed to Holders of Mineral Interests and Non-Op Working Interests and (B) Joint Interest Billings, and (II) Granting Related Relief* [Docket No. 10] (the "Mineral Interests Motion"), the Debtors maintain certain "suspended funds." The suspended funds represent amounts on account of Royalties (as defined in the Mineral Interests Motion) that are due but are otherwise unpayable for a variety of reasons, including incorrect contact information, unmarketable title, and ongoing disputes over ownership of the underlying interest. Subject to applicable laws, when and to the extent the Debtors are provided evidence or sufficient notice that the issue preventing payment of the suspended funds to the correct party is resolved, the Debtors release the applicable suspended funds in question. Accordingly, Schedule F does not list parties with potential interests in the suspended funds other than parties to litigation with respect to such suspended funds.

The Debtors are obligated under various agreements to market the oil and gas production of certain owners of working interests to potential purchasers and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtors are obligated to remit the net amount of those proceeds belonging to the owner of the working interest, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain agreements require the Debtors to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. The foregoing amounts were authorized to be paid under applicable First Day Orders, may not be property of the Debtors' estates, and are not included in Schedule E/F.

37. ***Schedule G***.  While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors, and although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or inclusions may have occurred.  The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G.  The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for goods, supplies, product, services, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods, supplies, or product were delivered or services performed under purchase orders before the Petition Date, vendors' claims with respect to such delivered goods, supplies, or product and performed services are included on Schedule E/F. In the ordinary course of business, the Debtors may have issued numerous service orders or work orders pursuant to a master consulting agreement or master service agreement, which service orders or work orders are not listed individually on Schedule G. Each master consulting agreement or master service agreement listed on Schedule G shall include all service orders or work orders entered into pursuant to such master agreement unless otherwise noted.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and division order agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. The inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease, and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

Certain of the executory contracts and unexpired leases listed in Schedule G may have been assigned to, assumed by, or otherwise transferred to certain of the Debtors in

connection with, among other things, acquisitions by the Debtors.  The Debtors have attempted to list the appropriate Debtor parties to each contract, agreement, and lease on Schedule G; however, there may be instances in which other Debtor entities that are not parties to the contracts, agreements, and leases have been the primary entities conducting business in connection with these contracts, agreements, and leases.  Accordingly, the Debtors have listed certain contracts, agreements, and leases on Schedule G of the Debtor entity corresponding to the applicable contracting entity which may, upon further review, differ from the primary entity conducting business with the counterparty to that particular contract, agreement, or lease.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

### Specific Disclosures with Respect to the Debtors' Statements

1. ***Statement 3.***  Payments listed on Statement 3 were made to certain retained professionals on account of non-bankruptcy related services provided within the 90 days of the Petition Date.

2. ***Statement 4.***  Warrants and common stock listed on Statement 4 reflect actual amounts issued and do not reflect current holdings on account of the June 2, 2017 stock split.

   Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders, as applicable.  As described in the Cash Management Motion, in the ordinary course of business certain of the Debtor and non-Debtor entities and business divisions maintain business relationships with each other, resulting in intercompany receivables and payables (the "Intercompany Claims").  Any payments to another Debtor or non-Debtor on account of Intercompany Claims are reflective of the difference between the opening balance and ending balance between January 1, 2017 and January 1, 2018.  With respect to the Intercompany Claims between Debtors, Statement 4 reflects the book value adjustment of such transfers rather than an actual transfer of funds from one Debtor entity to another.

   Individuals and entities listed as insiders are not intended to be a final determination on who is and is not an insider.

3. ***Statement 13.***  Any values listed in the description of the property transferred are estimates and included for illustrative purposes only, as many transactions include adjustments to the purchase price post-closing. Further, the value of each transfer reflects an aggregate transaction value across all of the associated Debtor entities.

4.  **Statement 21.**  In connection with their oil and gas assets, the Debtors are obligated, pursuant to their oil and gas leases and other agreements, to remit to the lessors of the oil and gas leases and potentially other parties their share of revenue from the producing wells located on the respective leases pursuant to the terms of their oil and gas lease.  In addition, overriding royalties must be remitted to the owners of those interests, and the holders of non-executive mineral interests, as well as the holders of nonparticipating royalty interests, must receive the proceeds due to them pursuant to the applicable agreement.  The foregoing amounts were authorized to be paid under applicable First Day Orders, may not be property of the Debtors' estates, and are not included in Statement 21.

The Debtors are obligated under various agreements to market the oil and gas production of certain owners of working interests to potential purchasers and remit the amounts due to the appropriate parties. Specifically, following the sale of production and the receipt of proceeds attributable thereto, the Debtors are obligated to remit the net amount of those proceeds belonging to the owner of the working interest, net of all applicable mineral interests, gathering costs, processing and transportation expenses, and production taxes, as applicable. Certain agreements require the Debtors to process and forward to the appropriate parties, from funds otherwise belonging to third parties, the amounts due on account of such interests and expenses. The foregoing amounts were authorized to be paid under applicable First Day Orders, may not be property of the Debtors' estates, and are not included in Statement 21.

The Debtor jointly owns certain surplus inventory that was originally obtained on behalf of the applicable joint interest owner for the drilling, maintenance or operation of an oil and gas property.  If these materials are ultimately not needed at the subject property they may be stored as surplus inventory either at an oil and gas property site or a storage yard.

5.  **Statements 23 & 24.**  The Debtors do not have any records of spills before late 2010 and are unable to obtain such information through state or federal databases.  The Debtors were able to search NOVs or Compliance Orders for Oklahoma, Nebraska, Kentucky, Mississippi, and Texas.  The information provided herein is accurate to the extent possible from the available information.

*      *      *

**Fill in this information to identify the case:**

Debtor name __EXCO Resources, Inc.__

United States Bankruptcy Court for the: __Southern__     District of __Texas__
                                                                        (State)

Case number (If known): __18-30155 (MI)__

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:**   Income

1. **Gross revenue from business**

   ☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to    Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $ _____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None   See Attached Rider

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to    Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY      MM / DD / YYYY | _____ | $ _____ |

---

Debtor EXCO Resources, Inc.       Case number *(if known)* 18-30155 (MI)
   Name

---

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached Rider<br>Creditor's name<br><br>Street<br><br><br>City State ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br><br>City State ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See Attached Rider<br>Insider's name<br><br>Street<br><br><br>City State ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | Insider's name<br><br>Street<br><br><br>City State ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

---

Debtor    EXCO Resources, Inc.
_____    Case number (if known) 18-30155 (MI)
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State      ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attached Rider | | Name | ☐ Pending |
| | | | Street | ☐ On appeal |
| | Case number | | | ☐ Concluded |
| | | | City          State      ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State      ZIP Code | |

Debtor      EXCO Resources, Inc.                                    Case number (if known) 18-30155 (MI)
            Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | Name |
| | _____ | Street |
| City              State        ZIP Code | **Case number** | |
| | | City          State        ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| See Attached Rider | _____ | _____ | $_____ |
| _____ | | | |

Debtor    EXCO Resources, Inc.              Case number *(if known)* 18-30155 (MI)
Name

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Attached Rider | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor    EXCO Resources, Inc.                                           Case number (if known) 18-30155 (MI)
          Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | See Attached Rider | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |
| 13.2. | **Who received transfer?** | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____  To _____ |
| | City                State        ZIP Code | |
| 14.2. | Street | From _____  To _____ |
| | City                State        ZIP Code | |

Debtor    EXCO Resources, Inc.                                    Case number (if known) 18-30155 (MI)
          Name

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City          State          ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City          State          ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.     Customer name, postal address, shipping address, billing address, phone number, birth date and social security number

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| EXCO Resources, Inc. 401(k) Plan | EIN: 7 4 – 1 4 9 2 7 7 9 |

Has the plan been terminated?

☒ No

☐ Yes

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 7

Debtor  EXCO Resources, Inc.
Name

Case number (*if known*) 18-30155 (MI)

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City   State   ZIP Code | <br><br>**Address** | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Attached Rider<br>Name<br>Street<br>City   State   ZIP Code | <br><br>**Address** | | ☐ No<br>☐ Yes |

---

Debtor ___EXCO Resources, Inc._____     Case number *(if known)* 18-30155 (MI)_____
          Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| See Attached Rider | _____ | _____ | $_____ |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State          ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☒ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| See Attached Rider | _____ | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | _____ | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See Attached Rider | _____ | _____ | _____ |
| Name | Name | _____ | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    EXCO Resources, Inc. _____    Case number (if known) 18-30155 (MI) _____
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☒ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| See Attached Rider | | _____ | _____ |
| Name | Name | _____ | |
| | | | |
| Street | Street | _____ | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | See Attached Rider<br>Name<br><br>Street<br><br>City          State          ZIP Code | _____<br>_____<br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | Business name and address<br><br>Name<br><br>Street<br><br>City          State          ZIP Code | Describe the nature of the business<br>_____<br>_____<br>_____ | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | Business name and address<br><br>Name<br><br>Street<br><br>City          State          ZIP Code | Describe the nature of the business<br>_____<br>_____<br>_____ | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____    To _____ |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **10**

Debtor     EXCO Resources, Inc.                 Case number *(if known)* 18-30155 (MI)
            Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   See Attached Rider | From _____    To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. | From _____    To _____ |
| _____<br>Name | |
| _____<br>Street | |
| _____<br>City       State       ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   See Attached Rider | From _____    To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | From _____    To _____ |
| _____<br>Name | |
| _____<br>Street | |
| _____<br>City       State       ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   See Attached Rider | _____<br>_____<br>_____ |

---

Debtor      EXCO Resources, Inc.                                          Case number (if known) 18-30155 (MI)
            Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                    State            ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  See Attached Rider |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City                    State            ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                    State            ZIP Code |

Debtor   EXCO Resources, Inc. _____   Case number *(if known)* 18-30155 (MI)
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.

_____
Name

_____
Street

_____
City                                          State           ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| See Attached Rider | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| See Attached Rider | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. See Attached Rider<br>Name | _____ | _____ | _____ |
| _____<br>Street | | _____ | |
| _____<br>City                State        ZIP Code | | _____ | |
| **Relationship to debtor** | | _____ | |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 13

Debtor  EXCO Resources, Inc.
_____   Case number (if known) 18-30155 _____
        Name

---

**Name and address of recipient**

30.2

Name _____

Street _____

_____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| EXCO Resources, Inc. | EIN: 74-1492779 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/28/2018
        MM  / DD  / YYYY

✗ _____   Printed name  Tyler S. Farquharson _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Financial Officer, Treasurer, and Vice President

---

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

---

Debtor Name:   EXCO Resources, Inc.                                                                 Case Number:   18-30155 (MI)

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Statement Question 2 - Non-business Revenue

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | 01/01/2018 - 01/15/2018 | Miscellaneous Income | $16,847.00 |
| From the beginning of the fiscal year to filing date: | 01/01/2018 - 01/15/2018 | Interest Income | $2,129.65 |
| For prior year: | 01/01/2017 - 01/31/2017 | Debt Retirement Income | -$6,379,403.26 |
| For prior year: | 01/01/2016 - 12/31/2016 | Interest Income | $29,223.90 |
| For the year before that: | 01/01/2017 - 01/31/2017 | Debt Retirement Income | $119,457,081.09 |
| For the year before that: | 01/01/2016 - 12/31/2016 | Interest Income | $9,706.89 |

Debtor Name: EXCO Resources, Inc.                                                                 Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| Creditor Name & Address | Check or Wire Number | Payment Date | Reason For Payment | Amount Paid |
|---|---|---|---|---|
| ADP INC<br>P O BOX 842875<br>BOSTON, MA 02284-2875 | 123556 | 10/18/2017 | Services | $2,660.85 |
| | CHECK - 10/27/2017 | 10/27/2017 | Services | $771,123.82 |
| | CHECK - 10/30/2017 | 10/30/2017 | Services | $316,821.18 |
| | 123608 | 11/02/2017 | Services | $1,490.65 |
| | 123638 | 11/08/2017 | Services | $3,713.36 |
| | 123661 | 11/15/2017 | Services | $154.42 |
| | 123686 | 11/21/2017 | Services | $1,352.22 |
| | 123730 | 12/06/2017 | Services | $2,231.89 |
| | CHECK - 12/14/2017 | 12/14/2017 | Services | $2,323,186.00 |
| | 123780 | 12/28/2017 | Services | $4,795.93 |
| | CHECK - 01/12/2018 | 01/12/2018 | Services | $1,513,934.38 |
| | | | **SUBTOTAL** | $4,941,464.70 |
| AFCO CREDIT CORPORATION<br>14 WALL STREET<br>SUITE 8A-19<br>NEW YORK, NY 10005 | 123578 | 10/25/2017 | Services | $119,861.93 |
| | | | **SUBTOTAL** | $119,861.93 |
| AFLAC<br>ATTN: REMITTANCE PROCESSING<br>1932 WYNNTON ROAD<br>COLUMBUS, GA 31999-0797 | 2497A | 10/18/2017 | Services | $178.10 |
| | 2515A | 11/15/2017 | Services | $178.10 |
| | 2536A | 12/28/2017 | Services | $178.10 |
| | | | **SUBTOTAL** | $534.30 |
| AIR PERFORMANCE SERVICE INC.<br>10510 MARKISON DRIVE<br>DALLAS, TX 75238 | 123705 | 11/29/2017 | Services | $300.00 |
| | | | **SUBTOTAL** | $300.00 |
| ALVAREZ & MARSAL TAX AND LLC<br>ATTN: LIZ CARRINGTON<br>600 MADISON AVENUE<br>8TH FLOOR<br>NEW YORK, NY 10022 | 011118L | 01/11/2018 | Services | $13,886.10 |
| | | | **SUBTOTAL** | $13,886.10 |
| AMCAD & GRAPHICS LP<br>1201 TAPPAN CIRCLE<br>CARROLLTON, TX 75006 | 123609 | 11/02/2017 | Services | $772.71 |
| | 123662 | 11/15/2017 | Services | $179.70 |
| | | | **SUBTOTAL** | $952.41 |
| AON CONSULTING INC<br>PO BOX 100137<br>PASADENA, CA 91189-0137 | 123557 | 10/18/2017 | Services | $5,350.00 |
| | | | **SUBTOTAL** | $5,350.00 |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| AT&T MOBILITY<br>NATIONAL BUSINESS SERVICES<br>PO BOX 9004<br>CAROL STREAM, IL 60197-9004 | 123558 | 10/18/2017 | Services | $12,313.27 |
| | 123639 | 11/08/2017 | Services | $18,665.14 |
| | 123784 | 12/28/2017 | Services | $13,000.00 |
| | | | **SUBTOTAL** | $43,978.41 |
| AT&T<br>PO BOX 105068<br>ATLANTA, GA 30348-5068 | 123663 | 11/15/2017 | Services | $48.61 |
| | 123731 | 12/06/2017 | Services | $50.55 |
| | | | **SUBTOTAL** | $99.16 |
| AT&T<br>PO BOX 105262<br>ATLANTA, GA 30348-5262 | 123610 | 11/02/2017 | Services | $751.77 |
| | 123706 | 11/29/2017 | Services | $751.69 |
| | 123781 | 12/28/2017 | Services | $751.73 |
| | | | **SUBTOTAL** | $2,255.19 |
| AT&T<br>PO BOX 105414<br>ATLANTA, GA 30348-5414 | 123579 | 10/25/2017 | Services | $8,051.13 |
| | 123580 | 10/25/2017 | Services | $1,242.99 |
| | 123611 | 11/02/2017 | Services | $334.67 |
| | 123707 | 11/29/2017 | Services | $334.55 |
| | 123708 | 11/29/2017 | Services | $8,050.85 |
| | 123709 | 11/29/2017 | Services | $1,242.85 |
| | 123782 | 12/28/2017 | Services | $8,654.66 |
| | 123783 | 12/28/2017 | Services | $1,336.06 |
| | 123833 | 12/29/2017 | Services | $334.55 |
| | | | **SUBTOTAL** | $29,582.31 |
| AUSTIN JOSEPH RENTA<br>ADDRESS ON FILE | 123571 | 10/18/2017 | Suppliers or vendors | $4,640.00 |
| | 123598 | 10/25/2017 | Suppliers or vendors | $5,360.00 |
| | 123656 | 11/08/2017 | Suppliers or vendors | $5,360.00 |
| | 123699 | 11/21/2017 | Suppliers or vendors | $5,720.00 |
| | 123769 | 12/06/2017 | Suppliers or vendors | $6,353.67 |
| | 123820 | 12/28/2017 | Suppliers or vendors | $8,400.00 |
| | | | **SUBTOTAL** | $35,833.67 |
| AUTOMATION SOLUTIONS INC<br>PO BOX 890651<br>HOUSTON, TX 77289 | 123785 | 12/28/2017 | Suppliers or vendors | $25,295.86 |
| | | | **SUBTOTAL** | $25,295.86 |

Debtor Name: EXCO Resources, Inc.                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| BAKER HUGHES BUSINESS SUPPORT SVS<br>PO BOX 301057<br>DALLAS, TX 75303-1057 | 2498A | 10/18/2017 | Services | $9,645.08 |
| | | | **SUBTOTAL** | $9,645.08 |
| BALLARD SPAHR LLP<br>PO BOX 86<br>SDS-12-3077<br>MINNEAPOLIS, MN 55486-3077 | 011218Z | 01/12/2018 | Other - Revenue | $4,793.85 |
| | | | **SUBTOTAL** | $4,793.85 |
| BANK OF AMERICA<br>P O BOX 15731<br>WILMINGTON, DE 19886-5731 | 103017B | 10/30/2017 | Services | $98,579.84 |
| | 123612 | 11/02/2017 | Services | $262.43 |
| | 112117A | 11/21/2017 | Services | $100,000.00 |
| | 120817G | 12/08/2017 | Services | $41,864.54 |
| | 011218P | 01/12/2018 | Services | $140,000.00 |
| | | | **SUBTOTAL** | $380,706.81 |
| BANK OF AMERICA<br>PO BOX 742327<br>LOS ANGELES, CA 90074 | 123559 | 10/18/2017 | Services | $1,337.24 |
| | 123664 | 11/15/2017 | Services | $563.34 |
| | 123732 | 12/06/2017 | Services | $575.19 |
| | 123786 | 12/28/2017 | Services | $590.67 |
| | | | **SUBTOTAL** | $3,066.44 |
| BEAR CREEK ENGINEERING LLC<br>PO BOX 6150<br>SHREVEPORT, LA 71136-6150 | WIRE - 01/12/2018 | 01/12/2018 | Suppliers or vendors | $21,750.00 |
| | | | **SUBTOTAL** | $21,750.00 |
| BLOOMBERG FINANCE LP<br>P O BOX 416604<br>BOSTON, MA 02241-6604 | 110217A | 11/02/2017 | Suppliers or vendors | $1,216.12 |
| | 110217B | 11/02/2017 | Suppliers or vendors | $6,683.82 |
| | | | **SUBTOTAL** | $7,899.94 |
| BRACEWELL LLP<br>711 LOUISIANA STREET<br>SUITE 2300<br>HOUSTON, TX 77002 | 112217G | 11/22/2017 | Services | $200,000.00 |
| | 121817AP | 12/18/2017 | Services | $100,799.00 |
| | 121817AQ | 12/18/2017 | Services | $32,510.00 |
| | 011218E | 01/12/2018 | Services | $20,497.50 |
| | | | **SUBTOTAL** | $353,806.50 |

Debtor Name: EXCO Resources, Inc.                                                                                          Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| BRADLEY MURCHISON KELLY & SHEA LLC<br>401 EDWARDS STREET<br>10TH FLOOR LOUISIANA TOWER<br>SHREVEPORT, LA 71101-5529 | 121817L | 12/18/2017 | Services | $82.50 |
| | 121817M | 12/18/2017 | Services | $3,460.20 |
| | 121817N | 12/18/2017 | Services | $976.50 |
| | 121817O | 12/18/2017 | Services | $86.00 |
| | 121817P | 12/18/2017 | Services | $200.50 |
| | 121817Q | 12/18/2017 | Services | $108.50 |
| | 121817R | 12/18/2017 | Services | $192.50 |
| | | | **SUBTOTAL** | $5,106.70 |
| BROWN RUDNICK LLP<br>ONE FINANCIAL CENTER<br>BOSTON, MA 2111 | 102517A | 10/25/2017 | Services | $200,000.00 |
| | 113017F | 11/30/2017 | Services | $281,098.54 |
| | 011118O | 01/11/2018 | Services | $594,669.39 |
| | | | **SUBTOTAL** | $1,075,767.93 |
| BUSINESS IT SOURCE INC<br>954 CORPORATE WOODS PARKWAY<br>VERNON HILLS, IL 60061-3155 | 123582 | 10/25/2017 | Services | $11.00 |
| | 123640 | 11/08/2017 | Services | $157.27 |
| | 123665 | 11/15/2017 | Services | $6,293.94 |
| | 123687 | 11/21/2017 | Services | $463.39 |
| | 123710 | 11/29/2017 | Services | $1,316.30 |
| | 123733 | 12/06/2017 | Services | $407.06 |
| | 123787 | 12/28/2017 | Services | $2,665.75 |
| | 123834 | 12/29/2017 | Services | $2,159.07 |
| | | | **SUBTOTAL** | $13,473.78 |
| BUSINESS WIRE INC<br>DEPT 34182<br>PO BOX 39000<br>SAN FRANCISCO, CA 94139 | 123613 | 11/02/2017 | Suppliers or vendors | $735.00 |
| | 123711 | 11/29/2017 | Suppliers or vendors | $12,975.00 |
| | 123712 | 11/29/2017 | Suppliers or vendors | $1,095.00 |
| | 123788 | 12/28/2017 | Suppliers or vendors | $1,275.00 |
| | 01122018A | 01/12/2018 | Suppliers or vendors | $1,345.00 |
| | | | **SUBTOTAL** | $17,425.00 |
| CENTURYLINK<br>PO BOX 52187<br>PHOENIX, AZ 85072-2187 | 123688 | 11/21/2017 | Services | $27,749.20 |
| | 123734 | 12/06/2017 | Services | $25,098.54 |
| | | | **SUBTOTAL** | $52,847.74 |

Debtor Name: EXCO Resources, Inc.                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| CERTEX<br>7086 SO REVERE PARKWAY<br>CENTENNIAL, CO 80112 | 123641 | 11/08/2017 | Services | $1,785.27 |
| | | | **SUBTOTAL** | $1,785.27 |
| CHELSI ROSS<br>ADDRESS ON FILE | 123572 | 10/18/2017 | Services | $278.88 |
| | 123771 | 12/06/2017 | Services | $242.50 |
| | 123824 | 12/28/2017 | Services | $569.88 |
| | | | **SUBTOTAL** | $1,091.26 |
| CHICAGO TITLE INSURANCE COMPANY<br>TWO GATEWAY CENTER<br>19TH FLOOR<br>603 STANWIX STREET<br>PITTSBURGH, PA 15222 | 111717A | 11/17/2017 | Suppliers or vendors | $13,948.00 |
| | | | **SUBTOTAL** | $13,948.00 |
| CHUBB & SON<br>A DIVISION OF FEDERAL INSURANCE<br>CO<br>PO BOX 7247-7345<br>PHILADELPHIA, PA 19170-7345 | 123735 | 12/06/2017 | Suppliers or vendors | $22,972.48 |
| | | | **SUBTOTAL** | $22,972.48 |
| CIGNA CORPORATION<br>LIFE INSURANCE COMPANY OF NORTH<br>AMERICA<br>PO BOX 13701<br>PHILADELPHIA, PA 19101-3701 | 123583 | 10/25/2017 | Services | $13,154.43 |
| | 123713 | 11/29/2017 | Services | $12,774.84 |
| | 123789 | 12/28/2017 | Services | $15,014.12 |
| | | | **SUBTOTAL** | $40,943.39 |
| CINTAS CORPORATION<br>PO BOX 631025<br>CINCINNATI, OH 45263-1025 | 123666 | 11/15/2017 | Suppliers or vendors | $342.07 |
| | 123790 | 12/28/2017 | Suppliers or vendors | $684.14 |
| | | | **SUBTOTAL** | $1,026.21 |
| COHEN & GRIGSBY PC<br>625 LIBERTY AVE<br>PITTSBURGH, PA 15222-3110 | 121817AC | 12/18/2017 | Services | $405.00 |
| | | | **SUBTOTAL** | $405.00 |
| COLONIAL LIFE<br>PROCESSING CENTER<br>PO BOX 1365<br>COLUMBIA, SC 29202-1365 | 2499A | 10/18/2017 | Services | $36.06 |
| | 2516A | 11/15/2017 | Services | $36.06 |
| | 2527A | 12/06/2017 | Services | $36.06 |
| | | | **SUBTOTAL** | $108.18 |

Debtor Name: EXCO Resources, Inc.                                          Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| CONCESSIO INC<br>4790 CAUGHLIN PARKWAY #773<br>RENO, NV 89519 | 123560 | 10/18/2017 | Suppliers or vendors | $11,548.69 |
| | 123835 | 12/29/2017 | Suppliers or vendors | $125.00 |
| | | | **SUBTOTAL** | $11,673.69 |
| CONCUR TECHNOLOGIES, INC<br>62157 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 2528A | 12/06/2017 | Suppliers or vendors | $13,823.86 |
| | | | **SUBTOTAL** | $13,823.86 |
| CONTINENTAL STOCK TRANSFER &<br>TRUST CO<br>ONE STATE STREET, 30TH FLOOR<br>NEW YORK, NY 10004-1561 | 2500A | 10/18/2017 | Suppliers or vendors | $300.00 |
| | 2523A | 11/29/2017 | Suppliers or vendors | $600.00 |
| | 2524A | 11/29/2017 | Suppliers or vendors | $4,690.07 |
| | 2537A | 12/28/2017 | Suppliers or vendors | $384.41 |
| | 2538A | 12/28/2017 | Suppliers or vendors | $6,939.03 |
| | 2539A | 12/28/2017 | Suppliers or vendors | $84.41 |
| | 2540A | 12/28/2017 | Suppliers or vendors | $2,396.77 |
| | | | **SUBTOTAL** | $15,394.69 |
| CONVERGINT TECHNOLOGIES LLC<br>35257 EAGLE WAY<br>CHICAGO, IL 60678-1352 | 123736 | 12/06/2017 | Suppliers or vendors | $552.08 |
| | | | **SUBTOTAL** | $552.08 |
| COPAS OF DALLAS<br>PO BOX 600367<br>DALLAS, TX 75360-0367 | 123667 | 11/15/2017 | Suppliers or vendors | $800.00 |
| | | | **SUBTOTAL** | $800.00 |
| COUNCIL OF PETROLEUM<br>ACCOUNTANTS SOCIETIES (COPAS)<br>445 UNION BLVD; STE 207<br>LAKEWOOD, CO 80228 | 123791 | 12/28/2017 | Suppliers or vendors | $1,250.00 |
| | | | **SUBTOTAL** | $1,250.00 |
| CT CORPORATION<br>PO BOX 4349<br>CAROL STREAM, IL 60197-4349 | 2511A | 11/08/2017 | Services | $1,832.09 |
| | | | **SUBTOTAL** | $1,832.09 |
| CTMI LLC<br>12720 HILLCREST ROAD SUITE 1010<br>DALLAS, TX 75230 | 123642 | 11/08/2017 | Services | $1,538.37 |
| | | | **SUBTOTAL** | $1,538.37 |
| D.F. KING & CO., INC.<br>P O BOX 1701<br>NEW YORK, NY 10268-1701 | 2529A | 12/06/2017 | Suppliers or vendors | $24,542.90 |
| | | | **SUBTOTAL** | $24,542.90 |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| DISA INC<br>DEPT 890314<br>PO BOX 120314<br>DALLAS, TX 75312-0314 | 123584 | 10/25/2017 | Suppliers or vendors | $605.00 |
| | 123643 | 11/08/2017 | Suppliers or vendors | $736.00 |
| | 123690 | 11/21/2017 | Suppliers or vendors | $609.00 |
| | 123793 | 12/28/2017 | Suppliers or vendors | $629.20 |
| | | | **SUBTOTAL** | $2,579.20 |
| DONNELLEY FINANCIAL LLC<br>PO BOX 842282<br>BOSTON, MA 02284-2282 | 123668 | 11/15/2017 | Services | $12,075.00 |
| | 123714 | 11/29/2017 | Services | $1,940.00 |
| | 123737 | 12/06/2017 | Services | $2,068.00 |
| | 123794 | 12/28/2017 | Services | $2,150.00 |
| | 011218K | 01/12/2018 | Services | $4,170.00 |
| | | | **SUBTOTAL** | $22,403.00 |
| E*TRADE FINANCIAL CORP SERV<br>ATTN ACCOUNTS RECEIVABLE<br>PO BOX 3512<br>ARLINGTON, VA 22203 | 123691 | 11/21/2017 | Suppliers or vendors | $200.00 |
| | | | **SUBTOTAL** | $200.00 |
| EARTHLINK INC<br>PO BOX 790216<br>ST LOUIS, MO 63179-0216 | 123669 | 11/15/2017 | Services | $106.18 |
| | 123738 | 12/06/2017 | Services | $112.88 |
| | | | **SUBTOTAL** | $219.06 |
| ELEMENT FLEET<br>PO BOX 100363<br>ATLANTA, GA 30384-0363 | 123644 | 11/08/2017 | Services | $8,781.91 |
| | 123739 | 12/06/2017 | Services | $20,370.40 |
| | | | **SUBTOTAL** | $29,152.31 |
| EMK3<br>PO BOX 61097<br>CORPUS CHRISTI, TX 78466 | 123645 | 11/08/2017 | Suppliers or vendors | $96,234.25 |
| | | | **SUBTOTAL** | $96,234.25 |
| ENABLE MIDSTREAM PARTNERS<br>P. O. BOX 258853<br>OKLAHOMA CITY, OK 73125 | WIRE - 11/17/2017 | 11/17/2017 | Services | $250,000.00 |
| | | | **SUBTOTAL** | $250,000.00 |
| ENERGY SEARCH ASSOCIATES LLC<br>7709 SAN JACINTO PLACE<br>SUITE 206<br>PLANO, TX 75024 | 2501A | 10/18/2017 | Services | $4,110.00 |
| | 2507A | 11/02/2017 | Services | $3,690.00 |
| | 2517A | 11/15/2017 | Services | $2,760.00 |
| | 2530A | 12/06/2017 | Services | $35,640.00 |
| | 121817AH | 12/18/2017 | Services | $4,320.00 |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| ENERGY SEARCH ASSOCIATES LLC<br>7709 SAN JACINTO PLACE<br>SUITE 206<br>PLANO, TX 75024 | 2541A | 12/28/2017 | Services | $3,240.00 |
| | 011218H | 01/12/2018 | Services | $2,700.00 |
| | | | **SUBTOTAL** | $56,460.00 |
| ERNST AND YOUNG US LLP<br>PITTSBURGH NATIONAL BANK - PITT<br>640382<br>PO BOX 640382<br>PITTSBURGH, PA 15264-0382 | 123615 | 11/02/2017 | Services | $95.80 |
| | 123740 | 12/06/2017 | Services | $50,000.00 |
| | 011218D | 01/12/2018 | Services | $50,000.00 |
| | | | **SUBTOTAL** | $100,095.80 |
| FASTSIGNS CENTRAL DALLAS<br>10225 N CENTRAL EXPWY<br>DALLAS, TX 75231 | 123585 | 10/25/2017 | Suppliers or vendors | $144.10 |
| | | | **SUBTOTAL** | $144.10 |
| FEDEX<br>P.O. BOX 660481<br>DALLAS, TX 75266-0481 | 123562 | 10/18/2017 | Suppliers or vendors | $1,095.96 |
| | 123616 | 11/02/2017 | Suppliers or vendors | $897.11 |
| | 123646 | 11/08/2017 | Suppliers or vendors | $114.83 |
| | 123670 | 11/15/2017 | Suppliers or vendors | $1,888.09 |
| | 123692 | 11/21/2017 | Suppliers or vendors | $954.01 |
| | 123741 | 12/06/2017 | Suppliers or vendors | $976.50 |
| | 123795 | 12/28/2017 | Suppliers or vendors | $2,252.35 |
| | | | **SUBTOTAL** | $8,178.85 |
| FIDELITY SECURITY LIFE INSURANCE<br>COMPANY<br>EYEMED PREMIUMS<br>PO BOX 632530<br>CINCINNATI, OH 45263-2530 | 123563 | 10/18/2017 | Services | $1,359.85 |
| | 123617 | 11/02/2017 | Services | $1,345.48 |
| | 123671 | 11/15/2017 | Services | $2,047.22 |
| | 123742 | 12/06/2017 | Services | $1,354.96 |
| | | | **SUBTOTAL** | $6,107.51 |
| FIRE SAFETY SOLUTIONS INC<br>3320 TOWERWOOD DR<br>FARMERS BRANCH, TX 75234 | 123564 | 10/18/2017 | Services | $108.25 |
| | 123618 | 11/02/2017 | Services | $108.25 |
| | 123743 | 12/06/2017 | Services | $108.25 |
| | 123796 | 12/28/2017 | Services | $108.25 |
| | | | **SUBTOTAL** | $433.00 |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| FRONTLINE SOURCE GROUP INC<br>901 MAIN STREET<br>SUITE 4010<br>DALLAS, TX 75202 | 123797 | 12/28/2017 | Suppliers or vendors | $1,415.10 |
| | | | **SUBTOTAL** | $1,415.10 |
| GARDERE WYNNE SEWELL LLP<br>PO BOX 660256<br>DALLAS, TX 75266-0256 | 120817F | 12/08/2017 | Services | $100,000.00 |
| | 011218F | 01/12/2018 | Services | $50,000.00 |
| | | | **SUBTOTAL** | $150,000.00 |
| GRANT THORNTON LLP<br>33911 TREASURY CENTER<br>CHICAGO, IL 60694-3900 | 011118B | 01/11/2018 | Services | $109,404.10 |
| | | | **SUBTOTAL** | $109,404.10 |
| HAYNES AND BOONE LLP<br>P O BOX 841399<br>DALLAS, TX 75284-1399 | 123715 | 11/29/2017 | Services | $1,467.90 |
| | 120417B | 12/04/2017 | Services | $12,348.90 |
| | 120617B | 12/06/2017 | Services | $3,390.50 |
| | 120617C | 12/06/2017 | Services | $24,589.00 |
| | 120817B | 12/08/2017 | Services | $492.00 |
| | 120817C | 12/08/2017 | Services | $145.00 |
| | 120817D | 12/08/2017 | Services | $595.00 |
| | 120817E | 12/08/2017 | Services | $19,600.00 |
| | | | **SUBTOTAL** | $62,628.30 |
| HCC LIFE INSURANCE COMPANY<br>PO BOX 402032<br>ATLANTA, GA 30384 | 123586 | 10/25/2017 | Suppliers or vendors | $16,721.14 |
| | 123716 | 11/29/2017 | Suppliers or vendors | $16,482.99 |
| | 123798 | 12/28/2017 | Suppliers or vendors | $17,902.80 |
| | | | **SUBTOTAL** | $51,106.93 |
| HIGH ROLLER WELLS LLC<br>1008 SOUTHVIEW CIRCLE<br>CENTER, TX 75935 | 123693 | 11/21/2017 | Services | $300.00 |
| | | | **SUBTOTAL** | $300.00 |
| HUMANSCALE CORPORATION<br>15815 COLLECTIONS CENTER<br>CHICAGO, IL 60693 | 123799 | 12/28/2017 | Suppliers or vendors | $113.66 |
| | | | **SUBTOTAL** | $113.66 |
| ICONITEL CONSULTING SERVICES INC<br>2000 REGENCY PKWY.<br>SUITE 270<br>CARY, NC 27518 | 123647 | 11/08/2017 | Services | $2,250.00 |
| | 123800 | 12/28/2017 | Services | $2,250.00 |
| | | | **SUBTOTAL** | $4,500.00 |

Debtor Name: EXCO Resources, Inc.                                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| IDRSHARE LLC<br>2425 FOUNTAIN VIEW DR STE 250<br>HOUSTON, TX 77057-4835 | 2508A | 11/02/2017 | Suppliers or vendors | $1,028.38 |
| | 2521A | 11/21/2017 | Suppliers or vendors | $1,028.38 |
| | 2542A | 12/28/2017 | Suppliers or vendors | $1,028.38 |
| | | | **SUBTOTAL** | $3,085.14 |
| IHS GLOBAL INC<br>PO BOX 847193<br>DALLAS, TX 75284-7193 | 121817AU | 12/18/2017 | Suppliers or vendors | $5,561.32 |
| | 121817AV | 12/18/2017 | Suppliers or vendors | $552,498.22 |
| | 123801 | 12/28/2017 | Suppliers or vendors | $59,298.34 |
| | 01122018 | 01/12/2018 | Suppliers or vendors | $42,253.66 |
| | | | **SUBTOTAL** | $659,611.54 |
| ING GAS HEDGE SETTLEMENT<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WIRE - 12/05/2017 | 12/05/2017 | Services | $53,940.00 |
| | | | **SUBTOTAL** | $53,940.00 |
| INSURANCE CERTIFICATE ADMIN<br>P.O. BOX 2566<br>FORT WORTH, TX 76113-2566 | 123746 | 12/06/2017 | Suppliers or vendors | $630.00 |
| | | | **SUBTOTAL** | $630.00 |
| IRON MOUNTAIN<br>P O BOX 915004<br>DALLAS, TX 75391-5004 | 2504A | 10/25/2017 | Services | $2,103.20 |
| | 2543A | 12/28/2017 | Services | $2,029.52 |
| | | | **SUBTOTAL** | $4,132.72 |
| IRON MOUNTAIN<br>PO BOX 915026<br>DALLAS, TX 75391-5026 | 2502A | 10/18/2017 | Services | $17,057.27 |
| | 2518A | 11/15/2017 | Services | $6,818.53 |
| | 2531A | 12/06/2017 | Services | $16,421.31 |
| | 2547A | 12/29/2017 | Services | $6,795.50 |
| | | | **SUBTOTAL** | $47,092.61 |
| ISI COMMERCIAL REFRIGERATION, INC.<br>A TRIMARK COMPANY<br>PO BOX 654020<br>DALLAS, TX 75265-4020 | 2512A | 11/08/2017 | Suppliers or vendors | $3,409.89 |
| | | | **SUBTOTAL** | $3,409.89 |
| JLT SPECIALTY INSURANCE SERVICES INC<br>300 SOUTH WACKER DRIVE<br>SUITE 2424<br>CHICAGO, IL 60606 | 121817AY | 12/18/2017 | Services | $2,260,607.00 |
| | | | **SUBTOTAL** | $2,260,607.00 |

Debtor Name: EXCO Resources, Inc.                                                        Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Part 2, Question 3: Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| JOELE FRANK WILKINSON BRIMMER KATCHER<br>622 THIRD AVENUE<br>36TH FLOOR<br>NEW YORK, NY 10017 | 121517B | 12/15/2017 | Services | $85,000.00 |
| | 011118J | 01/11/2018 | Services | $75,000.00 |
| | | | **SUBTOTAL** | $160,000.00 |
| JONES WALKER<br>ATTN: ACCTG DEPT<br>201 ST CHARLES AVE, 48TH FL<br>NEW ORLEANS, LA 70170-5100 | 011118N | 01/11/2018 | Services | $950.78 |
| | | | **SUBTOTAL** | $950.78 |
| JP MORGAN CHASE BANK N A<br>WSS GLOBAL FEE BILLING<br>P O BOX 26040<br>NEW YORK, NY 10087-6040 | 123648 | 11/08/2017 | Services | $1,750.00 |
| | 123672 | 11/15/2017 | Services | $1,250.00 |
| | | | **SUBTOTAL** | $3,000.00 |
| JPMORGAN CHASE CORPORATE LENDING<br>10 S. DEARBORN STREET<br>FLOOR L2<br>CHICAGO, IL 60603 | WIRE - 12/19/2017 | 12/19/2017 | Secured Debt | $725,000.00 |
| | | | **SUBTOTAL** | $725,000.00 |
| JPMORGAN OIL HEDGE SETTLEMENT<br>ATTN: COMMODITY SETTLEMENTS<br>GROUND FLOOR DORSET BUILDING<br>1 CHASESIDE<br>BOURNEMOUTH, NY BH7 7DA<br>UNITED KINGDOM | WIRE - 11/07/2017 | 11/07/2017 | Services | $24,722.50 |
| | WIRE - 12/07/2017 | 12/07/2017 | Services | $99,945.00 |
| | WIRE - 01/08/2018 | 01/08/2018 | Services | $123,178.50 |
| | | | **SUBTOTAL** | $247,846.00 |
| K&L GATES LLP<br>210 SIXTH AVE<br>PITTSBURGH, PA 15222-2613 | 123694 | 11/21/2017 | Services | $2,021.60 |
| | | | **SUBTOTAL** | $2,021.60 |
| KASOWITZ BENSON TORRES LLP<br>1633 BROADWAY<br>NEW YORK, NY 10019 | 113017A | 11/30/2017 | Services | $184,304.20 |
| | 122817A | 12/28/2017 | Services | $300,000.00 |
| | | | **SUBTOTAL** | $484,304.20 |
| KEAN MILLER LLP<br>PO BOX 3513<br>BATON ROUGE, LA 70821-3513 | 121817AD | 12/18/2017 | Services | $100.00 |
| | 121817AE | 12/18/2017 | Services | $100.00 |
| | 121817AF | 12/18/2017 | Services | $585.00 |
| | 121817AG | 12/18/2017 | Services | $337.50 |
| | | | **SUBTOTAL** | $1,122.50 |

Debtor Name: EXCO Resources, Inc.                                              Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| KEANE<br>PO BOX 1508<br>SOUTHEASTERN, PA 19399-1508 | 101817A | 10/18/2017 | Services | $516.09 |
| | 123673 | 11/15/2017 | Services | $1,000.00 |
| | | | **SUBTOTAL** | $1,516.09 |
| KPMG LLP<br>DEPT 0754<br>PO BOX 120754<br>DALLAS, TX 75312-0754 | 123589 | 10/25/2017 | Services | $250,000.00 |
| | 123649 | 11/08/2017 | Services | $33,715.00 |
| | 123748 | 12/06/2017 | Services | $10,711.00 |
| | 123749 | 12/06/2017 | Services | $225,000.00 |
| | 123750 | 12/06/2017 | Services | $25,000.00 |
| | 011118D | 01/11/2018 | Services | $25,000.00 |
| | | | **SUBTOTAL** | $569,426.00 |
| LANDWORKS INC<br>2600 SOUTH GESSNER<br>SUITE 420<br>HOUSTON, TX 77063 | 123650 | 11/08/2017 | Suppliers or vendors | $19,116.90 |
| | | | **SUBTOTAL** | $19,116.90 |
| LASALLE SOLUTIONS<br>9550 W HIGGINS ROAD<br>SUITE 600<br>ROSEMONT, IL 60018 | 123565 | 10/18/2017 | Suppliers or vendors | $72,586.08 |
| | 123751 | 12/06/2017 | Suppliers or vendors | $13,472.41 |
| | | | **SUBTOTAL** | $86,058.49 |
| LATHAM AND WATKINS LLP<br>PO BOX 2130<br>CAROL STREAM, IL 60132-2130 | 110917A | 11/09/2017 | Services | $250,000.00 |
| | 120617A | 12/06/2017 | Services | $2,739.50 |
| | 121817AR | 12/18/2017 | Services | $1,888.00 |
| | 121817AS | 12/18/2017 | Services | $248,353.00 |
| | | | **SUBTOTAL** | $502,980.50 |
| LEVEL 3 COMMUNICATIONS LLC<br>PO BOX 910182<br>DENVER, CO 80291-0182 | 123674 | 11/15/2017 | Services | $3,538.93 |
| | 123752 | 12/06/2017 | Services | $5,735.74 |
| | 123804 | 12/28/2017 | Services | $1,176.19 |
| | 123838 | 12/29/2017 | Services | $4,558.95 |
| | | | **SUBTOTAL** | $15,009.81 |
| LEXISNEXIS RISK SOLUTIONS<br>ACCOUNT #147504<br>28330 NETWORK PLACE<br>CHICAGO, IL 60673-1283 | 123590 | 10/25/2017 | Services | $266.50 |
| | 123717 | 11/29/2017 | Services | $266.50 |
| | 123805 | 12/28/2017 | Services | $266.50 |
| | | | **SUBTOTAL** | $799.50 |

Debtor Name: EXCO Resources, Inc.                                                  Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| LINDQUIST AND VENNUM LLP<br>PO BOX 86<br>SDS-12-3077<br>MINNEAPOLIS, MN 55486-3077 | 123591 | 10/25/2017 | Services | $2,004.50 |
| | 121217C | 12/12/2017 | Services | $1,211.25 |
| | | | **SUBTOTAL** | $3,215.75 |
| LISKOW & LEWIS<br>701 PAYDRAS ST; STE 5000<br>NEW ORLEANS, LA 70139 | 010918A | 01/09/2018 | Services | $20,325.91 |
| | | | **SUBTOTAL** | $20,325.91 |
| LITTLER MENDELSON<br>PO BOX 45547<br>SAN FRANCISCO, CA 94145 | 123619 | 11/02/2017 | Services | $3,073.50 |
| | | | **SUBTOTAL** | $3,073.50 |
| LOCKTON COMPANIES<br>PO BOX 123042<br>DEPARTMENT 3042<br>DALLAS, TX 75312-3042 | 123753 | 12/06/2017 | Services | $8,000.00 |
| | 123806 | 12/28/2017 | Services | $8,000.00 |
| | | | **SUBTOTAL** | $16,000.00 |
| MARK E KENDALL<br>ADDRESS ON FILE | 123802 | 12/28/2017 | Services | $1,500.00 |
| | | | **SUBTOTAL** | $1,500.00 |
| MASTERCRAFT PRINTED PRODUCTS<br>2150 CENTURY CIR<br>IRVING, TX 75062 | 123592 | 10/25/2017 | Suppliers or vendors | $2,444.28 |
| | 123754 | 12/06/2017 | Suppliers or vendors | $22.73 |
| | | | **SUBTOTAL** | $2,467.01 |
| MCSHAN FLORIST INC<br>P O BOX 18085<br>DALLAS, TX 75218-0000 | 123695 | 11/21/2017 | Suppliers or vendors | $191.09 |
| | 123807 | 12/28/2017 | Suppliers or vendors | $86.60 |
| | | | **SUBTOTAL** | $277.69 |
| MIDAMERICAN ENERGY COMPANY<br>PO BOX 8020<br>DAVENPORT, IA 52808-8020 | 123593 | 10/25/2017 | Services | $1,702.56 |
| | 123718 | 11/29/2017 | Services | $1,932.27 |
| | 123808 | 12/28/2017 | Services | $2,180.99 |
| | | | **SUBTOTAL** | $5,815.82 |
| MORGAN LEWIS AND BOCKIUS LLP<br>PO BOX 8500, S-6050<br>PHILADELPHIA, PA 19178 | 102017A | 10/20/2017 | Services | $71,183.75 |
| | 102017B | 10/20/2017 | Services | $9,619.19 |
| | 102017C | 10/20/2017 | Services | $233,880.19 |
| | 102017E | 10/20/2017 | Services | $0.72 |
| | 111517B | 11/15/2017 | Services | $14,609.97 |
| | 111517C | 11/15/2017 | Services | $100,360.50 |

Debtor Name: EXCO Resources, Inc.                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| MORGAN LEWIS AND BOCKIUS LLP<br>PO BOX 8500, S-6050<br>PHILADELPHIA, PA 19178 | 111517E | 11/15/2017 | Services | $418,985.82 |
| | 121217A | 12/12/2017 | Services | $500,000.00 |
| | 121217B | 12/12/2017 | Services | $8,787.00 |
| | 121217D | 12/12/2017 | Services | $62,182.40 |
| | 121217F | 12/12/2017 | Services | $9,446.76 |
| | 121817AM | 12/18/2017 | Services | $10,589.00 |
| | 121817AN | 12/18/2017 | Services | $2,766.00 |
| | 121817AO | 12/18/2017 | Services | $342.00 |
| | 122017B | 12/20/2017 | Services | $110,996.50 |
| | | | **SUBTOTAL** | $1,553,749.80 |
| MUNSCH HARDT KOPF & HARR PC<br>ACCOUNTING<br>500 N ARKARD, 3800 LINCOLN PLAZA<br>DALLAS, TX 75201 | 123594 | 10/25/2017 | Suppliers or vendors | $196.00 |
| | | | **SUBTOTAL** | $196.00 |
| MUZAK LLC<br>P.O. BOX 71070<br>CHARLOTTE, NC 28272-1070 | 123755 | 12/06/2017 | Services | $181.09 |
| | | | **SUBTOTAL** | $181.09 |
| NATIXIS GAS HEDGE SETTLEMENT<br>40, AVENUE TERROIRS DE FRANCE<br>PARIS 75012<br>FRANCE | WIRE - 12/05/2017 | 12/05/2017 | Services | $22,940.00 |
| | | | **SUBTOTAL** | $22,940.00 |
| NETAPP CAPITAL SOLUTIONS<br>921 WALNUT STREET<br>SUITE 220<br>BOULDER, CO 80302 | 123620 | 11/02/2017 | Suppliers or vendors | $3,980.36 |
| | 123719 | 11/29/2017 | Suppliers or vendors | $3,980.36 |
| | 123839 | 12/29/2017 | Suppliers or vendors | $3,980.36 |
| | 01122018C | 01/12/2018 | Suppliers or vendors | $4,636.67 |
| | | | **SUBTOTAL** | $16,577.75 |
| NETAPP<br>PO BOX 7167<br>PASADENA, CA 91109-7167 | 103117B | 10/31/2017 | Suppliers or vendors | $4,636.67 |
| | 113017D | 11/30/2017 | Suppliers or vendors | $4,636.67 |
| | 122917D | 12/29/2017 | Suppliers or vendors | $4,636.67 |
| | | | **SUBTOTAL** | $13,910.01 |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| NETHERLAND SEWELL & ASSOC INC<br>2100 ROSS AVENUE<br>SUITE 2200<br>DALLAS, TX 75201 | 123595 | 10/25/2017 | Services | $1,858.17 |
| | 123720 | 11/29/2017 | Services | $5,404.95 |
| | 123756 | 12/06/2017 | Services | $11,705.95 |
| | 121817AK | 12/18/2017 | Services | $73,356.65 |
| | | | **SUBTOTAL** | $92,325.72 |
| NETSCOUT SYSTEMS INC<br>DEPT CH 10966<br>PALATINE, IL 60055-0966 | 123566 | 10/18/2017 | Suppliers or vendors | $14,060.60 |
| | | | **SUBTOTAL** | $14,060.60 |
| NEW YORK STOCK EXCHG, INC.<br>NYSE MARKET, INC.<br>BOX #223695<br>PITTSBURG, PA 15251-2695 | 123621 | 11/02/2017 | Services | $72.49 |
| | 123721 | 11/29/2017 | Services | $72.49 |
| | | | **SUBTOTAL** | $144.98 |
| NOBSCOT CORPORATION<br>4840 WAILAPA RD #C<br>KILAUEA, HI 96754-5553 | 123651 | 11/08/2017 | Suppliers or vendors | $1,750.00 |
| | | | **SUBTOTAL** | $1,750.00 |
| NORTON ROSE FULBRIGHT US LLP<br>PO BOX 844284<br>DALLAS, TX 75284-4284 | 123675 | 11/15/2017 | Services | $85,410.79 |
| | 121817U | 12/18/2017 | Services | $150,000.00 |
| | 121817V | 12/18/2017 | Services | $34,278.10 |
| | 011118H | 01/11/2018 | Services | $159,643.47 |
| | | | **SUBTOTAL** | $429,332.36 |
| ONESOURCE PROFESSIONAL SEARCH<br>LLC<br>4070 LONESOME ROAD, SUITE B<br>MANDEVILLE, LA 70448 | 123622 | 11/02/2017 | Suppliers or vendors | $39,119.00 |
| | 123757 | 12/06/2017 | Suppliers or vendors | $45,000.00 |
| | | | **SUBTOTAL** | $84,119.00 |
| OPENDNS INC<br>135 BLUXOME ST<br>SAN FRANCISCO, CA 94107-1507 | 123696 | 11/21/2017 | Suppliers or vendors | $11,907.50 |
| | | | **SUBTOTAL** | $11,907.50 |
| OPPORTUNE TAX LLC<br>711 LOUISIANA STREET<br>SUITE 3100<br>HOUSTON, TX 77002 | 121817CCB | 12/18/2017 | Services | $260,341.37 |
| | 121817CCC | 12/18/2017 | Services | $215,732.56 |
| | 011118E | 01/11/2018 | Services | $54,272.50 |
| | | | **SUBTOTAL** | $530,346.43 |

Debtor Name: EXCO Resources, Inc.                                                                 Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| OPTIONS PRICE REPORTING AUTHORITY<br>PO BOX 95718<br>CHICAGO, IL 60694-5718 | 123596 | 10/25/2017 | Suppliers or vendors | $91.50 |
| | | | **SUBTOTAL** | $91.50 |
| ORACLE AMERICA INC<br>PO BOX 203448<br>DALLAS, TX 75320-3448 | 2525A | 11/29/2017 | Suppliers or vendors | $12,521.23 |
| | | | **SUBTOTAL** | $12,521.23 |
| P2ES HOLDINGS LLC<br>PO BOX 912692<br>DENVER, CO 80291-2692 | 123623 | 11/02/2017 | Suppliers or vendors | $5,953.76 |
| | 123697 | 11/21/2017 | Suppliers or vendors | $54.13 |
| | 123810 | 12/28/2017 | Suppliers or vendors | $1,190.76 |
| | | | **SUBTOTAL** | $7,198.65 |
| PARKS COFFEE<br>PO BOX 110209<br>CARROLLTON, TX 75011-0209 | 123597 | 10/25/2017 | Suppliers or vendors | $374.76 |
| | 123624 | 11/02/2017 | Suppliers or vendors | $329.70 |
| | 123652 | 11/08/2017 | Suppliers or vendors | $498.98 |
| | 123676 | 11/15/2017 | Suppliers or vendors | $997.05 |
| | 123722 | 11/29/2017 | Suppliers or vendors | $663.10 |
| | 123758 | 12/06/2017 | Suppliers or vendors | $812.03 |
| | 123811 | 12/28/2017 | Suppliers or vendors | $532.62 |
| | | | **SUBTOTAL** | $4,208.24 |
| PARSONS MCENTIRE MCCLEARY AND CLARK PLLC<br>ONE RIVERWAY<br>SUITE 1800<br>HOUSTON, TX 77056 | 011118P | 01/11/2018 | Services | $735.50 |
| | | | **SUBTOTAL** | $735.50 |
| PAUL HASTINGS LLP<br>515 SOUTH FLOWER STREET<br>SUITE 2500<br>LOS ANGELES, CA 90071 | 122017A | 12/20/2017 | Services | $250,000.00 |
| | | | **SUBTOTAL** | $250,000.00 |
| PAYSCALE INC<br>75 REMITTANCE DRIVE<br>SUITE 1343<br>CHICAGO, IL 60675-1343 | 123625 | 11/02/2017 | Suppliers or vendors | $19,721.00 |
| | | | **SUBTOTAL** | $19,721.00 |
| PDS ENERGY<br>PO BOX 1606<br>AUSTIN, TX 78767 | 123626 | 11/02/2017 | Services | $32.43 |
| | 123759 | 12/06/2017 | Services | $21.87 |
| | | | **SUBTOTAL** | $54.30 |

Debtor Name: EXCO Resources, Inc.                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| PETRO BEACON US INC<br>PO BOX 271210<br>FLOWER MOUND, TX 75027-1210 | 123627 | 11/02/2017 | Suppliers or vendors | $2,000.00 |
| | 123723 | 11/29/2017 | Suppliers or vendors | $2,000.00 |
| | 123760 | 12/06/2017 | Suppliers or vendors | $2,000.00 |
| | 011218M | 01/12/2018 | Suppliers or vendors | $2,000.00 |
| | | | **SUBTOTAL** | $8,000.00 |
| PITNEY BOWES GLOBAL FINANCIAL<br>SERV LLC<br>PO BOX 371887<br>PITTSBURGH, PA 15250-7887 | 123567 | 10/18/2017 | Services | $17,166.29 |
| | 123628 | 11/02/2017 | Services | $578.66 |
| | 123813 | 12/28/2017 | Services | $15,877.29 |
| | | | **SUBTOTAL** | $33,622.24 |
| PITNEY BOWES PRESORT SERVICES<br>INC<br>PO BOX 809369<br>CHICAGO, IL 60680-9369 | 123568 | 10/18/2017 | Suppliers or vendors | $163.68 |
| | 123653 | 11/08/2017 | Suppliers or vendors | $51.34 |
| | 123761 | 12/06/2017 | Suppliers or vendors | $24.12 |
| | 121817Z | 12/18/2017 | Suppliers or vendors | $32.00 |
| | 123814 | 12/28/2017 | Suppliers or vendors | $30.83 |
| | | | **SUBTOTAL** | $301.97 |
| PITNEY BOWES<br>PURCHASE POWER<br>PO BOX 371874<br>PITTSBURGH, PA 15250-7874 | 123569 | 10/18/2017 | Suppliers or vendors | $4,147.51 |
| | 123677 | 11/15/2017 | Suppliers or vendors | $2,230.18 |
| | 123762 | 12/06/2017 | Suppliers or vendors | $5,306.49 |
| | 123815 | 12/28/2017 | Suppliers or vendors | $2,000.00 |
| | | | **SUBTOTAL** | $13,684.18 |
| PREFERRED OFFICE PROD., INC.<br>1701 W WALNUT HILL LANE<br>SUITE 100<br>IRVING, TX 75038-3214 | 123570 | 10/18/2017 | Suppliers or vendors | $96.39 |
| | 123629 | 11/02/2017 | Suppliers or vendors | $1,229.18 |
| | 123678 | 11/15/2017 | Suppliers or vendors | $1,913.69 |
| | 123698 | 11/21/2017 | Suppliers or vendors | $492.18 |
| | 123724 | 11/29/2017 | Suppliers or vendors | $964.37 |
| | 123763 | 12/06/2017 | Suppliers or vendors | $242.49 |
| | 123816 | 12/28/2017 | Suppliers or vendors | $1,294.08 |
| | | | **SUBTOTAL** | $6,232.38 |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| PROSHRED NORTH TEXAS<br>2081 HUTTON DRIVE #103<br>CARROLLTON, TX 75006 | 123654 | 11/08/2017 | Services | $300.00 |
| | 123764 | 12/06/2017 | Services | $300.00 |
| | 123817 | 12/28/2017 | Services | $300.00 |
| | | | **SUBTOTAL** | $900.00 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA<br>30 SCRANTON OFFICE PARK<br>SCRANTON, PA 18507-1789 | 103117A | 10/31/2017 | Services | $131,632.88 |
| | 111517A | 11/15/2017 | Services | $65,535.80 |
| | 113017E | 11/30/2017 | Services | $64,590.88 |
| | 120617D | 12/06/2017 | Services | $280.61 |
| | 121517A | 12/15/2017 | Services | $104,252.23 |
| | 122917C | 12/29/2017 | Services | $37,478.99 |
| | 011218G | 01/12/2018 | Services | $197,622.98 |
| | | | **SUBTOTAL** | $601,394.37 |
| QUILL CORPORATION<br>P O BOX 37600<br>PHILADELPHIA, PA 19101-0600 | 123765 | 12/06/2017 | Suppliers or vendors | $36.78 |
| | | | **SUBTOTAL** | $36.78 |
| REAL ID INC<br>6444 N RIDGEWAY AVE<br>LINCOLNWOOD, IL 60712 | 123679 | 11/15/2017 | Suppliers or vendors | $216.30 |
| | 123766 | 12/06/2017 | Suppliers or vendors | $50.70 |
| | 123818 | 12/28/2017 | Suppliers or vendors | $177.60 |
| | | | **SUBTOTAL** | $444.60 |
| RED DOG SYSTEMS INC<br>SUITE 1100, 639-5TH AVENUE SW<br>CALGARY, AB T2P 0M9<br>CANADA | 123655 | 11/08/2017 | Suppliers or vendors | $864.00 |
| | 01122018D | 01/12/2018 | Suppliers or vendors | $627.00 |
| | | | **SUBTOTAL** | $1,491.00 |
| REDGATE SOFTWARE LTD<br>PO BOX 845066<br>BOSTON, MA 02284-5066 | 123768 | 12/06/2017 | Suppliers or vendors | $2,500.00 |
| | | | **SUBTOTAL** | $2,500.00 |
| REED SMITH LLP<br>PO BOX 360074M<br>PITTSBURGH, PA 15251-6074 | 121817AB | 12/18/2017 | Services | $119.16 |
| | | | **SUBTOTAL** | $119.16 |

Debtor Name: EXCO Resources, Inc.                                         Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| RICOH AMERICAS CORPORATION<br>21146 NETWORK PLACE<br>CHICAGO, IL 60673-1211 | 123599 | 10/25/2017 | Suppliers or vendors | $1,362.61 |
| | 123700 | 11/21/2017 | Suppliers or vendors | $1,362.61 |
| | 123821 | 12/28/2017 | Suppliers or vendors | $1,362.61 |
| | | | **SUBTOTAL** | $4,087.83 |
| RICOH USA INC<br>PO BOX 10306<br>DES MOINES, IA 50306 | 123657 | 11/08/2017 | Suppliers or vendors | $698.69 |
| | 123702 | 11/21/2017 | Suppliers or vendors | $698.69 |
| | 123823 | 12/28/2017 | Suppliers or vendors | $785.66 |
| | | | **SUBTOTAL** | $2,183.04 |
| RICOH USA INC<br>PO BOX 660342<br>DALLAS, TX 75266-0342 | 123600 | 10/25/2017 | Suppliers or vendors | $63.87 |
| | 123701 | 11/21/2017 | Suppliers or vendors | $1,956.14 |
| | 123725 | 11/29/2017 | Suppliers or vendors | $451.86 |
| | 123770 | 12/06/2017 | Suppliers or vendors | $66,158.90 |
| | 123822 | 12/28/2017 | Suppliers or vendors | $32,861.13 |
| | | | **SUBTOTAL** | $101,491.90 |
| ROBERT HALF INTERNATIONAL INC<br>2613 CAMINO RAMON<br>SAN RAMON, CA 94583 | 110917B | 11/09/2017 | Suppliers or vendors | $3,400.00 |
| | 011218B | 01/12/2018 | Suppliers or vendors | $69.20 |
| | | | **SUBTOTAL** | $3,469.20 |
| ROTHSCHILD INC<br>1251 AVENUE OF THE AMERICAS<br>34TH FLOOR<br>NEW YORK, NY 10020 | 121817AW | 12/18/2017 | Services | $612,445.10 |
| | 011118F | 01/11/2018 | Services | $161,715.51 |
| | | | **SUBTOTAL** | $774,160.61 |
| RYDER SCOTT COMPANY LP<br>1100 LOUISIANA<br>SUITE 4600<br>HOUSTON, TX 77002 | 121817AJ | 12/18/2017 | Suppliers or vendors | $10,000.00 |
| | 123825 | 12/28/2017 | Suppliers or vendors | $6,698.00 |
| | | | **SUBTOTAL** | $16,698.00 |
| S&P GLOBAL PLATTS<br>PO BOX 848093<br>DALLAS, TX 75284-8093 | 011218L | 01/12/2018 | Other - Revenue | $58,474.04 |
| | | | **SUBTOTAL** | $58,474.04 |
| SECUREWORKS INC<br>PO BOX 534583<br>ATLANTA, GA 30353-4583 | 123630 | 11/02/2017 | Services | $19,049.84 |
| | 123680 | 11/15/2017 | Services | $9,533.58 |
| | | | **SUBTOTAL** | $28,583.42 |

Debtor Name: EXCO Resources, Inc.                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| SHERRICK LAND SERVICES LLC<br>3500 FAIRMONT #520<br>DALLAS, TX 75219 | 011218C | 01/12/2018 | Services | $10,113.95 |
| | | | **SUBTOTAL** | $10,113.95 |
| SIGNATURE STAFF RESOURCES LLC<br>2460 NORTH FM 740<br>HEATH, TX 75032 | 123573 | 10/18/2017 | Suppliers or vendors | $5,240.00 |
| | 123601 | 10/25/2017 | Suppliers or vendors | $5,240.00 |
| | 123631 | 11/02/2017 | Suppliers or vendors | $5,240.00 |
| | 123658 | 11/08/2017 | Suppliers or vendors | $11,760.58 |
| | | | **SUBTOTAL** | $27,480.58 |
| SIMPSON,THACHER & BARTLETT LLP<br>ATTN: ACCTG DEPT<br>425 LEXINGTON AVE<br>NEW YORK, NY 10017-3954 | 122817B | 12/28/2017 | Services | $48,704.38 |
| | | | **SUBTOTAL** | $48,704.38 |
| SPECIAL DELIVERY SERVICE, INC.<br>5470 L.B.J. FREEWAY<br>DALLAS, TX 75240-0000 | 2503A | 10/18/2017 | Services | $290.00 |
| | 2505A | 10/25/2017 | Services | $145.00 |
| | 2513A | 11/08/2017 | Services | $145.00 |
| | 2519A | 11/15/2017 | Services | $290.00 |
| | 2522A | 11/21/2017 | Services | $145.00 |
| | 2532A | 12/06/2017 | Services | $377.00 |
| | 2544A | 12/28/2017 | Services | $290.00 |
| | | | **SUBTOTAL** | $1,682.00 |
| SPLUNK INC<br>PO BOX 205848<br>DALLAS, TX 75320-5848 | 123602 | 10/25/2017 | Suppliers or vendors | $14,808.60 |
| | | | **SUBTOTAL** | $14,808.60 |
| STIFEL FINANCIAL CORP<br>MILLER BUCKFIRE AND COMPANY LLC<br>787 SEVENTH AVENUE<br>5TH FLOOR<br>NEW YORK, NY 10019 | 111417A | 11/14/2017 | Services | $126,998.77 |
| | 121817T | 12/18/2017 | Services | $167,335.69 |
| | 011118C | 01/11/2018 | Services | $111,445.89 |
| | | | **SUBTOTAL** | $405,780.35 |
| TECH PLAN, INC.<br>717 TAYLOR DRIVE<br>PLANO, TX 75074 | 2533A | 12/06/2017 | Suppliers or vendors | $725.00 |
| | 01122018B | 01/12/2018 | Suppliers or vendors | $725.00 |
| | | | **SUBTOTAL** | $1,450.00 |
| TEMPLAR PROTECTIVE ASSOCIATES<br>PO BOX 820282<br>N RICHLAND HILLS, TX 76182-0282 | 123574 | 10/18/2017 | Services | $3,247.50 |

Debtor Name: EXCO Resources, Inc.                                                                Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| TEMPLAR PROTECTIVE ASSOCIATES<br>PO BOX 820282<br>N RICHLAND HILLS, TX 76182-0282 | 123632 | 11/02/2017 | Services | $3,247.50 |
| | 123703 | 11/21/2017 | Services | $3,247.50 |
| | 123726 | 11/29/2017 | Services | $3,247.50 |
| | 123773 | 12/06/2017 | Services | $3,247.50 |
| | 121817D | 12/18/2017 | Services | $493.22 |
| | 121817E | 12/18/2017 | Services | $3,247.50 |
| | 121817F | 12/18/2017 | Services | $2,075.00 |
| | 121817G | 12/18/2017 | Services | $3,247.50 |
| | 011218J | 01/12/2018 | Services | $3,247.50 |
| | | | **SUBTOTAL** | $28,548.22 |
| THE TRAVEL DOCTOR<br>CORPORATE HEALTH MANAGEMENT<br>7515 GREENVILLE AVE<br>SUITE 605<br>DALLAS, TX 75231 | 123659 | 11/08/2017 | Suppliers or vendors | $1,625.00 |
| | | | **SUBTOTAL** | $1,625.00 |
| THETA OILFIELD SERVICES INC<br>JP MORGAN CHASE BANK NA<br>PO BOX 731948<br>DALLAS, TX 75373-0187 | 123633 | 11/02/2017 | Suppliers or vendors | $350.00 |
| | 123681 | 11/15/2017 | Suppliers or vendors | $350.00 |
| | | | **SUBTOTAL** | $700.00 |
| THOMSON REUTERS (MARKETS) LLC<br>PO BOX 415983<br>BOSTON, MA 02241 | 123634 | 11/02/2017 | Suppliers or vendors | $5,199.60 |
| | | | **SUBTOTAL** | $5,199.60 |
| TRANSZAP INC<br>DEPT 3597<br>PO BOX 123597<br>DALLAS, TX 75312-3597 | 2514A | 11/08/2017 | Suppliers or vendors | $13.64 |
| | 2534A | 12/06/2017 | Suppliers or vendors | $88.51 |
| | 2545A | 12/28/2017 | Suppliers or vendors | $413.47 |
| | 011118A | 01/11/2018 | Suppliers or vendors | $9,594.00 |
| | | | **SUBTOTAL** | $10,109.62 |
| TRINITY MANAGEMENT CONSULTING,<br>INC.<br>1660 LINCOLN STREET, SUITE 2100<br>DENVER, CO 80264 | 123826 | 12/28/2017 | Services | $367.50 |
| | | | **SUBTOTAL** | $367.50 |

Debtor Name: EXCO Resources, Inc.                                              Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| UNITED HEALTH CARE INSURANCE 22561 NETWORK PLACE CHICAGO, IL 60673-1225 | 123605 | 10/25/2017 | Services | $12,526.37 |
| | 123606 | 10/25/2017 | Services | $12,116.25 |
| | 123727 | 11/29/2017 | Services | $11,505.54 |
| | 123728 | 11/29/2017 | Services | $21,476.06 |
| | 123827 | 12/28/2017 | Services | $12,686.97 |
| | 123828 | 12/28/2017 | Services | $40,089.13 |
| | | | **SUBTOTAL** | $110,400.32 |
| UNITED STATES POSTAL SERVICE 475 L'ENFANT PLAZA, SW ROOM 4012 WASHINGTON, DC 20260-2200 | 123575 | 10/18/2017 | Suppliers or vendors | $800.00 |
| | | | **SUBTOTAL** | $800.00 |
| UPS UNITED PARCEL SERVICE PO BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | 2506A | 10/25/2017 | Suppliers or vendors | $357.57 |
| | 2509A | 11/02/2017 | Suppliers or vendors | $268.84 |
| | 2520A | 11/15/2017 | Suppliers or vendors | $223.70 |
| | 2526A | 11/29/2017 | Suppliers or vendors | $452.86 |
| | 2535A | 12/06/2017 | Suppliers or vendors | $96.44 |
| | 2546A | 12/28/2017 | Suppliers or vendors | $366.51 |
| | | | **SUBTOTAL** | $1,765.92 |
| VERIZON BUSINESS PO BOX 15043 ALBANY, NY 12212-5043 | 123607 | 10/25/2017 | Suppliers or vendors | $380.92 |
| | 123682 | 11/15/2017 | Suppliers or vendors | $405.71 |
| | 123829 | 12/28/2017 | Suppliers or vendors | $389.37 |
| | | | **SUBTOTAL** | $1,176.00 |
| VERIZON WIRELESS P O BOX 660108 DALLAS, TX 75266-0108 | 123576 | 10/18/2017 | Services | $15,893.33 |
| | 123660 | 11/08/2017 | Services | $15,826.87 |
| | 123830 | 12/28/2017 | Services | $11,296.97 |
| | | | **SUBTOTAL** | $43,017.17 |
| VIAWEST INC PO BOX 732368 DALLAS, TX 75373-2368 | 123577 | 10/18/2017 | Services | $14,318.68 |
| | 123683 | 11/15/2017 | Services | $14,318.68 |
| | 123774 | 12/06/2017 | Services | $14,318.68 |
| | 123831 | 12/28/2017 | Services | $13,126.36 |
| | | | **SUBTOTAL** | $56,082.40 |
| WEAVER AND TIDWELL LLP 2821 WEST 7TH STREET SUITE 700 FORT WORTH, TX 76107 | 123635 | 11/02/2017 | Services | $15,734.00 |
| | 123775 | 12/06/2017 | Services | $18,040.00 |

Debtor Name: EXCO Resources, Inc.                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| WEAVER AND TIDWELL LLP<br>2821 WEST 7TH STREET SUITE 700<br>FORT WORTH, TX 76107 | 011218O | 01/12/2018 | Services | $55,080.00 |
| | | | **SUBTOTAL** | $88,854.00 |
| WEST UNIFIED COMMUNICATIONS<br>SERVICES INC<br>15272 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 123684 | 11/15/2017 | Services | $3,213.80 |
| | 123776 | 12/06/2017 | Services | $2,902.75 |
| | | | **SUBTOTAL** | $6,116.55 |
| WHITE AND CASE LLP<br>200 SOUTH BISCAYNE BOULEVARD<br>MIAMI, FL 33131 | 121817H | 12/18/2017 | Services | $169,609.35 |
| | 121817I | 12/18/2017 | Services | $166,745.00 |
| | 121817J | 12/18/2017 | Services | $84,332.15 |
| | 121817K | 12/18/2017 | Services | $129,313.50 |
| | 011118M | 01/11/2018 | Services | $135,000.00 |
| | | | **SUBTOTAL** | $685,000.00 |
| WILMINGTON TRUST FEE<br>COLLECTIONS<br>P O BOX 8955<br>WILMINGTON, DE 19899-8955 | 112217A | 11/22/2017 | Other - Revenue | $28,500.00 |
| | 120817A | 12/08/2017 | Other - Revenue | $20,000.00 |
| | | | **SUBTOTAL** | $48,500.00 |
| WILSON, ROBERTSON & CORNELIUS,<br>P.C.<br>P.O. BOX 7339<br>TYLER, TX 75711-7339 | 123777 | 12/06/2017 | Services | $4,835.00 |
| | 121817AA | 12/18/2017 | Services | $180.00 |
| | 011218I | 01/12/2018 | Services | $1,747.06 |
| | | | **SUBTOTAL** | $6,762.06 |
| WINSTON & STRAWN LLP<br>36235 TREASURY CENTER<br>CHICAGO, IL 60694-6200 | 2510A | 11/02/2017 | Services | $31,153.75 |
| | 121817S | 12/18/2017 | Services | $5,500.00 |
| | 011118K | 01/11/2018 | Services | $6,562.00 |
| | | | **SUBTOTAL** | $43,215.75 |
| WOLF PETROLEUM SERVICES LLC<br>PO BOX 186<br>CARTHAGE, TX 75633-0186 | 123778 | 12/06/2017 | Services | $717.50 |
| | | | **SUBTOTAL** | $717.50 |
| WORKIVA INC<br>2900 UNIVERSITY BLVD<br>AMES, IA 50010 | 123832 | 12/28/2017 | Suppliers or vendors | $3,000.00 |
| | | | **SUBTOTAL** | $3,000.00 |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 3:** Certain payments or transfers to creditors within 90 days before filing this case

| | | | | |
|---|---|---|---|---|
| WORLDTRAVEL<br>7645 E 63RD ST<br>SUITE 101<br>TULSA, OK 74133-1208 | 123704 | 11/21/2017 | Suppliers or vendors | $485.00 |
| | 123779 | 12/06/2017 | Suppliers or vendors | $322.50 |
| | | | **SUBTOTAL** | $807.50 |
| XO COMMUNICATIONS<br>14239 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 123636 | 11/02/2017 | Services | $2,644.81 |
| | 123685 | 11/15/2017 | Services | $2,678.77 |
| | 123841 | 12/29/2017 | Services | $2,615.42 |
| | | | **SUBTOTAL** | $7,939.00 |
| YPI - YOUNAN PROPERTIES INC<br>ATTN: ACCTS REC<br>5959 TOPANGA CANYON BLVD; STE 200<br>WOODLAND HILLS, CA 91367 | 123637 | 11/02/2017 | Suppliers or vendors | $264,749.06 |
| | 123729 | 11/29/2017 | Suppliers or vendors | $264,456.39 |
| | 123844 | 01/02/2018 | Suppliers or vendors | $269,745.43 |
| | | | **SUBTOTAL** | $798,950.88 |
| | | | **GRAND TOTAL** | $21,359,004.63 |

| Debtor Name: | EXCO Resources, Inc. | | Case Number: | 18-30155 (MI) |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 01/31/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 01/31/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 02/15/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 02/15/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 02/28/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $2,691.30 | 02/28/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 02/28/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 03/15/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 03/15/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $90,000.00 | 03/20/2017 | Annual Incentive Bonus |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $29,999.90 | 03/27/2017 | Restricted Stock Awards Vested |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 03/31/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $138.13 | 03/31/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 03/31/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $5,800.00 | 04/10/2017 | Restricted Stock Awards Vested |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 04/13/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $157.97 | 04/13/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 04/13/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 04/28/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 04/28/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 05/15/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 05/15/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 05/31/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $933.46 | 05/31/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 05/31/2017 | Salary |

| Debtor Name: | EXCO Resources, Inc. | Case Number: | 18-30155 (MI) |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 06/15/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 06/15/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 06/30/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 06/30/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $2,952.36 | 07/07/2017 | Restricted Stock Awards Vested |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 07/14/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $5,959.33 | 07/14/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 07/14/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 07/31/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $220.94 | 07/31/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 07/31/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 08/15/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 08/15/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $92.25 | 08/18/2017 | Dividend |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $141.45 | 08/18/2017 | Restricted Stock Awards Vested |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 08/31/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $1,211.58 | 08/31/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 08/31/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 09/15/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $746.06 | 09/15/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 09/15/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $191,947.00 | 09/29/2017 | Annual Incentive Bonus |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 09/29/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $184.35 | 09/29/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $962,500.00 | 09/29/2017 | Retention Bonus |

Debtor Name:        EXCO Resources, Inc.                                    Case Number:        18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 09/29/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 10/13/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 10/13/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 10/31/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $69.49 | 10/31/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $281,658.00 | 10/31/2017 | KEIP Insider Bonus |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 10/31/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 11/15/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 11/15/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 11/30/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $1,498.45 | 11/30/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 11/30/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 12/15/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $4,329.50 | 12/15/2017 | Expense Reimbursement |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $306,479.00 | 12/15/2017 | KEIP Insider Bonus |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 12/15/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 12/29/2017 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 12/29/2017 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $365.24 | 01/12/2018 | Employee Benefits |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $15,850.70 | 01/12/2018 | Salary |
| FARQUHARSON, TYLER ADDRESS ON FILE | VP, CFO & Treasurer | $2,291.67 | Various | 401k Company Match |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 01/31/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $375.71 | 01/31/2017 | Expense Reimbursement |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 01/31/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 02/15/2017 | Employee Benefits |

| Debtor Name: | EXCO Resources, Inc. | | Case Number: | 18-30155 (MI) |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 02/15/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 02/28/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 02/28/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 03/15/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 03/15/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $88,500.00 | 03/20/2017 | Annual Incentive Bonus |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $29,500.31 | 03/27/2017 | Restricted Stock Awards Vested |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 03/31/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 03/31/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $5,800.00 | 04/10/2017 | Restricted Stock Awards Vested |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 04/13/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 04/13/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 04/28/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,512.60 | 04/28/2017 | Expense Reimbursement |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 04/28/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 05/15/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 05/15/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 05/31/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 05/31/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 06/15/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 06/15/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 06/30/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 06/30/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $2,952.36 | 07/07/2017 | Restricted Stock Awards Vested |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 07/14/2017 | Employee Benefits |

| Debtor Name: | EXCO Resources, Inc. | | Case Number: | 18-30155 (MI) |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 07/14/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 07/31/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 07/31/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 08/15/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 08/15/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $333.75 | 08/18/2017 | Dividend |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $511.75 | 08/18/2017 | Restricted Stock Awards Vested |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 08/31/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,323.36 | 08/31/2017 | Expense Reimbursement |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 08/31/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 09/15/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 09/15/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $65,756.00 | 09/29/2017 | Annual Incentive Bonus |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 09/29/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $687,500.00 | 09/29/2017 | Retention Bonus |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 09/29/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 10/13/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 10/13/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 10/31/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $99,071.00 | 10/31/2017 | KEIP Insider Bonus |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 10/31/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 11/15/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 11/15/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 11/30/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 11/30/2017 | Salary |

| Debtor Name: | EXCO Resources, Inc. | | Case Number: | 18-30155 (MI) |
|---|---|---|---|---|

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 12/15/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $107,801.00 | 12/15/2017 | KEIP Insider Bonus |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 12/15/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 12/29/2017 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 12/29/2017 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $1,044.20 | 01/12/2018 | Employee Benefits |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $770.35 | 01/12/2018 | Expense Reimbursement |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $10,941.84 | 01/12/2018 | Salary |
| GAEBE, BRIAN ADDRESS ON FILE | Corporate Controller & CAO | $8,539.02 | Various | 401k Company Match |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 01/31/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 01/31/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 02/15/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 02/15/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 02/28/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $2,140.65 | 02/28/2017 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 02/28/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 03/15/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $271.38 | 03/15/2017 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 03/15/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $533,321.00 | 03/20/2017 | Annual Incentive Bonus |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $177,772.76 | 03/27/2017 | Restricted Stock Awards Vested |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 03/31/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 03/31/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 04/13/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $389.41 | 04/13/2017 | Expense Reimbursement |

Debtor Name:          EXCO Resources, Inc.                                          Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 04/13/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 04/28/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 04/28/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 05/15/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 05/15/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 05/31/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $426.80 | 05/31/2017 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 05/31/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 06/15/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 06/15/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 06/30/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 06/30/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $41,548.10 | 07/07/2017 | Restricted Stock Awards Vested |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $1,736.25 | 07/14/2017 | Dividend |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 07/14/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 07/14/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 07/31/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | ($344.50) | 07/31/2017 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 07/31/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 08/15/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 08/15/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 08/31/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 08/31/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 09/15/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $4,166.89 | 09/15/2017 | Expense Reimbursement |

Debtor Name:          EXCO Resources, Inc.                                          Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 09/15/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $383,044.00 | 09/29/2017 | Annual Incentive Bonus |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 09/29/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $1,517.27 | 09/29/2017 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $1,875,000.00 | 09/29/2017 | Retention Bonus |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 09/29/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 10/13/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 10/13/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 10/31/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $111.55 | 10/31/2017 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $628,913.00 | 10/31/2017 | KEIP Insider Bonus |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 10/31/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 11/15/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $3,645.23 | 11/15/2017 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 11/15/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 11/30/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 11/30/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 12/15/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $726.86 | 12/15/2017 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $684,335.00 | 12/15/2017 | KEIP Insider Bonus |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 12/15/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 12/29/2017 | Employee Benefits |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $43.41 | 12/29/2017 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 12/29/2017 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $767.87 | 01/12/2018 | Employee Benefits |

| Debtor Name: | EXCO Resources, Inc. | | Case Number: | 18-30155 (MI) |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
| --- | --- | --- | --- | --- |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $7,444.00 | 01/12/2018 | Expense Reimbursement |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $31,250.00 | 01/12/2018 | Salary |
| HICKEY, HAROLD ADDRESS ON FILE | President & CEO | $9,275.00 | Various | 401k Company Match |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 01/31/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $716.89 | 01/31/2017 | Expense Reimbursement |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 01/31/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 02/15/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 02/15/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 02/28/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 02/28/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 03/15/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 03/15/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $288,827.00 | 03/20/2017 | Annual Incentive Bonus |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $96,275.00 | 03/27/2017 | Restricted Stock Awards Vested |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 03/31/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 03/31/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 04/13/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 04/13/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 04/28/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 04/28/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 05/15/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 05/15/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $7,003.00 | 05/18/2017 | Restricted Stock Awards Vested |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 05/31/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $528.75 | 05/31/2017 | Expense Reimbursement |

Debtor Name:          EXCO Resources, Inc.                                    Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 05/31/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 06/15/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 06/15/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 06/30/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 06/30/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,353.09 | 07/07/2017 | Restricted Stock Awards Vested |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $651.75 | 07/14/2017 | Dividend |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 07/14/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 07/14/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 07/31/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $50.14 | 07/31/2017 | Expense Reimbursement |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 07/31/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 08/15/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 08/15/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 08/31/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 08/31/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 09/15/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 09/15/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $217,058.00 | 09/29/2017 | Annual Incentive Bonus |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 09/29/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $976.04 | 09/29/2017 | Expense Reimbursement |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,062,500.00 | 09/29/2017 | Retention Bonus |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 09/29/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 10/13/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 10/13/2017 | Salary |

| Debtor Name: | EXCO Resources, Inc. | | | Case Number: | 18-30155 (MI) |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 10/31/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $311,751.00 | 10/31/2017 | KEIP Insider Bonus |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 10/31/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 11/15/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,990.37 | 11/15/2017 | Expense Reimbursement |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 11/15/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 11/30/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $154.86 | 11/30/2017 | Expense Reimbursement |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 11/30/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 12/15/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,376.98 | 12/15/2017 | Expense Reimbursement |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $339,224.00 | 12/15/2017 | KEIP Insider Bonus |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 12/15/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 12/29/2017 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 12/29/2017 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $1,068.29 | 01/12/2018 | Employee Benefits |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $17,708.33 | 01/12/2018 | Salary |
| JAMESON, HAROLD ADDRESS ON FILE | Vice President and COO | $8,765.83 | Various | 401k Company Match |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 01/31/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 01/31/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 02/15/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $320.00 | 02/15/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 02/15/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 02/28/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,019.16 | 02/28/2017 | Expense Reimbursement |

Debtor Name:          EXCO Resources, Inc.                                    Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 02/28/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $38,813.00 | 03/15/2017 | Annual Incentive Bonus |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 03/15/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $25,000.00 | 03/15/2017 | Misc. Bonus |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 03/15/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 03/31/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 03/31/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 04/13/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $513.88 | 04/13/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 04/13/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 04/28/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $389.22 | 04/28/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 04/28/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 05/15/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 05/15/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 05/31/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $730.86 | 05/31/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 05/31/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 06/15/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,647.06 | 06/15/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 06/15/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 06/30/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 06/30/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $708.89 | 07/07/2017 | Restricted Stock Awards Vested |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 07/14/2017 | Employee Benefits |

Debtor Name:      EXCO Resources, Inc.      Case Number:      18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 07/14/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 07/31/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $4,843.20 | 07/31/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 07/31/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 08/15/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 08/15/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $72.75 | 08/18/2017 | Dividend |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $111.55 | 08/18/2017 | Restricted Stock Awards Vested |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 08/31/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $116.42 | 08/31/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 08/31/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 09/15/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,475.46 | 09/15/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 09/15/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $87,781.00 | 09/29/2017 | Annual Incentive Bonus |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 09/29/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $962,500.00 | 09/29/2017 | Retention Bonus |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 09/29/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 10/13/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 10/13/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 10/31/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $191,582.00 | 10/31/2017 | KEIP Insider Bonus |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 10/31/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 11/15/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 11/15/2017 | Salary |

Debtor Name:          EXCO Resources, Inc.                                Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 11/30/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $663.60 | 11/30/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 11/30/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 12/15/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $4,373.85 | 12/15/2017 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $208,465.00 | 12/15/2017 | KEIP Insider Bonus |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 12/15/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 12/29/2017 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 12/29/2017 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,036.29 | 01/12/2018 | Employee Benefits |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $1,689.72 | 01/12/2018 | Expense Reimbursement |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $14,878.47 | 01/12/2018 | Salary |
| SUMMERFIELD, HEATHER ADDRESS ON FILE | VP, General Counsel & Secretary | $2,085.42 | Various | 401k Company Match |
| WILDER, C. JOHN ADDRESS ON FILE | Director | $10,000.00 | 01/19/2017 | Board of Director Fees |
| WILDER, C. JOHN ADDRESS ON FILE | Director | $10,000.00 | 04/19/2017 | Board of Director Fees |
| WILDER, C. JOHN ADDRESS ON FILE | Director | $11,250.00 | 07/12/2017 | Board of Director Fees |
| WILDER, C. JOHN ADDRESS ON FILE | Director | $11,250.00 | 10/11/2017 | Board of Director Fees |
| WILDER, C. JOHN ADDRESS ON FILE | Director | 9,508 stock share vesting | 11/03/2017 | Restricted Stock Awards Vested |
| FORD, JAMES B. ADDRESS ON FILE | Director | $30,000.00 | 02/01/2017 | Board of Director Fees |
| FORD, JAMES B. ADDRESS ON FILE | Director | $15,000.00 | 04/19/2017 | Board of Director Fees |
| FORD, JAMES B. ADDRESS ON FILE | Director | $10,000.00 | 07/12/2017 | Board of Director Fees |
| FORD, JAMES B. ADDRESS ON FILE | Director | $8,913.04 | 10/11/2017 | Board of Director Fees |
| HORTON, ANTHONY R. ADDRESS ON FILE | Director | $4,736.11 | 04/19/2017 | Board of Director Fees |
| HORTON, ANTHONY R. ADDRESS ON FILE | Director | $25,000.00 | 07/12/2017 | Board of Director Fees |
| HORTON, ANTHONY R. ADDRESS ON FILE | Director | $40,000.00 | 10/11/2017 | Board of Director Fees |

Debtor Name:          EXCO Resources, Inc.                                    Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| HORTON, ANTHONY R. ADDRESS ON FILE | Director | $15,000.00 | 10/25/2017 | Board of Director Fees |
| HORTON, ANTHONY R. ADDRESS ON FILE | Director | $210,000.00 | 12/06/2017 | Board of Director Fees |
| HORTON, ANTHONY R. ADDRESS ON FILE | Director | $4,304.23 | 12/06/2017 | Expense Reimbursement |
| HORTON, ANTHONY R. ADDRESS ON FILE | Director | $70,000.00 | 12/29/2017 | Board of Director Fees |
| KING, RANDALL E. ADDRESS ON FILE | Director | $416.67 | 04/19/2017 | Board of Director Fees |
| KING, RANDALL E. ADDRESS ON FILE | Director | $15,000.00 | 07/12/2017 | Board of Director Fees |
| KING, RANDALL E. ADDRESS ON FILE | Director | $25,000.00 | 10/11/2017 | Board of Director Fees |
| KING, RANDALL E. ADDRESS ON FILE | Director | $10,000.00 | 10/25/2017 | Board of Director Fees |
| KING, RANDALL E. ADDRESS ON FILE | Director | $185,000.00 | 12/06/2017 | Board of Director Fees |
| KING, RANDALL E. ADDRESS ON FILE | Director | $45,000.00 | 12/29/2017 | Board of Director Fees |
| MITCHELL, SAMUEL A. ADDRESS ON FILE | Director | $10,000.00 | 01/19/2017 | Board of Director Fees |
| MITCHELL, SAMUEL A. ADDRESS ON FILE | Director | $10,000.00 | 04/19/2017 | Board of Director Fees |
| MITCHELL, SAMUEL A. ADDRESS ON FILE | Director | $10,000.00 | 07/12/2017 | Board of Director Fees |
| MITCHELL, SAMUEL A. ADDRESS ON FILE | Director | $8,913.04 | 10/11/2017 | Board of Director Fees |
| ROSS, WILBUR ADDRESS ON FILE | Director | $13,750.00 | 01/19/2017 | Board of Director Fees |
| ROSS, WILBUR ADDRESS ON FILE | Director | $9,013.89 | 04/19/2017 | Board of Director Fees |
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | $131,250.00 | 01/19/2017 | Board of Director Fees |
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | $131,250.00 | 04/19/2017 | Board of Director Fees |
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | $703.88 | 05/17/2017 | Expense Reimbursement |
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | $16,250.00 | 07/12/2017 | Board of Director Fees |
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | $948.47 | 09/06/2017 | Expense Reimbursement |
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | $26,250.00 | 10/11/2017 | Board of Director Fees |
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | $10,000.00 | 10/25/2017 | Board of Director Fees |
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | 9,508 stock share vesting | 11/03/2017 | Restricted Stock Awards Vested |
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | $186,250.00 | 12/06/2017 | Board of Director Fees |

Debtor Name:          EXCO Resources, Inc.                                        Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| STILLWELL, ROBERT L. ADDRESS ON FILE | Director | $46,250.00 | 12/29/2017 | Board of Director Fees |
| TOY, STEPHEN J. ADDRESS ON FILE | Director | $4,736.11 | 04/19/2017 | Board of Director Fees |
| TOY, STEPHEN J. ADDRESS ON FILE | Director | $13,750.00 | 07/12/2017 | Board of Director Fees |
| TOY, STEPHEN J. ADDRESS ON FILE | Director | $23,750.00 | 10/11/2017 | Board of Director Fees |
| TOY, STEPHEN J. ADDRESS ON FILE | Director | $10,000.00 | 10/25/2017 | Board of Director Fees |
| TOY, STEPHEN J. ADDRESS ON FILE | Director | $2,853.26 | 01/02/2018 | Board of Director Fees |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 01/17/2017 | Service Agreement Payments |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 02/15/2017 | Service Agreement Payments |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | 75,268,818 Warrants | 03/15/2017 | 1.5 Lien Financing Warrants |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $2,100,000.00 | 03/15/2017 | Commitment Fee for 1.5 Lien Notes |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $1,164,091.49 | 03/15/2017 | Interest Payment on Second Lien Term Loan Facility |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $1,579,208.00 | 03/15/2017 | Second Lien Exchange |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 03/15/2017 | Service Agreement Payments |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 04/17/2017 | Service Agreement Payments |

| Debtor Name: | EXCO Resources, Inc. | | Case Number: | 18-30155 (MI) |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 05/15/2017 | Service Agreement Payments |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 06/15/2017 | Service Agreement Payments |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | 192,609 Common Shares | 06/20/2017 | Interest Payment on 1.75 Lien Term Loan Facility |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 07/17/2017 | Service Agreement Payments |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 08/15/2017 | Service Agreement Payments |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 09/15/2017 | Service Agreement Payments |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $3,956,945 of Additional 1.5 Lien Notes | 09/20/2017 | Interest Payment on 1.5 Lien Senior Secured Notes |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $1,835,938.58 of Additional 1.75 Lien Notes | 09/20/2017 | Interest Payment on 1.75 Lien Term Loan Facility |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $300,000.00 | 10/16/2017 | Service Agreement Payments |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C. 200 CRESCENT COURT SUITE 1900 DALLAS, TX 75201 | Equity Holder | $390,000.00 | 12/18/2017 | Service Agreement Payments |

| Debtor Name: | EXCO Resources, Inc. | | Case Number: | 18-30155 (MI) |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| HAMBLIN WATSA INVESTMENT COUNSEL LTD. 95 WELLINGTON STREET WEST SUITE 800 TORONTO, ON M5J 2N7 CANADA | Equity Holder | 162,365,599 Warrants | 03/15/2017 | 1.5 Lien Financing Warrants |
| HAMBLIN WATSA INVESTMENT COUNSEL LTD. 95 WELLINGTON STREET WEST SUITE 800 TORONTO, ON M5J 2N7 CANADA | Equity Holder | 6,471,433 Warrants | 03/15/2017 | Commitment Fee for 1.5 Lien Notes |
| HAMBLIN WATSA INVESTMENT COUNSEL LTD. 95 WELLINGTON STREET WEST SUITE 800 TORONTO, ON M5J 2N7 CANADA | Equity Holder | $10,627,820.85 | 03/15/2017 | Interest Payment on Second Lien Term Loan Facility |
| HAMBLIN WATSA INVESTMENT COUNSEL LTD. 95 WELLINGTON STREET WEST SUITE 800 TORONTO, ON M5J 2N7 CANADA | Equity Holder | 19,412,035 Warrants | 03/15/2017 | Second Lien Exchange |
| HAMBLIN WATSA INVESTMENT COUNSEL LTD. 95 WELLINGTON STREET WEST SUITE 800 TORONTO, ON M5J 2N7 CANADA | Equity Holder | 1,657,330 Common Shares | 06/20/2017 | Interest Payment on 1.75 Lien Term Loan Facility |
| HAMBLIN WATSA INVESTMENT COUNSEL LTD. 95 WELLINGTON STREET WEST SUITE 800 TORONTO, ON M5J 2N7 CANADA | Equity Holder | $8,535,699 of Additional 1.5 Lien Notes | 09/20/2017 | Interest Payment on 1.5 Lien Senior Secured Notes |
| HAMBLIN WATSA INVESTMENT COUNSEL LTD. 95 WELLINGTON STREET WEST SUITE 800 TORONTO, ON M5J 2N7 CANADA | Equity Holder | $15,797,485.72 of Additional 1.75 Lien Notes | 09/20/2017 | Interest Payment on 1.75 Lien Term Loan Facility |
| OAKTREE CAPITAL MANAGEMENT, L.P. OCM EXCO HOLDINGS, LLC 333 S. GRAND AVENUE 28TH FLOOR LOS ANGELES, CA 90071 | Equity Holder | 42,473,119 Warrants | 03/15/2017 | 1.5 Lien Financing Warrants |

Debtor Name:        EXCO Resources, Inc.                                    Case Number:        18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 2, Question 4:** Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's name and address | Relationship to debtor | Total amount or value | Dates | Reasons for payment or transfer |
|---|---|---|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P. OCM EXCO HOLDINGS, LLC 333 S. GRAND AVENUE 28TH FLOOR LOS ANGELES, CA 90071 | Equity Holder | $1,185,000.00 | 03/15/2017 | Commitment Fee for 1.5 Lien Notes |
| OAKTREE CAPITAL MANAGEMENT, L.P. OCM EXCO HOLDINGS, LLC 333 S. GRAND AVENUE 28TH FLOOR LOS ANGELES, CA 90071 | Equity Holder | $2,232,848 of Additional 1.5 Lien Notes | 09/20/2017 | Interest Payment on 1.5 Lien Senior Secured Notes |

**Debtor Name: EXCO Resources, Inc.**                                                        **Case Number:**            **18-30155 (MI)**

**Part 2, Question 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Debtor | Reason for Transfer | | Insider | Date | Beginning Balance Receivable/ (Payable) | Ending Variance Balance Receivable/ (Payable) | Variance |
|---|---|---|---|---|---|---|---|
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 01/2017-02/2017 | $ (1,091,437,295.00) | $ (1,091,437,295.00) | $ - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 02/2017-03/2017 | (1,091,437,295.00) | (1,091,437,295.00) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 03/2017-04/2017 | (1,091,437,295.00) | (1,091,437,295.00) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 04/2017-05/2017 | (1,091,437,295.00) | (1,091,437,295.00) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 05/2017-06/2017 | (1,091,437,295.00) | (1,146,009,160.00) | (54,571,865.00) |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 06/2017-07/2017 | (1,146,009,160.00) | (1,146,009,160.00) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 07/2017-08/2017 | (1,146,009,160.00) | (1,146,009,160.00) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 08/2017-09/2017 | (1,146,009,160.00) | (1,146,009,160.00) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 09/2017-10/2017 | (1,146,009,160.00) | (1,146,009,160.00) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 10/2017-11/2017 | (1,146,009,160.00) | (1,146,009,160.00) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Midcontinent MLP, LLC | 11/2017-12/2017 | (1,146,009,160.00) | (1,203,309,618.00) | (57,300,458.00) |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 01/2017-02/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 02/2017-03/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 03/2017-04/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 04/2017-05/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 05/2017-06/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 06/2017-07/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 07/2017-08/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 08/2017-09/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 09/2017-10/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 10/2017-11/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | EXCO Production Company (PA), LLC | 11/2017-12/2017 | (7,396,922.03) | (7,396,922.03) | - |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 01/2017-02/2017 | (85,858,574.88) | (106,935,509.28) | (21,076,934.40) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 02/2017-03/2017 | (106,935,509.28) | (147,801,346.11) | (40,865,836.83) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 03/2017-04/2017 | (147,801,346.11) | (180,266,502.57) | (32,465,156.46) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 04/2017-05/2017 | (180,266,502.57) | (212,158,970.67) | (31,892,468.10) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 05/2017-06/2017 | (212,158,970.67) | (241,557,168.66) | (29,398,197.99) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 06/2017-07/2017 | (241,557,168.66) | (274,928,982.90) | (33,371,814.24) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 07/2017-08/2017 | (274,928,982.90) | (309,807,903.08) | (34,878,920.18) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 08/2017-09/2017 | (309,807,903.08) | (338,912,906.46) | (29,105,003.38) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 09/2017-10/2017 | (338,912,906.46) | (369,812,406.82) | (30,899,500.36) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 10/2017-11/2017 | (369,812,406.82) | (402,966,018.57) | (33,153,611.75) |
| EXCO Resources, Inc. | Intercompany Payable | To | Raider Marketing, LP | 11/2017-12/2017 | (402,966,018.57) | (421,422,193.07) | (18,456,174.50) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 01/2017-02/2017 | 1,091,437,295.00 | 1,091,437,295.00 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 02/2017-03/2017 | 1,091,437,295.00 | 1,091,437,295.00 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 03/2017-04/2017 | 1,091,437,295.00 | 1,091,437,295.00 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 04/2017-05/2017 | 1,091,437,295.00 | 1,091,437,295.00 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 05/2017-06/2017 | 1,091,437,295.00 | 1,146,009,160.00 | 54,571,865.00 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 06/2017-07/2017 | 1,146,009,160.00 | 1,146,009,160.00 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 07/2017-08/2017 | 1,146,009,160.00 | 1,146,009,160.00 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 08/2017-09/2017 | 1,146,009,160.00 | 1,146,009,160.00 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 09/2017-10/2017 | 1,146,009,160.00 | 1,146,009,160.00 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 10/2017-11/2017 | 1,146,009,160.00 | 1,146,009,160.00 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO GP Partners Old, LP | 11/2017-12/2017 | 1,146,009,160.00 | 1,203,309,618.00 | 57,300,458.00 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 01/2017-02/2017 | 54,685,027.33 | 54,685,027.33 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 02/2017-03/2017 | 54,685,027.33 | 54,685,027.33 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 03/2017-04/2017 | 54,685,027.33 | 54,685,740.53 | 713.20 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 04/2017-05/2017 | 54,685,740.53 | 54,685,740.53 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 05/2017-06/2017 | 54,685,740.53 | 54,662,621.53 | (23,119.00) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 06/2017-07/2017 | 54,662,621.53 | 54,662,621.53 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 07/2017-08/2017 | 54,662,621.53 | 54,662,621.53 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 08/2017-09/2017 | 54,662,621.53 | 54,662,621.53 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 09/2017-10/2017 | 54,662,621.53 | 626,307,121.51 | 571,644,499.98 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 10/2017-11/2017 | 626,307,121.51 | 626,307,121.51 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Holding (PA), Inc. | 11/2017-12/2017 | 626,307,121.51 | 626,307,121.51 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 01/2017-02/2017 | 1,682,772,157.77 | 1,725,671,952.76 | 42,899,794.99 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 02/2017-03/2017 | 1,725,671,952.76 | 1,763,265,571.93 | 37,593,619.17 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 03/2017-04/2017 | 1,763,265,571.93 | 1,800,375,194.11 | 37,109,622.18 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 04/2017-05/2017 | 1,800,375,194.11 | 1,833,658,982.07 | 33,283,787.96 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 05/2017-06/2017 | 1,833,658,982.07 | 1,882,861,870.50 | 49,202,888.43 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 06/2017-07/2017 | 1,882,861,870.50 | 1,922,276,208.79 | 39,414,338.29 |

Debtor Name: EXCO Resources, Inc.                                                                                                         Case Number:        18-30155 (MI)

**Part 2, Question 4: Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| Debtor | Reason for Transfer | | Insider | Date | Beginning Balance Receivable/ (Payable) | Ending Variance Balance Receivable/ (Payable) | Variance |
|---|---|---|---|---|---|---|---|
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 07/2017-08/2017 | 1,922,276,208.79 | 1,995,557,152.52 | 73,280,943.73 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 08/2017-09/2017 | 1,995,557,152.52 | 2,024,550,982.32 | 28,993,829.80 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 09/2017-10/2017 | 2,024,550,982.32 | 2,064,760,043.71 | 40,209,061.39 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 10/2017-11/2017 | 2,064,760,043.71 | 2,110,219,137.93 | 45,459,094.22 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Operating Company, LP | 11/2017-12/2017 | 2,110,219,137.93 | 2,142,623,510.31 | 32,404,372.38 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 01/2017-02/2017 | 426,703.84 | 364,578.87 | (62,124.97) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 02/2017-03/2017 | 364,578.87 | 361,242.09 | (3,336.78) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 03/2017-04/2017 | 361,242.09 | 399,133.39 | 37,891.30 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 04/2017-05/2017 | 399,133.39 | 359,152.86 | (39,980.53) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 05/2017-06/2017 | 359,152.86 | 390,545.91 | 31,393.05 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 06/2017-07/2017 | 390,545.91 | 395,194.33 | 4,648.42 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 07/2017-08/2017 | 395,194.33 | 348,482.38 | (46,711.95) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 08/2017-09/2017 | 348,482.38 | 391,160.92 | 42,678.54 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 09/2017-10/2017 | 391,160.92 | 439,835.13 | 48,674.21 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 10/2017-11/2017 | 439,835.13 | 374,109.45 | (65,725.68) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (PA), LLC | 11/2017-12/2017 | 374,109.45 | 402,302.87 | 28,193.42 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 01/2017-02/2017 | 2,117.52 | 2,117.52 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 02/2017-03/2017 | 2,117.52 | 2,117.52 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 03/2017-04/2017 | 2,117.52 | 2,117.52 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 04/2017-05/2017 | 2,117.52 | 208,508.02 | 206,390.50 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 05/2017-06/2017 | 208,508.02 | 208,508.02 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 06/2017-07/2017 | 208,508.02 | 208,508.02 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 07/2017-08/2017 | 208,508.02 | 208,508.02 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 08/2017-09/2017 | 208,508.02 | 208,508.02 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 09/2017-10/2017 | 208,508.02 | 189,555.74 | (18,952.28) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 10/2017-11/2017 | 189,555.74 | 189,555.74 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Resources (XA), LLC | 11/2017-12/2017 | 189,555.74 | 189,555.74 | - |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 01/2017-02/2017 | 99,456,031.05 | 99,403,342.93 | (52,688.12) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 02/2017-03/2017 | 99,403,342.93 | 102,590,146.95 | 3,186,804.02 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 03/2017-04/2017 | 102,590,146.95 | 102,571,040.51 | (19,106.44) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 04/2017-05/2017 | 102,571,040.51 | 102,632,085.19 | 61,044.68 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 05/2017-06/2017 | 102,632,085.19 | 102,366,703.50 | (265,381.69) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 06/2017-07/2017 | 102,366,703.50 | 102,227,110.77 | (139,592.73) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 07/2017-08/2017 | 102,227,110.77 | 102,135,542.54 | (91,568.23) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 08/2017-09/2017 | 102,135,542.54 | 102,981,494.35 | 845,951.81 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 09/2017-10/2017 | 102,981,494.35 | 105,090,512.63 | 2,109,018.28 |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 10/2017-11/2017 | 105,090,512.63 | 104,461,516.72 | (628,995.91) |
| EXCO Resources, Inc. | Intercompany Receivable | From | EXCO Services, Inc. | 11/2017-12/2017 | 104,461,516.72 | 105,696,580.04 | 1,235,063.32 |

Debtor Name:          EXCO Resources, Inc.                                      Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 3, Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of case | Court or agency's name and address | Status Of Case |
|---|---|---|---|---|
| Cudd Pressure Control, Inc. and Cudd Pumping Services, Inc. v. EXCO Resources, Inc. and EXCO Operating Company, LP | DC-14-06427 | Breach of Contract | 116TH JUDICIAL DISTRICT COURT, DALLAS COUNTY, TEXAS<br><br>ATTN:  HON. TONYA PARKER, PRESIDING GEORGE L. ALLEN SR. COURTS BUILDING 600 COMMERCE STREET BOX 640 DALLAS, TX 75202 | On appeal |
| Geo-Vest, Inc., MML Ventures, LTD, Roth IRA, LTD, Carlos B. Griffin, Jr. and Debra M. Griffin, Individually and as Co-Trustees of the Family Land Heritage Trust, Michael L. Frossard, George B. Cunyus, Cunyus Mineral Properties, LP, and Carld D. Richard v. EXCO Resources, Inc., EXCO Operating, LP, Compass Production Partners, LP, Compass Energy Operating, LLC, Compass Production GP, LLC, HGI Energy Holding, LLC, HRG Group, INc., Indigo Minerals LLC, and Indigo Resources LLC | 2016-808-B | ORRI Owner Dispute | 124TH JUDICIAL DISTRICT COURT, GREGG COUNTY, TEXAS ATTN: HON. ALFONSO CHARLES, DISTRICT JUDGE GREGG COUNTY COURTHOUSE 101 E. METHVIN SUITE 447 LONGVIEW, TX 75601 | Pending |
| Enterprise Products Operating LLC and Acadian Gas Pipeline System v. EXCO Operating Company, LP, EXCO Partners OLP GP, LLC, Raider Marketing, LP, Raider Marketing GP, LLC, EXCO Resources, Inc., Steven L. Estes, and Harold Hickey v. TXO-Acadian Gas Pipeline, LLC and Enterprise Products OLPGP, Inc. | 2016-60848 | Breach of Contract | 157TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS ATTN: HON. RANDY WILSON HARRIS COUNTY CIVIL COURTHOUSE 201 CAROLINE 11TH FLOOR HOUSTON, TX 77002 | Pending |
| Enertool Services, LLC v. Jeremy Scott, LLC f/k/a Fuqua Oil Services, LLC, Jeremy Scott Fuqua, and Amanda A. Fuqua | 2012-0341, Div. B | Breach of Contract | 15TH JUDICIAL DISTRICT COURT, PARISH OF LAFAYETTE, LOUISIANA LAFAYETTE PARISH COURTHOUSE 800 SOUTH BUCHANAN STREET LAFAYETTE, LA 70502 | Concluded |
| Danny Collins, Individually and on behalf of his minor child Nicholas Collins, Victor Simmons, Individually and on behalf of his minor child, Katelynn Simmons, Maeketta Simmons and Jonathon McMiller v. Kerr Consulting Services LLC, Jerrod Kerr, FRT Petroleum Consulting LLC, Fred Talley and EXCO Resources, Inc., EXCO Operating Company, LP, Select Energy Services, LLC, Lee T. Green, LLC and Dransco, Inc. | 571,127-B | Insured Claim/Personal Injury | 1ST JUDICIAL DISTRICT COURT FOR THE PARISH OF CADDO, LOUISIANA ATTN: MIKE SPENCE, CLERK OF THE COURT 501 TEXAS STREET, ROOM 103 SHREVEPORT, LA 71101 | Pending |

Debtor Name:        EXCO Resources, Inc.                                    Case Number:        18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 3, Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of case | Court or agency's name and address | Status Of Case |
|---|---|---|---|---|
| Bradley Roberts v. Trinidad Drilling, EXCO Resources, Inc. | 2016-73397 | Insured Claim/Personal Injury | 269TH JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS ATTN: HON. DAN HINDE HARRIS COUNTY CIVIL COURTHOUSE 201 CAROLINE 13TH FLOOR HOUSTON, TX 77002 | Concluded |
| Compass Production GP, L.L.C. and Compass Energy Operating, L.L.C. v. EXCO Resources, Inc. | 2017-64693 | Breach of Contract | 281ST JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS ATTN: HON. SYLVIA A. MATTHEWS HARRIS COUNTY CIVIL COURTHOUSE 201 CAROLINE 14TH FLOOR HOUSTON, TX 77002 | Pending |
| Branton Tools, LLC and St. Paul Fire & Marine Insurance Company v. EXCO Operating Company, LP, EXCO Resources, Inc., Select Services, LLC, and SES Holdings LLC | 76663 A | Breach of Contract | 42ND JUDICIAL DISTRICT COURT, DESOTO PARISH, LOUISIANA ATTN: ROBERT E. BURGESS DESOTO PARISH COURTHOUSE COURTHOUSE SQUARE MANSFIELD, LA 71052 | Concluded |
| Carolyn Rushing v. Terrence Simpson, Makvia Johnson, EXCO Resources, Inc. | 78761 | Royalty Interest Owner Dispute | 42ND JUDICIAL DISTRICT COURT, DESOTO PARISH, LOUISIANA ATTN: ROBERT E. BURGESS DESOTO PARISH COURTHOUSE COURTHOUSE SQUARE MANSFIELD, LA 71052 | Pending |
| Shannon Rodgers, Elizabeth Rodgers, Justin Rodgers and Justin Rodgers and Skylar Kendrick obo the minor, Cora Rodgers v. Chubb Insurance Company, Select Energy Services, L.L.C., SES Holdings, L.L.C., First Mercury Insurance Company, Load Craft Industries, LTd., Brady Plant Operators, L.L.C., EXCO Operating Company, L.P., Gray Consulting, Inc., Farmington Casualy Company, Federal Insurance Co, Branton Tools | 75516, B | Insured Claim/Personal Injury | 42ND JUDICIAL DISTRICT COURT, DESOTO PARISH, LOUISIANA ATTN: ROBERT E. BURGESS DESOTO PARISH COURTHOUSE COURTHOUSE SQUARE MANSFIELD, LA 71052 | Pending |

Debtor Name:        EXCO Resources, Inc.                                          Case Number:        18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 3, Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of case | Court or agency's name and address | Status Of Case |
|---|---|---|---|---|
| Federal Insurance Company, Commerce and Industry Insurance Company, Lexington Company, American Guarantee and Liability Insurance Company, Evanston Insurance Company and Alterra American Insurance Company | 77378 A | Breach of Contract | 42ND JUDICIAL DISTRICT COURT, DESOTO PARISH, LOUISIANA ATTN: ROBERT E. BURGESS DESOTO PARISH COURTHOUSE COURTHOUSE SQUARE MANSFIELD, LA 71052 | Pending |
| Long Petroleum L.L.C. V. EXCO Operating Company, LP, EXCO HV Acquisition Sub LLC, EXCO Holding MLP, Inc., EXCO Partners OLP GP, LLC, EXCO Resources, Inc. | 75911-A | ORRI Owner Dispute | 42ND JUDICIAL DISTRICT COURT, DESOTO PARISH, LOUISIANA ATTN: ROBERT E. BURGESS DESOTO PARISH COURTHOUSE COURTHOUSE SQUARE MANSFIELD, LA 71052 | Pending |
| Cudd Pressure Control, Inc. and Cudd Pumping Services, Inc. v. EXCO Resources, Inc. and EXCO Operating Company, LP | 05-16-01518-CV | Breach of Contract | COURT OF APPEALS FOR THE FIFTH JUDICIAL DISTRICT OF TEXAS AT DALLAS GEORGE L. ALLEN, SR. COURTS BLDG 600 COMMERCE STREET SUITE 200 DALLAS, TX 75202 | Pending |
| In re: Samson Resources Corporation, et al., Reorganized Debtors; Samson Resources Company, Samson Contour Energy E & P, LLC, and, Samson Lone Star, LLC | Case No. 15-11934 (BLS; Adv. Pro. No. 17-515-19 | ORRI Owner Dispute | IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE ATTN: HON. BRENDAN L. SHANNON & UNA O'BOYLE 824 NORTH MARKET STREET 3RD FLOOR WILMINGTON, DE 19801 | Pending |
| Raider Marketing, LP, EXCO Resources, Inc., EXCO Operating Company, LP, and EXCO Land Company, LLC v. Chesapeake Energy Marketing, L.L.C. and Chesapeake Energy Corporation | 3:17-cv-01516 | Breach of Contract & Tort | IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION ATTN: HON. BARBARA M.G. LYNN & KAREN MITCHELL 1100 COMMERCE STREET ROOM 1452 DALLAS, TX 75242 | Pending |

Debtor Name:          EXCO Resources, Inc.                                    Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 3, Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of case | Court or agency's name and address | Status Of Case |
|---|---|---|---|---|
| EXCO Operating Company, LP, EXCO Resources, Inc., and Raider Marketing, L.P. v. Shell Energy North America (US), L.P. and BG US Production Company, LLC | 18-30155 | Breach of Contract | UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS ATTN: DAVID J. BRADLEY, CLERK OF THE COURT P.O. BOX 61010 HOUSTON, TX 77208 | Pending |
| Effective Exploration, LLC v. Bluestone Natural Resources II, LLC, Enervest Operating LLC, Vantage Fort Worth Energy, LLC, Trinity River Energy Operating, LLC, Trinity River Energy, LLC, EXCO Operating Company, IP and EXCO Resources, Inc. | 2:16-cv-00607 (lead case) 2:16-cv-00608 2:16-cv-00609 2:16-cv-00610 2:16-cv-00611 | Patent Infringement Claims | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRIC OF TEXAS MARSHALL DIVISION SAM B. HALL JR. FEDERAL BUILDING UNITED STATES COURTHOUSE 100 EAST HOUSTON STREET ROOM 125 MARSHALL, TX 75670 | Concluded |
| Rodney Fisher, Individual and On Behalf of Others Similarly Situated v. EXCO Resources, Inc. | 3:17-cv-00271 | Indemnified Claim/Employment Wage Claim | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS DALLAS DIVISION ATTN: HON. BARBARA M.G. LYNN & KAREN MITCHELL 1100 COMMERCE STREET ROOM 1452 DALLAS, TX 75242 | Pending |
| The Parish of Cameron v. Apache Corporation (of Delaware), Badger Oil Corporation, BP America Production Company, Central Resources, Inc., Chevron U.S.A., Inc., Covey Energy, Inc., Diasu Oil & Gas Company, Inc., EXCO Resources, Inc., Great Southern Oil & Gas Company, Inc., Iberia Operating Corporation, Oleum Operating Company, L.C., Samuel Gary JR. & Associates, Inc., Shell Oil Company, SWEPI LP, Transco Exploration Company, WEC Onshore, LLC and Zadeck Energy Group, Inc. | 2:16-cv-00538 | Environmental Claim | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA LAKE CHARLES DIVISION UNITED STATES DISTRICT JUDGE 611 BROAD ST. SUITE 328 LAKE CHARLES, LA 70601 | Pending |

Debtor Name:          EXCO Resources, Inc.                                        Case Number:        18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 3, Question 7:** Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

| Case Title | Case Number | Nature of case | Court or agency's name and address | Status Of Case |
|---|---|---|---|---|
| The Parish of Cameron v. BEPCO, L.P., Anadarko E&P Onshore, LLC, Apache Corporation, BP America Production Company, Central Resources, Inc., Chevron Pipe Line Company, Chevron U.S.A. Holdings, Inc., Chevron US.A., Inc., Conoco Phillips Company, Davis Oil & Gas, Inc., Estate of William G. Helis, Exchange Oil & Gas Corporation, EXCO Resources, Inc., EXXON Mobil Corporation, Freeport Sulphur Company, Freeport-McMoran Oil & Gas L.L.C., Gas Transportation Corporation, Graham Royalty, LTD, Hilcorp Energy Company, Linder Oil Company, A Partership, LLOG Exploration & Production Company, L.L.C., Lyons Petroleum, Inc., Marsh Engineering, Inc., Mobil Oil Exploration & Producing Southeast Inc., Mosaic Global Hodlings, Inc., Shoreline Southeast LLC, The Louisiana land and Exploration Company, LLC, The Texas Company, Transco Exploration Company, White Oak Operating Company, LLC, Whiting Petroleum Corporation, Xplor Energy Operating Company and XTO Energy Inc. | 2:16-cv-00536 | Environmental Claim | UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA LAKE CHARLES DIVISION UNITED STATES DISTRICT JUDGE 611 BROAD ST. SUITE 328 LAKE CHARLES, LA 70601 | Pending |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 5, Question 10:** All losses from fire, theft, or other casualty within 1 year before filing this case

| Description of property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
| --- | --- | --- | --- |

In the year prior to filing the case the Debtor's did not have any losses that rose to the level of an insurable claim under applicable policies. However, the Debtors did incur de minimis losses in the ordinary course of business due to, among other causes, minor spills, theft, equipment damage and equipment lost downhole. The majority of the losses related to spill remediation. Given the immaterial nature of these losses, the Debtors generally do not maintain records of the respective monetary amounts of such losses. Based on available information, in the year prior to the filing date the Debtors estimate that (i) the average amount the Debtors paid for such losses on an individual basis was less than $15,000 and (ii) the total amount the Debtors paid for all such losses was less than $600,000. However, significant proportions of these amounts were paid by the Debtors on behalf of working interest partners and other third parties and therefore ultimately recovered by the Debtors through net payments or joint-interest billings.

| Debtor Name: | EXCO Resources, Inc. | | | Case Number: | 18-30155 (MI) |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 11:** Payments related to bankruptcy

| Creditor's Name and Address | Email or website address | Who made the payment if not debtor? | If not money describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|---|
| ALVAREZ & MARSAL TAX AND LLC ATTN: LIZ CARRINGTON 600 MADISON AVENUE 8TH FLOOR NEW YORK, NY 10022 | http://www.alvarezandmarsal.com/ | | | VARIOUS | $2,810,256.87 |
| CREDIT SUISSE SECURITIES USA, LLC 1 MADISON AVENUE 4TH FLOOR TAX DEPARTMENT NEW YORK, NY 10010 | http://www.credit-suisse.com/ | | | VARIOUS | $7,493,078.19 |
| EPIQ SYSTEMS ACQUISITION INC 777 THIRD AVENUE 11TH FLOOR NEW YORK, NY 10017 | http://www.epiqglobal.com/ | | | VARIOUS | $100,000.00 |
| EVERCORE GROUP LLC C/O AP DEPARTMENT PO BOX 5319 NEW YORK, NY 10150 | http://www.evercore.com/ | | | VARIOUS | $2,471.41 |
| HAYNES AND BOONE LLP P O BOX 841399 DALLAS, TX 75284-1399 | http://www.haynesboone.com/ | | | VARIOUS | $236,227.20 |
| KIRKLAND AND ELLIS LLP 300 N LA SALLE DR CHICAGO, IL 60654-3406 | http://www.kirkland.com/ | | | VARIOUS | $4,164,579.83 |
| PJT PARTNERS LP 280 PARK AVENUE 16TH FLOOR NEW YORK, NY 10017 | http://www.pjtpartners.com/ | | | VARIOUS | $3,667,863.94 |
| SEAPORT GLOBAL SECURITIES LLC 400 POYDRAS STREET SUITE 3100 NEW ORLEANS, LA 70130 | http://www.seaportglobal.com/ | | | VARIOUS | $649,754.73 |
| TOWERS WATSON DELAWARE INC LOCKBOX 28025 28025 NETWORK PLACE CHICAGO, IL 60673-1280 | http://www.towerswatson.com/ | | | VARIOUS | $75,000.00 |
| WRIGHT AND COMPANY INC TWELVE CADILLAC DRIVE SUITE 260 BRENTWOOD, TN 37027 | http://wrightandcompany.com/ | | | VARIOUS | $75,000.00 |

Debtor Name:          EXCO Resources, Inc.                                    Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 6, Question 13:** Transfers not already listed on this statement

| Creditor's Name & Address | Relationship to debtor | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| ADMIRAL A HOLDING L.P., TE ADMIRAL A HOLDING L.P., AND COLT ADMIRAL A HOLDING L.P. 600 TRAVIS STREET SUITE 7200 HOUSTON, TX 77002 | Working Interest/Joint Operating Partner | In exchange for the settlement of litigation, the applicable debtors paid the beneficiaries $428,475 and conveyed certain specified percentages of certain oil and gas leases and wells in the Zavala and Frio counties of Texas to the beneficiaries. | 07/25/2016 | $23,200,000 |
| BLACKBRUSH OIL & GAS, L.P. 18615 TUSCANY STONE SUITE 300 SAN ANTONIO, TX 78258 | Seller | Debtor sold to BlackBrush certain surface acreage and oil and gas leases and wells and related assets in Karnes County, Texas. | 09/18/2017 | $325,000,000 |

Debtor Name:          EXCO Resources, Inc.                                    Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 10, Question 20:** Off-premises storage

| Facility Name & Address | Name of anyone with access to it | Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| BAKER HUGHES A GE COMPANY (CORPUS CHRISTI) 17021 ALDINE WESTFIELD HOUSTON 77073 | Various EXCO Employees | 341 LANTANA ST, CORPUS CHRISTI, TX 78408 | Wellhead and production tree valves and parts for STX | Yes |
| BAKER HUGHES A GE COMPANY (KEITHVILLE) 17021 ALDINE WESTFIELD HOUSTON 77073 | Various EXCO Employees | 3245 STAGE COACH RD, KEITHVILLE, LA 71047 | Wellhead and production tree valves and parts for ETX/NLA | Yes |
| CCG 3311 SOUTH US HIGHWAY SCHULENBURG 78956 | Various EXCO Employees | 3311 SOUTH US HIGHWAY 77, SCHULENBURG, TX 78956 | Geological data | Yes |
| COMMON DISPOSAL P.O. BOX 1871 CENTER 75935 | Various EXCO Employees | 1000 US HWY 96 N, SAN AUGUSTINE, TX 75972 | Production meter runs staged for new well installation | Yes |
| FRONTIER TUBULAR 15370 BEAUMONT HWY HOUSTON 77049 | Various EXCO Employees | 15370 BEAUMONT HWY, HOUSTON, TX 77049 | Production tubing modified with special clearance couplings | Yes |
| IRON MOUNTAIN 4117 PINNACLE DRIVE DALLAS 75211 | Various EXCO Employees | 4117 PINNACLE POINT DRIVE, DALLAS, TX 75211 | Paper document/records | Yes |
| MILLER TUBULAR 805 AERO DR SHREVEPORT 71107 | Various EXCO Employees | 805 AERO DR, SHREVEPORT, LA 71107 | Inspected used production tubing | Yes |
| NOV TUBOSCOPE (TUBOSCOPE SOUTH) 2835 HOLMES ROAD HOUSTON 77051 | Various EXCO Employees | 9015 SHELDON RD, HOUSTON, TX 77049 | Damaged rig returned OCTG | No |
| VIAWEST 6400 S. FIDDLER'S GREEN CIRCLE GREENWOOD VILLAGE 80111 | Various EXCO Employees | 3010 WATERVIEW PKWY, RICHARDSON, TX 75080 | IT equipment, servers, routers, management devices, network storage | Yes |

Debtor Name: EXCO Resources, Inc.                                          Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 11, Question 21:** Property held for another

| Creditor's Name & Address | Location of the property | Description of the property | Value |
|---|---|---|---|
| EXCO APPALACHIA MIDSTREAM<br>12377 MERIT DRIVE, SUITE 1700<br>DALLAS, TX 75251 | JPMORGAN CHASE<br>270 PARK AVE<br>NEW YORK, NY 10007 | Bank Account for Appalachia JV | $201,677.00 |
| EXCO RESOURCES (PA), LLC<br>12377 MERIT DRIVE, SUITE 1700<br>DALLAS, TX 75251 | JPMORGAN CHASE<br>270 PARK AVE<br>NEW YORK, NY 10007 | Bank Account for Appalachia JV | $10,274,049.00 |

Debtor Name:          EXCO Resources, Inc.                                                    Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 12, Question 22:** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

| Case Title | Case Number | Creditor's Name & Address | Nature of the case | Status of case |
|---|---|---|---|---|
| Amsouth 31 #3-Alt & 31 #4-Alt Tank Battery - Caspiana Field | SEXP1200590 | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY PO BOX 4312 BATON ROUGE, LA 70821 | Expedited Penalty Agreement & NOPP | Concluded |
| Black Lake Gas Field Satellite #2 | SAAE040045 | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY PO BOX 4312 BATON ROUGE, LA 70821 | Settlement Agreement | Concluded |
| Holly Beach Field Production Facility | SAAE040045 | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY PO BOX 4312 BATON ROUGE, LA 70821 | Settlement Agreement | Concluded |
| South Pecan Lake Production Facility | SAAE040045 | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY PO BOX 4312 BATON ROUGE, LA 70821 | Settlement Agreement | Concluded |
| South Pecan Lake Production Facility | XPAE060139 | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY PO BOX 4312 BATON ROUGE, LA 70821 | Expedited Penalty Agreement & NOPP | Concluded |
| South Pecan Lake Production Facility | XPAE060139A | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY PO BOX 4312 BATON ROUGE, LA 70821 | Amended Exped Penalty Agreement & NOPP | Concluded |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 12, Question 23:** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

| Site name and address | Governmental unit name and address | Environmental law if known | Date of notice |
|---|---|---|---|
| BLACK LAKE GAS FIELD SATELLITE #2 - BLACK LAKE FIELD<br>GOLDONNA, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY<br>PO BOX 4312<br>BATON ROUGE, LA 70821 | Air | 10/19/2004 |
| SOUTH BLACK BAYOU WEST FIELD FACILITY<br>VINTON, LA | LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY<br>PO BOX 4312<br>BATON ROUGE, LA 70821 | Air | 09/20/2002 |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 12, Question 24:** Has the debtor notified any governmental unit of any release of hazardous material?

| Site name and address | Governmental unit name and address | Environmental law if known | Date of notice |
|---|---|---|---|
| LEASE ROAD LEADING TO NOELKE LEASE IRION, TX | TEXAS RAILROAD COMMISSION PO BOX 12967 AUSTIN, TX 78711 | Spill/Release | 11/05/2012 |

Debtor Name:          EXCO Resources, Inc.                                        Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 25:** Other businesses in which the debtor has or has had an interest

| Business Name & Address | Describe the nature of the business | Employer identification number | Date business existed From | Date business existed To |
|---|---|---|---|---|
| EXCO EQUIPMENT LEASING, LLC<br>12377 MERIT DR<br>SUITE 1700<br>DALLAS, TX 75251 | Equipment leasing company | 27-3141987 | 07/29/2010 | 03/31/2015 |
| EXCO GP PARTNERS OLD, LP<br>12377 MERIT DR<br>SUITE 1700<br>DALLAS, TX 75251 | Holding company | 16-1771262 | 09/05/2006 | Present |
| EXCO HOLDING (PA), INC.<br>12377 MERIT DR<br>SUITE 1700<br>DALLAS, TX 75251 | Holding company | 27-2481745 | 05/28/2010 | Present |
| EXCO HOLDING MLP, INC.<br>12377 MERIT DR<br>SUITE 1700<br>DALLAS, TX 75251 | Holding company | 46-1571972 | 12/12/2012 | Present |
| EXCO MIDCONTINENT MLP, LLC<br>12377 MERIT DR<br>SUITE 1700<br>DALLAS, TX 75251 | Holding company | 26-3950557 | 11/27/2007 | Present |
| EXCO PARTNERS GP, LLC<br>12377 MERIT DR<br>SUITE 1700<br>DALLAS, TX 75251 | Holding company | 16-1771258 | 09/05/2006 | Present |
| EXCO SERVICES, INC.<br>12377 MERIT DR<br>SUITE 1700<br>DALLAS, TX 75251 | Employee services | 26-1432747 | 09/16/2007 | Present |
| RAIDER MARKETING GP, LLC<br>12377 MERIT DR<br>SUITE 1700<br>DALLAS, TX 75251 | Gas marketing and sales | 81-3626366 | 08/10/2016 | Present |
| RAIDER MARKETING, LP<br>12377 MERIT DR<br>SUITE 1700<br>DALLAS, TX 75251 | Gas marketing and sales | 81-3634295 | 08/10/2016 | Present |

Debtor Name: EXCO Resources, Inc.                                          Case Number:   18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 26a:** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

| Name & Address | Dates of service From | Dates of service To |
| --- | --- | --- |
| GAEBE, BRIAN<br>CHIEF ACCOUNTING OFFICER AND CORPORATE<br>CONTROLLER<br>12377 MERIT DRIVE<br>SUITE 1700<br>DALLAS, TX 75251 | 01/01/2016 | Present |
| BURNETT, RICHARD<br>CHIEF FINANCIAL OFFICER AND CHIEF ACCOUNTING<br>OFFICER<br>12377 MERIT DRIVE<br>SUITE 1700<br>DALLAS, TX 75251 | 01/01/2016 | 08/22/2016 |

Debtor Name: EXCO Resources, Inc.                                    Case Number:   18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 26b:** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Name & Address | Dates of service From | Dates of service To |
| --- | --- | --- |
| GAEBE, BRIAN<br>CHIEF ACCOUNTING OFFICER AND CORPORATE CONTROLLER<br>12377 MERIT DRIVE<br>SUITE 1700<br>DALLAS, TX 75251 | 01/01/2016 | Present |
| BURNETT, RICHARD<br>CHIEF FINANCIAL OFFICER AND CHIEF ACCOUNTING OFFICER<br>12377 MERIT DRIVE<br>SUITE 1700<br>DALLAS, TX 75251 | 01/01/2016 | 08/22/2016 |
| KPMG LLP<br>2323 ROSS AVENUE<br>SUITE 1400<br>DALLAS, TX 75201 | 01/01/2016 | Present |

Debtor Name:          EXCO Resources, Inc.                                              Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 26c:** Firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Name and Address | If any books of account and records are unavailable explain why |
|---|---|
| GAEBE, BRIAN<br>CHIEF ACCOUNTING OFFICER AND CORPORATE CONTROLLER<br>12377 MERIT DRIVE<br>SUITE 1700<br>DALLAS, TX 75251 | |
| KPMG LLP<br>2323 ROSS AVENUE<br>SUITE 1400<br>DALLAS, TX 75201 | |

Debtor Name:          EXCO Resources, Inc.                              Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 26d:** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Name & Address |
| --- |

Pursuant to the requirements of the Securities Exchange Act of 1934, at the end of each of its fiscal quarters and years and upon the occurrence of significant events, EXCO Resources, Inc. prepares and files with the SEC Form 10-Q Quarterly Reports, Form 10-K Annual Reports, and Form 8K Special Reports (collectively, the "SEC Filings"). The SEC Filings contain consolidated financial information relating to the Debtor and its affiliates. Additionally, the Debtors have historically provided information such as annual reports on their website. Because the SEC Filings and other reports are of public record, the Debtor does not maintain records of the parties who requested or obtained copies of any of the SEC Filings from the SEC, the Debtor or other sources.

Debtor Name: EXCO Resources, Inc.                                    Case Number:   18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 28:** Debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and Address | Position and nature of any interest | % of interest if any |
|---|---|---|
| EDELEN, RONALD G.<br>12377 MERIT DR.<br>SUITE 1700<br>DALLAS, TX 75251 | Vice President of Supply Chain | |
| ESTES, STEVEN L.<br>12377 MERIT DR.<br>SUITE 1700<br>DALLAS, TX 75251 | Vice President of Marketing | |
| FARQUHARSON, TYLER<br>12377 MERIT DR.<br>SUITE 1700<br>DALLAS, TX 75251 | Chief Financial Officer, Treasurer and Vice President | |
| GAEBE, BRIAN N.<br>12377 MERIT DR.<br>SUITE 1700<br>DALLAS, TX 75251 | Chief Accounting Officer and Corporate Controller | |
| HICKEY, HAROLD L.<br>12377 MERIT DR.<br>SUITE 1700<br>DALLAS, TX 75251 | Chief Executive Officer and President | |
| HORTON, ANTHONY R.<br>ADDRESS ON FILE | Director | |
| JAMESON, HAROLD H.<br>12377 MERIT DR.<br>SUITE 1700<br>DALLAS, TX 75251 | Chief Operating Officer and Vice President | |
| KING, RANDALL E.<br>ADDRESS ON FILE | Director | |
| STILLWELL, ROBERT L.<br>ADDRESS ON FILE | Director | |
| SUMMERFIELD, HEATHER L.<br>12377 MERIT DR.<br>SUITE 1700<br>DALLAS, TX 75251 | General Counsel, Secretary and Vice President | |

Debtor Name: EXCO Resources, Inc.                                                    Case Number: 18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 29:** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

| Name and address | Position and nature of any interest | Period during which position or interest was held From | Period during which position or interest was held To |
|---|---|---|---|
| FORD, JAMES B.<br>ADDRESS ON FILE | Director | 12/01/2007 | 09/20/2017 |
| MITCHELL, SAMUEL A.<br>ADDRESS ON FILE | Director | 06/11/2013 | 09/20/2017 |
| ROSS, WILBUR<br>ADDRESS ON FILE | Director | 03/02/2012 | 02/28/2017 |
| TOY, STEPHEN J.<br>ADDRESS ON FILE | Director | 03/01/2017 | 10/06/2017 |
| WILDER, C. JOHN<br>ADDRESS ON FILE | Director and Executive Chairman | 09/08/2015 | 11/08/2017 |
| ENERGY STRATEGIC ADVISORY SERVICES, L.L.C.<br>200 CRESCENT COURT<br>SUITE 1900<br>DALLAS, TX 75201 | Equity Holder | Various | Various |
| HAMBLIN WATSA INVESTMENT COUNSEL LTD.<br>95 WELLINGTON STREET WEST<br>SUITE 800<br>TORONTO, ON M5J 2N7<br>CANADA | Equity Holder | Various | Various |
| OAKTREE CAPITAL MANAGEMENT, L.P.<br>OCM EXCO HOLDINGS, LLC<br>333 S. GRAND AVENUE<br>28TH FLOOR<br>LOS ANGELES, CA 90071 | Equity Holder | Various | Various |

Debtor Name:          EXCO Resources, Inc.                                              Case Number:          18-30155 (MI)

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

**Part 13, Question 30:** Payments, distributions, or withdrawals credited or given to insiders

| Name and address of recipient | Relationship to debtor | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| Please refer to Statement of Financial Affairs question 4. | | | | |