IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Re:  Docket No. 276 |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR MARCH 7, 2018 HEARING**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on March 7, 2018, at 1:30 p.m. (prevailing Central Time) (the "Hearing") as follows:[2]

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Lansford O. Ireson;

2. Any witness listed by any other party;

3. Rebuttal witnesses as necessary; and

4. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases (the "Bankruptcy Cases"), along with the last four digits of each Debtor's federal tax identification number, include:  EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295).  The location of the Debtors' service address is:  12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

[2] The Debtors reserve their right to amend, supplement, and/or modify this *Debtors' Witness and Exhibit List for Matters Set for March 7, 2018 Hearing* in their discretion prior to the Hearing or any continued hearing.

**EXHIBITS**

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | The Petition [Docket No. 380-1, Ex. A] | | | | | | |
| 2. | MSA [Docket No. 380-2, Ex. B] | | | | | | |
| 3. | EXCO Declaratory Judgment Petition [Docket No. 380-3, Ex. C] | | | | | | |
| 4. | Any exhibit introduced by any other party | | | | | | |
| 5. | Rebuttal exhibits as necessary | | | | | | |

|  |  |
|---|---|
| Dated: March 5, 2018 | Respectfully Submitted,<br><br>*/s/ Christopher T. Greco*<br>Christopher T. Greco (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          christopher.greco@kirkland.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Alexandra Schwarzman (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                    alexandra.schwarzman@kirkland.com<br><br>- and -<br><br>Marcus A. Helt (TX 24052187)<br>Telephone:   (214) 999-4526<br>Facsimile:    (214) 999-3526<br>Email:          mhelt@gardere.com<br>Michael K. Riordan (TX: 24070502)<br>Telephone:   (713) 276-5178<br>Facsimile:    (713) 276-6178<br>Email:          mriordan@gardere.com<br>**GARDERE WYNNE SEWELL LLP**<br>1000 Louisiana St., Suite 2000<br>Houston, Texas 77002<br><br>*Counsel for the Debtors and Debtors in Possession* |

**Certificate of Service**

    I certify that on March 5, 2018 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ Christopher T. Greco*
                                            One of Counsel