IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |

### DEBTORS' WITNESS AND EXHIBIT LIST FOR MARCH 29, 2018 HEARING

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on March 29, 2018, at 1:30 p.m. (prevailing Central Time) (the "Hearing") as follows:

### WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Heather Summerfield;

2. Geoffrey Bracken

3. Winn Carter;

4. Any witness listed by any other party;

5. Rebuttal witnesses as necessary; and

6. The Debtors reserve the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these chapter 11 cases (the "Bankruptcy Cases"), along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

**EXHIBITS**

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Defendants' and Counter Plaintiffs' Motion for Traditional Partial Summary Judgment (Exhibit A to Bankr. Dkt. 438) | | | | | | |
| 2. | Enterprise's Sixth Amended Petition in State Court (Exhibit B to Bankr. Dkt. 438) | | | | | | |
| 3. | Third Amended and Restated Bylaws of EXCO Resources, Inc. (Exhibit C to Bankr. Dkt. 438) | | | | | | |
| 4. | Amended and Restated Charter of Formation of EXCO Resources, Inc. (Exhibit D to Bankr. Dkt. 438) | | | | | | |
| 5. | Services and Investment Agreement (Exhibit E to Bankr. Dkt. 438) | | | | | | |
| 6. | February 22, 2018 Hearing Transcript (Exhibit F to Bankr. Dkt. 438) | | | | | | |
| 7. | EXCO Answer and Counterclaims (Exhibit G to Bankr. Dkt. 438) | | | | | | |
| 8. | Enterprise and Acadian's Motion to Sever Filed In State Court (Exhibit F to Debtors' Emergency Motion to Extend the Automatic Stay, Adversary Docket No. 2, Along With Exhibits Thereto) | | | | | | |
| 9. | Base Contract for Sale and Purchase of Natural Gas (Exhibit A to Bankr. Dkt. 530) | | | | | | |
| 10. | Tiger pipeline Transaction Confirmation for Immediate Delivery (Exhibit B to Bankr. Dkt. 530) | | | | | | |
| 11. | November Gas Invoices (Exhibit C to Bankr. Dkt. 530) | | | | | | |
| 12. | December Gas Invoices (Exhibit D to Bankr. Dkt. 530) | | | | | | |
| 13. | Demand Letter (Exhibit E to Bankr. Dkt. 530) | | | | | | |
| 14. | Default and Termination Notice (Exhibit F to Bankr. Dkt. 530) | | | | | | |
| 15. | Joint Development Agreement (Exhibit E to Adv. Dkt. 15, Adv. No. 18-03015) | | | | | | |
| 16. | EXCO Response to Shell Demand Letter (Exhibit D to Bankr. Dkt 430] | | | | | | |
| 17. | Notice of Net Settlement Amount (Exhibit H to Adv. Dkt. 15, Adv. No. 18-03015) | | | | | | |
| 18. | Answer (Adv. Dkt. 11, Adv. No. 18-03015) | | | | | | |

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 19. | First Amended Complaint (Adv. Dkt. 15, Adv. No. 18-03015) | | | | | | |
| 20. | Any document or pleading filed in the above captioned main cases or adversary proceedings cited herein | | | | | | |
| 21. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 22. | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to hearing.

Dated: March 27, 2018

Respectfully Submitted,

*/s/ Christopher T. Greco*

Christopher T. Greco (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:          christopher.greco@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Michael B. Slade (TX 24013521)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:          patrick.nash@kirkland.com
                  alexandra.schwarzman@kirkland.com

- and -

Marcus A. Helt (TX 24052187)
Telephone:    (214) 999-4526
Facsimile:    (214) 999-3526
Email:          mhelt@gardere.com
Michael K. Riordan (TX: 24070502)
Telephone:    (713) 276-5178
Facsimile:    (713) 276-6178
Email:          mriordan@gardere.com
**GARDERE WYNNE SEWELL LLP**
1000 Louisiana St., Suite 2000
Houston, Texas 77002

*Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

      I certify that on March 27, 2018 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Christopher T. Greco*
One of Counsel