IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| EXCO RESOURCES, INC., *et al.*,[1] | § § | Case No. 18-30155 (MI) |
| Debtors. | § § § | (Jointly Administered) (Emergency Hearing Requested) |
| EXCO OPERATING COMPANY, LP, EXCO PARTNERS OLP GP, LLC, RAIDER MARKETING, LP, RAIDER MARKETING GP, LLC, AND EXCO RESOURCES, INC., | § § § § § | Adv. Proc. No. 18-03051 (MI) |
| Plaintiffs, | § § | |
| v. | § § | |
| ENTERPRISE PRODUCTS OPERATING LLC, and ACADIAN GAS PIPELINE SYSTEM, | § § § § | |
| Defendants. | § | |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR APRIL 19, 2018 HEARING**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on April 19, 2018, at 1:30 p.m. (prevailing Central Time) (the "Hearing") as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Heather Summerfield;

2. David J. Levy;

3. Any witness listed by any other party;

4. Rebuttal witnesses as necessary; and

5. The Debtors reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Defendants' and Counter Plaintiffs' Motion for Traditional Partial Summary Judgment (Exhibit A to Bankr. Dkt. 438) | | | | | | |
| 2. | Enterprise's Sixth Amended Petition in State Court (Exhibit B to Bankr. Dkt. 438) | | | | | | |
| 3. | Third Amended and Restated Bylaws of EXCO Resources, Inc. (Exhibit C to Bankr. Dkt. 438) | | | | | | |
| 4. | Amended and Restated Charter of Formation of EXCO Resources, Inc. (Exhibit D to Bankr. Dkt. 438) | | | | | | |
| 5. | Services and Investment Agreement (Exhibit E to Bankr. Dkt. 438) | | | | | | |
| 6. | February 22, 2018 Hearing Transcript (Exhibit F to Bankr. Dkt. 438) | | | | | | |
| 7. | EXCO Answer and Counterclaims (Exhibit G to Bankr. Dkt. 438) | | | | | | |
| 8. | Enterprise and Acadian's Motion to Sever Filed In State Court (Exhibit F to Debtors' Emergency Motion to Extend the Automatic Stay, Adversary Docket No. 2, Along With Exhibits Thereto) | | | | | | |
| 9. | Bluescape Resources Company, LLC Indemnity Demand Letter | | | | | | |
| 10. | Bluescape's Objection to Enterprise's Lift Stay Motion (Bankr. Dkt. 552) | | | | | | |

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 11. | Any document or pleading filed in the above captioned main cases or adversary proceedings cited herein | | | | | | |
| 12. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 13. | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to hearing.

|  |  |
|---|---|
| Dated: April 18, 2018 | Respectfully Submitted, |
|  | */s/ Christopher T. Greco* |
|  | Christopher T. Greco (admitted *pro hac vice*) |
|  | **KIRKLAND & ELLIS LLP** |
|  | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|  | 601 Lexington Avenue |
|  | New York, New York 10022 |
|  | Telephone:   (212) 446-4800 |
|  | Facsimile:    (212) 446-4900 |
|  | Email:          christopher.greco@kirkland.com |
|  |  |
|  | - and - |
|  |  |
|  | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
|  | Michael B. Slade (TX 24013521) |
|  | Alexandra Schwarzman (admitted *pro hac vice*) |
|  | **KIRKLAND & ELLIS LLP** |
|  | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|  | 300 North LaSalle |
|  | Chicago, Illinois 60654 |
|  | Telephone:   (312) 862-2000 |
|  | Facsimile:    (312) 862-2200 |
|  | Email:          patrick.nash@kirkland.com |
|  |                     alexandra.schwarzman@kirkland.com |
|  |  |
|  | - and - |
|  |  |
|  | Marcus A. Helt (TX 24052187) |
|  | Michael K. Riordan (TX: 24070502) |
|  | **FOLEY GARDERE** |
|  | 1000 Louisiana St., Suite 2000 |
|  | Houston, Texas 77002 |
|  | Telephone:   (214) 999-4526 |
|  | Facsimile:    (214) 999-3526 |
|  | Email:          mhelt@foley.com |
|  |                     mriordan@foley.com |
|  |  |
|  | *Counsel for the Debtors and Debtors in Possession* |

**Certificate of Service**

      I certify that on April 18, 2018 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Christopher T. Greco*
One of Counsel