# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>EXCO RESOURCES, INC., et al.,[1]<br><br>Debtors.<br><br>———<br><br>EXCO OPERATING COMPANY, LP, EXCO PARTNERS OLP GP, LLC, RAIDER MARKETING, LP, RAIDER MARKETING GP, LLC, AND EXCO RESOURCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE PRODUCTS OPERATING LLC, and ACADIAN GAS PIPELINE SYSTEM,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § | Chapter 11<br><br>Case No. 18-30155 (MI)<br><br>(Jointly Administered)<br><br><br><br><br><br><br><br>Adv. Proc. No. 18-03051 (MI) |

**ENTERPRISE PRODUCTS OPERATING LLC AND ACADIAN GAS PIPELINE SYSTEM'S EXHIBIT AND WITNESS LIST FOR APRIL 19, 2018 HEARING**

[Relates to Docket No. 276 and Adv. Docket No. 2]

Enterprise Products Operating LLC ("Enterprise") and Acadian Gas Pipeline System ("Acadian") (collectively, the "Enterprise Parties") file this Exhibit and Witness List for the matters set for hearing relating to the Enterprise Parties on **April 19, 2018, at 1:30 p.m. (CT)** (the "Hearing").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

[2] Other than the updated hearing date, this Exhibit and Witness List is the same as the list filed previously by the Enterprise Parties at Docket No. 551 in Case No. 18-30155 and at Docket No. 13 in Adversary No. 18-3051.

**EXHIBITS**

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Supplemental Certificate of Service to Enterprise Products Operating LLC and Acadian Gas Pipeline System's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) [Docket No. 280] | | | | | | |
| 2. | Letter dated September 1, 2016 from Raider Marketing LP [Docket No. 276-1] | | | | | | |
| 3. | Enterprise Parties' Sixth Amended Petition in the State Court Action [Docket No. 276-2 through 276-7] | | | | | | |
| 4. | EXCO Parties' Second Amended Counterclaim in the State Court Action [Docket No. 276-8] | | | | | | |
| 5. | Email Correspondence from Trial Coordinator for the 157th State District Court [Docket No. 276-9] | | | | | | |
| 6. | Stipulation and Order as to Admissibility of Evidence [Docket No. 544] with Summary Exhibits 1 through 7 attached thereto (see below) | | | | | | |
| 7. | Exhibit 1 - Summary of Court Papers [Docket No. 544-1] | | | | | | |
| 8. | Exhibit 2 - Summary of Hearing Transcripts [Docket No. 544-2] | | | | | | |
| 9. | Exhibit 3 - Summary of Discovery [Docket No. 544-3] | | | | | | |
| 10. | Exhibit 4 - Summary of Document Productions [Docket No. 544-4] | | | | | | |
| 11. | Exhibit 5 - Summary of Expert Designations [Docket No. 544-5] | | | | | | |

HOU:3880824.1

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 12. | Exhibit 6 - Summary of Deposition Transcripts [Docket No. 544-6] | | | | | | |
| 13. | Exhibit 7 - Summary of Correspondence [Docket No. 544-7] | | | | | | |
| 14. | Stipulation and Agreed Order Resolving Enterprise Products Operating LLC's and Acadian Gas Pipeline System's Objection to Debtors' Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts Effective *Nunc Pro Tunc* to the Petition Date [Docket No. 545] | | | | | | |
| 15. | Transcript of Deposition of Heather Summerfield on Mar. 27, 2018. | | | | | | |
| 16. | Notice of Deposition of Heather Summerfield (Depo. Ex. 1) | | | | | | |
| 17. | Cover and excerpt of Services and Investment Agreement, dated 3/31/15, beginning Bates No. DEFENDANTS0192699, ending Bates No. DEFENDANTS0192751, eight pages (Depo. Ex. 2) | | | | | | |
| 18. | Cover and excerpt of deposition transcript of Brian Nicholas Gaebe, taken 10/4/17, eight pages (Depo. Ex. 3) | | | | | | |
| 19. | Cover and excerpt of deposition transcript of Becky Lopez, taken 7/26/17, seven pages (Depo. Ex. 4) | | | | | | |
| 20. | Cover and excerpt of deposition transcript of Cecilia Ann Troupe, taken 8/17/17, seven pages (Depo. Ex. 5) | | | | | | |
| 21. | Cover and excerpt of deposition transcript of Lori Ann Kanaman, taken 9/14/17, eight pages (Depo. Ex. 6) | | | | | | |
| 22. | Dec. 21, 2017 Letter to Judge Wilson from J. Deis | | | | | | |

3

HOU:3880824.1

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 23. | Dec. 11, 2017 Email with attachment to EXCO's counsel from J. Deis, Re: "Enterprise v. EXCO et al: Revised Docket Control Order" | | | | | | |
| 24. | September 21, 2017 Hearing Transcript in State Court Action | | | | | | |
| 25. | September 26, 2017 Hearing Transcript in State Court Action | | | | | | |
| 26. | October 18, 2017 Hearing Transcript in State Court Action | | | | | | |
| 27. | March 31, 2015 ESAS Agreement | | | | | | |
| 28. | November 9, 2017 EXCO's FORM 8K | | | | | | |
| 29. | April 2, 2015 EXCO's FORM 8K | | | | | | |
| 30. | March 2, 2016 EXCO's FORM 10K 2015 | | | | | | |
| 31. | March 17, 2016 Email DEFENDANTS0176919 | | | | | | |
| 32. | Transcript of B. Lopez Deposition, July 26, 2017 | | | | | | |
| 33. | May 25, 2015 Email DEFENDANTS0188636 | | | | | | |
| 34. | August 27, 2016 Email BEP0023467 | | | | | | |
| 35. | September 19, 2016 Email BEP0013340 | | | | | | |
| | Any exhibit introduced by any other party | | | | | | |
| | Rebuttal exhibits as necessary | | | | | | |

HOU:3880824.1

## **WITNESSES**

The Enterprise Parties may call the following witnesses at the Hearing:

1. John J. Deis, Hicks Thomas LLP.

2. Rebuttal witnesses as necessary.

3. Any witness listed by any other party.

The Enterprise Parties reserve their right to amend or supplement this Exhibit and Witness List as necessary in advance of the Hearing.

Dated:  April 18, 2018               Respectfully submitted,

**HUNTON ANDREWS KURTH LLP**

/s/ Joseph W. Buoni
Robin Russell (Texas Bar No. 17424001)
Joseph W. Buoni (Texas Bar No. 24072009)
Ashley L. Harper (Texas Bar No. 24065272)
600 Travis Street, Suite 4200
Houston, Texas  77002
Telephone:    (713) 220-4200
Facsimile:    (713) 220-4285
Email:          RRussell@HuntonAK.com
                    josephbuoni@HuntonAK.com
                    ashleyharper@HuntonAK.com

-and-

**HICKS THOMAS LLP**

Paul L. Mitchell (Texas Bar No. 14217920)
John J. Deis (Texas Bar No. 24028289)
Nick Zugaro (Texas Bar No. 24070905)
700 Louisiana, Suite 2000
Houston, Texas 77002
Telephone:    (713) 547-9100
Facsimile:    (713) 547-9150
Email:          pmitchell@hicks-thomas.com
                    jdeis@hicks-thomas.com
                    nzugaro@hicks-thomas.com

*Counsel for Enterprise Products Operating LLC and Acadian Gas Pipeline System*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on April 18, 2018, a true and correct copy of the foregoing document was served via the Court's CM/ECF notification system on the parties registered to receive electronic notices in this case.

                                               By:    /s/ Joseph W. Buoni
                                                         Joseph W. Buoni

HOU:3880824.1