# EXHIBIT N

# July Gas Invoice



**BUYER:**
Enterprise Products Operating LLC
P.O. Box 4324
Houston, TX  77210-4324
United States

Contact:   Dustin Wedelich
Email:     dlwedelich@eprod.com
Phone:    (713) 381-7819
Fax:        (281) 887-7212

**SELLER:**
EXCO Operating Company, LP
12377 Merit Drive
Suite 1700
Dallas, TX  75251
United States

Contact:   BackOffice EXCO
Email:     backoffice@excoresources.com
Phone:    (214) 706-3348
Fax:        (214) 438-1401

**Remit To:**
EXCO Operating Company, LP
JPMorgan Chase Bank
Payment by E.F.T.:
ABA #: 021000021
Wire :021000021
Acct #: 725671291

Customer#:  65940
Remittance#: 296173
Delivery Period: Jul-16
Invoice Date: 08/10/2016
Due Date: 08/25/2016
Currency: USD

| Deal Num | Description | Buy / Sell | Trader | Pipeline | Meter ID | Location | Start/End Dates | | Price ($) | Volume | Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 201969 | COMM-PHYS - Fuel Reimbursement | Buy | bnorris | | | | 1 | 31 | 0.0144 | 2,326,500  MM | 33,483.28 |
| | | | | | | | | | Sub Total | 2,326,500  MM | $33,483.28 |
| | | | | | | | | | Total | 2,326,500  MM | $33,483.28 |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 1 | 31 | 2.6168 | (414,000) MM | (1,083,334.50) |
| | | | | **Cheasapeake Converse CDP** | | | | | Sub Total | (414,000)MM | $(1,083,334.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 1 | 31 | 2.6168 | (421,084) MM | (1,101,871.56) |
| | | | | **KinderHawk Red River** | | | | | Sub Total | (421,084)MM | $(1,101,871.56) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 1 | 31 | 2.6168 | (1,491,416) MM | (3,902,662.82) |
| | | | | **TGGT DeSoto** | | | | | Sub Total | (1,491,416)MM | $(3,902,662.82) |
| | | | | **ACADIAN** | | | | | Total | (2,326,500)MM | $(6,087,868.88) |

**Enterprise Products Operating LLC will remit the following amount:**         (6,054,385.60)  USD

## Daily Financial Details

Invoice #:     296173

| Deal Num | Description | Buy / Sell | Trader | Pipeline | Meter ID | Location | Start/End Dates | | Price ($) | Volume | | Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 1 | 1 | 2.6168 | 20,000 | MM | (52,335.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 2 | 2 | 2.6168 | 20,000 | MM | (52,335.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 3 | 3 | 2.6168 | 20,000 | MM | (52,335.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 4 | 4 | 2.6168 | 20,000 | MM | (52,335.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 5 | 5 | 2.6168 | 20,000 | MM | (52,335.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 6 | 6 | 2.6168 | 10,000 | MM | (26,167.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 7 | 7 | 2.6168 | 10,000 | MM | (26,167.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 8 | 8 | 2.6168 | 12,250 | MM | (32,055.19) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 9 | 9 | 2.6168 | 12,250 | MM | (32,055.19) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 10 | 10 | 2.6168 | 12,250 | MM | (32,055.19) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 11 | 11 | 2.6168 | 12,250 | MM | (32,055.19) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 12 | 12 | 2.6168 | 12,250 | MM | (32,055.19) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 13 | 13 | 2.6168 | 12,250 | MM | (32,055.19) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 14 | 14 | 2.6168 | 12,500 | MM | (32,709.38) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 15 | 15 | 2.6168 | 12,500 | MM | (32,709.38) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 16 | 16 | 2.6168 | 12,500 | MM | (32,709.38) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 17 | 17 | 2.6168 | 12,500 | MM | (32,709.38) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 18 | 18 | 2.6168 | 12,500 | MM | (32,709.38) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 19 | 19 | 2.6168 | 12,500 | MM | (32,709.38) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 20 | 20 | 2.6168 | 12,000 | MM | (31,401.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 21 | 21 | 2.6168 | 12,000 | MM | (31,401.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 22 | 22 | 2.6168 | 10,000 | MM | (26,167.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 23 | 23 | 2.6168 | 10,000 | MM | (26,167.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 24 | 24 | 2.6168 | 10,000 | MM | (26,167.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 25 | 25 | 2.6168 | 10,000 | MM | (26,167.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 26 | 26 | 2.6168 | 10,000 | MM | (26,167.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 27 | 27 | 2.6168 | 14,000 | MM | (36,634.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 28 | 28 | 2.6168 | 14,000 | MM | (36,634.50) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 29 | 29 | 2.6168 | 14,500 | MM | (37,942.88) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 30 | 30 | 2.6168 | 14,500 | MM | (37,942.88) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1405 | Cheasapeake Converse CDP | 31 | 31 | 2.6168 | 14,500 | MM | (37,942.88) |
| | | | | | | **Cheasapeake Converse CDP** | | **Sub Total** | | **414,000** | MM | **$(1,083,334.50)** |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 1 | 1 | 2.6168 | 13,136 | MM | (34,373.63) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 2 | 2 | 2.6168 | 13,136 | MM | (34,373.63) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 3 | 3 | 2.6168 | 13,136 | MM | (34,373.63) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 4 | 4 | 2.6168 | 13,136 | MM | (34,373.63) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 5 | 5 | 2.6168 | 13,136 | MM | (34,373.63) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 6 | 6 | 2.6168 | 13,136 | MM | (34,373.63) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 7 | 7 | 2.6168 | 13,136 | MM | (34,373.63) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 8 | 8 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 9 | 9 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 10 | 10 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 11 | 11 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 12 | 12 | 2.6168 | 13,743 | MM | (35,962.00) |

## Daily Financial Details

Invoice #:   296173

| Deal Num | Description | Buy / Sell | Trader | Pipeline | Meter ID | Location | Start/End Dates | | Price ($) | Volume | | Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 13 | 13 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 14 | 14 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 15 | 15 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 16 | 16 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 17 | 17 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 18 | 18 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 19 | 19 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 20 | 20 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 21 | 21 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 22 | 22 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 23 | 23 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 24 | 24 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 25 | 25 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 26 | 26 | 2.6168 | 13,743 | MM | (35,962.00) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 27 | 27 | 2.6168 | 13,603 | MM | (35,595.65) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 28 | 28 | 2.6168 | 13,603 | MM | (35,595.65) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 29 | 29 | 2.6168 | 13,603 | MM | (35,595.65) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 30 | 30 | 2.6168 | 13,603 | MM | (35,595.65) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1400 | KinderHawk Red River | 31 | 31 | 2.6168 | 13,603 | MM | (35,595.65) |
| | | | | | | **KinderHawk Red River** | **Sub Total** | | | **421,084** | **MM** | **$(1,101,871.56)** |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 1 | 1 | 2.6168 | 41,864 | MM | (109,547.62) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 2 | 2 | 2.6168 | 41,864 | MM | (109,547.62) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 3 | 3 | 2.6168 | 41,864 | MM | (109,547.62) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 4 | 4 | 2.6168 | 41,864 | MM | (109,547.62) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 5 | 5 | 2.6168 | 41,864 | MM | (109,547.62) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 6 | 6 | 2.6168 | 51,864 | MM | (135,715.12) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 7 | 7 | 2.6168 | 51,864 | MM | (135,715.12) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 8 | 8 | 2.6168 | 49,007 | MM | (128,239.07) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 9 | 9 | 2.6168 | 49,007 | MM | (128,239.07) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 10 | 10 | 2.6168 | 49,007 | MM | (128,239.07) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 11 | 11 | 2.6168 | 49,007 | MM | (128,239.07) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 12 | 12 | 2.6168 | 49,007 | MM | (128,239.07) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 13 | 13 | 2.6168 | 49,007 | MM | (128,239.07) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 14 | 14 | 2.6168 | 48,757 | MM | (127,584.88) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 15 | 15 | 2.6168 | 48,757 | MM | (127,584.88) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 16 | 16 | 2.6168 | 48,757 | MM | (127,584.88) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 17 | 17 | 2.6168 | 48,757 | MM | (127,584.88) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 18 | 18 | 2.6168 | 48,757 | MM | (127,584.88) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 19 | 19 | 2.6168 | 48,757 | MM | (127,584.88) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 20 | 20 | 2.6168 | 49,257 | MM | (128,893.25) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 21 | 21 | 2.6168 | 49,257 | MM | (128,893.25) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 22 | 22 | 2.6168 | 51,257 | MM | (134,126.75) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 23 | 23 | 2.6168 | 51,257 | MM | (134,126.75) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 24 | 24 | 2.6168 | 51,257 | MM | (134,126.75) |

**Daily Financial Details**
Invoice #:    296173

| Deal Num | Description | Buy / Sell | Trader | Pipeline | Meter ID | Location | Start Dates | End Dates | Price ($) | Volume | Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 25 | 25 | 2.6168 | 51,257 MM | (134,126.75) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 26 | 26 | 2.6168 | 51,257 MM | (134,126.75) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 27 | 27 | 2.6168 | 47,397 MM | (124,026.10) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 28 | 28 | 2.6168 | 47,397 MM | (124,026.10) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 29 | 29 | 2.6168 | 47,397 MM | (124,026.10) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 30 | 30 | 2.6168 | 47,397 MM | (124,026.10) |
| 201969 | COMM-PHYS - Commodity | Buy | bnorris | ACADIAN | HN1403 | TGGT DeSoto | 31 | 31 | 2.6168 | 47,397 MM | (124,026.10) |
| | | | | | | **TGGT DeSoto** | | **Sub Total** | | **1,491,416** MM | **$(3,902,662.82)** |
| | | | | | | **ACADIAN** | | **Total** | | **2,326,500** MM | **$(6,087,868.88)** |

CONFIDENTIAL                                                                                                                                                   DEFENDANTS0074708