IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| EXCO RESOURCES, INC., *et al.*,[1] | § § | Case No. 18-30155 (MI) |
| Debtors. | § § § | (Jointly Administered) |

**NOTICE OF (A) DISCLOSURE STATEMENT HEARING
AND (B) DEADLINE FOR FILING OBJECTIONS TO APPROVAL OF THE
DISCLOSURE STATEMENT AND DISCLOSURE STATEMENT MOTION**

**PLEASE TAKE NOTICE** that on October 1, 2018, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Settlement Joint Chapter 11 Plan of Reorganization of EXCO Resources, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1102] (as may be amended, supplemented, or otherwise modified from time to time, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that on October 1, 2018, the Debtors filed the *Disclosure Statement for the Settlement Joint Chapter 11 Plan of Reorganization of EXCO Resources, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1103] (as may be amended, supplemented, or otherwise modified from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on October 1, 2018, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief* [Docket No. 1104] (the "Disclosure Statement Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Disclosure Statement and the other relief requested in the Disclosure Statement Motion will commence on **November 5, 2018, at 9:00 a.m., prevailing Central Time** (the "Disclosure Statement Hearing"), before the Honorable Marvin Isgur, United States Bankruptcy Judge, United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

States Bankruptcy Court for the Southern District of Texas, Courtroom 404, 515 Rusk Street, Houston, Texas 77002 (the "Court").  The Disclosure Statement Hearing may be continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that any objection or response of a party regarding the approval of the Disclosure Statement must be filed with the Court on or before **October 30, 2018, at 4:00 p.m., prevailing Central Time** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Plan, Disclosure Statement, Disclosure Statement Motion, or related documents, please:  (a) visit the Debtors' restructuring website at:  http://dm.epiq11.com/ERI; (b) call 1-(800)-683-4332 (toll free); or (c) write to EXCO Resources, Inc., c/o Epiq Bankruptcy Solutions, LLC, 10300 SW Allen Boulevard, Beaverton.  You may also obtain copies of any pleadings filed in the chapter 11 cases for a fee via PACER at: http://www.txs.uscourts.gov.

[*Remainder of page intentionally left blank*]

|  |  |
|---|---|
|  | Respectfully Submitted, |
|  | /s/ *Christopher T. Greco, P.C.* |
| Dated: October 1, 2018 | Christopher T. Greco, P.C. (admitted *pro hac vice*) |

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:            christopher.greco@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:            patrick.nash@kirkland.com
                       alexandra.schwarzman@kirkland.com

- and -

Marcus A. Helt (TX: 24052187)
Telephone:    (214) 999-4526
Facsimile:    (214) 999-3526
Email:            mhelt@foley.com
Michael K. Riordan (TX: 24070502)
Telephone:    (713) 276-5178
Facsimile:    (713) 276-6178
Email:            mriordan@foley.com
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, Texas 77002

*Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

    I certify that on October 1, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                          */s/ Christopher T. Greco, P.C.*
                                                          Christopher T. Greco, P.C.