

ENTERED
11/30/2018

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| EXCO RESOURCES, INC., *et al.*,[1] | § § | Case No. 18-30155 (MI) |
| Debtors. | § § § | (Jointly Administered) |
|  | § | **Re: Docket No.** 1207 |

## ORDER GRANTING
## DEFENDANTS RELIEF FROM THE AUTOMATIC STAY
## PURSUANT TO BANKRUPTCY RULE 4001(D) TO PERMIT
## A STATE COURT DECLARATORY JUDGMENT ACTION TO PROCEED

Upon the motion (the "Motion")[2] of Defendants for entry of an order providing relief from the automatic stay to allow Defendants to proceed with the State Court Litigation, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and that notice was sufficient under the circumstances, and this Court having found that good and adequate cause exists, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The automatic stay imposed by section 362(a) of the Bankruptcy Code shall be lifted as of the date of the Court's entry of this order, to (a) permit the State Court Litigation to proceed to final judgment as to the Debtors and any non-debtors, (b) allow the Defendants to execute, levy and collect upon any judgment rendered in the State Court Action from non-Debtors sources, and (c) liquidate the Defendants' Proofs of Claim.

3. Nothing in this Order shall be construed or deemed to constitute an admission by EXCO (or any of the other Debtors) or any other Party in the State Court Litigation.

4. Nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim, including the Proofs of Claim, against any Debtor entity; (b) a promise or requirement to pay any prepetition claim; (c) a request or authorization to assume any prepetition agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; or (d) a waiver of the Debtors' rights under the Bankruptcy Code or any other applicable law, including, for the avoidance of doubt, a waiver of the Debtors' right to dispute allowance of any prepetition claim including the Proofs of Claim.

5. This Court retains exclusive jurisdiction with respect to all matters arising

from or related to the implementation, interpretation, and enforcement of

this Agreed Order.

Dated:  November 30, 2018
Houston, Texas

MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

-3-