IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF THIRD INTERIM FEE APPLICATION OF BROWN RUDNICK LLP
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD FROM
AUGUST 1, 2018 THROUGH AND INCLUDING OCTOBER 31, 2018**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

PLEASE TAKE NOTICE that Brown Rudnick LLP ("Brown Rudnick"), co-counsel to the Official Committee of Unsecured Creditors, filed its Third Interim Application for Compensation for Services and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2018 through and including October 31, 2018 (the "Application").

In the Application, Brown Rudnick requests that the Court enter an order granting interim allowance of compensation for professional services rendered during the Application Period in the amount of $1,151,327.50 and reimbursement of actual and necessary expenses in the amount of $47,578.68 for a total amount of $1,198,906.18.  In addition, Brown Rudnick requests that the Court enter an order granting payment of its Capped Activities in the amount of $2,212,028.00. A copy of the Application may be obtained from the Clerk of the United States Bankruptcy Court, Southern District of Texas, 515 Rusk, Houston, Texas 77002, or by visiting https://www.epiqglobal.com to obtain a copy free of charge.

Respectfully submitted this 17th day of December, 2018.

**BROWN RUDNICK LLP**

By: /s/ *Steven B. Levine*
Steven B. Levine (admitted pro hac vice)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: slevine@brownrudnick.com

– and –

Robert J. Stark (admitted pro hac vice)
Gerard T. Cicero (admitted pro hac vice)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
Email: gcicero@brownrudnick.com

*Co-Counsel for the Official Committee
of Unsecured Creditors*

3

**CERTIFICATE OF SERVICE**

I, Steven B. Levine, hereby certify that on the 17th day of December, 2018, I caused a copy of the foregoing Notice of Third Interim Application for Compensation for Services and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2018 through and including October 31, 2018 to be served on the parties registered to receive notice via ECF.

/s/ *Steven B. Levine*
Steven B. Levine

63234405 v1