**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF ADJOURNMENT OF CONFIRMATION HEARING**

      **PLEASE TAKE NOTICE THAT** the hearing (the "<u>Confirmation Hearing</u>") to consider confirmation of the *Amended Settlement Joint Chapter 11 Plan of Reorganization of EXCO Resources, Inc. and Its Debtor Affiliates* [Docket No. 1391] (as modified, amended, or supplemented from time to time, the "<u>Plan</u>")[2] that currently is scheduled to commence on December 20, 2018 at 9:45 a.m. (prevailing Central Time), before the Honorable Judge Marvin Isgur, in the United States Bankruptcy Court for the Southern District of Texas, located at 515 Rusk Street Houston, Texas 77002, has been **adjourned** with the permission of the Court to **a date to be determined**.   The Debtors will provide further notice of the date of the Confirmation Hearing once such date has been determined.

      **PLEASE TAKE FURTHER NOTICE THAT** with permission of the Court, a telephonic status conference regarding confirmation of the Plan has been scheduled for **January 14, 2019, at 10:00 a.m. (prevailing Central Time)** before the Honorable Marvin Isgur.

      **PLEASE TAKE FURTHER NOTICE THAT** the deadline to object to the Plan (the "<u>Objection Deadline</u>") was December 3, 2018, unless such deadline was otherwise extended with the consent of the Debtors.

      **PLEASE TAKE FURTHER NOTICE THAT** the deadlines for filing: (a) responses to objections to the Plan; (b) the Debtors' brief in support of confirmation of the Plan; and (c) the Voting Report (collectively, the "<u>Plan Response Deadline</u>") have been reset to **a date to be determined**.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295).  The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

[2]   Capitalized terms not otherwise defined herein have the same meanings as set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Confirmation Hearing and the Plan Response Deadline may be further continued from time to time by announcing such continuance in open court or otherwise, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting http://dm.epiq11.com/ERI or by calling (646) 282-2400.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Respectfully Submitted,

Dated: December 18, 2018

*/s/ Christopher T. Greco, P.C.*

Christopher T. Greco, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:      christopher.greco@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:      patrick.nash@kirkland.com
            alexandra.schwarzman@kirkland.com

- and -

Marcus A. Helt (TX: 24052187)
Telephone:  (214) 999-4526
Facsimile:  (214) 999-3526
Email:      mhelt@foley.com
Michael K. Riordan (TX: 24070502)
Telephone:  (713) 276-5178
Facsimile:  (713) 276-6178
Email:      mriordan@foley.com
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000

*Counsel for the Debtors and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on December 18, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Christopher T. Greco, P.C.*
Christopher T. Greco, P.C.