SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**(in thousands)**
CASE NAME: (1)  EXCO RESOURCES, INC., ET AL

PETITION DATE:___1/15/2018___

CASE NUMBER:___(18-30155)___

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH[2]   November   YEAR   2018

| MONTH | Jan. 15 - Feb. 28 | Mar. 1 - Mar. 31 | Apr. 1 - Apr. 30 | May 1 - May 31 | June 1 - June 30 | July 1 to July 31 | Aug. 1 to Aug. 31 | Sept. 1 to Sept. 30 | Oct. 1 to Oct. 31 | Nov. 1 to Nov. 30 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | $ 43,507,000 | $ 32,044,000 | $ 32,818,000 | $ 32,881,000 | $ 32,431,000 | $ 34,520,000 | $ 32,733,000 | $ 31,318,000 | $ 32,687,000 | $ 33,322,000 | $ 338,261,000 |
| INC. BEFORE INT; DEPREC./TAX; IMPAIRMENT (MOR-6) | 140,320,000 | 20,708,000 | 18,107,000 | 17,828,000 | 16,464,000 | 18,907,000 | 16,594,000 | 16,233,000 | 17,113,000 | 20,195,000 | 302,469,000 |
| NET INCOME (LOSS) (MOR-6) | 89,476,000 | (300,927,000) | 1,588,000 | 1,239,000 | 4,916,000 | 2,589,000 | (2,063,000) | 3,158,000 | 2,739,000 | 1,322,000 | (195,963,000) |
| PAYMENTS TO INSIDERS (MOR-9) | 391,767 | 198,762 | 198,837 | 197,337 | 197,942 | 197,942 | 196,647 | 195,242 | 193,959 | 193,959 | 2,162,394 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 332,629 | 424,808 | 4,893,007 | 3,676,828 | 1,764,606 | 6,091,909 | 5,329,637 | 2,014,536 | 4,227,201 | 4,853,874 | 33,609,036 |
| TOTAL DISBURSEMENTS (MOR-7 / Exhibit C) | $ 198,649,461 | $ 118,699,593 | $ 62,617,748 | $ 62,180,375 | $ 60,267,685 | $ 53,796,756 | $ 46,412,969 | $ 57,682,375 | $ 55,510,919 | $ 65,940,600 | $ 781,758,480 |

***The original of this document must be filed with the United States Bankruptcy Court***

|  | Yes / No |
|---|---|
| Are all accounts receivable being collected within terms? | No[3] |
| Are all post-petition liabilities, including taxes, being paid within terms? | Yes |
| Have any prepetition liabilities been paid? | Yes |
| If so, describe | Paid in accordance with First Day Orders |
| Are all funds received being deposited into DIP bank accounts? | Yes |
| Were any assets disposed of outside the normal course of business? | No |
| If so, describe | |
| Are all U.S. Trustee Quarterly Fee Payments current? | Yes |
| What is the status of your Plan of Reorganization? | The plan of reorganization was filed with the court on 10/1/18. |

| REQUIRED INSURANCE MAINTAINED | | | |
|---|---|---|---|
| AS OF SIGNATURE DATE | | | EXP. |
| | | | DATE |
| CRIME/FIDELITY | YES (X) NO ( ) | | 2/9/2019 |
| DIRECTORS & OFFICERS LIABILITY | YES (X) NO ( ) | | 12/31/2018 |
| EMPLOYMENT PRACTICES LIABILITY | YES (X) NO ( ) | | 2/9/2019 |
| FIDUCIARY LIABILITY | YES (X) NO ( ) | | 2/9/2019 |
| ENERGY PKG - PPTY. / IN.MARINE | YES (X) NO ( ) | | 7/1/2019 |
| PROPERTY | YES (X) NO ( ) | | 4/6/2019 |
| COMMERCIAL GENERAL LIABILITY | YES (X) NO ( ) | | 4/6/2019 |
| UMBRELLA/EXCESS LIABILITY | YES (X) NO ( ) | | 4/6/2019 |
| AUTOMOBILE LIABILITY | YES (X) NO ( ) | | 4/6/2019 |
| WORKERS COMPENSATION / EL | YES (X) NO ( ) | | 4/6/2019 |
| CONTROL OF WELL | YES (X) NO ( ) | | 7/1/2019 |

I certify under penalty of perjury that the following complete
Monthly Operating Report (MOR), consisting of MOR-1

| ATTORNEY NAME: | Marcus Helt |
|---|---|
| FIRM NAME: | Foley Gardere LLP |
| ADDRESS: | 2021 McKinney Avenue, Suite 1600 |
| CITY, STATE, ZIP: | Dallas, TX 75201 |
| TELEPHONE/FAX: | 214-999-3000 / 214-999-4667 |

is true and correct, to the best of my knowledge.

SIGNED X _/s/ Tyler Farquharson_____     TITLE:  Chief Financial Officer

Tyler Farquharson                                                                                  12/20/2018
(PRINT NAME OF SIGNATORY)                                                                DATE

Notes:

(1) The jointly administered Debtors are authorized to file monthly operating reports on a consolidated basis, and have presented disbursements by debtor entity in Exhibit D attached.

(2) The accompanying Monthly Operating Report Notes are an integral part of this schedule.

(3) In the ordinary course of business, the Debtors attempt to collect all accounts receivable within contractual terms; however, certain receivables are collected outside of contractual terms.

**MOR-1**

CASE NUMBER:   EXCO RESOURCES, INC., ET AL
(18-30155)

**Monthly Operating Report Notes - November 01 through November 30**

**Note 1**

The financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects.

Financial Accounting Standards Board Accounting Standards Codification 852, (Reorganizations) ("ASC 852"), which is applicable to companies in chapter 11, requires that financial statements for periods after the filing of a chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business. The financial statements have been prepared in accordance with ASC 852. The unaudited financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes preliminary normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and cash flows of the Debtors in the future.

**Note 2**

The Monthly Operating Report is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the reporting requirements of Rule 2015 of the Federal Rules of Bankruptcy Procedures, Bankruptcy Local Rules for the Southern District of Texas, and the Guidelines for Debtors-In-Possession promulgated by the Office of The United States Trustee for Region 7. The unaudited financial statements have been derived from the books and records of the Debtors. The information presented herein has not been subject to all procedures that would typically be applied to financial information presented in accordance with GAAP. Upon the application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this Monthly Operating Report includes normal recurring adjustments, but does not include all of the adjustments that would typically be made for interim financial statements in accordance with GAAP.

**Note 3**

Liabilities Subject to Compromise: As a result of the chapter 11 filings, the payment of prepetition indebtedness is subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. ASC 852 requires prepetition liabilities that are subject to compromise to be reported at the amounts expected to be allowed as claims, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

**Note 4**

ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items includes write off of discount, premium, debt issuance costs, and derivatives associated with long-term debt, expenses related to legal advisory and representation services, other professional consulting and advisory services, debtor-in-possession financing fees and changes in liabilities subject to compromise recognized as there are changes in amounts expected to be allowed as claims.

**Note 5**

Reservation of Rights: Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so.

**Note 6**

On February 27, 2018, the Company closed a settlement agreement with a joint venture partner to resolve arbitration regarding the right to participate in an area of mutual interest in the Appalachia region. As a result of the settlement, the Company acquired its joint venture partner's interests in certain entities that own and operate oil and natural gas properties and other assets in the Appalachia region. See further information related to this settlement in the Company's periodic filings with the SEC. The acquired entities became wholly owned subsidiaries of certain of the Debtors as of the closing of the settlement agreement; however, the entities are not Debtors under the Chapter 11 cases. The Company's consolidated financial statements presented on MOR-2, MOR-3, MOR-4, MOR-5, and MOR-6 include the financial results of these non-debtor entities subsequent to the closing of the settlement agreement. The liabilities labeled as post-petition include both the post-petition liabilities of the Debtors as well as the liabilities of the non-debtor entities that are not considered to be subject to compromise. The financial information presented on MOR-7, MOR-8, and MOR-9 is focused on the cash receipts and disbursements of the Debtors and exclude non-debtor entities.

**Note 7**

The jointly administered Debtors are authorized to file monthly operating reports on a consolidated basis, and have presented disbursements by debtor entity in Exhibit D attached.

EXCO RESOURCES, INC., ET AL

CASE NUMBER:   (18-30155)

(in thousands)

# COMPARATIVE BALANCE SHEETS

| ASSETS | Filing Date | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| CURRENT ASSETS | SEE ATTACHED EXHIBIT A - CONSOLIDATED BALANCE SHEET | | | | | |
| Cash - U.S. bank accounts | | | | | | |
| Cash  - non-U.S. bank accounts | | | | | | |
| Restricted cash | | | | | | |
| Trade Accounts Receivable, Net | | | | | | |
| Unbilled Accounts Receivable | | | | | | |
| Other Accounts Receivable | | | | | | |
| Inventory:  Lower of Cost or Market | | | | | | |
| Prepaid Expenses | | | | | | |
| Investments | | | | | | |
| Mobilization costs, net | | | | | | |
| Other | | | | | | |
| TOTAL CURRENT ASSETS | | | | | | |
| PROPERTY, PLANT & EQUIP. @ COST | | | | | | |
| Less Accumulated Depreciation | | | | | | |
| NET BOOK VALUE OF PP & E | | | | | | |
| OTHER ASSETS | | | | | | |
| 1)    Tax Deposits | | | | | | |
| 2)    Investments in Subsidiaries | | | | | | |
| 3) | | | | | | |
| 4)    (attach list) | | | | | | |
| TOTAL ASSETS | | | | | | |

**MOR-2**

EXCO RESOURCES, INC., ET AL

CASE NUMBER:                    (18-30155)

(in thousands)

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | Filing Date | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| LIABILITIES | SEE ATTACHED EXHIBIT A - BALANCE SHEET | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | | | | | |
| PRE-PETITION LIABILITIES | | | | | | |
| Secured Debt | | | | | | |
| Federal Income Tax | | | | | | |
| FICA/Withholding | | | | | | |
| Unsecured Debt | | | | | | |
| Deferred Revenue | | | | | | |
| VAT | | | | | | |
| Trade A/P | | | | | | |
| Accrued payroll liabilities | | | | | | |
| Accrued bond interest | | | | | | |
| Expense Accruals | | | | | | |
| Other | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | | | | | | |
| TOTAL LIABILITIES | | | | | | |
| OWNER'S EQUITY (DEFICIT) | | | | | | |
| PREFERRED STOCK | | | | | | |
| COMMON STOCK | | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | |
| RETAINED EARNINGS:  Filing Date | | | | | | |
| RETAINED EARNINGS:  Post Filing Date | | | | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | | | | | | |
| TOTAL LIABILITIES & OWNERS EQUITY | | | | | | |

MOR-3

**Case No. (18-30155)**
**Exhibit A - Consolidated Balance Sheet**
*($ in thousands)*

| | February 28, 2018 | March 31, 2018 | April 30, 2018 | May 31, 2018 | June 30, 2018 | July 31, 2018 | August 31, 2018 | September 30, 2018 | October 31, 2018 | November 30, 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | |
| Current assets | | | | | | | | | | |
| Cash and cash equivalents | $ 112,592 | $ 65,830 | $ 68,682 | $ 48,331 | $ 54,995 | $ 58,682 | $ 69,821 | $ 66,963 | $ 62,199 | $ 48,784 |
| Restricted Cash | 7,191 | 9,832 | 6,609 | 8,811 | 10,984 | 8,301 | 7,403 | 7,028 | 4,734 | 13,882 |
| Accounts receivable, net | | | | | | | | | | |
| Oil and natural gas | 84,502 | 77,679 | 76,964 | 91,546 | 80,901 | 81,853 | 79,177 | 74,196 | 78,408 | 80,402 |
| Joint Interest | 30,308 | 32,986 | 29,660 | 30,302 | 24,221 | 23,103 | 22,417 | 24,665 | 24,393 | 24,881 |
| Interest and other | 2,200 | 1,915 | 1,499 | 2,027 | 1,919 | 1,948 | 2,140 | 2,014 | 2,115 | 1,859 |
| Inventory | 1,729 | 1,463 | 1,465 | 1,466 | 1,472 | 1,472 | 1,480 | 1,480 | 1,255 | 1,099 |
| Derivative financial instruments - commodity derivatives | - | - | - | - | - | - | - | - | - | - |
| Other | 17,065 | 15,664 | 18,005 | 17,730 | 22,984 | 21,603 | 19,901 | 18,150 | 13,408 | 11,944 |
| Total current assets | 255,587 | 205,369 | 202,884 | 200,213 | 197,475 | 196,962 | 202,339 | 194,496 | 186,512 | 182,851 |
| Equity Investments | 4,736 | 4,736 | 4,736 | 4,736 | 4,736 | 4,736 | 4,736 | 4,736 | 4,736 | 4,736 |
| Oil and natural gas properties (full cost accounting method): | | | | | | | | | | |
| Unproved oil and natural gas properties and development costs not being amortized | 152,690 | 149,322 | 149,773 | 150,020 | 149,249 | 149,300 | 149,375 | 148,462 | 148,929 | 149,351 |
| Proved developed and undeveloped oil and natural gas properties | 3,226,435 | 3,239,619 | 3,251,081 | 3,259,766 | 3,281,104 | 3,286,059 | 3,294,111 | 3,307,331 | 3,318,278 | 3,327,331 |
| Allowance for depreciation, depletion & amortization | (2,762,945) | (2,770,278) | (2,777,928) | (2,785,508) | (2,791,918) | (2,799,083) | (2,806,260) | (2,812,174) | (2,819,016) | (2,825,487) |
| Oil and natural gas properties, net | 616,180 | 618,662 | 622,927 | 624,278 | 638,435 | 636,276 | 637,226 | 643,619 | 648,191 | 651,195 |
| Other property and equipment, net and other non-current assets | 39,285 | 39,345 | 39,125 | 39,052 | 38,933 | 38,814 | 38,686 | 38,564 | 38,560 | 38,027 |
| Derivative financial instruments | - | - | - | - | - | - | - | - | - | - |
| Goodwill | 163,155 | 163,155 | 163,155 | 163,155 | 163,155 | 163,155 | 163,155 | 163,155 | 163,155 | 163,155 |
| Total assets | $ 1,078,943 | $ 1,031,267 | $ 1,032,826 | $ 1,031,434 | $ 1,042,733 | $ 1,039,943 | $ 1,046,142 | $ 1,044,570 | $ 1,041,154 | $ 1,039,964 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)** | | | | | | | | | | |
| Current liabilities | | | | | | | | | | |
| Accounts payable and accrued liabilities | $ 44,621 | $ 49,365 | $ 50,712 | $ 47,149 | $ 49,988 | $ 44,715 | $ 47,744 | $ 56,976 | $ 53,898 | $ 60,235 |
| Revenues and royalties payable | 39,857 | 42,727 | 43,791 | 46,102 | 42,808 | 44,429 | 43,757 | 40,486 | 42,260 | 41,786 |
| Accrued interest payable | 207 | 1,140 | 3,078 | 5,234 | 7,204 | 9,417 | 11,553 | 829 | 2,976 | 5,136 |
| Current portion of asset retirement obligations | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 |
| Income taxes payable | - | - | - | - | - | - | - | - | - | - |
| Derivative financial instruments - commodity derivatives | - | - | - | - | - | - | - | - | - | - |
| Current maturities of long term debt | 156,406 | 473,364 | 473,364 | 473,364 | 473,364 | 473,364 | 473,364 | 473,364 | 473,364 | 473,364 |
| Total current liabilities | 241,691 | 567,196 | 571,545 | 572,449 | 573,964 | 572,525 | 577,018 | 572,255 | 573,098 | 581,121 |
| Deferred income taxes | 4,518 | - | - | - | - | - | - | - | - | - |
| Derivative financial instruments - commodity derivatives | - | - | - | - | - | - | - | - | - | - |
| Liabilities subject to compromise | 1,566,650 | 1,496,871 | 1,492,196 | 1,487,006 | 1,490,942 | 1,486,913 | 1,491,649 | 1,491,625 | 1,484,531 | 1,473,893 |
| Asset retirement obligations and other long term liabilities | 22,020 | 23,853 | 23,945 | 25,382 | 26,128 | 26,025 | 24,877 | 24,740 | 24,632 | 24,523 |
| Commitments and contingencies | - | - | - | - | - | - | - | - | - | - |
| Shareholders' equity: | | | | | | | | | | |
| Common shares, $0.001 par value | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| Additional paid-in capital | 3,539,806 | 3,540,018 | 3,540,224 | 3,540,440 | 3,540,627 | 3,540,817 | 3,540,998 | 3,541,192 | 3,541,396 | 3,541,608 |
| Accumulated deficit | (4,288,132) | (4,589,061) | (4,587,472) | (4,586,233) | (4,581,316) | (4,578,727) | (4,580,790) | (4,577,632) | (4,574,893) | (4,573,571) |
| Treasury shares, at cost | (7,632) | (7,632) | (7,632) | (7,632) | (7,632) | (7,632) | (7,632) | (7,632) | (7,632) | (7,632) |
| Total shareholder's equity | (755,936) | (1,056,653) | (1,054,858) | (1,053,403) | (1,048,300) | (1,045,520) | (1,047,402) | (1,044,050) | (1,041,107) | (1,039,573) |
| Total liabilities and shareholders' equity | $ 1,078,943 | $ 1,031,267 | $ 1,032,826 | $ 1,031,434 | $ 1,042,733 | $ 1,039,943 | $ 1,046,142 | $ 1,044,570 | $ 1,041,154 | $ 1,039,964 |

Notes:

EXCO RESOURCES, INC., ET AL

CASE NUMBER:   (18-30155)

## SCHEDULE OF POST-PETITION LIABILITIES

| | As of February 28, 2018 | As of March 31, 2018 | As of April 30, 2018 | As of May 31, 2018 | As of June 30, 2018 | As of July 31, 2018 | As of August 31, 2018 | As of September 30, 2018 | As of October 31, 2018 | As of November 30, 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| Accounts Payable and Other Accrued Expenses | | | | | | | | | | |
| Trade Accounts Payable | $ 7,708,220 | $ 11,758,958 | $ 6,889,256 | $ 5,636,388 | $ 4,570,309 | $ 6,359,674 | $ 6,728,863 | $ 5,243,549 | $ 8,198,945 | $ 8,273,716 |
| Accrued Expenses | 34,593,959 | 32,003,998 | 42,233,195 | 39,335,817 | 42,808,631 | 36,010,469 | 38,242,996 | 48,572,299 | 42,818,045 | 48,608,938 |
| Income Taxes Payable | - | - | - | - | - | - | - | - | - | - |
| Accrued Interest | 207,011 | 1,140,028 | 3,077,601 | 5,234,165 | 7,203,665 | 9,417,443 | 11,552,888 | 829,252 | 2,975,787 | 5,135,906 |
| Production Payable | 39,857,190 | 42,726,906 | 43,791,316 | 46,102,229 | 42,808,164 | 44,428,763 | 43,756,782 | 40,485,685 | 42,260,039 | 41,786,462 |
| Drilling Advances | - | - | - | - | - | - | - | - | - | - |
| Payroll and benefits: | | | | | | | | | | |
| Accounts Payable | 157,945 | 131,621 | 137,854 | 168,415 | 132,959 | 150,686 | 175,873 | 123,839 | 144,935 | 166,079 |
| Accrued Expenses | 2,160,612 | 1,899,362 | 1,451,074 | 2,008,144 | 2,476,141 | 2,194,042 | 2,596,515 | 3,036,830 | 2,736,152 | 3,187,055 |
| | | | | | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | **$ 84,684,936** | **$ 89,660,873** | **$ 97,580,297** | **$ 98,485,158** | **$ 99,999,868** | **$ 98,561,077** | **$ 103,053,917** | **$ 98,291,454** | **$ 99,133,904** | **$ 107,158,155** |

MOR-4

EXCO RESOURCES, INC., ET AL

**CASE NUMBER:**    (18-30155)

## November 30, 2018

| Days past Due | Total Consolidated | AP Trade | Production Payable | Accrued Expenses | Income Taxes Payable | Accrued Interest | Payroll & Benefits |
|---|---|---|---|---|---|---|---|
| Current | $  80,777,170 | $  8,248,474 | $  15,430,718 | $  48,608,938 | $  - | $  5,135,906 | $  3,353,134 |
| 0-30 days | 14,609,831 | - | 14,609,831 | - | - | - | - |
| 31-60 days | 339,680 | 24 | 339,656 | - | - | - | - |
| 61-90 days | 302,551 | 222 | 302,330 | - | - | - | - |
| 91+ days | 11,128,923 | 24,996 | 11,103,927 | - | - | - | - |
| TOTAL | $  107,158,155 | $  8,273,716 | $  41,786,462 | $  48,608,938 | $  - | $  5,135,906 | $  3,353,134 |

## AGING OF ACCOUNTS RECEIVABLE

| Days past Due | Total Consolidated | A/R Trade (JIB Receivables) | Production Receivable | Other |
|---|---|---|---|---|
| Current | $  54,761,282 | $  9,296,506 | $  44,858,306 | $  606,470 |
| 0-30 days | 4,809,796 | 495,093 | 4,284,077 | 30,626 |
| 31-60 days | 1,405,911 | 466,153 | 936,944 | 2,815 |
| 61-90 days | 428,202 | 370,974 | 57,151 | 77 |
| 91+ days | 45,736,640 | 14,251,958 | 30,265,975 | 1,218,707 |
| TOTAL | $  107,141,832 | $  24,880,683 | $  80,402,453 | $  1,858,696 |

MOR-5

EXCO RESOURCES, INC., ET AL

**CASE NUMBER:**   (18-30155)

(in thousands)

# STATEMENT OF INCOME (LOSS)

| MONTH | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|
| REVENUES   (MOR-1) | **SEE ATTACHED EXHIBIT B - INCOME STATEMENT** | | | | | |
| TOTAL COST OF REVENUES | | | | | | |
| GROSS PROFIT | | | | | | |
| **OPERATING EXPENSES:** | | | | | | |
| Selling & Marketing | | | | | | |
| General & Administrative | | | | | | |
| Insiders Compensation | | | | | | |
| Professional Fees | | | | | | |
| Other - Gain on Fixed Asset Disposal | | | | | | |
| Other - Multi-Client Amortization | | | | | | |
| **TOTAL OPERATING EXPENSES** | - | - | - | - | | |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | - | - | - | - | | |
| INTEREST EXPENSE | | | | | | |
| DEPRECIATION | | | | | | |
| OTHER (INCOME) EXPENSE* | | | | | | |
| FOREIGN EXCHANGE (GAIN) LOSS | | | | | | |
| LOSS ON DEBT EXTINGUISHMENT | | | | | | |
| OTHER ITEMS** | | | | | | |
| TOTAL INT, DEPR & OTHER ITEMS | - | - | - | - | - | - |
| NET INCOME BEFORE TAXES | - | - | - | - | - | - |
| INCOME and OTHER TAXES | | | | | | |
| **NET INCOME (LOSS)  (MOR-1)** | $ - | $ - | $ - | $ - | $ - | $ - |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*  Footnote Mandatory.*

* * Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

**Case No.  (18-30155)**
**Exhibit B - Consolidated Statement of Operations**

| (in thousands) | | For the period November 1, 2018 to November 30, 2018 |
|---|---|---|
| **Revenues:** | | |
| Oil | $ | 7,583 |
| Natural Gas | | 24,112 |
| Purchased natural gas and marketing | | 1,627 |
| Total revenues | | 33,322 |
| **Costs and expenses:** | | |
| Oil and natural gas operating costs | | 3,497 |
| Production and ad valorem taxes | | 1,437 |
| Gathering and transportation | | 4,874 |
| Purchased natural gas | | 1,340 |
| Depletion, depreciation and amortization | | 6,588 |
| Impairment of oil and natural gas properties (1) | | - |
| Accretion of liabilities | | 181 |
| General and administrative | | 2,028 |
| Other operating expense | | (230) |
| Total costs and expenses | | 19,715 |
| **Operating income (loss)** | | **13,607** |
| **Other income (expense):** | | |
| Interest expense, net | | (2,622) |
| Gain (loss) on derivatives financial instruments - commodity derivatives | | - |
| Gain (loss) on derivative financial instruments - warrants | | - |
| Reorganization items (2) | | (9,670) |
| Other income (3) | | 7 |
| Equity income | | - |
| Total other income (expense) | | (12,285) |
| Income (loss) before income taxes | | 1,322 |
| Income tax benefit (expense) (4) | | - |
| Net income (loss) | $ | 1,322 |

Notes

(1) Impairment of oil and gas properties is recorded quarterly.
(2) Reorganization items for November consisted of $10.85mm in incurred legal and professional fees, as well as
a $1.18mm gain on an adjustment to estimated allowable claims.
(3) Other income is primarily comprised of various refunds and other miscellaneous amounts.
(4) Income tax expense is recorded quarterly.

EXCO RESOURCES, INC., ET AL

**CASE NUMBER:**    (18-30155)

(in thousands)

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH | MONTH | SIX MONTHS TO DATE |
|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH / PERIOD | SEE ATTACHED EXHIBIT C - CASH RECEIPTS AND DISBURSEMENTS | | | | | |
| RECEIPTS: | | | | | | |
| 2. CASH RECIEPTS FROM REGIONS | | | | | | |
| 3. CASH RECEIPTS FROM CUSTOMERS | | | | | | |
| 4. PROCEEDS FROM DIP FUNDING | | | | | | |
| 5. SALE OF ASSETS | | | | | | |
| 6. OTHER (attach list) | | | | | | |
| TOTAL RECEIPTS** | | | | | | |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | |
| DISBURSEMENTS: | | | | | | |
| 7. CASH REQUESTS FROM REGIONS | | | | | | |
| 8. PAYROLL, PER DIEM & BENEFITS | | | | | | |
| 9. PAYROLL IOM (ISLE OF MAN) | | | | | | |
| 10. ACCOUNTS PAYABLE (POST PETITION ONLY) | | | | | | |
| 11. SENIOR DEBT INTEREST | | | | | | |
| 12. INTEREST/FEES ON ADDITIONAL DEBT | | | | | | |
| 13. BANKRUPTCY RELATED PAYMENTS (PRE PETITION ONLY) *** | | | | | | |
| 14. INSURANCE PAYMENTS | | | | | | |
| 15. TPG LOAN PAYMENT | | | | | | |
| 16. OTHER (attach list) | | | | | | |
| TOTAL DISBURSEMENTS FROM OPERATIONS | | | | | | |
| 17. DEBTOR PROFESSIONAL FEES | | | | | | |
| 18. DIP LENDER PROFESSIONAL FEES | | | | | | |
| 19. SENIOR LENDER PROFESSIONAL FEES | | | | | | |
| 20. UNSECURED CREDITORS COMMITTEE PROFESSIONAL FEES | | | | | | |
| 21. U.S. TRUSTEE FEES | | | | | | |
| 22. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | |
| TOTAL DISBURSEMENTS** | | | | | | |
| 23. NET CASH FLOW | | | | | | |
| 24. CASH - END OF MONTH | | | | | | |
| 24. ADJUSTMENTS RELATED TO PRIOR PERIODS | | | | | | |
| 25. UNRECORDED DISBURSEMENTS / DISBURSEMENTS RECORDED IN PRIOR PERIOD | | | | | | |
| 26. UNRECORDED RECEIPTS / RECEIPTS RECORDED IN PRIOR PERIOD | | | | | | |
| 27. ENDING CASH PER BOOKS - END OF MONTH (MOR-8) | | | | | | |

**MOR-7**

**Exhibit C - Cash Receipts and Disbursements**

*($ in thousands)*

| | For the period Nov. 1 to Nov. 30 2018 |
|---|---|
| Cash - Beginning of Month (Book) | $38,252 |
| **Receipts** | |
| Production | $42,419 |
| JIB Receipts | 7,692 |
| Hedge Settlements | - |
| Other | 10,499 |
| **Total Receipts** | **$60,611** |
| **Operating Disbursements** | |
| Capex | ($13,281) |
| Lease Operating Expense | (3,363) |
| Gathering / Firm Transportation | (6,193) |
| Royalties | (13,320) |
| Production Tax | (960) |
| Payroll/Labor Burden | (1,845) |
| G&A / Other | (525) |
| FDM Relief | (9,000) |
| Total Operating Disbursements | ($48,487) |
| **Other Cash Disbursements** | |
| Debt Service Payments | ($953) |
| RBL Retirement & LC Cash Collateralization | - |
| Haynesville JV Escrow Funding | (10,700) |
| Professional Fees - Restructuring | (4,854) |
| Professional Fees - Other Retained Professionals | (294) |
| Professional Fees - Ordinary Course Professionals | (653) |
| Acquisitions | - |
| Vendor Adequate Assurance / Contraction / Prepay | - |
| D&O Insurance | - |
| Employee Incentive Payments / Retention | - |
| Appalachia JV Cash | - |
| Other Miscellaneous | - |
| **Total Net Cash Flow** | **($5,330)** |
| DIP Financing | |
| DIP RBL A Draw / (Repayment) | - |
| DIP RBL B Draw / (Repayment) | - |
| **Total Net Cash Flow** | **($5,330)** |
| Other Book Cash Adjustment (1) | - |
| Book Cash Adjustments - Voided Checks/Other | - |
| **Ending Operating Cash Balance** | **32,922** |
| Cash - End of Month (Book) (2) | 32,939 |
| Outstanding Checks at End of Month | 8,904 |
| Cash - End of Month (Bank) | $41,843 |

Notes

(1) Other Book Cash Adjustment is primarily voided prepetition checks
(2) Cash - End of Month (Book) includes the addition of the FSA account

CASE NAME:        EXCO RESOURCES, INC., ET AL
CASE NUMBER:      (18-30155)

**Bank Account Reconciliations & Cash Disbursements Journals**
The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis

| Debtor Entity | Bank Name | Account Type | Account Number (last 4 digits only) | Ending Balance as of 11/30/18 |
|---|---|---|---|---|
| EXCO Resources, Inc. | JP Morgan | Master Funding Account | 5708 | $ 41,694,508 |
| EXCO Resources, Inc. | Bank of America | Prepaid Credit Card Account | 9287 | 131,518 |
| EXCO Resources, Inc. | JP Morgan | Flex Spending Account | 6205 | 16,651 |
| | | | **EXCO Operating Cash Total** | **$ 41,842,677** |
| EXCO Operating Company, LP | JP Morgan | EXCO/BG Operating Trust | 2529 | $ 12,540,982 |
| EXCO Operating Company, LP | JP Morgan | JV Escrow Account | 5987 | 7,183,252 |
| EXCO Operating Company, LP | JP Morgan | Money Market Account (State of LA vs. Webb)[1] | 3214 | - |
| EXCO Resources, Inc. | Bank of America | Credit Card Collateral | 9810 | - |
| EXCO Resources, Inc. | JP Morgan | Credit Card Collateral | 7404 | 368,578 |
| EXCO Resources, Inc. | JP Morgan | Utility Deposit Account | 7420 | 284,128 |
| EXCO Resources, Inc. | JP Morgan | Master Funding | 2658 | - |
| EXCO Resources, Inc. | JP Morgan | A/P Disbursement | 2230 | - |
| EXCO Resources, Inc. | JP Morgan | Rev Disbursement | 2222 | - |
| EXCO Holding PA Inc. | JP Morgan | Holding PA | 3113 | - |
| EXCO Operating Company, LP | JP Morgan | EXCO Operating Company, LP (MFA) | 1291 | - |
| EXCO Operating Company, LP | JP Morgan | EXCO Operating Company, LP (CDA) | 1283 | - |
| Raider Marketing, LP | JP Morgan | Raider Marketing | 3356 | - |
| | | **Total** | | **$   62,219,616** |

[1] Account XX3214 was closed on April 30, 2018

**MOR-8**

EXCO RESOURCES, INC., ET AL

CASE NUMBER:    (18-30155)

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals.
Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.)  (Attach additional pages as necessary).

| INSIDERS: NAME/POSITION/COMP  TYPE | Jan. 15 to Feb. 28 2018 | Mar. 1 to Mar. 31 2018 | Apr. 1 to Apr. 30 2018 | May 1 to May 31 2018 | June 1 to June 30 2018 | July 1 to July 31 2018 | Aug. 1 to Aug. 31 2018 | Sept. 1 to Sept. 31 2018 | Oct. 1 to Oct. 31 2018 | Nov. 1 to Nov. 30 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Hal Hickey | $ 130,993 | $ 66,495 | $ 66,495 | $ 64,995 | $ 64,055 | $ 64,055 | $ 64,055 | $ 64,055 | $ 64,055 | $ 64,055 |
| 2 Harold Jameson | 75,967 | 38,839 | 38,915 | 38,915 | 39,003 | 39,003 | 38,670 | 37,587 | 37,587 | 37,587 |
| 3 Heather Summerfield | 67,277 | 33,407 | 33,407 | 33,407 | 34,747 | 34,747 | 35,068 | 34,747 | 33,463 | 33,463 |
| 4 Tyler Farquharson | 67,256 | 34,143 | 34,143 | 34,143 | 34,171 | 34,171 | 32,888 | 32,888 | 32,888 | 32,888 |
| 5 Brian Gaebe | 50,274 | 25,877 | 25,877 | 25,877 | 25,966 | 25,966 | 25,966 | 25,966 | 25,966 | 25,966 |
| TOTAL INSIDERS (MOR-1) | $ 391,767 | $ 198,762 | $ 198,837 | $ 197,337 | $ 197,942 | $ 197,942 | $ 196,647 | $ 195,242 | $ 193,959 | $ 193,959 |

| PROFESSIONALS | Jan. 15 to Feb. 28 2018 | Mar. 1 to Mar. 31 2018 | Apr. 1 to Apr. 30 2018 | May 1 to May 31 2018 | June 1 to June 30 2018 | July 1 to July 31 2018 | Aug. 1 to Aug. 31 2018 | Sept. 1 to Sept. 31 2018 | Oct. 1 to Oct. 31 2018 | Nov. 1 to Nov. 30 2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Alvarez & Marsal | $ - | $ - | 300,449 | 997,920 | - | $ 765,161 | 994,114 | 440,676 | 1,193,329 | $ - |
| 2 Ballard Spahr | - | - | - | - | - | 42,907 | 4,037 | - | 5,415 | 15,097 |
| 3 Bracewell LLP | 113,965 | 85,539 | | | | 331,918 | 47,654 | 75,116 | - | 405,342 |
| 4 Brown Rudnick LLP | - | - | 800,734 | 271,184 | 218,665 | 497,822 | 190,378 | 210,042 | 124,296 | 635,465 |
| 5 Cole Scholtz | - | - | - | 1,383 | - | - | - | - | - | 2,779 |
| 6 Cross Sound Management | - | - | - | - | - | - | - | - | 8,843 | - |
| 7 DRW Holdings ` | - | - | - | 1,056 | - | 95 | - | - | - | - |
| 8 Epiq US | 195,608 | - | - | 409,513 | 62,281 | - | 106,374 | 27,756 | - | 153,516 |
| 9 Foley Gardere LLP | - | - | - | - | 144,620 | - | - | 44,997 | - | - |
| 10 FTI Consulting Inc. | - | - | 456,018 | 416,128 | 380,549 | 513,536 | 255,576 | 178,043 | - | 617,807 |
| 11 Gardere Wynne Sewell | - | - | 182,576 | - | - | - | - | - | - | - |
| 12 Hunton & Williams | 21,729 | - | - | - | - | - | - | - | - | - |
| 13 Intrepid Partners | - | - | - | - | 500,200 | 278,391 | 68,864 | - | 132,128 | 128,354 |
| 14 Jackson Walker L.L.P. | - | - | 211,705 | 208,011 | 67,462 | 207,433 | 69,568 | 151,218 | 71,878 | 113,377 |
| 15 Jefferies LLC | - | - | - | - | - | - | - | - | 128,799 | 30,555 |
| 16 Kasowitz Benson Torres | - | - | - | - | - | - | - | - | 933,122 | 869,505 |
| 17 Kirkland & Ellis | - | - | 1,768,071 | 924,230 | - | 2,606,393 | 3,161,568 | 823,766 | - | 1,640,089 |
| 18 Opportune Tax, LLC | - | - | - | - | 10,959 | - | - | - | 555,168 | - |
| 19 PJT Partners, LP | - | - | 427,463 | 235,484 | 196,412 | 124,194 | - | - | 7,883 | - |
| 20 Pryor Cashman LLP | - | - | - | 60,644 | 29,665 | - | 31,659 | 23,473 | 2,019 | 38,933 |
| 21 Reme LLC | - | - | - | - | - | - | 3,998 | - | 307,546 | - |
| 22 Rothschild Inc. | - | 313,381 | 153,428 | 151,276 | 152,190 | - | 303,105 | - | 57,994 | 151,319 |
| 23 Simpson,Thacher & Bartlett LLP | - | - | - | - | - | - | 51,054 | 34,449 | 695,750 | 51,736 |
| 24 US Trustee Payment Center | - | - | 590,871 | - | 2 | 724,060 | - | - | - | - |
| 25 Waller Lansden Dortch Davis | 1,328 | 25,888 | - | - | - | - | 33,835 | - | 3,035 | - |
| 26 Wilmington Trust Fee Collections | - | - | - | - | 1,600 | - | 7,854 | 5,000 | - | - |
| 27 Zeiger Tigges & Little, LLP | - | - | 1,692 | - | - | - | - | - | - | - |
| TOTAL PROFESSIONALS   (MOR-1) | $ 332,629 | $ 424,808 | $ 4,893,007 | $ 3,676,828 | $ 1,764,606 | $ 6,091,909 | $ 5,329,637 | $ 2,014,536 | $ 4,227,201 | $ 4,853,874 |

MOR-9

Exhibit D - Consolidating Disbursements of Jointly Administered Cases in Chapter 11

| Entity | Case No. | Disbursements | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Jan. 15 to Feb. 28 | Mar. 1 to Mar. 31 | Apr. 1 to Apr. 30 | May 1 to May 31 | June 1 to June 30 | July 1 to July 31 | Aug. 1 to Aug. 31 | Sept. 1 to Sept. 31 | Oct. 1 to Oct. 31 | Nov. 1 to Nov. 30 |
| EXCO Operating Company, LP | (18-30161) | $ 82,727,137 | $ 84,234,476 | $ 40,835,334 | $ 44,929,920 | $ 44,217,642 | $ 35,327,031 | $ 29,692,106 | $ 33,159,853 | $ 39,485,014 | $ 50,954,641 |
| EXCO Resources, Inc. | (18-30155) | $ 112,128,859 | 29,561,510 | 14,818,282 | 9,510,947 | 8,737,651 | 11,496,923 | 10,184,155 | 18,847,033 | 10,073,695 | 8,718,510 |
| Raider Marketing, LP | (18-30169) | $ 3,793,466 | 4,903,607 | 6,964,132 | 7,739,508 | 7,312,393 | 6,972,802 | 6,536,708 | 5,675,488 | 5,952,210 | 6,267,449 |
| **Total Disbursements** | | **$ 198,649,461** | **$ 118,699,593** | **$ 62,617,748** | **$ 62,180,375** | **$ 60,267,685** | **$ 53,796,756** | **$ 46,412,969** | **$ 57,682,375** | **$ 55,510,919** | **$ 65,940,600** |