IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/18/2019

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**STIPULATION AND AGREED ORDER
EXTENDING DIP FACILITY MATURITY DATE**

The above-captioned debtors and debtors in possession (each a "Debtor," and collectively, the "Debtors"),[2] and the DIP Lenders hereby enter into this stipulation and order (this "Stipulation and Order") as follows:

**I.      DIP Facility.**

WHEREAS, on January 15, 2018, the Debtors filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

WHEREAS, on January 16, 2018 the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

[2] Capitalized terms used but not otherwise defined shall have the meaning ascribed to them in the DIP Motion (as defined herein).

*(III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 28] (the "DIP Motion"), requesting that the Bankruptcy Court approve the Debtors' entry into the DIP Facilities provided by the DIP Lenders.

WHEREAS, on January 18, 2018, the Bankruptcy Court entered an order approving the DIP Motion on an interim basis. [Docket No. 97].

WHEREAS, on February 22, 2018, the Bankruptcy Court entered an order approving the DIP Motion on a final basis [Docket No. 348] (the "Final DIP Order").

WHEREAS, the Maturity Date of the DIP Facilities is January 22, 2019.[3]

**II.     Plan Process.**

WHEREAS, on October 1, 2018, the Debtors filed the *Disclosure Statement for the Settlement Joint Chapter 11 Plan of Reorganization of EXCO Resources, Inc. and its Debtor Affiliates* [Docket Nos. 1103, 1179, 1210, 1217, 1225, and 1233] (as modified, amended, or supplemented from time to time, the "Disclosure Statement") and the *Settlement Joint Chapter 11 Plan of Reorganization of EXCO Resources, Inc. and its Debtor Affiliates* [Docket Nos. 1102, 1216, 1232, and 1391] (as modified, amended, or supplemented from time to time, the "Plan").

WHEREAS, on November 5, 2018, the Court entered an order authorizing the Debtors to solicit acceptances for the Plan, approving the Disclosure Statement as containing "adequate

---

[3] *See* DIP Credit Agreement, Article I, defining "Maturity Date" as "the earliest to occur of (i) the date that is 12 months after the Effective Date, subject to the Maturity Extension Option, (ii) the effective date of a plan of reorganization in any of the Bankruptcy Cases, (iii) the consummation of the sale of all or substantially all of the Debtors' Properties and (iv) the date of termination of the Commitments and the acceleration of any Loans under the DIP Facilities in accordance with Article IX." "Effective Date" is defined as "the date on which the conditions specified in Section 5.01 are satisfied (or waived in accordance with Section 11.02)," *see id.*, which occurred on January 22, 2019.  The "Maturity Extension Option" provides that the Maturity Date shall be extended to the date that is 18 months after the Effective Date under certain conditions, which have not occurred.  Specifically, the Maturity Extension Option required that the Debtors have filed a plan by July 1, 2018 (which did not occur) or have satisfied the Sale Milestone (which was ultimately removed from the DIP Credit Agreement pursuant to the final DIP order).

information" pursuant to section 1125 of the Bankruptcy Code, approving the solicitation materials to be included in the packages distributed to solicit votes to accept the Plan, and approving procedures for soliciting, receiving, and tabulating votes on the Plan and for filing objections to the Plan [Docket No. 1227].

WHEREAS, the Court scheduled the hearing to consider confirmation of the Plan for December 10, 2018 (the "Confirmation Hearing").

WHEREAS, on December 18, 2018, the Debtors filed the *Notice of Adjournment of Confirmation Hearing* [Docket No. 1477], adjourning the Confirmation Hearing to a date to be determined, and scheduled a status conference regarding confirmation of the Plan for January 14, 2019.

WHEREAS, on January 14, 2018, the Court held a telephonic status conference regarding confirmation at which it continued the status conference to February 19, 2019;

WHEREAS, the Debtors and the DIP Lenders seek to amend the DIP Credit Agreement to extend the Maturity Date through and including May 22, 2019, in accordance with the amendment to the DIP Credit Agreement (the "DIP Credit Agreement Amendment"), attached hereto as **Exhibit A**.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED** as follows:

1. The DIP Credit Agreement Amendment and all fees and expenses set forth therein and the $300,000 administrative fee related thereto are approved and may be paid by the Debtors, in each case subject to paragraph 22 of the Final DIP Order, and the Maturity Date of the DIP Facility is extended to May 22, 2019.

2. The entry of the Stipulation and Order is without prejudice to the Debtors' right to seek from this Court such additional and further amendments of the DIP Credit Agreement or any party in interest's right to object to such amendments.

3. This Stipulation and Order is not effective until it has been entered by the Bankruptcy Court.

4. The undersigned hereby represent and warrant that they have full authority to execute this Stipulation and Order on behalf of the respective parties and that the respective parties have full knowledge of, and have consented to, this Stipulation and Order.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation and Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Order.

Signed: January 18, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

**STIPULATED AND AGREED TO THIS 15TH DAY OF JANUARY, 2019:**

By: /s/ *Christopher T. Greco, P.C.*
Christopher T. Greco, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.greco@kirkland.com

Patrick J. Nash, Jr. P.C. (admitted *pro hac vice*)

Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
Email: alexandra.schwarzman@kirkland.com

Marcus A. Helt (TX: 24052187)
Michael K. Riordan (TX: 24070502)
**FOLEY GARDERE**
1000 Louisiana St., Suite 2000
Houston, Texas 77002
Telephone: (214) 999-4526
Facsimile: (214) 999-3526
Email: mhelt@foley.com
Email: mriordan@foley.com

*Counsel to the Debtors and Debtors in Possession*

*-and-*

By: /s/ Robert J. Stark
Robert J. Stark (admitted *pro hac vice*)
Sigmund S. Wissner-Gross (admitted *pro hac vice*)
Kenneth J. Aulet (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Aja-Fullo L. Sanneh (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: swissnergross@brownrudnick.com
Email: rstark@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: gcicero@brownrudnick.com
Email: asanneh@brownrudnick.com

Steven B. Levine (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, Massachusetts 02111

Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: slevine@brownrudnick.com

Patricia B. Tomasco (TX: 01797600)
Matthew D. Cavenaugh (TX: 24062656)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: ptomasco@jw.com
Email: mcavenaugh@jw.com

*Counsel for the Unsecured Creditor Committee*

-and-

By: /s/ *Kurt Mayr*
Kurt Mayr (admitted *pro hac vice*)
**BRACEWELL LLP**
CityPlace I, 34th Floor 185 Asylum Street
Hartford, Connecticut 06103-3458
Telephone: (860) 256-8534
Facsimile: 1-800-404-3970
Email: kurt.mayr@bracewell.com

Bradley J. Benoit
**BRACEWELL LLP**
711 Louisiana Street Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 221-1224
Facsimile: (713) 222-3204
Email: brad.benoit@bracewell.com

*Counsel for Bluescape Resources Company LLC*

-and-

By: /s/ *Andrew K. Glenn*
Andrew K. Glenn (admitted *pro hac vice*)
Adam L. Shiff (admitted *pro hac vice*)
Shai Schmidt (admitted *pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

Facsimile: (212) 506-1800
Email: aglenn@kasowitz.com
Email: ashiff@kasowitz.com
Email: sschmidt@kasowitz.com

*Counsel for Fairfax Financial Holdings Ltd. and Hamblin Watsa Investment Counsel Ltd.*

*-and-*

By: /s/ *Sandeep Qusba*
Sandeep Qusba (pro hac vice)
Nicholas Baker (pro hac vice)
**SIMPSON THATCHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York
10017
Phone: (212) 455-2000
Facsimile: (212) 455-2502
Email: squsba@stblaw.com
Email: nbaker@stblaw.com
Email: mtweed@stblaw.com

*Counsel for JPMorgan Chase Bank, N.A.*

## **Exhibit A**

**DIP Credit Agreement Amendment**

*[Filed at Docket No. 1555]*