# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF FILING UPDATED MASTER SERVICE LIST
## [RELATES TO DOCKET NO. 19]

**PLEASE TAKE NOTICE** that attached hereto as **Exhibit A** is the updated Master Service List maintained by EXCO Resources, Inc., *et al.*, as of December 28, 2018, in accordance with the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment*, entered January 16, 2018 [Docket No. 19].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

KE 58658623

Respectfully Submitted,

Dated: December 28, 2018

*/s/ Christopher T. Greco, P.C.*
Christopher T. Greco, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.greco@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
alexandra.schwarzman@kirkland.com

- and -

Marcus A. Helt (TX: 24052187)
Telephone: (214) 999-4526
Facsimile: (214) 999-3526
Email: mhelt@foley.com
Michael K. Riordan (TX: 24070502)
Telephone: (713) 276-5178
Facsimile: (713) 276-6178
Email: mriordan@foley.com
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, Texas 77002

*Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

  I certify that on December 28, 2018, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                  */s/ Christopher T. Greco, P.C.*
                  Christopher T. Greco, P.C.

**Exhibit A**

| | |
|---|---|
| **DEBTORS/DEBTORS' PROFESSIONALS**<br><br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>ATTN: PATRICK J. NASH, JR., PC & ALEXANDRA SCHWARZMAN<br>(COUNSEL TO DEBTORS)<br>300 NORTH LASALLE<br>CHICAGO, IL 60654<br>FAX: 312-862-2200<br>EMAIL: PATRICK.NASH@KIRKLAND.COM;<br>ALEXANDRA.SCHWARZMAN@KIRKLAND.COM | FOLEY GARDERE<br>ATTN: MARCUS HELT<br>(COUNSEL TO DEBTORS)<br>2021 MCKINNEY AVENUE, SUITE 1600<br>DALLAS, TX 75201<br>FAX: 214-999-4667<br>EMAIL: MHELT@FOLEY.COM |
| ALVAREZ & MARSAL<br>ATTN: JOHN STUART<br>(DEBTORS' RESTRUCTURING ADVISOR)<br>2100 ROSS AVENUE, 21ST FLOOR<br>DALLAS, TX 75201<br>FAX: 214-438-1001 | PJT PARTNERS<br>ATTN: ADAM SCHLESINGER<br>(DEBTORS' FINANCIAL ADVISOR)<br>280 PARK AVENUE<br>NEW YORK, NY 10017 |
| EXCO RESOURCES, INC.<br>12377 MERIT DRIVE<br>SUITE 1700<br>DALLAS, TX 75251 | EPIQ<br>ATTN: EXCO TEAM<br>(DEBTORS' CLAIM AND NOTICING AGENT)<br>777 THIRD AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br>FAX: 646-282-2501<br>EMAIL: EXCO@EPIQGLOBAL.COM |
| **US TRUSTEE**<br><br>THE OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: STEPHEN DOUGLAS STATHAM<br>515 RUSK STREET, SUITE 3516<br>HOUSTON, TX 77002<br>FAX: (713) 718-4670<br>EMAIL: USTP.REGION07@USDOJ.GOV;<br>STEPHEN.STATHAM@USDOJ.GOV | THE OFFICE OF THE UNITED STATES TRUSTEE<br>FOR THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: HECTOR DURAN<br>516 RUSK STREET, SUITE 3516<br>HOUSTON, TX 77002<br>EMAIL: HECTOR.DURAN.JR@USDOJ.GOV |
| **COUNSEL TO AD HOC NOTEHOLDER COMMITTEE**<br><br>BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK<br>(COUNSEL TO AD HOC NOTEHOLDER COMMITTEE)<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX: 212.209.4801<br>EMAIL: RSTARK@BROWNRUDNICK.COM | BROWN RUDNICK LLP<br>ATTN: STEVEN LEVINE<br>(COUNSEL TO AD HOC NOTEHOLDER COMMITTEE)<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>FAX: 617.289.0418<br>EMAIL: SLEVINE@BROWNRUDNICK.COM |

| | |
|---|---|
| **COUNSEL TO SINGLE NOTEHOLDER** | **COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ATTN: BENJAMIN FINESTONE<br>(COUNSEL TO A SINGLE NOTEHOLDER)<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010<br>FAX: 212-849-7100<br>EMAIL: BENJAMINFINESTONE@QUINNEMANUEL.COM | BROWN RUDNICK LLP<br>ATTN: ROBERT J. STARK, KENNETH J. AULET<br>GERARD T. CICERO, AJA-FULLO L. SANNEH<br>(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX: 212-209-4801<br>EMAIL: RSTARK@BROWNRUDNICK.COM;<br>AULET@BROWNRUDNICK.COM; GCICERO@BROWNRUDNICK.COM;<br>ASANNEH@BROWNRUDNICK.COM |
| BROWN RUDNICK LLP<br>ATTN: STEVEN B. LEVINE<br>(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111<br>FAX: 617-856-8201<br>EMAIL: SLEVINE@BROWNRUDNICK.COM | JACKSON WALKER L.L.P.<br>ATTN: PATRICIA B. TOMASCO, MATTHEW D. CAVENAUGH<br>KRISTHY M. PEGUERO, JENNIFER F. WERTZ<br>(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TEXAS 77010<br>FAX: 713-752-4221<br>EMAIL: PTOMASCO@JW.COM; MCAVENAUGH@JW.COM;<br>KPEGUERO@JW.COM; JWERTZ@JW.COM |
| **LENDERS** | JPMORGAN CHASE BANK, N.A.<br>ATTN: APRIL YEBD<br>(ADMINISTRATIVE AGENT UNDER RESOLVER BASED CREDIT FACILITY)<br>10 SOUTH DEARBORD, FLOOR 12<br>CHICAGO, IL 60603-2300<br>FAX: 888-292-9533<br>EMAIL: APRIL.YEBD@JPMORGAN.COM |
| BALLARD SPAHR LLP<br>ATTN: MARK C. DIETZEN<br>(COUNSEL TO ADMINISTRATIVE AGENT 1.75 LIEN FACILITY)<br>2000 IDS CENTER<br>80 SOUTH 8TH STREET<br>MINNEAPOLIS, MN 55402-2119<br>FAX: 612.371.3207<br>EMAIL: DIETZENM@BALLARDSPAHR.COM | |
| JPMORGAN CHASE BANK, N.A.<br>ATTN: MICHELE L JONES, MANAGING DIRECTOR<br>(ADMINISTRATIVE AGENT UNDER REVOLVER BASED CREDIT FACILITY)<br>2200 ROSS AVENUE, 3RD FLOOR<br>DALLAS, TX 75201-2787<br>FAX: 214-302-8695<br>EMAIL: MICHELE.JONES@JPMORGAN.COM | SIMPSON THACHER & BARTLETT LLP<br>ATTN: SANDEEP QUSBA & NICHOLAS BAKER<br>(COUNSEL TO JP MORGAN CHASE BANK)<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>FAX: 212-455-2502<br>EMAIL: SQUSBA@STBLAW.COM; NBAKER@STBLAW.COM |
| WILMINGTON SAVINGS FUND SOCIETY, FSB<br>ATTN: PATRICK J. HEALY<br>(INDENTURE TRUSTEE 2018 AND 2022 SENIOR NOTES)<br>500 DELAWARE AVENUE, 11TH FLOOR<br>P.O. BOX 957<br>WILMINGTON, DE 19801<br>EMAIL: PHEALY@WSFSBANK.COM | WILMINGTON TRUST, N.A.<br>ATTN: TOM MORRIS<br>(ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE 19890<br>FAX: 302-636-4145<br>EMAIL: TMORRIS@WILMINGTONTRUST.COM |

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION<br>ATTN: MEGHAN MCCAULEY<br>(ADMINISTRATIVE AGENT 1.75 LIEN CREDIT FACILITY)<br>50 SOUTH SIXTH STREET, SUITE 1290<br>MINNEAPOLIS, MN 55402<br>FAX: 612-217-5651<br>EMAIL: MMCCAULEY@WILMINGTONTRUST.COM | WINSTON & STRAWN LLP<br>ATTN: BART PISELLA, ESQ<br>(COUNSEL TO ADMINISTRATIVE AGENT 1.5 LIEN CREDIT FACILITY)<br>200 PARK AVENUE<br>NEW YORK, NY 10166-4193<br>FAX: 212-294-4700<br>EMAIL: BPISELLA@WINSTON.COM |

**GOVERNMENTAL AGENCIES**

| | |
|---|---|
| EPA - REGION 6<br>ATTN: JAY PRZYBORSKI<br>FOUNTAIN PLACE 12TH FLOOR, STE 1200<br>1445 ROSS AVE<br>DALLAS, TX 75202-2750<br>EMAIL: PRZYBORSKI.JAY@EPA.GOV | INTERNAL REVENUE SERVICE<br>77 K ST NE<br>WASHINGTON, DC 20002 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE LOCAL OFFICE<br>1100 COMMERCE ST.<br>ROOM 121<br>DALLAS, TX 75242 |
| SECURITIES AND EXCHANGE COMMISSION<br>FORT WORTH REGIONAL OFFICE<br>ATTN: SHAMOIL SHIPCHANDLER, REGIONAL DIR<br>801 CHERRY ST, STE 1900, UNIT 18<br>FORT WORTH, TX 76102<br>EMAIL: DFW@SEC.GOV | SECURITIES AND EXCHANGE COMMISSION<br>SEC HEADQUARTERS<br>100 F STREET, NE<br>WASHINGTON, DC 20549<br>EMAIL: CHAIRMANOFFICE@SEC.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>1885 N THIRD ST<br>BATON ROUGE, LA 70802<br>FAX: 225-326-6793<br>EMAIL: ADMININFO@AG.STATE.LA.US | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804<br>FAX: 225-326-6793<br>EMAIL: ADMININFO@AG.STATE.LA.US |

| | |
|---|---|
| STATE OF PENNSYLVANIA ATTORNEY GENERAL<br>ATTN: JOSH SHAPIRO<br>16TH FL, STRAWBERRY SQ<br>HARRISBURG, PA 17120<br>FAX: 717-787-8242 | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-475-2994 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>ATTN: PATRICK MORRISEY<br>STATE CAPITOL COMPLEX<br>BLDG 1, ROOM E-26<br>CHARLESTON, WV 25305<br>FAX: 304-558-0140 | THE UNITED STATES ATTORNEY'S OFFICE FOR<br>THE SOUTHERN DISTRICT OF TEXAS<br>ATTN: RICHARD A. KINCHELOE<br>1000 LOUISIANA, STE. 2300<br>HOUSTON, TX 77002<br>FAX: 713-718-3300; 713-718-3033<br>EMAIL: RICHARD.KINCHELOE@USDOJ.GOV |
| U.S. ENVIRONMENTAL PROTECTION AGENCY<br>ATTN: SCOTT PRUITT, ADMINISTRATOR<br>ARIEL RIOS BUILDING<br>1200 PENNSYLVANIA AVENUE, N.W.<br>WASHINGTON, DC 20460<br>FAX: (202) 564-1778 | **NOTICES OF APPEARANCE**<br><br>ADAMS & REESE LLP<br>ATTN: ROBIN B. CHEATHAM<br>(COUNSEL TO APACHE CORPORATION)<br>701 POYDRAS STREET, SUITE 4500<br>NEW ORLENAS, LA 70139<br>FAX: 504-566-0210<br>EMAIL: ROBIN.CHEATHAM@ARLAW.COM |
| AKERMAN LLP<br>ATTN: JOHN E. MITCHELL & SCOTT D. LAWRENCE<br>(COUNSEL TO REGENCY INTRASTATE GAS LP)<br>2001 ROSS AVENUE, SUITE 3600<br>DALLAS, TX 75201<br>FAX: 214-981-9339<br>EMAIL: JOHN.MITCHELL@AKERMAN.COM;<br>SCOTTLAWRENCE@AKERMAN.COM | AKIN GUMP STRAUSS HAUER & FELD LLLP<br>(COUNSEL TO OAKTREE CAPITAL MANAGEMENT, L.P.)<br>ATTN: IRA S. DIZENGOFF & PHILLIP C. DUBLIN<br>ONE BRYANT PARK, BANK OF AMERICA TOWER<br>NEW YORK, NY 10036-6745<br>EMAIL: PDUBLIN@AKINGUMP.COM; IDIZENGOFF@AKINGUMP.COM |
| ANDERSON LEHRMAN BARRE & MARAIST LLP<br>ATTN: KEVIN M. MARAIST AND MICHELLE K. OSTRYE<br>(COUNSEL TO COGENT ENERGY SERV, ARCHROCK PARTNERS)<br>GASLIGHT SQUARE<br>1001 THIRD STREET, STE 1<br>CORPUS CHRISTI, TX 78404<br>FAX: 361-884-1286<br>EMAIL: KMARAIST@ALBMLAW.COM;MOSTRYE@ALBMLAW.COM | ANDREWS KURTH KENYON LLP<br>ATTN: ROBIN RUSSELL & ASHLEY L HARPER<br>(COUNSEL TO ENTERPRISE PRODUCTS OPERATING LLC)<br>600 TRAVIS STREET, SUITE 4200<br>HOUSTON, TX 77002<br>FAX: 713-220-4285<br>EMAIL: RRUSSELL@ANDREWSKURTH.COM;<br>ASHLEYHARPER@ANDREWSKURTH.COM |

ANDREWS KURTH KENYON LLP
ATTN: ROBIN RUSSELL, JOSEPH W. BUONI & A. HARPER
(COUNSEL TO ACADIAN GAS PIPELINE SYSTEM)
600 TRAVIS STREET, SUITE 4200
HOUSTON, TX 77002
FAX: 713-220-4285
EMAIL: RRUSSELL@ANDREWSKURTH.COM;
JOSEPHBUONI@ANDREWSKURTH.COM;
ASHLEYHARPER@ANDREWSKURTH.COM

ARCADI JACKSON, LLP
ATTN: ANN MARIE ARCADI, AARON C. CHRISTIAN, T. JACKSON
(PROPOSED SPECIAL LITIGATION COUNSEL)
2911 TURTLE CREEK BLVD., SUITE 450
DALLAS, TX 75219
FAX: 214-865-6522
EMAIL: GREG.JACKSON@ARCADIJACKSON.COM;
ANNMARIE.ARCADI@ARCADIJACKSON.COM;
AARON.CHRISTAIN@ARCADIJACKSON.COM

ARDIS 2010, LLC
ATTN: GEORGE H. MILLS
P.O. BOX 75
SHREVEPORT, LA 71161
EMAIL: GHM@MILLSLAW.COM

BAKER & HOSTETLER LLP
ATTN: LARS H. FULLER
(COUNSEL TO PATTERSON-UTI)
1801 CALIFORNIA STREET, SUITE 4400
DENVER, CO 80202
FAX: 303-861-7805
EMAIL: LFULLER@BAKERLAW.COM

BAKER BOTTS L.L.P.
ATTN: OMAR J. ALANIZ, & IAN E. ROBERTS
(COUNSEL TO BG US PRODUCTION COMPANY, LLC)
2001 ROSS AVENUE
DALLAS, TX 75201
FAX: 214-953-6503
EMAIL: OMAR.ALANIZ@BAKERBOTTS.COM;
IAN.ROBERTS@BAKERBOTTS.COM

BALLARD SPAHR
ATTN: ADAM C. BALLINGER, ESQ.
(COUNSEL TO WILMINGTON TRUST, N.A., AS ADMIN AGENT OF THE 1.75 LIEN FACILITY)
2000 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402-2119
FAX: 612-371-3207
EMAIL: BALLINGERA@BALLARDSPAHR.COM

BALLARD SPAHR LLP
ATTN: GEORGE H. SINGER, ESQ.
(COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOC., AS THE ADMIN AGENT OF THE 1.75 LIEN FACILITY)
2000 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402-2119
FAX: 612-371-3207
EMAIL: SINGERG@BALLARDSPAHR.COM

BALLARD SPAHR LLP
ATTN: PAUL E. HARNER, ESQ. & ALYSSA E. KUTNER, ESQ
(COUNSEL TO WILMINGTON TRUST, NATIONAL ASSOC, AS THE ADMIN AGENT OF THE 1.75 LIEN FACILITY)
1675 BROADWAY, 19TH FLOOR
NEW YORK, NY 10019-5820
FAX: 212-223-1942
EMAIL: HARNERP@BALLARDSPAHR.COM;
KUTNERA@BALLARDSPAHR.COM

BONDS ELLIS EPPICH SCHAFER JONES LLP
ATTN: CLAY M. TAYLOR & BRANDON J. TITTLE
(COUNSEL TO OOGC AMERICA LLC)
420 THROCKMORTON STREET, SUITE 1000
FORT WORTH, TX 76102
FAX: 817-405-6902

BONDS ELLIS EPPICH SCHAFER JONES LLP
ATTN: JOSHUA N. EPPICH
(COUNSEL TO OOGC AMERICA LLC)
420 THROCKMORTON STREET, SUITE 1000
FORT WORTH, TX 76102
FAX: 817-405-6902

BROWN RUDNICK LLP
ATTN: ROBERT J. STARK, KENNETH J. AULET, GERARD T. CICERO
(COUNSEL TO COMMITTEE OF UNSECURED CREDITORS)
SEVEN TIMES SQUARE
NEW YORK, NY 10036
FAX: 212-209-4801
EMAIL: RSTARK@BROWNRUDNICK.COM;
KAULET@BROWNRUDNICK.COM; GCICERO@BROWNRUDNICK.COM

BROWN RUDNICK LLP
ATTN: STEVEN B. LEVINE
(PROPOSED COUNSEL TO COMMITTEE OF UNSECURED CREDITORS)
ONE FINANCIAL CENTER
BOSTON, MA 02111
FAX: 617-856-8201
EMAIL: SLEVINE@BROWNRUDNICK.COM

BRUCKNER & BURCH LLC
ATTN: DAVID I. MOULTON
(COUNSEL TO RODNEY FISHER & TODD JESSEN)
8 GREENWAY PLAZA, STE. 1500
HOUSTON, TX 77046
EMAIL: DMOULTON@BRUCKNERBURCH.COM

BRUCKNER & BURCH PLLC
ATTN: RICHARD J. BURCH
8 GREENWAY PLAZA, SUITE 1500
HOUSTON, TX 77046
EMAIL: RBURCH@BRUCKNERBURCH.COM

BRUCKNER BURCH PLLC
ATTN: MATTHEW S. PARMET
(COUNSEL TO RODNEY FISHER AND TODD JESSEN)
8 GREENWAY PLAZA, STE. 1500
HOUSTON, TX 77046
FAX: 713-877-8065
EMAIL: MPARMET@BRUCKNERBURCH.COM

BUCHALTER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE AMERICA, INC.)
55 SECOND STREET, 17TH FLOOR
SAN FRANCISCO, CA 94105-3493
FAX: 415-227-0770
EMAIL: SCHRISTIANSON@BUCHALTER.COM

COLE SCHOTZ P.C.
ATTN: MICHAEL D. WARNER, ESQ.
(COUNSEL TO WILMINGTON TRUST, NA INDENTURE TRUSTEE FOR 8.0, 1.0, 1.5 LIEN SENIOR NOTES DUE 2022)
301 COMMERCE STREET, SUITE 1700
FORT WORTH, TX 76102
FAX: 817-977-1611
EMAIL: MWARNER@COLESCHOTZ.COM

COMPTROLLER OF PUBLIC ACCOUNTS OF STATE OF TEXAS
ASSISTANT ATTORNEY GENERAL-RACHEL R. OBALDO
BANKRUPTCY & COLLECTIONS DIVISION MC 008
P.O. BOX 12548
AUSTIN, TX 78711-2548
FAX: 512-936-1409
EMAIL: RACHEL.OBALDO@OAG.TEXAS.GOV

CONNER & WINTERS, LLP
ATTN: KIRAN A. PHANSALKAR
(COUNSEL TO ENABLE MIDSTREAM PARTNERS, LP)
211 N. ROBINSON AVE., STE 1700
OKLAHOMA CITY, OK 73102
FAX: 405-232-2695
EMAIL: KPHANSALKAR@CWLAW.COM

CORRAL TRAN SINGH, LLP
ATTN: BRENDON SINGH
(COUNSEL TO M&N RESOURCES MANAGEMENT, LLC)
1010 LAMAR ST., SUITE 1160
HOUSTON, TX 77002
FAX: 832-975-7301
EMAIL: BRENDON.SINGH@CTSATTORNEYS.COM

| | |
|---|---|
| DAVID S. RUBIN<br>(COUNSEL TO JAMES S. DOWLING)<br>P.O. BOX 2997<br>445 NORTH BLVD, SUITE 300<br>BATON ROUGE, LA 70821-2997<br>FAX: 225-343-0630<br>EMAIL: DAVID@KSWB.COM | DAVIDSON SUMMERS, APLC<br>(COUNSEL TO LONG PETROLEUM LLC)<br>ATTN: WM LAKE HEARNE JR.<br>330 MARSHALL STREET, SUITE 1114<br>SHREVEPORT, LA 71101<br>FAX: 318-226-0168<br>EMAIL: LHEARNE@DAVIDSONSUMMERS.COM |
| DEPT. OF CONSERVATION AND NATURAL RESOURCES<br>ATTN: STEVEN T. SMITH, ASSISTANT COUNSEL<br>(COUNSEL TO PA DEPT OF CONSERVATION & NATURAL RESOURCES)<br>400 MARKET ST., 7TH FLOOR<br>HARRISBURG, PA 17105-8767<br>FAX: 717-705-2830<br>EMAIL: STTSMIT@PA.GOV | DIAMOND MCCARTHY LLP<br>ATTN: CHARLES M. RUBIO<br>(COUNSEL TO OIL STATES ENERGY SERVICES LLC)<br>909 FANNIN, SUITE 3700<br>HOUSTON, TX 77010<br>FAX: 713-333-5199<br>EMAIL: CRUBIO@DIAMONDMCCARTHY.COM |
| DORE LAW GROUP P.C.<br>ATTN: ZACHARY S. MCKAY<br>(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)<br>ATTN: ZACHARY S. MCKAY<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX: 281-200-0751<br>EMAIL: ZMCKAY@DORELAWGROUP.NET | DORE LAW GROUP PC<br>ATTN: CARL DORE JR<br>(COUNSEL TO NABORS DRILLING, SELECT ENERGY AND STALLION OILFIELD SERVICES)<br>17171 PARK ROW, SUITE 160<br>HOUSTON, TX 77084<br>FAX: 281-200-0751<br>EMAIL: CARL@DORELAWGROUP.NET |
| EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: MARK SHERRILL, DAVID A. BAAY, JAMES L. SILLIMAN<br>(COUNSEL TO SHELL ENERGY NORTH AMERICA US LP)<br>1001 FANNIN STREET, SUITE 3700<br>HOUSTON, TX 77002<br>FAX: 713-654-1301<br>EMAIL: MARKSHERRILL@EVERSHEDS-SUTHERLAND.COM;<br>DAVIDBAAY@EVERSHEDS-SUTHERLAND.COM;<br>JIMSILLIMAN@EVERSHEDS-SUTHERLAND.COM | FOLEY GARDERE<br>ATTN: MICHAEL K. RIORDAN<br>(COUNSEL TO PROPOSED TEXAS, CONFLICTS AND LITIGATION COUNSEL FOR THE DEBTORS)<br>1000 LOUISIANA, SUITE 2000<br>HOUSTON, TX 77002<br>FAX: 713-276-6178<br>EMAIL: MRIORDAN@FOLEY.COM |
| FORSHEY & PROSTOK, LLP<br>ATTN: J. ROBERT FORSHEY<br>(COUNSEL TO XTO ENERGY INC)<br>777 MAIN STREET, SUITE 1290<br>FORT WORTH, TX 76102<br>FAX: 817-877-4151<br>EMAIL: BFORSHEY@FORSHEYPROSTOK.COM | FULKERSON LOTZ LLP<br>ATTN: THOMAS M. FULKERSON, JERRY L. MITCHELL, ETHAN G. GIBSON<br>(COUNSEL TO AMERIGAS PROPANE, L.P.)<br>4511 YOAKUM BLVD, SUITE 200<br>HOUSTON, TX 77006<br>FAX: 713-654-5801<br>EMAIL: TFULKERSON@FULKERSONLOTZ.COM;<br>JMITCHELL@FULKERSONLOTZ.COM; EGIBSON@FULKERSONLOTZ.COM |

GLAS TRUST COMPANY LLC
ATTN: ADAM BERMAN, VICE PRESIDENT
230 PARK AVENUE, 10TH FLOOR
NEW YORK, NY 10169
FAX: 212-202-6246
EMAIL: ADAM.BERMAN@GLAS.AGENCY

GLAST PHILLIPS & MURRAY, P.C.
ATTN: JONATHAN L. HOWELL, PLLC
(COUNSEL TO YPI PARK CENTRAL, LLC)
14801 QUORUM DRIVE, SUITE 500
DALLAS, TX 75254
FAX: 972-419-8329
EMAIL: JHOWELL@GPM-LAW.COM

GORDON ARATA MONTGOMERY BARNETT MCCOLLAM DUPLANTIS & EAGAN, LLC
(COUNSEL TO C.H. FENSTERMAKER & ASSOCIATES, LLC)
ATTN: ARMISTEAD M. LONG
400 E. KALISTE SALOOM ROAD, SUITE 4200
NEW ORLEANS, LA 70170
FAX: 337-237-3451
EMAIL: ALONG@GAMB.LAW

GRAY REED & MCGRAW
ATTN: JASON S. BROOKNER
(COUNSEL TO GEN IV INVESTMENT OPPORTUNITIES LLC & VEGA ASSET PARTNERS LLC)
1300 POST OAK BLVD, SUITE 2000
HOUSTON, TX 77056
FAX: 713-986-7100
EMAIL: JBROOKNER@GRAYREED.COM

HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC
ATTN: DUSTIN L. PERRY
(COUNSEL TO THE WILLIAMS COMPANIES INC)
320 SOUTH BOSTON AVENUE, SUITE 200
TULSA, OK 74103-3706
FAX: 918-594-0505

HALL ESTILL HARDWICK GABLE GOLDEN & NELSON PC
ATTN: STEVEN W. SOULE
(COUNSEL TO THE WILLIAMS COMPANIES, INC)
320 SOUTH BOSTON AVENUE, SUITE 200
TULSA, OK 74103-3706
FAX: 918-594-0505
EMAIL: SSOULE@HALLESTILL.COM

HALL ESTILL HARDWICK GABLE GOLDEN & NELSON, P.C.
ATTN: STEVEN W. SOULE, JOHN T. RICHER, DUSTIN L. PERRY (COUNSEL TO LOUISIANA MIDSTREAM GAS MAGNOLIA MIDSTREAM GAS, MOCKINGBIRD MIDSTREAM GAS)
320 SOUTH BOSTON AVENUE, SUITE 200
TULSA, OK 74103-3706
FAX: 918-594-0505
EMAIL: SSOULE@HALLESTILL.COM;
JRICHER@HALLESTILL.COM;DPERRY@HALLESTILL.COM

HICKS THOMAS LLP
ATTN: PAUL L. MITCHELL, JOHN J. DEIS & A. SPRAGUE
(COUNSEL TO ACADIAN GAS PIPELINE SYSTEM)
700 LOUISIANA, SUITE 2000
HOUSTON, TX 77002
FAX: 713-547-9150
EMAIL: PMITCHELL@HICKS-THOMAS.COM;
JDEIS@HICKS-THOMAS.COM; APRAGUE@HICKS-THOMAS.COM

HIGH ROLLER GROUP, LLC
ATTN: GEORGE H. PIGG
(COUNSEL TO HIGH ROLLER WELLS CENTER SWD NO 1 LTD)
310 W. WALL STREET, SUITE 550
MIDLAND, TX 79701
FAX: 432-701-6852
EMAIL: GEORGE@HIGHROLLERGROUP.COM

HOLLAND & KNIGHT LLP
ATTN: ANNA R. SANKARAN
(COUNSEL TO MARIA DEL ROSARIO PALACIO)
1100 LOUISIANA STREET, SUITE 4300
HOUSTON, TX 77002
FAX: 713-821-7001
EMAIL: ANNA.SANKARAN@HKLAW.COM

| | |
|---|---|
| HOOVER SLOVACEK LLP<br>ATTN: BRENDETTA A. SCOTT<br>(COUNSEL TO GEOPHYSICAL PURSUIT, INC.)<br>GALLERIA TOWER II<br>5051 WESTHEIMER, SUITE 1200<br>HOUSTON, TX 77056<br>FAX: 713-977-5395<br>EMAIL: SCOTT@HOOVERSLOVACEK.COM | HUGHES WATTERS ASKANASE LLP<br>ATTN: TIMOTHY A MILLION<br>(COUNSEL TO WEATHERFORD INTERNATIONAL LLC)<br>TOTAL PLAZA<br>1201 LOUISIANA STREET, 28TH FLOOR<br>HOUSTON, TX 77002<br>EMAIL: TMILLION@HWA.COM |
| IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>ATTN: JOSEPH CORRIGAN<br>ONE FEDERAL STREET<br>BOSTON, MA 02110<br>FAX: 617-451-0409<br>EMAIL: BANKRUPTCY2@IRONMOUNTAIN.COM | JACKSON WALKER L.L.P.<br>ATTN: PATRICIA B. TOMASCO & MATTHEW D. CAVENAUGH<br>(COUNSEL TO CROSS SOUND MANAGEMENT)<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TX 77010<br>FAX: 713-752-4221<br>EMAIL: PTOMASCO@JW.COM; MCAVENAUGH@JW.COM |
| JACKSON WALKER LLP<br>ATTN: PATRICIA B. TOMASCO, MATTHEW D. CAVENAUGH,<br>KRISTHY M. PEGUERO, JENNIFER F. WERTZ<br>(PROPOSED COUNSEL TO OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS)<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TX 77010<br>FAX: 713-752-4221<br>EMAIL: PTOMASCO@JW.COM;MCAVENAUGH@JW.COM;<br>KPEGUERO@JW.COMJWERTZ@JW.COM | JOSEPH G. EPSTEIN PLLC<br>ATTN: JOSEPH G. EPSTEIN<br>(COUNSEL TO CROWN PINE TIMBER I, L.P.)<br>24 GREENWAY PLAZA, SUITE 970<br>HOUSTON, TX 77046<br>EMAIL: JOE@EPSTEINTEXASLAW.COM |
| JOSEPHSON DUNLAP LAW FIRM<br>ATTN: ANDREW W. DUNLAP<br>(COUNSEL TO RODNEY FISHER & TODD JESSEN)<br>11 GREENWAY PLAZA, STE 3050<br>HOUSTON, TX 77046<br>FAX: 713-352-3300<br>EMAIL: ADUNLAP@MYBACKWAGES.COM | KASOWITZ BENSON TORRES LLP<br>(COUNSEL TO FAIRFAX FINANCIAL HOLDINGS LIMITED AND<br>HAMBLIN WATSA INVESTMENT COUNSEL LTD)<br>ATTN: ANDREW K GLENN, ADAM L SHIFF, SHAI SCHMIDT,<br>EMILY L KUZNICK<br>1633 BROADWAY<br>NEW YORK, NY 10019<br>FAX: 212-506-1800<br>EMAIL: AGLENN@KASOWITZ.COM;ASHIFF@KASOWITZ;<br>SSCHMIDT@KASOWITZ.COM;EKUZNICK@KASOWITZ.COM |
| KRAEMER BURNS, P.A.<br>ATTN: RAYMOND M. PATELLA<br>(COUNSEL TO AMERIGAS PROPANE, L.P.)<br>675 MORRIS AVENUE, 3RD FLOOR<br>SPRINGFIELD, NJ 07081<br>FAX: 973-912-8602<br>EMAIL: RPATELLA@KRAWMERBURNS.COM | LANE & COUNTRYMAN<br>ATTN: JOHN R. LANE & MATTHEW J. COUNTRYMAN<br>(COUNSEL TO LIGHT TOWER RENTALS, INC.)<br>8526 N. NEW BRAUNFELS<br>SAN ANTONIO, TX 78217<br>FAX: 210-804-2339<br>EMAIL: MCOUNTRYMAN@JRL-LAW.COM |

LANGLEY & BANACK, INC.
ATTN: ALLEN M. DEBARD
(COUNSEL TO RANCHO LOS ENCINOS VIEJOS, LLC & BRUCE E. LEONARD)
745 E. MULBERRY, SUITE 700
SAN ANTONIO, TX 78212
FAX: 210-735-6889
EMAIL: ADEBARD@LANGLEYBANACK.COM

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN: PATRICIA WILLIAMS PREWITT
(COUNSEL TO KINDERHAWK FIELD SERVICES, LLC)
10953 VISTA LAKE COURT
NAVASOTA, TX 77868
FAX: 713-583-2833
EMAIL: PWP@PATTIPREWITTLAW.COM

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO RUSK, DALLAS, CLAY, SMITH COUNTIES)
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207
FAX: 469-221-5003
EMAIL: DALLAS.BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: TARA L. GRUNDEMEIER
(COUNSEL TO SAN AUGUSTINE, HOUSTON, POLK, HARRIS AND SHELBY COUNTIES)
PO BOX 3064
HOUSTON, TX 77253-3064
FAX: 713-844-3503
EMAIL: HOUSTON_BANKRUPTCY@PUBLICANS.COM

LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: DON STECKER
(COUNSEL TO ZAVALA CAD)
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205
FAX: 210-225-6410
EMAIL: SANANTONIO.BANKRUPTCY@PUBLICANS.COM

LIPPINCOTT PHELAN VEIDT, PLLC
ATTN: MARC L. LIPPINCOTT
(COUNSEL TO COUCH MANAGEMENT TRUST)
4009 BANISTER LANE, SUITE 420
AUSTIN, TX 78704
FAX: 512-472-2303
EMAIL: MARC@LPVLAW.COM

LOCKE LORD LLP
ATTN: PHILIP G. EISENBERG
(COUNSEL TO UNITED STATES SPECIALTY INSUR COMPANY)
600 TRAVIS STREET, SUITE 2800
HOUSTON, TX 77002
FAX: 713-223-3717
EMAIL: PEISENBERG@LOCKELORD.COM

LOUISIANA DEPARTMENT OF JUSTICE
ATTN: CHRISTOPHER J. LENTO, ASST ATTY GENERAL
PO BOX 94005
BATON ROUGE, LA 70804-9005
FAX: 225-326-6099

LUGENBUHL WHEATON PECK RANKIN HUBBARD
ATTN: BENJAMIN W KADDEN
(COUNSEL TO M6 ENERGY SERVICES LLC)
601 POYDRAS ST., SUITE 2775
NEW ORLEANS, LA 70130
FAX: 504-310-9195
EMAIL: BKADDEN@LAWLA.COM

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTN: LEE GORDON
P.O. BOX 1269
ROUND ROCK, TX 78680
FAX: 512-323-3205

| | |
|---|---|
| MILLER MENTZER WALKER, P.C.<br>ATTN: JULIE A. WALKER, ESQ.<br>(COUNSEL TO J-W POWER COMPANY)<br>P.O. BOX 130<br>100 N. MAIN ST.<br>PALMER, TX 75152<br>FAX: 214-764-6676<br>EMAIL: JWALKER@MILMEN.COM | NORTON ROSE FULBRIGHT US LLP<br>ATTN: KRISTIAN W. GLUCK, RYAN E. MANNS &<br>LOUIS R. STRUBECK, JR.<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>2200 ROSS AVENUE, SUITE 3600<br>DALLAS, TX 75201-7932<br>FAX: 214-855-8200<br>EMAIL: KRISTIAN.GLUCK@NORTONROSEFULBRIGHT.COM;<br>LOUIS.STRUBECK@NORTONROSEFULBRIGHT.COM;<br>RYAN.MANNS@NORTONROSEFULBRIGHT.COM |
| OWENS LAW OFFICE PC<br>ATTN: PHILLIP P. OWENS II<br>(COUNSEL TO LEAM DRILLING SERVICES LLC)<br>6907 NW 122 STREET<br>OKLAHOMA CITY, OK 73142-3903<br>FAX: 405-608-0709<br>EMAIL: PO@OWENSLAWOFFICEPC.COM | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JOHN T. BANKS<br>(COUNSEL TO DIMMIT COUNTY & LA PRYOR INDEPENDENT SCHOOL DISTRICT)<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731<br>FAX: 512-302-1802<br>EMAIL: JBANKS@PBFCM.COM |
| PERKINS COIE LLP<br>ATTN: JOHN D. PENN<br>(COUNSEL TO GLAS TRUST COMPANY LLC)<br>500 N. AKARD STREET, SUITE 3300<br>DALLAS, TX 75201<br>FAX: 214-965-7784<br>EMAIL: JPENN@PERKINSCOIE.COM | PERKINS COIE LLP<br>ATTN: TINA N. MOSS<br>(COUNSEL TO GLAS TRUST COMPANY LLC)<br>30 ROCKEFELLER PLAZA, 22ND FLOOR<br>NEW YORK, NY 10112<br>FAX: 212-977-1636<br>EMAIL: TMOSS@PERKINSCOIE.COM |
| PERSON, WHITWORTH, BORCHERS & MORALES, L.L.P.<br>ATTN: ALEJANDRO E. VILLARREAL, III<br>(COUNSEL TO JIM F. AVANT, JEFF W. AVANT & JAMIE AVANT DEYHLE)<br>602 E. CALTON RD., 2ND FLOOR<br>LAREDO, TX 78041<br>FAX: 956-727-2696<br>EMAIL: AEV111@PERSONWHITWORTH.COM | PERSON, WHITWORTH, BORCHERS & MORALES, L.L.P.<br>ATTN: PATRICK J. OEGERLE<br>(COUNSEL TO JIM AVANT, JEFF AVANT & JAMIE AVANT DEYHLE)<br>7744 BROADWAY, SUITE 100<br>SAN ANTONIO, TX 78209<br>FAX: 210-824-3152<br>EMAIL: POEGERLE@PERSONWHITWORTH.COM |
| PRYOR CASHMAN LLP<br>ATTN: PATRICK SIBLEY, SETH H. LIEBERMAN, MATTHEW W. SILVERMAN (COUNSEL TO WILMINGTON TRUST, NA INDENTURE TRUSTEE FOR 8.0, 1.0, 1.5 LIEN SENIOR NOTES DUE 2022)<br>7 TIMES SQUARE<br>NEW YORK, NY 10036<br>FAX: 212-326-0806<br>EMAIL: PSIBLEY@PRYORCASHMAN.COM;<br>SLIEBERMAN@PRYORCASHMAN.COM;<br>MSILVERMAN@PRYORCASHMAN.COM | QUINN EMANUEL URQUHART & SULLIVAN LLP<br>ATTN: BENJAMIN FINESTONE<br>(COUNSEL TO A SINGLE NOTEHOLDER)<br>51 MADISON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10010<br>FAX: 212-849-7100<br>EMAIL: BENJAMINFINESTONE@QUINNEMANUEL.COM |

| | |
|---|---|
| RENTFRO, IRWIN & IRWIN, PLLC<br>(COUNSEL TO DAISY MILLER RICHARDSON)<br>ATTN: DAVID F. IRWIN<br>1650 PAREDES LINE ROAD, SUITE 102<br>BROWNSVILLE, TX 78521<br>EMAIL: DAVID@RENTFROLAWFIRM.NET | RICHARDSON ISD<br>C/O EBONEY COBB<br>PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010<br>FAX: 817-860-6509<br>EMAIL: ECOBB@PBFCM.COM |
| ROGERS, CARTER & PAYNE, LLC<br>ATTN: E. KEITH CARTER<br>(COUNSEL TO CARTER FAMILY MINERALS, LLC)<br>4415 THORNHILL, SECOND FLOOR, STE. A<br>SHREVEPORT, LA 71106<br>FAX: 318-868-2323<br>EMAIL: EKCARTER@ROGERSCARTERLAW.COM | SCHULMAN, LOPEZ, HOFFER & ADELSTEIN, LLP<br>ATTN: JASON M. ADELSTEIN<br>(COUNSEL TO SCHODTS GROUP)<br>517 SOLEDAD STREET<br>SAN ANTONIO, TX 78205<br>FAX: 210-538-5384<br>EMAIL: JADELSTEIN@SLH-LAW.COM |
| SCOPELITIS GARVIN LIGHT HANSON & FEARY P.C.<br>ATTN: GREGORY A. OSTENDORF<br>(COUNSEL TO RODAN TRANSPORT U.S.A. LTD)<br>10 W. MARKET STREET, SUITE 1400<br>INDIANAPOLIS, IN 46204<br>FAX: 317-687-2414<br>EMAIL: GOSTENDORF@SCOPELITIS.COM | SEWARD & KISSEL LLP<br>ATTN: JOHN R. ASHMEAD, ROBERT GAYDA & CATHERINE V. LOTEMPIO<br>(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB)<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004<br>FAX: 212-480-8421<br>EMAIL: ASHMEAD@SEWKIS.COM;GAYDA@SEWKIS.COM;<br>LOTEMPIO@SEWKIS.COM |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN: SANDEEP QUSBA & NICHOLAS BAKER<br>(COUNSEL TO JP MORGAN CHASE BANK)<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>FAX: 212-455-2502<br>EMAIL: SQUSBA@STBLAW.COM; NBAKER@STBLAW.COM | SINGER & LEVICK, P.C.<br>ATTN: MICHELLE E. SHRIRO & LARRY A. LEVICK<br>(COUNSEL TO CURTIS & SON VACUUM SERVICE, INC.)<br>16200 ADDISON ROAD, SUITE 140<br>ADDISON, TX 75001<br>FAX: 972-380-5748<br>EMAIL: MSHRIRO@SINGERLEVICK.COM;LEVICK@SINGERLEVICK.COM |
| STONE PIGMAN WALTHER WITTMANN L.L.C.<br>ATTN: JOHN M. LANDIS, ESQ.<br>(COUNSEL TO FURIE PETROLEUM COMPANY, LLC)<br>909 POYDRAS STREET, SUITE 3150<br>NEW ORLEANS, LA 70112-4042<br>FAX: 504-596-0819<br>EMAIL: JLANDIS@STONEPIGMAN.COM | STRASBURGER & PRICE, LLP<br>ATTN: ANDREW EDSON<br>(COUNSEL TO SEITEL DATA, LTD)<br>901 MAIN STREET, SUITE 4400<br>DALLAS, TX 75201-3794<br>FAX: 214-651-4330<br>EMAIL: ANDREW.EDSON@STRASBURGER.COM;<br>CARRIE.DOUGLAS@STRASBURGER.COM |

| | |
|---|---|
| STRASBURGER & PRICE, LLP<br>ATTN: DUANE J. BRESCIA<br>(COUNSEL TO SEITEL DATA, LTD)<br>720 BRAZOS, SUITE 700<br>AUSTIN, TX 78701<br>FAX: 512-499-3660<br>EMAIL: DUANE.BRESCIA@STRASBURGER.COM;<br>CARRIE.DOUGLAS@STRASBURGER.COM | SUPERIOR ENERGY SERVICES, INC. ON BEHLAF OF ITS<br>SUBSIDIARY COMPANIES SPN WELL SERVICES, INC.<br>D/B/A/ MERCER WELL SERVICES & STABIL DRILL<br>SPECIALTIES, L.L.C.<br>ATTN: JEAN PAUL P. OVERTON, ASST GENERAL COUNSEL<br>1001 LOUISIANA STREET, SUITE 2<br>HOUSTON, TX 77002<br>FAX: 504-828-3737<br>EMAIL: JEANPAUL.OVERTON@SUPERIORENERGY.COM |
| TEXAS ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: HAL F. MORRIS & CHARLIE SHELTON<br>(COUNSEL TO RAILROAD COMMISSION OF TEXAS)<br>P.O. BOX 12548 - MC 008<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: HAL.MORRIS@OAG.TEXAS.GOV;<br>CHARLIE.SHELTON@OAG.TEXAS.GOV | TEXAS ATTORNEYS GENERAL OFFICE<br>BANKRUPTCY & COLLECTIONS DIVISION MC 008<br>ATTN: RACHEL OBALDO, ASSISTANT ATTORNEY GENERAL<br>(COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNTS)<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548<br>FAX: 512-936-1409<br>EMAIL: RACHEL.OBALDO@OAG.TEXAS.GOV |
| THE UMARI LAW FIRM, PLLC<br>(COUNSEL TO OAKTREE CAPITAL MANAGEMENT, L.P.)<br>ATTN: BASIL A. UMARI<br>1403 EBERHARD<br>HOUSTON, TX 77019<br>EMAIL: BASIL@UMARILAW.COM | THOMPSON & KNIGHT LLP<br>ATTN: DAVID M BENNETT, GREG W CURRY, STEVEN J<br>LEVITT<br>(COUNSEL TO CHESAPEAKE EXPLORATION & CHESAPEAKE<br>ENERGY MARKETING LLC)<br>1722 ROUTH STREET, SUITE 1500<br>DALLAS, TX 75201<br>FAX: 214-969-1751<br>EMAIL: DAVID.BENNETT@TKLAW.COM;GREG.CURRY@TKLAW.COM;<br>STEVEN.LEVITT@TKLAW.COM |
| THOMPSON & KNIGHT LLP<br>ATTN: STEVEN J. LEVITT<br>(COUNSEL TO BHP BILLITON PETROLEUM)<br>1722 ROUTH STREET, SUITE 1500<br>DALLAS, TX 75201<br>FAX: 214-969-1751<br>EMAIL: STEVEN.LEVITT@TKLAW.COM | THOMPSON & KNIGHT LLP<br>ATTN: TYE C. HANCOCK & MITCHELL AYER<br>(COUNSEL TO BHP BILLITON PETROLEUM)<br>811 MAIN STREET, SUITE 2500<br>HOUSTON, TX 77002<br>FAX: 713-654-1872<br>EMAIL: TYE.HANCOCK@TKLAW.COM |
| TREVINO, VALLS & HAYNES, LLP<br>ATTN: ALISON WHITE HAYNES<br>(COUNSEL TO HOWLAND ENGINEERING & SURVEYING CO.)<br>P.O. BOX 450989<br>LAREDO, TX 78045<br>FAX: 956-791-0220<br>EMAIL: CZAPATA@TVHLAWFIRM.COM | WALLER LANDSEN DORTCH & DAVIS LLP<br>ATTN: ERIC J TAUBE, MARK C TAYLOR, CLEVELAND R<br>BURKE<br>(COUNSEL TO FAIRFAX FINANCIAL AND HAMBLIN WATSA)<br>100 CONGRESS AVE, SUITE 1800<br>AUSTIN, TX 78701<br>FAX: 512-685-6417<br>EMAIL: ERIC.TAUBE@WALLERLAW.COM;<br>MARK.TAYLOR@WALLERLAW.COM;<br>CLEVE.BURKE@WALLERLAW.COM |

WEIL GOTSHAL & MANGES LLP
ATTN: ALFREDO R. PEREZ & BRENDA L. FUNK
(COUNSEL TO AZURE MIDSTREAM HOLDINGS LLC ET AL)
700 LOUISIANA STREET, SUITE 1700
HOUSTON, TX 77002
FAX: 713-224-9511
EMAIL: ALFREDO.PEREZ@WEIL.COM; BRENDA.FUNK@WEIL.COM

WEST ALLEN BRYSON, PC
ATTN: BRENT BRYSON
(COUNSEL TO GEO-VEST PARTIES)
211 N. CENTER ST.
LONGVIEW, TX 75601
FAX: 903-212-9301
EMAIL: BBRYSON@WESTALLENLAW.COM

WHITE & CASE LLP
ATTN: THOMAS E LAURIA & MICHAEL C. SHEPHERD
(COUNSEL TO GEN IV INVESTMENT OPPORTUNITIES LLC
VEGA ASSET PARTNERS LLC)
SOUTHEAST FINANCIAL CENTER
200 SOUTH BISCAYNE BLVD., SUITE 4900
MIAMI, FL 33131
FAX: 305-358-5700
EMAIL: TLAURIA@WHITECASE.COM; MSHEPHERD@WHITECASE.COM

WILMINGTON SAVINGS FUND SOCIETY, FSB
ATTN: PATRICK J. HEALY
500 DELAWARE AVENUE, 11TH FLOOR
P.O. BOX 957
WILMINGTON, DE 19899
EMAIL: PHEALY@WSFSBANK.COM

YETTER COLEMAN LLP
ATTN: REAGAN W. SIMPSON, ESQ., TIMOTHY S. MCCONN,
ESQ., ELIZABETH A. WYMAN, ESQ., & STEVEN C.
MESSER, ESQ.
(COUNSEL TO BLUESCAPE RESOURCES COMPANY, LLC)
811 MAIN STREET, SUITE 4100
HOUSTON, TX 77002
FAX: 713-632-8002
EMAIL: RSIMPSON@YETTERCOLEMAN.COM;
TMCCONN@YETTERCOLEMAN.COM;
EWYMAN@YETTERCOLEMAN.COM; SMESSER@YETTERCOLEMAN.COM