IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/01/2019

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Re: Docket No. 1592 |

### ORDER EXTENDING THE EXCLUSIVITY PERIODS
### TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon the motion[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order, (a) extending the Filing Exclusivity Period through and including February 15, 2019 and (b) extending the Solicitation Exclusivity Period through and including April 16, 2019; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § and 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Stipulation And Agreed Order Extending Exclusivity Periods and Challenge Period* [Docket No. 1592] (the "Motion"), which was recharacterized as a motion to extend the exclusivity periods pursuant to the Court's *Order Regarding Stipulation* [Docket No. 1595].

their creditors, and other parties in interest and that cause exists to grant the Motion; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; it is HEREBY ORDERED THAT:

1. The Debtors' exclusive period to file a chapter 11 plan for each Debtor is extended through and including February 15, 2019.

2. The Debtors' exclusive period to solicit acceptances of a chapter 11 plan for each Debtor is extended through and including April 16, 2019.

3. Further extensions of the Exclusivity Periods shall be subject to section 1121(d) of the Bankruptcy Code.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: February 01, 2019

_____
Marvin Isgur
United States Bankruptcy Judge