**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF (I) STATUS HEARING ON ORDER EXTENDING EXCLUSIVITY AND
(II) ADJOURNMENT OF STATUS CONFERENCE ON CERTAIN MATTERS**

**PLEASE TAKE NOTICE** that Court has scheduled status hearing in connection with the *Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 1620] for **March 4, 2019, at 2:30 p.m. (prevailing Central Time)** before the Honorable Marvin Isgur.

**PLEASE TAKE FURTHER NOTICE** that the status conference on: (i) the *Debtors' Motion to Estimate Proofs of Claim of Regency Intrastate Gas LP* [Docket No. 1242]; (ii) the *Motion of Fairfax Financial Holdings Limited to Quash Deposition of its Chairman of the Board* [Docket No. 1382]; and (iii) the *Amended Settlement Joint Chapter 11 Plan of Reorganization of EXCO Resources, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 1391] currently scheduled for February 19, 2018, at 3:00 p.m. (CDT), before the Honorable Marvin Isgur, **has been adjourned to a date to be determined**.

**PLEASE TAKE FURTHER NOTICE** that parties desiring to appear telephonically may do so pursuant to the Court's telephonic instructions that are available for viewing at:

https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases are available free of charge by visiting http://dm.epiq11.com/ERI or by calling (646) 282-2400. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

Respectfully Submitted,

*/s/ Christopher T. Greco, P.C.*

Dated:  February 15, 2019    Christopher T. Greco, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:          christopher.greco@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          patrick.nash@kirkland.com
                 alexandra.schwarzman@kirkland.com

- and -

Marcus A. Helt (TX: 24052187)
Telephone:     (214) 999-4526
Facsimile:     (214) 999-3526
Email:          mhelt@foley.com
Michael K. Riordan (TX: 24070502)
Telephone:     (713) 276-5178
Facsimile:     (713) 276-6178
Email:          mriordan@foley.com
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, Texas 77002

*Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on February 15, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Christopher T. Greco, P.C.*
Christopher T. Greco, P.C.