IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **EXCO RESOURCES, INC.,** *et al* | § | **CASE NO: 18-30155** |
| | § | |
| **EXCO GP PARTNERS OLD, LP** | § | **CASE NO: 18-30156** |
| | § | |
| **EXCO HOLDING (PA), INC.** | § | **CASE NO: 18-30157** |
| | § | |
| **EXCO HOLDING MLP, INC.** | § | **CASE NO: 18-30158** |
| | § | |
| **EXCO LAND COMPANY, LLC** | § | **CASE NO: 18-30159** |
| | § | |
| **EXCO MIDCONTINENT MLP, LLC** | § | **CASE NO: 18-30160** |
| | § | |
| **EXCO OPERATING COMPANY, LP** | § | **CASE NO: 18-30161** |
| | § | |
| **EXCO PARTNERS GP, LLC** | § | **CASE NO: 18-30162** |
| | § | |
| **EXCO PARTNERS OLP GP, LLC** | § | **CASE NO: 18-30163** |
| | § | |
| **EXCO PRODUCTION COMPANY (PA), LLC** | § | **CASE NO: 18-30164** |
| | § | |
| **EXCO PRODUCTION COMPANY (WV), LLC** | § | **CASE NO: 18-30165** |
| | § | |
| **EXCO RESOURCES (XA), LLC** | § | **CASE NO: 18-30166** |
| | § | |
| **EXCO SERVICES, INC.** | § | **CASE NO: 18-30167** |
| | § | |
| **RAIDER MARKETING GP, LLC** | § | **CASE NO: 18-30168** |
| | § | |
| **RAIDER MARKETING, LP** | § | **CASE NO: 18-30169** |
| | § | **Jointly Administered Order** |
| Debtor(s) | § | |
| | § | **CHAPTER 11** |

**ORDER CONTINUING EVIDENTIARY
HEARINGS AND SETTING STATUS CONFERENCE**

The Court has reviewed the Joint Emergency Motion to continue the hearings that are scheduled for March 18, 2019. On the representation that substantial progress is being made, the Court orders:

1. All hearings scheduled in this case and in adversary proceeding 18-3295 for 2:30 p.m. on March 18, 2019 are continued.

2. The Court will conduct a status and scheduling conference in this case and in adversary proceeding 18-3295 at 2:30 p.m. on March 18, 2019.

3. Parties-in-interest may appear by telephone.

SIGNED **March 16, 2019.**

                                                  Marvin Isgur
                                       UNITED STATES BANKRUPTCY JUDGE