IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| EXCO RESOURCES, INC., *et al.*, [1] | § § § | Case No. 18-30155 (MI) |
| Debtors. | § § § | (Jointly Administered) |

**AGENDA FOR HEARING SCHEDULED FOR
MARCH 20, 2019, AT 1:30 P.M. (PREVAILING CENTRAL TIME),
BEFORE THE HONORABLE MARVIN ISGUR AT THE UNITED
STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF
TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") hereby file their agenda for motions set for status conference on March 20, 2019, at 1:30 p.m. (prevailing Central Time) (the "Hearing").

**I.    MATTERS SET FOR HEARING IN CASE NO. 18-30155**

1. Debtors' Fifth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1350].

    Responses Received: None.

    Related Documents:

    A.    Affidavit of Service [Docket No. 1486]

    B.    Amended Declaration of Tyler S. Farquharson in Support of Debtors' Fifth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1706]

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295).  The location of the Debtors' service address is:  12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

    C.  Notice of Filing Revised Proposed Order Regarding Debtors' Fifth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1711]

    Status: This matter is going forward.

2. Debtors' Sixth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1351].

   Responses Received: None.

   Related Documents:

    A.  Affidavit of Service [Docket No. 1486]

    B.  Amended Declaration of Tyler S. Farquharson in Support of Debtors' Sixth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1707]

    C.  Notice of Filing Revised Proposed Order Regarding Debtors' Sixth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1712]

   Status: This matter is going forward.

3. Debtors' Seventh Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1352]

   Responses Received:

    A.  Response to Debtors' Seventh Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1500]

    B.  Response to Debtors' Seventh Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1603]

   Related Documents:

    A.  Notice of Filing of Revised Proposed Order Regarding Debtors' Seventh Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1528]

    B.  Order for Further Response [Docket No. 1539]

    C.  Affidavit of Service [Docket No. 1486]

    D.  Amended Declaration of Tyler S. Farquharson in Support of Debtors' Seventh Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1708]

        E.      Notice of Filing Revised Proposed Order Regarding Debtors' Seventh Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1713]

        <u>Status</u>:  This matter is going forward.

4. Debtors' Eighth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1353].

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

        A.      Affidavit of Service [Docket No. 1486]

        B.      Amended Declaration of Tyler S. Farquharson in Support of Debtors' Eighth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1709]

        C.      Notice of Filing Revised Proposed Order Regarding Debtors' Eighth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1714]

    <u>Status</u>:  This matter is going forward.

5. Debtors' Ninth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1354].

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

        A.      Affidavit of Service [Docket No. 1486]

        B.      Amended Declaration of Tyler S. Farquharson in Support of Debtors' Ninth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1710]

        C.      Notice of Filing Revised Proposed Order Regarding Debtors' Ninth Omnibus Objection to Certain Proofs of Claim (Satisfied Royalty Claims) [Docket No. 1715]

    <u>Status</u>:  This matter is going forward.

6.     Motion to Enter in Civil Lawsuit [Docket No. 1611].

        Responses Received:

        A.     Debtors' Objection to Michael Ray Anderson's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) to Enter in a Civil Lawsuit [Docket No. 1646]

        Related Documents:

        A.     Order Setting Hearing [Docket No. 1631]

        Status:  This matter is going forward.

## II.   WITNESS AND EXHIBIT LISTS

7.     Debtors' Witness and Exhibit List for Hearing Scheduled for March 20, 2019 at 1:30 P.M. (Prevailing Central Time) [Docket No. 1701].

8.     The Committee's Witness and Exhibit List for Hearings Scheduled on March 20, 2019 [Docket No. 1702].

9.     Debtors' Amended Witness and Exhibit List for Hearing Scheduled for March 20, 2019 at 1:30 P.M. (Prevailing Central Time) [Docket No. 1717].

## III.   CONTINUED MATTER

10.     Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement by and Among the Debtors and Chesapeake, and (II) Granting Related Relief [Docket No. 1651].

        Responses Received:  None.

        Related Documents:

        A.     Affidavit of Service [Docket No. 1665]

        Status:  This matter is continued to March 27, 2019, at 8:00 a.m. (CT). The objection deadline has been extended to March 22, 2019, at 5:00 p.m. (CT).

|  |  |
|---|---|
| | Respectfully Submitted, |
| Dated:  March 18, 2019 | */s/ Christopher T. Greco, P.C.*<br>Christopher T. Greco, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: christopher.greco@kirkland.com |

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
       alexandra.schwarzman@kirkland.com

- and -

Marcus A. Helt (TX: 24052187)
Telephone: (214) 999-4526
Facsimile: (214) 999-3526
Email: mhelt@foley.com
Michael K. Riordan (TX: 24070502)
Telephone: (713) 276-5178
Facsimile: (713) 276-6178
Email: mriordan@foley.com
**FOLEY GARDERE**
**FOLEY & LARDNER LLP**
1000 Louisiana Street, Suite 2000
Houston, Texas 77002

*Counsel for the Debtors and Debtors in Possession*

**Certificate of Service**

    I certify that on March 18, 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Christopher T. Greco, P.C.*
                                                Christopher T. Greco, P.C.