IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**STIPULATION AND AGREED ORDER
TERMINATING THE DEBTORS' EXCLUSIVITY PERIODS**

**WHEREAS** on February 15, 2019, the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") filed the *Joint Emergency Motion to Extend the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 1619] (the "Motion") with the United States Bankruptcy Court for the Southern District of Texas (the "Court"), and the Court entered the *Order Extending the Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 1620].

**WHEREAS** in accordance with the agreement articulated at the status conference conducted before the Court on March 26, 2019, the Debtors, the Committee, and the Junior

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

Secured Parties (as defined in the DIP Motion[2]) have reached an agreement regarding the Debtors' Exclusivity Periods (as defined in the Motion).

**NOW THEREFORE, IT IS STIPULATED AND AGREED AS FOLLOWS:**

1. The Debtors' Exclusivity Periods are terminated effective as of 11:59 p.m. April 8, 2019 (prevailing Central Time).

2. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: March 26, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

---

The motion filed at ECF No. 1619 is terminated by this Order. Hearings on other matters that are presently scheduled for March 27, 2019 at 8:00 a.m. are continued to April 8, 2019 at 1:30 p.m.

---

[2] *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Secured Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Rel*ief (the "DIP Motion") [Docket No. 28].

**STIPULATED AND AGREED TO THIS 26TH DAY OF MARCH, 2019:**

By: /s/ *Christopher T. Greco, P.C.*
Christopher T. Greco, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: christopher.greco@kirkland.com

Patrick J. Nash, Jr. P.C. (admitted *pro hac vice*)
Alexandra Schwarzman (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
Email: alexandra.schwarzman@kirkland.com

Marcus A. Helt (TX: 24052187)
Michael K. Riordan (TX: 24070502)
**FOLEY GARDERE**
1000 Louisiana St., Suite 2000
Houston, Texas 77002
Telephone: (214) 999-4526
Facsimile: (214) 999-3526
Email: mhelt@foley.com
Email: mriordan@foley.com

*Counsel to the Debtors and Debtors in Possession*

-and-

By: /s/ *Robert J. Stark*
Robert J. Stark (admitted *pro hac vice*)
Sigmund S. Wissner-Gross (admitted *pro hac vice*)
Kenneth J. Aulet (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)

**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: swissnergross@brownrudnick.com
Email: rstark@brownrudnick.com
Email: kaulet@brownrudnick.com
Email: gcicero@brownrudnick.com


Steven B. Levine (admitted *pro hac vice*)
**BROWN RUDNICK LLP**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Email: slevine@brownrudnick.com

Elizabeth Freeman (SBN 24009222)
Kristhy Peguero (SBN 24102776)
**JACKSON WALKER L.L.P.**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: efreeman@jw.com
Email: kpeguero@jw.com

*Counsel for the Unsecured Creditor Committee*


-and-

Patricia B. Tomasco (SBN 01797600)
711 Louisiana, Suite 500
Houston, Texas 77002
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

4

713-221-7000 – Main Telephone
713-221-7100 – Main Facsimile
 Email: pattytomasco@quinnemanuel.com

*Proposed Co-Counsel for the Unsecured Creditor Committee*

-and-

By: /s/ *Kurt Mayr*
Kurt Mayr (admitted *pro hac vice*)
**BRACEWELL LLP**
CityPlace I, 34th Floor 185 Asylum Street
Hartford, Connecticut 06103-3458
Telephone: 860.256.8534
Facsimile: 1.800.404.3970
Email: kurt.mayr@bracewell.com

Bradley J. Benoit
**BRACEWELL LLP**
711 Louisiana Street Suite 2300
Houston, Texas 77002-2770
Telephone: 713.221.1224
Facsimile: 713.222.3204
Email: brad.benoit@bracewell.com

*Counsel for Bluescape Resources Company LLC*

-and-

By: /s/ *Andrew K. Glenn*
Andrew K. Glenn (admitted *pro hac vice*)
Adam L. Shiff (admitted *pro hac vice*)
Shai Schmidt (admitted *pro hac vice*)
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: 212.506.1700
Facsimile: 212.506.1800
Email: aglenn@kasowitz.com
Email: ashiff@kasowitz.com
Email: sschmidt@kasowitz.com

*Counsel for Fairfax Financial Holdings Ltd. And Hamblin Watsa Investment Counsel Ltd.*