IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**AFFIDAVIT OF PUBLICATION**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

# AFFIDAVIT

STATE OF NEW JERSEY          )
                             ) ss:
CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )

I, Andrew Introne, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher

of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout

the United States, and that the notice attached to this Affidavit has been regularly

published in THE WALL STREET JOURNAL for National distribution for

1    insertion(s) on the following date(s):

JUL-03-2019;

ADVERTISER: EXCO Resources, Inc.;

and that the foregoing statements are true and correct to the best of my knowledge.

Sworn to before me this
3    day of    July        2019

Notary Public



# NEW HIGHS AND LOWS

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**-Daily percentage change from the previous trading session.

**Tuesday, July 2, 2019**

## Highs

| Stock | Sym | 52-Wk Hi/Lo | % Chg |
|---|---|---|---|
| Aflac | AFL | 56.24 | 0.7 |
| AG Mortgage PfdB | MITTpB | 26.25 | 0.9 |
| ANI Pham | ANIP | 84.10 | 1.5 |
| Accenture | ACN | 188.74 | 0.9 |
| AerojetRocket | AJRD | 46.38 | 2.6 |
| AirProducts | APD | 230.27 | 0.6 |
| Alleghany | Y | 699.73 | 0.4 |
| AllianzGI PfdA | NCZpA | 25.26 | 0.4 |
| AmHomes4RentPfdE | AMHpE | 27.40 | 1.6 |
| AmHomes4RentPfdH | AMHpH | 26.44 | 0.5 |
| AnavexLifeSci | AVXL | 4.09 | 1.6 |
| AnnalyCapPfdI | NLYpI | 25.15 | 0.3 |
| Aon | AON | 196.50 | 0.4 |
| ArchCapital | ACGL | 37.91 | -0.6 |
| Ardagh | ARD | 17.85 | 1.9 |
| ArQule | ARQL | 11.46 | 2.2 |
| AspenTech | AZPN | 127.79 | 0.1 |
| Avalara | AVLR | 78.66 | 3.4 |
| AveryDennison | AVY | 120.25 | 0.7 |
| AxonicsModul | AXNX | 43.37 | -3.8 |
| AxsomeTherap | AXSM | 27.44 | 3.6 |
| BHP Group | BHP | 59.02 | 0.9 |
| BHP Group | BBL | 51.87 | 0.8 |
| BRF | BRFS | 8.55 | 2.4 |
| B.RileyNts2023 | RILYH | 27.66 | 0.3 |
| Ball | BLL | 71.59 | 1.9 |
| Blackstone | BX | 47.34 | 1.6 |
| BridgfordFoods | BRID | 34.66 | 16.6 |
| BrightHorizons | BFAM | 154.37 | -0.5 |
| BrookfieldInfr | BIP | 43.71 | 0.4 |
| BrookfieldRenew | BEP | 35.54 | 1.4 |
| Brown&Brown | BRO | 34.34 | 0.9 |
| CBRE Group | CBRE | 52.67 | -0.1 |
| CGI | GIB | 78.18 | 1.4 |
| CableOne | CABO | 1196.24 | 1.3 |
| CadenceDesign | CDNS | 74.02 | 0.9 |
| CAE | CAE | 27.70 | 2.6 |
| CaesarsEnt | CZR | 12.09 | 0.8 |
| Cardlytics | CDLX | 30.07 | 4.5 |
| CaseysGenStores | CASY | 158.21 | -1.4 |
| Catalent | CTLT | 55.56 | 1.5 |
| Cerner | CERN | 75.08 | 0.9 |
| ChoiceHotels | CHH | 88.71 | 1.6 |
| ChurchillDowns | CHDN | 117.77 | 0.6 |
| CitigrpCapXIIIPf | CpN | 27.90 | 0.6 |
| ClarivateAnalyWt | CCC.WS | 4.81 | 3.3 |
| CoherusBioSci | CHRS | 23.18 | 2.0 |
| CommunityHlthcr | CHCT | 40.32 | 1.4 |
| ConstructionPtrs | ROAD | 15.52 | -2.0 |
| Cooper | COO | 343.33 | -2.1 |
| CoStar | CSGP | 566.03 | 0.2 |
| CoupaSoftware | COUP | 133.70 | 1.9 |
| CrescentAcqn | CRSAU | 10.12 | 0.2 |
| CrownHoldings | CCK | 62.55 | 0.3 |
| CryoPort | CYRX | 19.22 | 2.4 |
| DD3Acquisition | DDMX | 10.04 | 0.5 |
| DD3Acquisition | DDMXU | 10.25 | 0.2 |
| DigitalTurbine | APPS | 5.34 | -0.8 |
| Dover | DOV | 103.19 | -0.1 |
| EMC Insurance | EMCI | 36.27 | -0.2 |
| EMCOR | EME | 88.68 | 0.9 |
| EPR PropPfdG | EPRpG | 25.15 | 0.5 |
| ESCO Tech | ESE | 84.21 | -0.8 |
| 8iEntsAcqnRt | JFKKR | 0.50 | 21.6 |
| EldoradoGold | EGO | 6.31 | 7.8 |
| EntergyLA Bds66 | ELC | 25.76 | 0.4 |
| FairIsaac | FICO | 323.94 | 2.2 |
| Ferrari | RACE | 165.20 | 1.2 |
| FirstData | FDC | 27.90 | 1.5 |
| FirstCash | FCFS | 101.86 | 0.2 |
| Fiserv | FISV | 93.61 | 1.2 |
| FleetCorTech | FLT | 287.00 | 1.0 |
| FordMotor6.2%Nt | FpB | 26.49 | 0.9 |
| GATX Nts | GMTA | 27.26 | 1.2 |
| GCI LibertyA | GLIBA | 62.62 | -0.3 |
| GabelliEqPfdG | GABpG | 24.96 | 1.1 |
| Galapagos | GLPG | 136.74 | 4.1 |
| Gallagher | AJG | 90.48 | 1.0 |
| Gartner | IT | 165.14 | 0.9 |
| Generac | GNRC | 71.34 | 0.5 |
| Genesee&Wyoming | GWR | 109.47 | 0.3 |
| GenieEnergy | GNE | 11.49 | 2.2 |
| GlobalPayments | GPN | 163.83 | -0.4 |
| HDFC Bank | HDB | 131.78 | 0.3 |
| HSBC PfdA | HSBCpA | 26.55 | 0.4 |
| HartfordFinl | HIG | 56.36 | 0.7 |
| HawthornBcsh | HWBK | 27.75 | 1.4 |
| Heico | HEI | 136.19 | 2.6 |
| Heico A | HEI.A | 106.31 | 1.8 |
| Hilton | HLT | 100.44 | 1.1 |
| Honeywell | HON | 177.48 | -0.1 |
| IDT | IDT | 11.04 | 1.6 |
| IHS Markit | INFO | 65.61 | 0.1 |
| Icon | ICLR | 155.70 | 0.3 |
| Impinj | PI | 31.23 | 2.8 |
| Inphi | IPHI | 54.11 | -2.7 |
| ICE | ICE | 87.38 | 1.4 |
| iStar | STAR | 12.75 | 0.6 |
| JohnBeanTech | JBT | 124.75 | -0.4 |
| JohnsonControls | JCI | 42.07 | -0.6 |
| KratosDefense | KTOS | 23.87 | 4.6 |
| LadenburgNts29 | LTSH | 25.51 | -0.3 |
| LeisureAcqnUn | LACQU | 10.50 | 0.8 |
| LibertyBroadbandC | LBRDK | 105.86 | 0.1 |
| LibertyBroadbandA | LBRDA | 104.39 | -0.1 |
| LiveNationEnt | LYV | 68.23 | 1.5 |
| LockheedMartin | LMT | 367.57 | 1.7 |
| Loews | L | 55.72 | -0.6 |
| Marsh&McLen | MMC | 102.07 | 1.2 |
| Masimo | MASI | 152.08 | -0.3 |
| Mastercard | MA | 270.60 | 1.4 |
| McDonalds | MCD | 209.58 | 1.6 |
| MeiraGTx | MGTX | 29.44 | 3.6 |
| MercuryGeneral | MCY | 63.55 | -0.2 |
| MidAmApt | MAA | 121.35 | 1.7 |
| MMTec | MTC | 19.10 | -2.6 |
| MolecularTemp | MTEM | 8.77 | -6.1 |
| MonocleAcqn | MNCLU | 10.32 | 0.2 |
| MonroeCapNts23 | MRCCL | 25.28 | ... |
| Morphic | MORF | 25.15 | -2.4 |
| Nasdaq | NDAQ | 99.89 | 2.6 |
| NatlStoragePfdA | NSApA | 25.92 | 0.2 |
| NexPointResidentl | NXRT | 43.32 | 3.5 |
| OSI Systems | OSIS | 116.42 | 0.6 |
| OaktreeCapPfdA | OAKpA | 26.22 | 0.2 |
| OaktreeCapPfdB | OAKpB | 26.18 | 0.7 |
| OpesAcqn | OPESU | 10.50 | 0.9 |
| Oracle | ORCL | 58.56 | 0.8 |
| OrionEnergySys | OESX | 3.18 | -1.3 |
| OrmatTech | ORA | 64.35 | -0.1 |
| PSBusParksPfdW | PSBpW | 25.20 | 0.4 |
| PopularPfd | BPOPN | 31.97 | 0.3 |
| ProspectCapNt28 | PBY | 26.07 | 1.7 |
| PublicStoragePfH | PSApH | 26.34 | 0.5 |
| ReinsuranceGrpDeb | RZB | 27.64 | 1.1 |
| RenaissancePfdF | RNRpF | 26.00 | 0.4 |
| Rent-A-Center | RCII | 27.69 | 1.6 |
| RepublicBcpKYA | RBCAA | 52.68 | 0.7 |
| RexfordIndlRealty | REXR | 41.31 | 2.3 |
| RexfordIndPfdB | REXRpB | 26.04 | 1.0 |
| RichmondMutBncp | RMBI | 13.70 | 36.5 |
| RioTinto | RIO | 64.02 | 1.5 |
| RoperTech | ROP | 375.01 | ... |
| RoyalGold | RGLD | 103.80 | 2.2 |
| SAP | SAP | 139.59 | 0.8 |
| S&P Global | SPGI | 235.67 | 1.2 |
| ScorpioTankers | STNG | 30.87 | ... |
| Sea | SE | 35.27 | 2.5 |
| SilganHoldings | SLGN | 31.26 | -0.1 |
| SimplyGoodFoods | SMPL | 26.00 | 2.0 |
| Smartsheet | SMAR | 51.67 | 4.3 |
| SpirePfdA | SRpA | 26.25 | ... |
| Starbucks | SBUX | 85.59 | 1.1 |
| StateAutoFin | STFC | 35.63 | 0.7 |
| SummitHotelPfdD | INNpD | 26.90 | -0.1 |
| SunComms | SUI | 132.42 | 1.7 |
| SunPower | SPWR | 11.34 | 0.5 |
| SunRun | RUN | 20.47 | 2.5 |
| SynchronyFin | SYF | 35.53 | 0.3 |
| Synopsys | SNPS | 133.50 | 1.5 |
| TC PipeLines | TCP | 38.81 | 0.2 |
| TanzanianGold | TRX | 1.00 | 10.0 |
| TeledyneTech | TDY | 278.74 | 0.7 |
| TelekmIndonesia | TLK | 29.89 | 1.1 |
| TeleNav | TNAV | 8.44 | -0.7 |
| TerraFormPower | TERP | 14.59 | 1.8 |
| TerrenoRealty | TRNO | 49.64 | 1.7 |
| TetraTech | TTEK | 80.40 | 0.8 |
| ThermoFisherSci | TMO | 301.19 | 0.6 |
| Torchmark | TMK | 91.29 | -0.7 |
| TotalSystem | TSS | 131.70 | -0.5 |
| Tuscan | THCBU | 10.79 | 1.5 |
| TuscanWt | THCBW | 0.90 | 6.2 |
| TwoHarborsPfdC | TWOpC | 25.43 | 0.7 |
| UnumNts061558 | UNMA | 26.42 | 0.4 |
| Vapotherm | VAPO | 24.63 | -6.2 |
| Veracyte | VCYT | 30.25 | 0.8 |
| VeriSign | VRSN | 214.75 | 1.2 |
| VeriskAnalytics | VRSK | 149.11 | 0.7 |
| Veru | VERU | 2.49 | 1.9 |
| ViaviSolutions | VIAV | 14.18 | 0.5 |
| VictoryCapital | VCTR | 19.00 | 4.9 |
| VivintSolar | VSLR | 8.05 | 1.6 |
| WNS | WNS | 59.92 | 1.6 |
| WRBerkleyDeb58 | WRBpE | 26.73 | -0.2 |
| WasteConnections | WCN | 96.68 | 1.1 |
| WebsterFinlPfdF | WBSpF | 25.34 | 0.6 |
| WhiteMtnIns | WTM | 1059.66 | 1.8 |
| WillisTowers | WLTW | 195.82 | 0.6 |
| Yandex | YNDX | 40.03 | 1.2 |
| ZaiLab | ZLAB | 36.68 | 0.1 |
| ZealandPharma | ZEAL | 23.04 | 2.5 |

Continued on Page B11

**ADVERTISEMENT**

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## NOTICE OF SALE

**NOTICE OF PUBLIC SALE** • Property to be Sold

**Public Sale No. 1: Tuesday, July 9th, 2019 10:00 a.m. EDT**

| Lot # | CUSIP | Issue | Asset Type | Original Face |
|---|---|---|---|---|
| 1 | 04541GAZ5 | ABSLB 2000-LB1 BV | Subprime | 4,000,000.00 |
| 2 | 004427AN0 | ACE 2001-HE1 M3 | Subprime | 5,000,000.00 |
| 3 | 004421BA0 | ACE 2002-HE2 M4 | Subprime | 4,000,000.00 |
| 4 | 03072SHK4 | AMSI 2003-AR3 M5 | Subprime | 2,000,000.00 |
| 5 | 86358RZ83 | ARC 2002-BC5 M3 | Subprime | 4,000,000.00 |
| 6 | 144531CQ1 | CARR 2005-OPT2 M7 | Subprime | 2,000,000.00 |
| 7 | 12489WDV3 | CBASS 2001-CB3 B1 | Subprime | 2,000,000.00 |
| 8 | 12489WEB6 | CBASS 2001-CB4 1B1 | Subprime | 5,088,000.00 |
| 9 | 12489WEF7 | CBASS 2001-CB4 2B1 | Subprime | 2,039,000.00 |
| 10 | 12489WEE0 | CBASS 2001-CB4 2M2 | Subprime | 3,136,000.00 |
| 11 | 12506YBB4 | CDCMC 2003-HE1 B1 | Subprime | 3,166,000.00 |
| 12 | 20847TBM2 | CNFHE 2001-D B1 | Subprime | 6,000,000.00 |
| 13 | 20846QJN9 | CNFHE 2002-A B1 | Subprime | 1,500,000.00 |
| 14 | 294751BG6 | EQABS 2002-4 B | Subprime | 750,000.00 |
| 15 | 22541NHK8 | HEAT 2002-3 B1 | Subprime | 4,000,000.00 |
| 16 | 542514DL5 | LBMLT 2003-1 M3 | Subprime | 2,000,000.00 |
| 17 | 589929YA0 | MLMI 2002-AFC1 BF1 | Subprime | 5,000,000.00 |
| 18 | 59020URT4 | MLMI 2005-NC1 B2 | Subprime | 1,500,000.00 |
| 19 | 59020URU1 | MLMI 2005-NC1 B3 | Subprime | 1,540,000.00 |
| 20 | 61746RCV1 | MSAC 2003-NC7 B2 | Subprime | 1,000,000.00 |
| 21 | 61744CKV7 | MSAC 2005-HE1 B2 | Subprime | 2,000,000.00 |
| 22 | 61744CKW5 | MSAC 2005-HE1 B3 | Subprime | 3,000,000.00 |
| 23 | 61746WJF8 | MSDWC 2001-AM1 B1 | Subprime | 6,000,000.00 |
| 24 | 61746WB33 | MSDWC 2003-NC2 B2 | Subprime | 1,875,000.00 |
| 25 | 64352VCF6 | NCHET 2002-1 M3 | Subprime | 1,000,000.00 |
| 26 | 64352VGL9 | NCHET 2004-A MI2 | Subprime | 2,000,000.00 |
| 27 | 759950AK4 | RAMC 2002-2 B | Subprime | 5,000,000.00 |
| 28 | 76110WML7 | RASC 2001-KS3 MII3 | Subprime | 4,750,000.00 |
| 29 | 76110VHA9 | RFMS2 2001-HS3 MI3 | Subprime | 5,500,000.00 |
| 30 | 805564KG5 | SAST 2001-3 B | Subprime | 3,000,000.00 |
| 31 | 83611MEX2 | SVHE 2005-2 M8 | Subprime | 1,912,500.00 |

**Public Sale No. 2: Tuesday, July 9th, 2019 1:00 p.m. EDT**

| Lot # | CUSIP | Issue | Asset Type | Original Face |
|---|---|---|---|---|
| 1 | 37638XAG4 | GLCR 2005-3A C | ABS CDO | 2,000,000.00 |
| 2 | 31371KWH0 | FN 254548 | Agency | 3,900,000.00 |
| 3 | 31401YDN2 | FN 722009 | Agency | 1,120,000.00 |
| 4 | 43037QAE9 | HLF 1A C1 | CLO | 5,000,000.00 |
| 5 | 20846QGE2 | CNF 2001-1 M1 | MH | 2,000,000.00 |
| 6 | 52519SAL7 | LABMH 2001-B M1 | MH | 2,000,000.00 |
| 7 | 589962CP2 | MESC 12-1 1M2 | MH | 3,000,000.00 |
| 8 | 07386HCN9 | BALTA 2003-3 B2 | Prime / Alt-A | 740,700.00 |
| 9 | 07384MZD7 | BSARM 2003-7 B2 | Prime / Alt-A | 77,700.00 |
| 10 | 12667FD51 | CWALT 2004-J13 B | Prime / Alt-A | 4,000,000.00 |
| 11 | 36242DSW4 | GSAA 2005-1 B1 | Prime / Alt-A | 500,000.00 |
| 12 | 576434N59 | MALT 2005-3 6A4 | Prime / Alt-A | 3,500,000.00 |
| 13 | 61748HNE7 | MSM 2005-6AR 1B3 | Prime / Alt-A | 2,650,000.00 |
| 14 | 65535VBP2 | NAA 2003-A2 B1 | Prime / Alt-A | 1,900,000.00 |
| 15 | 65535VBQ0 | NAA 2003-A2 B2 | Prime / Alt-A | 940,000.00 |
| 16 | 65535VGC6 | NAA 2004-AP3 M2 | Prime / Alt-A | 4,000,000.00 |
| 17 | 8635723J0 | SASC 2001-1 B2 | Prime / Alt-A | 3,000,000.00 |
| 18 | 81743PAJ5 | SEMT 2003-1 B2 | Prime / Alt-A | 2,000,000.00 |
| 19 | 92922FAV0 | WAMU 2003-AR8 B2 | Prime / Alt-A | 1,000,000.00 |
| 20 | 92922FUG1 | WAMU 2004-CB2 B2 | Prime / Alt-A | 1,632,647.00 |
| 21 | 949808AV1 | WFMBS 2003-J 2A7 | Prime / Alt-A | 3,000,000.00 |

**Public Sale No. 3: Tuesday, July 9th, 2019 4:00 p.m. EDT**

| Lot # | CUSIP | Issue | Asset Type | Original Face |
|---|---|---|---|---|
| 1 | 04541GPR7 | ABSHE 2005-HE1 M9 | Zero Factor RMBS | 1,500,000.00 |
| 2 | 04541GSZ6 | ABSHE 2005-HE6 M11 | Zero Factor RMBS | 3,508,000.00 |
| 3 | 04541GAV4 | ABSLB 2000-LB1 BF | Zero Factor RMBS | 3,062,000.00 |
| 4 | 004421LB7 | ACE 2005-HE1 M8 | Zero Factor RMBS | 1,000,000.00 |
| 5 | 004421LC5 | ACE 2005-HE1 M9 | Zero Factor RMBS | 1,500,000.00 |
| 6 | 03072SWZ4 | AMSI 2004-R11 M10 | Zero Factor RMBS | 950,000.00 |
| 7 | 03072SYE9 | AMSI 2005-R1 M7 | Zero Factor RMBS | 2,000,000.00 |
| 8 | 03072SYF6 | AMSI 2005-R1 M8 | Zero Factor RMBS | 2,000,000.00 |
| 9 | 00253CHM2 | AMT 2001-4 B | Zero Factor RMBS | 3,000,000.00 |
| 10 | 040104LV1 | ARSI 2004-W10 M8 | Zero Factor RMBS | 2,000,000.00 |
| 11 | 040104GY1 | ARSI 2004-W6 M7 | Zero Factor RMBS | 3,500,000.00 |
| 12 | 040104NM9 | ARSI 2005-W2 M9 | Zero Factor RMBS | 1,000,000.00 |
| 13 | 040104PL9 | ARSI 2005-W3 M9 | Zero Factor RMBS | 4,000,000.00 |
| 14 | 040104QY0 | ARSI 2005-W5 M9 | Zero Factor RMBS | 4,000,000.00 |
| 15 | 04012MAK5 | ARSI 2006-M1 M9 | Zero Factor RMBS | 4,000,000.00 |
| 16 | 05946XRK1 | BAFC 2005-A 5B1 | Zero Factor RMBS | 1,000,000.00 |
| 17 | 07386HFP1 | BALTA 2004-1 B2 | Zero Factor RMBS | 1,000,000.00 |
| 18 | 07386HTJ0 | BALTA 2005-4 2B3 | Zero Factor RMBS | 1,500,000.00 |
| 19 | 07386HUV1 | BALTA 2005-5 2B1 | Zero Factor RMBS | 3,100,000.00 |
| 20 | 07386HUW9 | BALTA 2005-5 2B2 | Zero Factor RMBS | 1,600,000.00 |
| 21 | 07386HWL1 | BALTA 2005-7 2B8 | Zero Factor RMBS | 269,000.00 |
| 22 | 073879QJ0 | BSABS 2005-AC1 B1 | Zero Factor RMBS | 254,584.00 |
| 23 | 0738795X2 | BSABS 2005-HE12 M8 | Zero Factor RMBS | 3,000,000.00 |
| 24 | 14453FAN9 | CARR 2006-NC2 M9 | Zero Factor RMBS | 1,250,000.00 |
| 25 | 20846QBR8 | CNF 2000-1 M2 | Zero Factor RMBS | 2,500,000.00 |
| 26 | 20846QHS0 | CNF 2001-3 B1 | Zero Factor RMBS | 2,000,000.00 |
| 27 | 22540VMN9 | CSFB 2001-HE30 BF | Zero Factor RMBS | 3,000,000.00 |
| 28 | 12667GKX0 | CWALT 2005-21CB B2 | Zero Factor RMBS | 1,800,000.00 |
| 29 | 12667GUC5 | CWALT 2005-26CB B2 | Zero Factor RMBS | 3,500,000.00 |
| 30 | 12669DFA1 | CWHL 2002-30 B2 | Zero Factor RMBS | 3,300,000.00 |
| 31 | 126673NN8 | CWL 2004-12 BF | Zero Factor RMBS | 4,240,000.00 |
| 32 | 126673PB2 | CWL 2004-12 BV | Zero Factor RMBS | 650,000.00 |
| 33 | 126673NM0 | CWL 2004-12 MF7 | Zero Factor RMBS | 1,110,000.00 |
| 34 | 126673RF1 | CWL 2004-13 MF8 | Zero Factor RMBS | 1,250,000.00 |
| 35 | 126673UF7 | CWL 2004-15 BF | Zero Factor RMBS | 1,000,000.00 |
| 36 | 126673UE0 | CWL 2004-15 MF8 | Zero Factor RMBS | 1,000,000.00 |
| 37 | 126673EL2 | CWL 2004-7 BV | Zero Factor RMBS | 3,000,000.00 |
| 38 | 126673QM7 | CWL 2004-AB2 B | Zero Factor RMBS | 3,500,000.00 |
| 39 | 126673WL2 | CWL 2005-1 MF7 | Zero Factor RMBS | 1,000,000.00 |
| 40 | 126673WM0 | CWL 2005-1 MF8 | Zero Factor RMBS | 1,000,000.00 |
| 41 | 1266736L1 | CWL 2005-9 M7 | Zero Factor RMBS | 1,400,000.00 |
| 42 | 045427AN1 | CWL 2006-8 M9 | Zero Factor RMBS | 4,000,000.00 |
| 43 | 233205AM5 | DFCHT 2001-2 B | Zero Factor RMBS | 4,000,000.00 |
| 44 | 35729PNM8 | FHLT 2005-E M9 | Zero Factor RMBS | 4,000,000.00 |
| 45 | 36228FEY8 | GSAMP 2002-NC1 B1 | Zero Factor RMBS | 2,760,775.00 |
| 46 | 36242DA94 | GSAMP 2005-HE2 B2 | Zero Factor RMBS | 1,600,000.00 |
| 47 | 437084HY5 | HEAT 2005-1 B2 | Zero Factor RMBS | 1,000,000.00 |
| 48 | 437084SF4 | HEAT 2006-1 B1 | Zero Factor RMBS | 3,000,000.00 |
| 49 | 437084SE7 | HEAT 2006-1 M8 | Zero Factor RMBS | 1,000,000.00 |
| 50 | 45071KCW2 | IXIS 2005-HE4 B3 | Zero Factor RMBS | 1,131,000.00 |
| 51 | 46628VAU0 | JPALT 2006-S3 B3 | Zero Factor RMBS | 2,000,000.00 |
| 52 | 542514BC7 | LBMLT 2001-3 M3 | Zero Factor RMBS | 5,830,000.00 |
| 53 | 59020UQ81 | MLMI 2005-A8 B1 | Zero Factor RMBS | 2,000,000.00 |
| 54 | 59020UQ99 | MLMI 2005-A8 B2 | Zero Factor RMBS | 532,000.00 |
| 55 | 61744CCM6 | MSAC 2004-NC4 B2 | Zero Factor RMBS | 500,000.00 |
| 56 | 61744CNJ1 | MSAC 2005-HE2 B2 | Zero Factor RMBS | 500,000.00 |
| 57 | 61744CNK8 | MSAC 2005-HE2 B3 | Zero Factor RMBS | 500,000.00 |
| 58 | 61744CWU6 | MSAC 2005-HE7 B3 | Zero Factor RMBS | 2,000,000.00 |
| 59 | 61744CMB9 | MSAC 2005-WMC1 B2 | Zero Factor RMBS | 1,000,000.00 |
| 60 | 61744CMC7 | MSAC 2005-WMC1 B3 | Zero Factor RMBS | 1,500,000.00 |
| 61 | 61748LAN2 | MSAC 2006-NC4 B2 | Zero Factor RMBS | 2,000,000.00 |
| 62 | 61746WWE6 | MSDWC 2002-NC5 B2 | Zero Factor RMBS | 1,500,000.00 |
| 63 | 61744CQS8 | MSHEL 2005-2 B2 | Zero Factor RMBS | 3,000,000.00 |
| 64 | 65535VBS6 | NAA 2003-A2 B4 | Zero Factor RMBS | 310,000.00 |
| 65 | 65535VGD4 | NAA 2004-AP3 M3 | Zero Factor RMBS | 3,000,000.00 |
| 66 | 65535VHL5 | NAA 2005-AP1 2M2 | Zero Factor RMBS | 654,500.00 |
| 67 | 64352VCU3 | NCHET 2003-2 M4 | Zero Factor RMBS | 5,000,000.00 |
| 68 | 64352VJR3 | NCHET 2004-4 M8 | Zero Factor RMBS | 1,300,000.00 |
| 69 | 64352VJS1 | NCHET 2004-4 M9 | Zero Factor RMBS | 2,700,000.00 |
| 70 | 68389FKG8 | OOMLT 2005-5 M9 | Zero Factor RMBS | 3,843,000.00 |
| 71 | 70069FEQ6 | PPSI 2004-WHQ2 M8 | Zero Factor RMBS | 2,600,000.00 |
| 72 | 70069FER4 | PPSI 2004-WHQ2 M9 | Zero Factor RMBS | 3,400,000.00 |
| 73 | 759950FR4 | RAMC 2005-1 M9 | Zero Factor RMBS | 1,000,000.00 |
| 74 | 76112BJB7 | RAMP 2005-RS1 MI3 | Zero Factor RMBS | 750,000.00 |
| 75 | 76112BMZ0 | RAMP 2005-SL1 M3 | Zero Factor RMBS | 1,000,000.00 |
| 76 | 86358EXE1 | SAIL 2005-HE3 M8 | Zero Factor RMBS | 1,609,000.00 |
| 77 | 81441PBL4 | SNMLT 2002-2A M1 | Zero Factor RMBS | 1,000,000.00 |

Dock Street Capital Management LLC, on behalf of The Bank of New York Mellon Trust Company, National Association, in its capacity as collateral agent (the "Collateral Agent"), will be conducting sales of certain collateral pledged to the Collateral Agent. The Collateral (as defined herein) will be offered and sold by the Collateral Agent without recourse, representations or covenants, express or implied, being made by the Collateral Agent with respect to the Collateral (except as to title to the Collateral) or with respect to any other information then in the Collateral Agent's possession, including without limitation any offering circular or other financial information. **Location of Sale.** The sales will be held at 575-B Riverside Avenue, Westport, CT 06880. **Additional Information.** Please be advised that the sale of the securities listed above may be made only to the best bidder who is also a qualified bidder and will be subject to a reserve level. For additional information, including with respect to qualified bidder status, and to obtain copies of an Investor Representation and Confidentiality Agreement, contact David Crowle or Jeffrey Holtman by email at dcrowle@dockstreetcap.com or jholtman@dockstreetcap.com, respectively, by phone at (212) 457-8258, by facsimile at (212) 457-8269 or by mail addressed to 575-B Riverside Avenue, Westport, CT 06880. **Disclaimer.** The Collateral Agent is authorized at such sales, if the Collateral Agent deems it advisable or is required by applicable law to do so: (i) to restrict the prospective bidders on or purchasers of the above identified security (the "Collateral") to be sold to those who will represent and agree that they are purchasing for their own account for investment and not with a view to the distribution or resale of any of such assets, (ii) to verify that each certificate for the security to be sold bears a legend substantially to the effect that such security has not been registered under the Securities Act of 1933, as amended, and may not be disposed of in violation of the provisions of said Act, (iii) to disclaim and to refuse to give any warranty (other than as to title), and (iv) to impose such other limitations or conditions in connection with any such sale as the Collateral Agent deems necessary or advisable.

## NOTICE OF SALE

**NOTICE OF PUBLIC SALE** • Property to be Sold

**Public Sale No. 1: Wednesday, July 10th, 2019 10:00 a.m. EDT**

| Lot # | CUSIP | Issue | Asset Type | Original Face |
|---|---|---|---|---|
| 1 | 007036TE6 | ARMT 2005-10 3A11 | Prime / Alt-A | 20,000,000.00 |
| 2 | 073868AM3 | BALTA 2006-6 2A1 | Prime / Alt-A | 3,200,000.00 |
| 3 | 05950BAN4 | BOAA 2006-5 CB13 | Prime / Alt-A | 10,411,000.00 |
| 4 | 021460AW0 | CWALT 2006-16CB A9 | Prime / Alt-A | 14,997,000.00 |
| 5 | 02147GAG9 | CWALT 2006-21CB A7 | Prime / Alt-A | 18,000,000.00 |
| 6 | 02150FAC4 | CWALT 2007-8CB A3 | Prime / Alt-A | 10,000,000.00 |
| 7 | 126694FV5 | CWHL 2005-18 A8 | Prime / Alt-A | 5,184,000.00 |
| 8 | 126694CP1 | CWHL 2005-21 A11 | Prime / Alt-A | 5,044,000.00 |
| 9 | 126694LC0 | CWHL 2005-24 A36 | Prime / Alt-A | 42,590,000.00 |
| 10 | 126694JU3 | CWHL 2005-24 A4 | Prime / Alt-A | 6,196,000.00 |
| 11 | 126694MP0 | CWHL 2005-26 1A5 | Prime / Alt-A | 19,415,000.00 |
| 12 | 126694UM8 | CWHL 2005-31 2A2 | Prime / Alt-A | 10,267,000.00 |
| 13 | 126694UN6 | CWHL 2005-31 2A3 | Prime / Alt-A | 20,858,000.00 |
| 14 | 126694UT3 | CWHL 2005-31 4A2 | Prime / Alt-A | 19,110,000.00 |
| 15 | 126694D21 | CWHL 2006-HYB2 2A1B | Prime / Alt-A | 5,099,000.00 |
| 16 | 126694D70 | CWHL 2006-HYB2 4A1 | Prime / Alt-A | 20,000,000.00 |
| 17 | 362341SU4 | GSAA 2005-12 AF6 | Prime / Alt-A | 36,666,000.00 |
| 18 | 362334FF6 | GSAA 2006-4 2A1 | Prime / Alt-A | 6,000,000.00 |
| 19 | 36242DD26 | GSR 2005-3F 1A3 | Prime / Alt-A | 47,380,000.00 |
| 20 | 362341S91 | GSR 2005-9F 2A8 | Prime / Alt-A | 7,095,042.00 |
| 21 | 362341LB3 | GSR 2005-AR5 2A2 | Prime / Alt-A | 1,998,000.00 |
| 22 | 362341RY7 | GSR 2005-AR6 2A2 | Prime / Alt-A | 60,000,000.00 |
| 23 | 362341XA2 | GSR 2005-AR7 2A2 | Prime / Alt-A | 16,634,000.00 |

**Public Sale No. 2: Wednesday, July 10th, 2019 1:00 p.m. EDT**

| Lot # | CUSIP | Issue | Asset Type | Original Face |
|---|---|---|---|---|
| 1 | 41161UAG7 | HVMLT 2006-6 4A1A | Prime / Alt-A | 11,000,000.00 |
| 2 | 466247RY1 | JPMMT 2005-A4 B2 | Prime / Alt-A | 8,463,400.00 |
| 3 | 466247P23 | JPMMT 2006-S1 3A2 | Prime / Alt-A | 11,000,000.00 |
| 4 | 466247Q22 | JPMMT 2006-S1 AX | Prime / Alt-A | 1,298,448.00 |
| 5 | 52520MDR1 | LMT 2005-3 1A5 | Prime / Alt-A | 20,000,000.00 |
| 6 | 52520MFB4 | LMT 2006-1 1A5 | Prime / Alt-A | 6,765,000.00 |
| 7 | 61748HQZ7 | MSM 2005-9AR 3A1 | Prime / Alt-A | 12,818,000.00 |
| 8 | 61748HUH2 | MSM 2006-1AR 1A3 | Prime / Alt-A | 3,000,000.00 |
| 9 | 61749CAP6 | MSM 2006-6AR 4A3 | Prime / Alt-A | 1,638,014.00 |
| 10 | 61749JAP1 | MSM 2006-7 4AX | Prime / Alt-A | 2,578,327.00 |
| 11 | 65535VQK7 | NAA 2005-AR5 2A2 | Prime / Alt-A | 10,000,000.00 |
| 12 | 65535VRH3 | NAA 2005-AR6 2A1 | Prime / Alt-A | 14,421,000.00 |
| 13 | 75115AAC5 | RALI 2006-QS8 A3 | Prime / Alt-A | 6,000,000.00 |
| 14 | 76111XWE9 | RFMSI 2005-SA3 4A | Prime / Alt-A | 5,000,000.00 |
| 15 | 78473WAF0 | STARM 2007-4 3A1 | Prime / Alt-A | 9,000,000.00 |
| 16 | 94983TAH3 | WFMBS 2006-AR6 4A2 | Prime / Alt-A | 9,009,000.00 |
| 17 | 94983TAK6 | WFMBS 2006-AR6 5A2 | Prime / Alt-A | 8,795,000.00 |
| 18 | 94985JAH3 | WFMBS 2007-7 A8 | Prime / Alt-A | 5,000,000.00 |

**Public Sale No. 3: Thursday, July 11th, 2019 10:00 a.m. EDT**

| Lot # | CUSIP | Issue | Asset Type | Original Face |
|---|---|---|---|---|
| 1 | 31393QMP4 | FHR 2614 FV | Agency CMO | 12,600,001.00 |
| 2 | 31395PHP0 | FHR 2942 IO | Agency CMO | 12,536,455.00 |
| 3 | 31397ARS4 | FHR 3201 FL | Agency CMO | 9,999,999.00 |
| 4 | 31282YBG3 | FHS 164 A | Agency CMO | 49,939,012.00 |
| 5 | 31395DFP9 | FNR 2006-39 EF | Agency CMO | 1,000,000.00 |
| 6 | 31395DVL0 | FNR 2006-42 JF | Agency CMO | 21,642,857.00 |
| 7 | 3136FCN85 | FNS 369 21 | Agency CMO | 12,416,280.00 |
| 8 | 3136FCP75 | FNS 371 2 | Agency CMO | 65,000,000.00 |
| 9 | 31393ELU1 | FNW 2003-W12 3A | Agency CMO | 106,040,754.00 |
| 10 | 31393TC87 | FNW 2003-W15 3A | Agency CMO | 11,250,000.00 |
| 11 | 31393BW76 | FNW 2003-W6 6A | Agency CMO | 13,705,000.00 |
| 12 | 31396L7E4 | FNW 2006-W3 2A | Agency CMO | 10,000,000.00 |
| 13 | 36242DU35 | GSMPS 2005-RP2 2A1 | Prime / Alt-A RP | 42,126,000.00 |
| 14 | 362341LS6 | GSMPS 2005-RP3 2A1 | Prime / Alt-A RP | 42,595,000.00 |
| 15 | 3623413J6 | GSMPS 2006-RP1 2A1 | Prime / Alt-A RP | 38,781,000.00 |
| 16 | 36298XAE2 | GSMPS 2006-RP2 2A1 | Prime / Alt-A RP | 16,810,000.00 |
| 17 | 576436AY5 | MARP 2005-1 2A1 | Prime / Alt-A RP | 15,474,000.00 |
| 18 | 86359DRU3 | SASC 2005-RF5 2A | Prime / Alt-A RP | 34,629,000.00 |
| 19 | 86359DXR3 | SASC 2006-RF1 2A | Prime / Alt-A RP | 21,689,000.00 |
| 20 | 863911AG8 | SASC 2006-RF4 3A1 | Prime / Alt-A RP | 9,434,000.00 |
| 21 | 86362CAC8 | SASC 2007-RF1 2A | Prime / Alt-A RP | 17,000,000.00 |

Dock Street Capital Management LLC, on behalf of The Bank of New York Mellon Trust Company, National Association, in its capacity as collateral agent (the "Collateral Agent"), will be conducting sales of certain collateral pledged to the Collateral Agent. The Collateral (as defined herein) will be offered and sold by the Collateral Agent without recourse, representations or covenants, express or implied, being made by the Collateral Agent with respect to the Collateral (except as to title to the Collateral) or with respect to any other information then in the Collateral Agent's possession, including without limitation any offering circular or other financial information. **Location of Sale.** The sales will be held at 575-B Riverside Avenue, Westport, CT 06880. **Additional Information.** Please be advised that the sale of the securities listed above may be made only to the best bidder who is also a qualified bidder and will be subject to a reserve level. For additional information, including with respect to qualified bidder status, and to obtain copies of an Investor Representation and Confidentiality Agreement, contact David Crowle or Jeffrey Holtman by email at dcrowle@dockstreetcap.com or jholtman@dockstreetcap.com, respectively, by phone at (212) 457-8258, by facsimile at (212) 457-8269 or by mail addressed to 575-B Riverside Avenue, Westport, CT 06880. **Disclaimer.** The Collateral Agent is authorized at such sales, if the Collateral Agent deems it advisable or is required by applicable law to do so: (i) to restrict the prospective bidders on or purchasers of the above identified security (the "Collateral") to be sold to those who will represent and agree that they are purchasing for their own account for investment and not with a view to the distribution or resale of any of such assets, (ii) to verify that each certificate for the security to be sold bears a legend substantially to the effect that such security has not been registered under the Securities Act of 1933, as amended, and may not be disposed of in violation of the provisions of said Act, (iii) to disclaim and to refuse to give any warranty (other than as to title), and (iv) to impose such other limitations or conditions in connection with any such sale as the Collateral Agent deems necessary or advisable.

## BANKRUPTCIES

In re: EXCO RESOURCES, INC., *et al.*,[1]
**Case No. 18-30155 (MI)**

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION**

**NOTICE OF ENTRY OF ORDER CONFIRMING THE THIRD AMENDED SETTLEMENT JOINT CHAPTER 11 PLAN OF REORGANIZATION OF EXCO RESOURCES, INC. AND ITS DEBTOR AFFILIATES**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on June 18, 2019 the Honorable Marvin Isgur, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the *Order Confirming Third Amended Settlement Joint Chapter 11 Plan of Reorganization of EXCO Resources, Inc. And Its Debtor Affiliates* [Docket No. 2128] (the "Confirmation Order"), confirming, as modified therein, the *Third Amended Settlement Joint Chapter 11 Plan of Reorganization of EXCO Resources, Inc. and Its Debtor Affiliates* [Docket No. 2103] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order, the Plan, and all documents filed in these chapter 11 cases are available free of charge by visiting http://dm.epiq11.com/ERI or by calling (646) 282-2400. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on June 28, 2019.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the Holder of an Allowed Administrative Claim and the Debtors, all requests for payment of Administrative Claims, other than Administrative Claims arising under section 503(b)(9) of the Bankruptcy Code, which were required to be filed by the Claims Bar Date, must be filed and served on the Debtors no later than, (1) with respect to General Administrative Claims other than those that were accrued in the ordinary course of business, **July 29, 2019**, or (b) with respect to Professional Fee Claims, **August 27, 2019** (the "Administrative Claims Bar Date"). Holders of Administrative Claims that are required to file and serve a request for payment of such Administrative Claims that do not file and serve such a request by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors, or their property and such Administrative Claims shall be deemed discharged as of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise provided by an order of the Bankruptcy Court, any Proofs of Claim based upon the rejection of the Debtors' Executory Contracts or Unexpired Leases pursuant to the Plan and the Confirmation Order must be filed within thirty (30) days after the later of: (1) the entry of an order of the Bankruptcy Court (including the Confirmation Order) approving such rejection; and (2) the effective date of such rejection.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, any Holder of a Claim against, or Interest in, the Debtors and such Holder's respective successors and assigns, notwithstanding whether or not such Holder (1) will receive any property or interest in property under the Plan, or (2) has filed a Proof of Claim or Interest in the Chapter 11 Cases, or (3) failed to vote to accept or reject the Plan or affirmatively voted to reject the Plan.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

## CLASS ACTION

IN THE EIGHTH JUDICIAL DISTRICT COURT FOR THE STATE OF NEVADA
IN AND FOR THE COUNTY OF CLARK

DAN SCHMIDT, on Behalf of Himself and All Others Similarly Situated, Plaintiff,

vs.

LIBERATOR MEDICAL HOLDINGS, INC., et al., Defendants.

AND ALL CONSOLIDATED ACTIONS.

Master File No. A-15-728234-B
Dept No. XI
CLASS ACTION

**SUMMARY NOTICE**

**TO: ALL HOLDERS OF LIBERATOR MEDICAL HOLDINGS, INC. ("LMH") COMMON STOCK WHO RECEIVED CONSIDERATION FOR THEIR SHARES IN THE ACQUISITION OF LMH BY C.R. BARD, INC. ("BARD") FOR THE PRICE OF $3.35 PER SHARE, WHICH CLOSED ON JANUARY 21, 2016 (THE "ACQUISITION")**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the Eighth Judicial District Court for the State of Nevada, Clark County, that a hearing will be held on September 30, 2019, at 9:00 a.m., before the Honorable Elizabeth Gonzalez of the Eighth Judicial District Court of Clark County, Nevada, 200 Lewis Avenue, Las Vegas, Nevada, Courtroom 3E, for the purpose of determining: (1) whether the proposed settlement of the Litigation for $4,750,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether an Order and Final Judgment should be entered by the Court dismissing the Litigation with prejudice and releasing the Released Claims and the Settled Defendant's Released Claims; (3) whether the Plan of Allocation for the Net Settlement Fund is fair, reasonable, and adequate and should be approved; and (4) whether the application of Class Counsel for the payment of attorneys' fees and expenses should be approved.

IF YOU HELD LMH COMMON STOCK AND RECEIVED CONSIDERATION IN THE ACQUISITION FOR THE PRICE OF $3.35 PER SHARE, WHICH CLOSED ON JANUARY 21, 2016, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION, INCLUDING THE RELEASE AND EXTINGUISHMENT OF CLAIMS YOU MAY POSSESS RELATING TO YOUR OWNERSHIP OF LMH COMMON STOCK. If you have not received a detailed Notice of Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release form, you may obtain copies by writing to *Liberator Settlement*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 404130, Louisville, KY 40233-4130, or on the Internet at www.LiberatorSettlement.com. If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release by mail ***(postmarked no later than October 22, 2019)***, or online at www.LiberatorSettlement.com (***no later than October 22, 2019***), establishing that you are entitled to recovery.

All Members of the Class who did not timely and validly request exclusion from the Class will be bound by any judgment entered in the Litigation pursuant to the Stipulation of Settlement.

Any objection to the Settlement, the Plan of Allocation, and Class Counsel's request for attorneys' fees and expenses, must be **received** by **each** of the following recipients ***no later than September 9, 2019***:

CLERK OF THE COURT
DEPARTMENT XI
EIGHTH JUDICIAL DISTRICT COURT
CLARK COUNTY, NEVADA
200 Lewis Avenue
Las Vegas, NV 89155

*Class Counsel:*
ROBBINS GELLER RUDMAN & DOWD LLP
David Knotts
655 West Broadway, Suite 1900
San Diego, CA 92101

*Counsel for Defendant:*
AKERMAN LLP
Brian P. Miller
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact Class Counsel at the address listed above.

DATED: June 3, 2019

BY ORDER OF THE COURT
EIGHTH JUDICIAL DISTRICT COURT
CLARK COUNTY, NEVADA

## BUSINESS OPPORTUNITIES

**CORRIGENDUM NO. 1**

**E-Tender Notice No.02 for 2019-2020 (Recall)**

Reference.: This office E-Tender Notice No. O.No./PW/AD/E-Tender/3483/2019
Dated: 20/05/2019

| Published Schedule | Revise Schedule |
|---|---|
| 1) E-Tender Download Period: Dated : 27/05/2019 (10.00 AM) to 25/06/2019 (6.00 PM) | E-Tender Download Period: Dated 25/06/2019 (6.01 PM) to 06/07/2019 (6.00 PM) |
| 2) E-Tender Opening Date: Dated: 01/07/2019 (3.00 PM) | E-Tender Opening Date: Dated: 11/07/2019 (3.00 PM) |
| Request to see other changes to this site http://mahatenders.gov.in of the Govt. of Maharashtra. | |

O.No./AD/Tender/4339/2019
Office of the Executive Engineer,
P. W. Division, Alibag,
Dist.: Raigad
Date : 25/06/2019

Executive Engineer,
P. W. Division, Alibag,
Dist.: Raigad

DGIPR /2019-20/C943

THE WALL STREET JOURNAL.

THE MARKETPLACE

ADVERTISE TODAY

(800) 366-3975

For more information visit:
wsj.com/classifieds

FOR SALE
SOLD

© 2019 Dow Jones & Company, Inc.
All Rights Reserved.

## ANNOUNCEMENTS

**SMART CLOUD BOOKKEEPING for SMART USA START-UPS**
Advanced ProAdvisor QBO accounting consultant, for expert bookkeeping to structure your financials - remote service to suit your workstyle.
*"High integrity and capability"*
**Text: 408-694-2613**
**Email: Bestbooks4u.us@gmail.com**

## AUCTIONS

**For Sale in Bankruptcy Case:**
- 2 Nissan Trucks (100,000+ mi)
- Office furniture, equipment,
- Assumption of lease obligations for 22 Mercedes-Benz small trucks used for light courier business.
- Stalking Horse bid is $15k plus assumption of all leases.
- Next over bid will need to be $17,500 with further increments of $2,500 in the auction.

Bidders must qualify with lessor of vehicles by July 5, 2019.
For details and copies of APA and Bid Procedures, call J. Bennett Friedman, Esq. (310) 552-8210 PDT.
**Auction will occur on July 11, 2019** at 11a.m. PDT at 255 E. Temple St., Los Angeles, CA. Courtroom 1375.

## BOATING

**66' Key West Boat Slip**
With direct access to the Gulf of Mexico and the Atlantic Ocean. Unobstructed Open Water Fast Access. Floating Docks, Great Marina.
**$399,000. No Solicitation**
**Call Robin 239.221.4230**

## BUSINESS OPPORTUNITIES

**WIDE WATERFRONT INTERCOASTAL PROPERTY FLORIDA EAST COAST**
**APPROVED FOR 350 APARTMENT OR CONDO UNITS FANTASTIC VIEWS**
**$2,895,000 * 561-567-5810**

**Seeking Private Investor 2MM**
Upscale and fast growing NY based clothing and lifestyle brand needs additional equity to expand the company to its full potential.
**Email: Newinvestment10@gmail.com**

## BUSINESS OPPORTUNITIES

**100 MMBbls OIL - Potential - 8 TCF Gas**
**Seismic Defined - Conventional Wyoming Play**
**High Rates/Volumes - Top Quality Reservoir**
**Fortune - Company - Legacy Maker**
Company(s) - Group(s) - Principal(s)
All or Part -- Brokers Protected
Contact Geologist: Post@COHQ.US
832-544-3857 10A-10P CDT

## TRAVEL

**Save Up To 60%**
**First & Business**
**INTERNATIONAL**
Major Airlines, Corporate Travel
Never Fly Coach Again!
**www.cooktravel.net**
**(888)-473-3941**

THE WALL STREET JOURNAL.

**SHOWROOM**

ADVERTISE TODAY

**(800) 366-3975**
**sales.showroom@wsj.com**

For more information visit:
**wsj.com/classifieds**

© 2019 Dow Jones & Company, Inc.
All Rights Reserved.

DOW JONES