

ENTERED
07/19/2019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |
| | § | |

**ORDER APPROVING FOURTH INTERIM FEE APPLICATION OF
JEFFERIES LLC AS CO-INVESTMENT BANKER TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF EXCO RESOURCES, INC., ET. AL.**
(Relates to Docket No. 2163)

Upon consideration of the fourth interim fee application (the "Interim Application") of

Jefferies LLC ("Jefferies") for allowance of compensation for services rendered and for

reimbursement of expenses incurred as the Committee's co-investment banker for the period

from February 1, 2019 to and including April 30, 2019 (the "Interim Application Period"); and

having reviewed the Interim Application; and finding that (a) the Court has jurisdiction over this

matter pursuant to 28 U.S.C. § 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)

and (c) venue is proper before this Court pursuant to 28 U.S.C. § 1408; and determining that

proper and adequate notice has been given and that no other or further notice is necessary; and

after due deliberation thereon; and good and sufficient notice appearing therefor, IT IS HEREBY

ORDERED that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holding (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295). The location of the Debtors' service address is: 12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

1.   Omitted

2.   All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms as set forth in the Interim Application.

3.   Jefferies is allowed on an interim basis, for the Interim Application Period, (a) compensation in the amount of $225,000.00 for professional services rendered to the Committee and (b) reimbursement of actual and necessary expenses in the amount of $7,254.86, for a total allowed amount of $232,254.86.

4.   The Debtors are authorized and directed to pay Jefferies $232,254.86, less any amounts already paid to Jefferies on account of fees earned and expenses incurred by Jefferies during the Interim Application Period.

5.   This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.   This Order shall be effective immediately upon entry.

Signed: July 19, 2019

_____
Marvin Isgur
United States Bankruptcy Judge

2