IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| EXCO RESOURCES, INC., *et al.*,[1] | § | Case No. 18-30155 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

**NOTICE OF FINAL FEE APPLICATION OF FTI CONSULTING, INC.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR THE PERIOD FROM
JANARY 30, 2018, THROUGH JUNE 28, 2019**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  EXCO Resources, Inc. (2779); EXCO GP Partners Old, LP (1262); EXCO Holdings (PA), Inc. (1745); EXCO Holding MLP, Inc. (1972); EXCO Land Company, LLC (9981); EXCO Midcontinent MLP, LLC (0557); EXCO Operating Company, LP (1261); EXCO Partners GP, LLC (1258); EXCO Partners OLP GP, LLC (1252); EXCO Production Company (PA), LLC (7701); EXCO Production Company (WV), LLC (7851); EXCO Resources (XA), LLC (7775); EXCO Services, Inc. (2747); Raider Marketing GP, LLC (6366); and Raider Marketing, LP (4295).  The location of the Debtors' service address is:  12377 Merit Drive, Suite 1700, Dallas, Texas 75251.

1

PLEASE TAKE NOTICE that FTI Consulting, Inc., financial advisor to the Official Committee of Unsecured Creditors, filed its Final Fee Application for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from January 30, 2018, through June 28, 2019 (the "Application").

In the Application, FTI Consulting, Inc. requests that the Court enter an order granting final allowance of compensation for professional services rendered during the Application Period in the amount of $5,114,070.00 and reimbursement of actual and necessary expenses in the amount of $41,496.57 for a total amount of $5,155,566.57.  A copy of the Application may be obtained from the Clerk of the United States Bankruptcy Court, Southern District of Texas, 515 Rusk, Houston, Texas 77002, or by visiting https://www.epiqglobal.com to obtain a copy free of charge.

Respectfully submitted this 9th day of August, 2019.

By: /s/  Michael Cordasco
Michael Cordasco
Three Times Square
New York, NY 10036
Telephone:  212-499-3683
Email: Michael.cordasco@fticonsulting.com

Financial Advisor for the Official Committee
Of Unsecured Creditors

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael Cordasco, hereby certify that on the 9th day of August, 2019, I caused a copy of the foregoing Notice of Final Fee Application for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from January 30, 2018, through June 28, 2019 to be served on the parties registered to receive notice via ECF.

<u>/s/ Michael Cordasco</u>
Michael Cordasco